**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **GRETA ROUBERT,** |
|                          **Plaintiff,** |
|              **v.** |
| **AMAZON,** *et al.***,** |
|                          **Defendants.** |

**CIVIL ACTION NO. 21-3091**

### ORDER

**AND NOW,** this 29th day of June 2022, for the reasons set forth in the accompanying Memorandum Opinion, and as discussed in the status hearing held on June 28, 2022, it is hereby **ORDERED** that:

1. Amazon's Motion for Protective Order [Doc. No. 44] is **DENIED without prejudice**. Counsel for the parties are directed to confer in good faith and to promptly submit a revised proposed Protective Order, which shall comply with the legal standards applicable to such orders in this Circuit, as further set forth in the accompanying Memorandum Opinion.

2. AG-EIP's Motion for Sanctions [Doc. No. 45] is **DISMISSED without prejudice as withdrawn**.

3. Amazon's Motion to Strike Memorandum or, in the Alternative, in Opposition to Supplemental Memorandum of Law [Doc. No. 56] is **DISMISSED as moot**, as AG-EIP has withdrawn its Motion for Sanctions.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**