# EXHIBIT C



# Document A201™ – 2007

## *General Conditions of the Contract for Construction*

**Dated for reference purposes as of the 12th day of July in the year Two Thousand Sixteen.**

**for the following PROJECT:**
*(Name and location or address)*
As set forth in the applicable Work Order.

**THE OWNER:**
*(Name, legal status and address)*
Amazon Corporate LLC (or as otherwise set forth in the applicable Work Order)
c/o Amazon.com, Inc.
410 Terry Ave. N
Seattle, WA 98109-5210
Attn:   Real Estate Manager (NA Ops)

With a copy to:

c/o Amazon.com, Inc.
410 Terry Ave. N
Seattle, WA   98109-5210
Attn:   General Counsel (Real Estate)
global-lease-abstraction@amazon.com,
legal-us-realestate@amazon.com, and
na-realestate@amazon.com

**THE CONTRACTOR:**
Gilbane Building Company
7 Jackson Walkway
Providence, RI 02903
Attn:   William J. Gilbane III

**THE ARCHITECT:**
*(Name, legal status and address)*
As set forth in the applicable Work Order.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

## TABLE OF ARTICLES

1        GENERAL PROVISIONS

2        OWNER

3        CONTRACTOR

4        ARCHITECT

5        SUBCONTRACTORS

6        CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS

7        CHANGES IN THE WORK

**Init.**

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                               (944596295)

8     TIME

9     PAYMENTS AND COMPLETION

10    PROTECTION OF PERSONS AND PROPERTY

11    INSURANCE AND BONDS

12    UNCOVERING AND CORRECTION OF WORK

13    MISCELLANEOUS PROVISIONS

14    TERMINATION OR SUSPENSION OF THE CONTRACT

15    CLAIMS AND DISPUTES

16    CODE OF CONDUCT

Init.

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                              (944596295)

**DEFINITIONS**

*Number references refer to the Section of these General Conditions where the term is defined. See also GC 1.2.3 for other meanings.*

- Addenda (as used GC 1.1.1)
- Additional Indemnified Parties (GC 3.18.1)
- Agreement (Agreement between the Owner and Contractor) (GC 1.1.1)
- Allowances (GC 3.8.1)
- Application for Payment (GC 9.3)
- Architect (the firm identified in the applicable Work Order)
- Certificate for Payment (GC 9.4)
- Certificate of Substantial Completion (GC 9.8.4)
- Change Order (GC 1.1.1 & GC 7.2)
- Claim (GC 15.1.1)
- Commencement Date (GC 8.1.2)
- Compensable Delays (GC 8.3.1)
- Conditional Release of Lien and Waiver of Lien Rights (as used GC 9.3.4)
- Construction Change Directive (GC 7.3.1)
- Construction Documents (GC 1.1.1)
- Construction Documents Issue or "CDI" (GC 1.1.1)
- Contract (GC 1.1.2)
- Contract Documents (GC 1.1.1)
- Contract for Construction (see "Contract")
- Contract Time (GC 8.1.1)
- Contractor (GC 3.1.1 & the party identified on the first page of the Agreement)
- Contractor Parties (GC 3.1.1)
- Contractor's Fee (as used GC 7.3.7 & elsewhere)
- Contractor's Letter of Consent of Assignment (as used GC 13.7.1)
- Design Responsibility Matrix (GC 3.1.7)
- Dispute (GC 15.3.1)
- Drawings (GC 1.1.5)
- Engagement Work Product (GC 13.8.1)
- Excusable Delays (GC 8.3.1)
- Exhibits (GC 1.2.1.1(b))
- Final Completion (GC 8.1.5)
- Float (GC 8.3.1.1)
- General Conditions of the Contract (GC 1.1.1)
- Guaranteed Maximum Price or GMP (GC 9.1)
- Hazardous Materials (GC 10.3.2)
- Indemnified Party (or Parties) (GC 3.18.1)
- Indemnity Claims (GC 3.18.1)
- Initial Decision Maker (GC 1.1.8 & 15.2)
- Instruments of Service (GC 1.1.7)
- Known Environmental Conditions (GC 10.3.1)
- Landlord (GC 1.2.3)
- Legal Requirements (as used GC 2.2.6 & elsewhere)
- Milestone Dates (GC 3.10.1.2)
- Modification (GC 1.1.1)
- Non-Disclosure Agreement or NDA (the document identified on the first page of the Agreement & GC 1.7)
- Notice of Claim (GC 15.1.2.1)
- Notice of Delay (GC 8.3.1)
- Notice to Proceed (as used GC 8.1.2)
- Owner (GC 2.1.1 & the party identified on the first page of the Agreement)

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

Init.

/

(944596295)

- Owner's Development Manager (GC 2.1.1)
- Owner's Prime Consultants (GC 1.1.9)
- Owner's Representative (GC 2.1.1)
- Product Data (GC 3.12.2)
- Project (GC 1.1.4 & the endeavor identified in the applicable Work Order)
- Project Manager (GC 3.9.1)
- Punch List (GC 9.4.1)
- RFI (GC 1.2.5)
- Samples (GC 3.12.3)
- Shop Drawings (GC 3.12.1)
- Site Management Plan (GC 3.13.4)
- Specifications (GC 1.1.6)
- Subcontractor (GC 5.1.1)
- Substantial Completion (GC 9.8)
- Sub-subcontractor (GC 5.1.2)
- Superintendent (GC 3.9.1)
- Supplementary Conditions (as used GC 1.1.1)
- Supplier (GC 5.1.3)
- Tangible Work Product (GC 13.8.1)
- Taxes (GC 3.6)
- Unconditional Release of Lien and Waiver of Lien Rights (as used GC 9.3.4)
- Work (GC 1.1.3)
- Work Order (GC 1.1.1)
- Work Product (GC 13.8.1)

## INDEX
(Numbers and Topics in Bold are Section Headings)

**Acceptance of Nonconforming Work**
9.6.6, 9.9.3, **12.3**
Acceptance of Work
9.6.6, 9.8.2, 9.9.3, 9.10.1, 9.10.3, 12.3
**Access to Work**
**3.16**, 6.2.1, 12.1
Accident Prevention
10
Acts and Omissions
3.2, 3.3.2, 3.12.8, 3.18, 4.2.3, 8.3.1, 9.5.1, 10.2.5, 10.2.8, 13.4.2, 13.7.1, 14.1, 15.2
Addenda
1.1.1, 3.11.1
Additional Costs, Claims for
3.7.4, 3.7.5, 6.1.1, 7.3.7.5, 10.3, 15.1.4
**Additional Inspections and Testing**
9.4.2, 9.8.3, 12.2.1, **13.5**
Additional Insured
11.1.4
**Additional Time, Claims for**
3.2.4, 3.7.4, 3.7.5, 3.10.2, 8.3.2, **15.1.5**
**Administration of the Contract**
3.1.3, **4.2**, 9.4, 9.5
Advertisement or Invitation to Bid
1.1.1
Aesthetic Effect
4.2.13

Allowances
**3.8**, 7.3.8
All-risk Insurance
11.3.1, 11.3.1.1
**Applications for Payment**
4.2.5, 7.3.9, 9.2, **9.3**, 9.4, 9.5.1, 9.6.3, 9.7.1, 9.10, 11.1.3
Approvals
2.1.1, 2.2.2, 2.4, 3.1.3, 3.10.2, 3.12.8, 3.12.9, 3.12.10, 4.2.7, 9.3.2, 13.5.1
**Arbitration**
8.3.1, 11.3.10, 13.1.1, 15.3.2, **15.4**
**ARCHITECT**
**4**
**Architect**, Definition of
**4.1.1**
Architect, Extent of Authority
2.4.1, 3.12.7, 4.1, 4.2, 5.2, 6.3.1, 7.1.2, 7.3.7, 7.4, 9.2.1, 9.3.1, 9.4, 9.5, 9.6.3, 9.8, 9.10.1, 9.10.3, 12.1, 12.2.1, 13.5.1, 13.5.2, 14.2.2, 14.2.4, 15.1.3, 15.2.1
Architect, Limitations of Authority and Responsibility
2.1.1, 3.12.4, 3.12.8, 3.12.10, 4.1.2, 4.2.1, 4.2.2, 4.2.3, 4.2.6, 4.2.7, 4.2.10, 4.2.12, 4.2.13, 5.2.1, 7.4.1, 9.4.2, 9.5.3, 9.6.4, 15.1.3, 15.2
Architect's Additional Services and Expenses
2.4.1, 11.3.1.1, 12.2.1, 13.5.2, 13.5.3, 14.2.4
Architect's Administration of the Contract
3.1.3, 4.2, 3.7.4, 15.2, 9.4.1, 9.5
Architect's Approvals
2.4.1, 3.1.3, 3.5.1, 3.10.2, 4.2.7

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

Init.

/

4

Architect's Authority to Reject Work
3.5.1, 4.2.6, 12.1.2, 12.2.1
Architect's Copyright
1.1.7, 1.5
Architect's Decisions
3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 4.2.14,
6.3.1, 7.3.7, 7.3.9, 8.1.3, 8.3.1, 9.2.1, 9.4.1, 9.5, 9.8.4,
9.9.1, 13.5.2, 15.2, 15.3
Architect's Inspections
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.8.3, 9.9.2, 9.10.1, 13.5
Architect's Instructions
3.2.4, 3.3.1, 4.2.6, 4.2.7, 13.5.2
Architect's Interpretations
4.2.11, 4.2.12
Architect's Project Representative
4.2.10
Architect's Relationship with Contractor
1.1.2, 1.5, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2, 3.5.1,
3.7.4, 3.7.5, 3.9.2, 3.9.3, 3.10, 3.11, 3.12, 3.16, 3.18,
4.1.2, 4.1.3, 4.2, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4, 9.5,
9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3.7, 12, 13.4.2, 13.5,
15.2
Architect's Relationship with Subcontractors
1.1.2, 4.2.3, 4.2.4, 4.2.6, 9.6.3, 9.6.4, 11.3.7
Architect's Representations
9.4.2, 9.5.1, 9.10.1
Architect's Site Visits
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.5.1, 9.9.2, 9.10.1, 13.5
Asbestos
10.3.1
Attorneys' Fees
3.18.1, 9.10.2, 10.3.3
Award of Separate Contracts
6.1.1, 6.1.2
**Award of Subcontracts and Other Contracts for
Portions of the Work**
**5.2**
**Basic Definitions**
**1.1**
Bidding Requirements
1.1.1, 5.2.1, 11.4.1
Binding Dispute Resolution
9.7.1, 11.3.9, 11.3.10, 13.1.1, 15.2.5, 15.2.6.1, 15.3.1,
15.3.2, 15.4.1
**Boiler and Machinery Insurance**
**11.3.2**
Bonds, Lien
7.3.7.4, 9.10.2, 9.10.3
**Bonds, Performance, and Payment**
7.3.7.4, 9.6.7, 9.10.3, 11.3.9, **11.4**
Building Permit
3.7.1
**Capitalization**
**1.3**
Certificate of Substantial Completion
9.8.3, 9.8.4, 9.8.5

**Certificates for Payment**
4.2.1, 4.2.5, 4.2.9, 9.3.3, **9.4**, 9.5, 9.6.1, 9.6.6, 9.7.1,
9.10.1, 9.10.3, 14.1.1.3, 14.2.4, 15.1.3
Certificates of Inspection, Testing or Approval
13.5.4
Certificates of Insurance
9.10.2, 11.1.3
**Change Orders**
1.1.1, 2.4.1, 3.4.2, 3.7.4, 3.8.2.3, 3.11.1, 3.12.8, 4.2.8,
5.2.3, 7.1.2, 7.1.3, **7.2**, 7.3.2, 7.3.6, 7.3.9, 7.3.10,
8.3.1, 9.3.1.1, 9.10.3, 10.3.2, 11.3.1.2, 11.3.4, 11.3.9,
12.1.2, 15.1.3
**Change Orders**, Definition of
**7.2.1**
**CHANGES IN THE WORK**
2.2.1, 3.11, 4.2.8, **7**, 7.2.1, 7.3.1, 7.4.1, 8.3.1, 9.3.1.1,
11.3.9
**Claims**, Definition of
**15.1.1**
**CLAIMS AND DISPUTES**
3.2.4, 6.1.1, 6.3.1, 7.3.9, 9.3.3, 9.10.4, 10.3.3, **15**,
15.4
Claims and Timely Assertion of Claims
15.4.1
**Claims for Additional Cost**
3.2.4, 3.7.4, 6.1.1, 7.3.9, 10.3.2, **15.1.4**
**Claims for Additional Time**
3.2.4, 3.7.4, 6.1.1, 8.3.2, 10.3.2, **15.1.5**
**Concealed or Unknown Conditions, Claims for**
**3.7.4**
Claims for Damages
3.2.4, 3.18, 6.1.1, 8.3.3, 9.5.1, 9.6.7, 10.3.3, 11.1.1,
11.3.5, 11.3.7, 14.1.3, 14.2.4, 15.1.6
Claims Subject to Arbitration
15.3.1, 15.4.1
**Cleaning Up**
**3.15**, 6.3
Commencement of the Work, Conditions Relating to
2.2.1, 3.2.2, 3.4.1, 3.7.1, 3.10.1, 3.12.6, 5.2.1, 5.2.3,
6.2.2, 8.1.2, 8.2.2, 8.3.1, 11.1, 11.3.1, 11.3.6, 11.4.1,
15.1.4
**Commencement of the Work**, Definition of
**8.1.2**
**Communications Facilitating Contract
Administration**
3.9.1, **4.2.4**
Completion, Conditions Relating to
3.4.1, 3.11, 3.15, 4.2.2, 4.2.9, 8.2, 9.4.2, 9.8, 9.9.1,
9.10, 12.2, 13.7, 14.1.2
**COMPLETION, PAYMENTS AND**
**9**
Completion, Substantial
4.2.9, 8.1.1, 8.1.3, 8.2.3, 9.4.2, 9.8, 9.9.1, 9.10.3,
12.2, 13.7

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

Init.

/

5

Compliance with Laws
1.6.1, 3.2.3, 3.6, 3.7, 3.12.10, 3.13, 4.1.1, 9.6.4, 10.2.2, 11.1, 11.3, 13.1, 13.4, 13.5.1, 13.5.2, 13.6, 14.1.1, 14.2.1.3, 15.2.8, 15.4.2, 15.4.3
Concealed or Unknown Conditions
3.7.4, 4.2.8, 8.3.1, 10.3
Conditions of the Contract
1.1.1, 6.1.1, 6.1.4
Consent, Written
3.4.2, 3.7.4, 3.12.8, 3.14.2, 4.1.2, 9.3.2, 9.8.5, 9.9.1, 9.10.2, 9.10.3, 11.3.1, 13.2, 13.4.2, 15.4.4.2
**Consolidation or Joinder**
**15.4.4**
**CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS**
1.1.4, **6**
**Construction Change Directive**, Definition of
**7.3.1**
**Construction Change Directives**
1.1.1, 3.4.2, 3.12.8, 4.2.8, 7.1.1, 7.1.2, 7.1.3, **7.3**, 9.3.1.1
Construction Schedules, Contractor's
3.10, 3.12.1, 3.12.2, 6.1.3, 15.1.5.2
**Contingent Assignment of Subcontracts**
**5.4**, 14.2.2.2
**Continuing Contract Performance**
**15.1.3**
**Contract**, Definition of
**1.1.2**
**CONTRACT, TERMINATION OR SUSPENSION OF THE**
5.4.1.1, 11.3.9, **14**
Contract Administration
3.1.3, 4, 9.4, 9.5
Contract Award and Execution, Conditions Relating to
3.7.1, 3.10, 5.2, 6.1, 11.1.3, 11.3.6, 11.4.1
**Contract Documents, The**
**1.1.1**
Contract Documents, Copies Furnished and Use of
1.5.2, 2.2.5, 5.3
**Contract Documents**, Definition of
**1.1.1**
*(Paragraphs deleted)*

*(Paragraph deleted)*
Contract Time
3.7.4, 3.7.5, 3.10.2, 5.2.3, 7.2.1.3, 7.3.1, 7.3.5, 7.4, 8.1.1, 8.2.1, 8.3.1, 9.5.1, 9.7.1, 10.3.2, 12.1.1, 14.3.2, 15.1.5.1, 15.2.5
**Contract Time**, Definition of
**8.1.1**
**CONTRACTOR**
**3**
**Contractor**, Definition of
**3.1, 6.1.2**

**Contractor's Construction Schedules**
**3.10**, 3.12.1, 3.12.2, 6.1.3, 15.1.5.2
Contractor's Employees
3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2, 10.3, 11.1.1, 11.3.7, 14.1, 14.2.1.1
**Contractor's Liability Insurance**
**11.1**
Contractor's Relationship with Separate Contractors and Owner's Forces
3.12.5, 3.14.2, 4.2.4, 6, 11.3.7, 12.1.2, 12.2.4
Contractor's Relationship with Subcontractors
1.2.2, 3.3.2, 3.18.1, 3.18.2, 5, 9.6.2, 9.6.7, 9.10.2, 11.3.1.2, 11.3.7, 11.3.8
Contractor's Relationship with the Architect
1.1.2, 1.5, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2, 3.5.1, 3.7.4, 3.10, 3.11, 3.12, 3.16, 3.18, 4.1.3, 4.2, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4, 9.5, 9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3.7, 12, 13.5, 15.1.2, 15.2.1
Contractor's Representations
3.2.1, 3.2.2, 3.5.1, 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.8.2
Contractor's Responsibility for Those Performing the Work
3.3.2, 3.18, 5.3.1, 6.1.3, 6.2, 9.5.1, 10.2.8
Contractor's Review of Contract Documents
3.2
Contractor's Right to Stop the Work
9.7
Contractor's Right to Terminate the Contract
14.1, 15.1.6
Contractor's Submittals
3.10, 3.11, 3.12.4, 4.2.7, 5.2.1, 5.2.3, 9.2, 9.3, 9.8.2, 9.8.3, 9.9.1, 9.10.2, 9.10.3, 11.1.3, 11.4.2
Contractor's Superintendent
3.9, 10.2.6
Contractor's Supervision and Construction Procedures
1.2.2, 3.3, 3.4, 3.12.10, 4.2.2, 4.2.7, 6.1.3, 6.2.4, 7.1.3, 7.3.5, 7.3.7, 8.2, 10, 12, 14, 15.1.3
Contractual Liability Insurance
11.1.1.8, 11.2
Coordination and Correlation
1.2, 3.2.1, 3.3.1, 3.10, 3.12.6, 6.1.3, 6.2.1
Copies Furnished of Drawings and Specifications
1.5, 2.2.5, 3.11
Copyrights
1.5, **3.17**
Correction of Work
2.3, 2.4, 3.7.3, 9.4.2, 9.8.2, 9.8.3, 9.9.1, 12.1.2, **12.2**
**Correlation and Intent of the Contract Documents**
**1.2**
**Cost**, Definition of
**7.3.7**
Costs
2.4.1, 3.2.4, 3.7.3, 3.8.2, 3.15.2, 5.4.2, 6.1.1, 6.2.3, 7.3.3.3, 7.3.7, 7.3.8, 7.3.9, 9.10.2, 10.3.2, 10.3.6, 11.3, 12.1.2, 12.2.1, 12.2.4, 13.5, 14

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                (944596295)

**Cutting and Patching**
**3.14**, 6.2.5
Damage to Construction of Owner or Separate
Contractors
3.14.2, 6.2.4, 10.2.1.2, 10.2.5, 10.4, 11.1.1, 11.3,
12.2.4
Damage to the Work
3.14.2, 9.9.1, 10.2.1.2, 10.2.5, 10.4.1, 11.3.1, 12.2.4
Damages, Claims for
3.2.4, 3.18, 6.1.1, 8.3.3, 9.5.1, 9.6.7, 10.3.3, 11.1.1,
11.3.5, 11.3.7, 14.1.3, 14.2.4, 15.1.6
Damages for Delay
6.1.1, 8.3.3, 9.5.1.6, 9.7, 10.3.2
**Date of Commencement of the Work**, Definition of
**8.1.2**
**Date of Substantial Completion**, Definition of
**8.1.3**
**Day**, Definition of
**8.1.4**
Decisions of the Architect
3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 15.2, 6.3,
7.3.7, 7.3.9, 8.1.3, 8.3.1, 9.2.1, 9.4, 9.5.1, 9.8.4, 9.9.1,
13.5.2, 14.2.2, 14.2.4, 15.1, 15.2
**Decisions to Withhold Certification**
9.4.1, **9.5**, 9.7, 14.1.1.3
Defective or Nonconforming Work, Acceptance,
Rejection and Correction of
2.3.1, 2.4.1, 3.5.1, 4.2.6, 6.2.5, 9.5.1, 9.5.2, 9.6.6,
9.8.2, 9.9.3, 9.10.4, 12.2.1
**Defective Work,** Definition of
**3.5.1**
Definitions
1.1, 2.1.1, 3.1.1, 3.5.1, 3.12.1, 3.12.2, 3.12.3, 4.1.1,
15.1.1, 5.1, 6.1.2, 7.2.1, 7.3.1, 8.1, 9.1, 9.8.1
**Delays and Extensions of Time**
3.2, 3.7.4, 5.2.3, 7.2.1, 7.3.1, 7.4.1, **8.3**, 9.5.1, 9.7.1,
10.3.2, 10.4.1, 14.3.2, 15.1.5, 15.2.5
Disputes
6.3.1, 7.3.9, 15.1, 15.2
**Documents and Samples at the Site**
**3.11**
**Drawings**, Definition of
**1.1.5**
Drawings and Specifications, Use and Ownership of
3.11
Effective Date of Insurance
8.2.2, 11.1.2
**Emergencies**
**10.4**, 14.1.1.2, 15.1.4
Employees, Contractor's
3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2,
10.3.3, 11.1.1, 11.3.7, 14.1, 14.2.1.1
Equipment, Labor, Materials or
1.1.3, 1.1.6, 3.4, 3.5.1, 3.8.2, 3.8.3, 3.12, 3.13.1,
3.15.1, 4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3,
9.5.1.3, 9.10.2, 10.2.1, 10.2.4, 14.2.1.1, 14.2.1.2

Execution and Progress of the Work
1.1.3, 1.2.1, 1.2.2, 2.2.3, 2.2.5, 3.1, 3.3.1, 3.4.1, 3.5.1,
3.7.1, 3.10.1, 3.12, 3.14, 4.2, 6.2.2, 7.1.3, 7.3.5, 8.2,
9.5.1, 9.9.1, 10.2, 10.3, 12.2, 14.2, 14.3.1, 15.1.3
Extensions of Time
3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3, 7.4.1, 9.5.1, 9.7.1,
10.3.2, 10.4.1, 14.3, 15.1.5, 15.2.5
**Failure of Payment**
9.5.1.3, **9.7**, 9.10.2, 13.6, 14.1.1.3, 14.2.1.2
Faulty Work
(See Defective or Nonconforming Work)
**Final Completion and Final Payment**
4.2.1, 4.2.9, 9.8.2, **9.10**, 11.1.2, 11.1.3, 11.3.1, 11.3.5,
12.3.1, 14.2.4, 14.4.3
Financial Arrangements, Owner's
2.2.1, 13.2.2, 14.1.1.4
Fire and Extended Coverage Insurance
11.3.1.1
**GENERAL PROVISIONS**
**1**
**Governing Law**
**13.1**
**Guaranteed Maximum Price**
3.7.4, 3.8, 5.2.3, 7.2, 7.3, 7.4, **9.1**, 9.4.2, 9.5.1.4,
9.6.7, 9.7, 10.3.2, 11.3.1, 14.2.4, 14.3.2, 15.1.4,
15.2.5
**Guaranteed Maximum Price,** Definition of
**9.1**
Guarantees (See Warranty)
**Hazardous Materials**
10.2.4, **10.3**
Identification of Subcontractors and Suppliers
5.2.1
**Indemnification**
3.17.1, **3.18**, 9.10.2, 10.3.3, 10.3.5, 10.3.6, 11.3.1.2,
11.3.7
**Information and Services Required of the Owner**
2.1.2, **2.2**, 3.2.2, 3.12.4, 3.12.10, 6.1.3, 6.1.4, 6.2.5,
9.6.1, 9.6.4, 9.9.2, 9.10.3, 10.3.3, 11.2, 11.4, 13.5.1,
13.5.2, 14.1.1.4, 14.1.4, 15.1.3
**Initial Decision**
**15.2**
**Initial Decision Maker, Definition of**
1.1.8
Initial Decision Maker, Decisions
14.2.2, 14.2.4, 15.2.1, 15.2.2, 15.2.3, 15.2.4, 15.2.5
Initial Decision Maker, Extent of Authority
14.2.2, 14.2.4, 15.1.3, 15.2.1, 15.2.2, 15.2.3, 15.2.4,
15.2.5
**Injury or Damage to Person or Property**
**10.2.8**, 10.4.1
Inspections
3.1.3, 3.3.3, 3.7.1, 4.2.2, 4.2.6, 4.2.9, 9.4.2, 9.8.3,
9.9.2, 9.10.1, 12.2.1, 13.5
Instructions to Bidders
1.1.1

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:

Init.

/

(944596295)

Instructions to the Contractor
3.2.4, 3.3.1, 3.8.1, 5.2.1, 7, 8.2.2, 12, 13.5.2
**Instruments of Service**, Definition of
**1.1.7**
Insurance
3.18.1, 6.1.1, 7.3.7, 9.3.2, 9.8.4, 9.9.1, 9.10.2, **11**
**Insurance, Boiler and Machinery**
**11.3.2**
**Insurance, Contractor's Liability**
**11.1**
Insurance, Effective Date of
8.2.2, 11.1.2
**Insurance, Loss of Use**
**11.3.3**
**Insurance, Owner's Liability**
**11.2**
**Insurance, Property**
10.2.5, **11.3**
Insurance, Stored Materials
9.3.2, 11.4.1.4
**INSURANCE AND BONDS**
**11**
Insurance Companies, Consent to Partial Occupancy
9.9.1, 11.4.1.5
Insurance Companies, Settlement with
11.4.10
Intent of the Contract Documents
1.2.1, 4.2.7, 4.2.12, 4.2.13, 7.4
**Interest**
**13.6**
**Interpretation**
1.2.3, **1.4**, 4.1.1, 5.1, 6.1.2, 15.1.1
Interpretations, Written
4.2.11, 4.2.12, 15.1.4
Judgment on Final Award
15.4.2
**Labor and Materials, Equipment**
1.1.3, 1.1.6, **3.4**, 3.5.1, 3.8.2, 3.8.3, 3.12, 3.13, 3.15.1,
4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3, 9.5.1.3,
9.10.2, 10.2.1, 10.2.4, 14.2.1.1, 14.2.1.2
Labor Disputes
8.3.1
Laws and Regulations
1.5, 3.2.3, 3.6, 3.7, 3.12.10, 3.13.1, 4.1.1, 9.6.4, 9.9.1,
10.2.2, 11.1.1, 11.3, 13.1.1, 13.4, 13.5.1, 13.5.2,
13.6.1, 14, 15.2.8, 15.4
Liens
2.1.2, 9.3.3, 9.10.2, 9.10.4, 15.2.8
Limitations, Statutes of
12.2.5, 13.7, 15.4.1.1
Limitations of Liability
2.3.1, 3.2.2, 3.5.1, 3.12.10, 3.17.1, 3.18.1, 4.2.6,
4.2.7, 4.2.12, 6.2.2, 9.4.2, 9.6.4, 9.6.7, 10.2.5, 10.3.3,
11.1.2, 11.2, 11.3.7, 12.2.5, 13.4.2

Limitations of Time
2.1.2, 2.2, 2.4, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2.7,
5.2, 5.3.1, 5.4.1, 6.2.4, 7.3, 7.4, 8.2, 9.2.1, 9.3.1,
9.3.3, 9.4.1, 9.5, 9.6, 9.7.1, 9.8, 9.9, 9.10, 11.1.3,
11.3.1.5, 11.3.6, 11.3.10, 12.2, 13.5, 13.7, 14, 15
**Loss of Use Insurance**
**11.3.3**
Material Suppliers
1.5, 3.12.1, 4.2.4, 4.2.6, 5.2.1, 9.3, 9.4.2, 9.6, 9.10.5
**Materials, Hazardous**
10.2.4, **10.3**
Materials, Labor, Equipment and
1.1.3, 1.1.6, 1.5.1, 3.4.1, 3.5.1, 3.8.2, 3.8.3, 3.12,
3.13.1, 3.15.1, 4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2,
9.3.3, 9.5.1.3, 9.10.2, 10.2.1.2, 10.2.4, 14.2.1.1,
14.2.1.2
Means, Methods, Techniques, Sequences and
Procedures of Construction
3.3.1, 3.12.10, 4.2.2, 4.2.7, 9.4.2
Mechanic's Lien
2.1.2, 15.2.8
**Mediation**
8.3.1, 10.3.5, 10.3.6, 15.2.1, 15.2.5, 15.2.6, **15.3**,
15.4.1
**Minor Changes in the Work**
1.1.1, 3.12.8, 4.2.8, 7.1, **7.4**
**MISCELLANEOUS PROVISIONS**
**13**
**Modifications**, Definition of
**1.1.1**
Modifications to the Contract
1.1.1, 1.1.2, 3.11, 4.1.2, 4.2.1, 5.2.3, 7, 8.3.1, 9.7.1,
10.3.2, 11.3.1
**Mutual Responsibility**
**6.2**
**Nonconforming Work, Acceptance of**
9.6.6, 9.9.3, **12.3**
Nonconforming Work, Rejection and Correction of
2.3.1, 2.4.1, 3.5.1, 4.2.6, 6.2.4, 9.5.1, 9.8.2, 9.9.3,
9.10.4, 12.2.1
Notice
2.2.1, 2.3.1, 2.4.1, 3.2.4, 3.3.1, 3.7.2, 3.12.9, 5.2.1,
9.7.1, 9.10, 10.2.2, 11.1.3, 11.4.6, 12.2.2.1, 13.3,
13.5.1, 13.5.2, 14.1, 14.2, 15.2.8, 15.4.1
**Notice, Written**
2.3.1, 2.4.1, 3.3.1, 3.9.2, 3.12.9, 3.12.10, 5.2.1, 9.7.1,
9.10, 10.2.2, 10.3, 11.1.3, 11.3.6, 12.2.2.1, **13.3**, 14,
15.2.8, 15.4.1
**Notice of Claims**
3.7.4, 4.5, 10.2.8, **15.1.2**, 15.4
Notice of Delay
8.3.1
Notice of Testing and Inspections
13.5.1, 13.5.2
Observations, Contractor's
3.2, 3.7.4

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

Init.

/

8

Occupancy
2.2.2, 9.6.6, 9.8, 11.3.1.5
Orders, Written
1.1.1, 2.3, 3.9.2, 7, 8.2.2, 11.3.9, 12.1, 12.2.2.1,
13.5.2, 14.3.1
**OWNER**
**2**
**Owner**, Definition of
**2.1.1**
**Owner, Information and Services Required of the**
2.1.2, **2.2**, 3.2.2, 3.12.10, 6.1.3, 6.1.4, 6.2.5, 9.3.2,
9.6.1, 9.6.4, 9.9.2, 9.10.3, 10.3.3, 11.2, 11.3, 13.5.1,
13.5.2, 14.1.1.4, 14.1.4, 15.1.3
Owner's Authority
1.5, 2.1.1, 2.3.1, 2.4.1, 3.4.2, 3.8.1, 3.12.10, 3.14.2,
4.1.2, 4.1.3, 4.2.4, 4.2.9, 5.2.1, 5.2.4, 5.4.1, 6.1, 6.3.1,
7.2.1, 7.3.1, 8.2.2, 8.3.1, 9.3.1, 9.3.2, 9.5.1, 9.6.4,
9.9.1, 9.10.2, 10.3.2, 11.1.3, 11.3.3, 11.3.10, 12.2.2,
12.3.1, 13.2.2, 14.3, 14.4, 15.2.7
Owner's Financial Capability
2.2.1, 13.2.2, 14.1.1.4
**Owner's Liability Insurance**
**11.2**
**Owner's Loss of Use Insurance**
**11.3.3**
Owner's Relationship with Subcontractors
1.1.2, 5.2, 5.3, 5.4, 9.6.4, 9.10.2, 14.2.2
**Owner's Right to Carry Out the Work**
**2.4**, 14.2.2
**Owner's Right to Clean Up**
**6.3**
**Owner's Right to Perform Construction and to**
**Award Separate Contracts**
**6.1**
**Owner's Right to Stop the Work**
**2.3**
Owner's Right to Suspend the Work
14.3
Owner's Right to Terminate the Contract
14.2
**Ownership and Use of Drawings, Specifications**
**and Other Instruments of Service**
1.1.1, 1.1.6, 1.1.7, **1.5**, 2.2.5, 3.2.2, 3.11.1, 3.17.1,
4.2.12, 5.3.1
**Partial Occupancy or Use**
9.6.6, **9.9**, 11.3.1.5
**Patching, Cutting and**
**3.14**, 6.2.5
Patents
3.17
**Payment, Applications for**
4.2.5, 7.3.9, 9.2.1, **9.3**, 9.4, 9.5, 9.6.3, 9.7.1, 9.8.5,
9.10.1, 14.2.3, 14.2.4, 14.4.3
**Payment, Certificates for**
4.2.5, 4.2.9, 9.3.3, **9.4**, 9.5, 9.6.1, 9.6.6, 9.7.1, 9.10.1,
9.10.3, 13.7, 14.1.1.3, 14.2.4

**Payment, Failure of**
9.5.1.3, **9.7**, 9.10.2, 13.6, 14.1.1.3, 14.2.1.2
Payment, Final
4.2.1, 4.2.9, 9.8.2, 9.10, 11.1.2, 11.1.3, 11.4.1, 11.4.5,
12.3.1, 13.7, 14.2.4, 14.4.3
**Payment Bond, Performance Bond and**
7.3.7.4, 9.6.7, 9.10.3, **11.4**, 11.4.9
**Payments, Progress**
9.3, **9.6**, 9.8.5, 9.10.3, 13.6, 14.2.3, 15.1.3
**PAYMENTS AND COMPLETION**
**9**
Payments to Subcontractors
5.4.2, 9.5.1.3, 9.6.2, 9.6.3, 9.6.4, 9.6.7, 11.4.8,
14.2.1.2
PCB
10.3.1
**Performance Bond and Payment Bond**
7.3.7.4, 9.6.7, 9.10.3, **11.4**, 11.4.9
**Permits, Fees, Notices and Compliance with Laws**
2.2.2, **3.7**, 3.13, 7.3.7.4, 10.2.2
**PERSONS AND PROPERTY, PROTECTION**
**OF**
**10**
Polychlorinated Biphenyl
10.3.1
**Product Data**, Definition of
**3.12.2**
**Product Data and Samples, Shop Drawings**
3.11, **3.12**, 4.2.7
**Progress and Completion**
4.2.2, **8.2**, 9.8, 9.9.1, 14.1.4, 15.1.3
**Progress Payments**
9.3, **9.6**, 9.8.5, 9.10.3, 13.6, 14.2.3, 15.1.3
**Project**, Definition of
**1.1.4**
Project Representatives
4.2.10
**Property Insurance**
10.2.5, **11.3**
**PROTECTION OF PERSONS AND PROPERTY**
**10**
Regulations and Laws
1.5, 3.2.3, 3.6, 3.7, 3.12.10, 3.13, 4.1.1, 9.6.4, 9.9.1,
10.2.2, 11.1, 11.4, 13.1, 13.4, 13.5.1, 13.5.2, 13.6, 14,
15.2.8, 15.4
Rejection of Work
3.5.1, 4.2.6, 12.2.1
Releases and Waivers of Liens
9.10.2
Representations
3.2.1, 3.5.1, 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.4.2, 9.5.1,
9.8.2, 9.10.1
Representatives
2.1.1, 3.1.1, 3.9, 4.1.1, 4.2.1, 4.2.2, 4.2.10, 5.1.1,
5.1.2, 13.2.1
Responsibility for Those Performing the Work
3.3.2, 3.18, 4.2.3, 5.3.1, 6.1.3, 6.2, 6.3, 9.5.1, 10

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American
Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized
reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to
the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which
expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                                (944596295)

Retainage
9.3.1, 9.6.2, 9.8.5, 9.9.1, 9.10.2, 9.10.3
**Review of Contract Documents and Field Conditions by Contractor**
**3.2**, 3.12.7, 6.1.3
Review of Contractor's Submittals by Owner and Architect
3.10.1, 3.10.2, 3.11, 3.12, 4.2, 5.2, 6.1.3, 9.2, 9.8.2
Review of Shop Drawings, Product Data and Samples by Contractor
3.12
**Rights and Remedies**
1.1.2, 2.3, 2.4, 3.5.1, 3.7.4, 3.15.2, 4.2.6, 4.5, 5.3, 5.4, 6.1, 6.3, 7.3.1, 8.3, 9.5.1, 9.7, 10.2.5, 10.3, 12.2.2, 12.2.4, **13.4**, 14, 15.4
**Royalties, Patents and Copyrights**
**3.17**
Rules and Notices for Arbitration
15.4.1
**Safety of Persons and Property**
**10.2**, 10.4
**Safety Precautions and Programs**
3.3.1, 4.2.2, 4.2.7, 5.3.1, **10.1**, 10.2, 10.4
**Samples**, Definition of
**3.12.3**
**Samples, Shop Drawings, Product Data and**
3.11, **3.12**, 4.2.7
**Samples at the Site, Documents and**
**3.11**
**Schedule of Values**
**9.2**, 9.3.1
Schedules, Construction
3.10, 3.12.1, 3.12.2, 6.1.3, 15.1.5.2
Separate Contracts and Contractors
1.1.4, 3.12.5, 3.14.2, 4.2.4, 4.2.7, 6, 8.3.1, 11.4.7, 12.1.2
**Shop Drawings**, Definition of
**3.12.1**
**Shop Drawings, Product Data and Samples**
3.11, **3.12**, 4.2.7
**Site, Use of**
**3.13**, 6.1.1, 6.2.1
Site Inspections
3.2.2, 3.3.3, 3.7.1, 3.7.4, 4.2, 9.4.2, 9.10.1, 13.5
Site Visits, Architect's
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.5.1, 9.9.2, 9.10.1, 13.5
Special Inspections and Testing
4.2.6, 12.2.1, 13.5
**Specifications**, Definition of
**1.1.6**
**Specifications, The**
1.1.1, **1.1.6**, 1.2.2, 1.5, 3.11, 3.12.10, 3.17, 4.2.14
Statute of Limitations
13.7, 15.4.1.1
Stopping the Work
2.3, 9.7, 10.3, 14.1

Stored Materials
6.2.1, 9.3.2, 10.2.1.2, 10.2.4, 11.4.1.4
**Subcontractor**, Definition of
**5.1.1**
**SUBCONTRACTORS**
**5**
Subcontractors, Work by
1.2.2, 3.3.2, 3.12.1, 4.2.3, 5.2.3, 5.3, 5.4, 9.3.1.2, 9.6.7
**Subcontractual Relations**
**5.3**, 5.4, 9.3.1.2, 9.6, 9.10, 10.2.1, 11.4.7, 11.4.8, 14.1, 14.2.1
Submittals
3.10, 3.11, 3.12, 4.2.7, 5.2.1, 5.2.3, 7.3.7, 9.2, 9.3, 9.8, 9.9.1, 9.10.2, 9.10.3, 11.1.3
Submittal Schedule
3.10.2, 3.12.5, 4.2.7
**Subrogation, Waivers of**
6.1.1, **11.3.7**, 11.4.5
**Substantial Completion**
4.2.9, 8.1.1, 8.1.3, 8.2.3, 9.4.2, **9.8**, 9.9.1, 9.10.3, 12.2, 13.7
**Substantial Completion**, Definition of
**9.8.1**
Substitution of Subcontractors
5.2.3, 5.2.4
Substitution of Architect
4.1.3
Substitutions of Materials
3.4.2, 3.5.1, 7.3.8
**Sub-subcontractor**, Definition of
**5.1.2**
Subsurface Conditions
3.7.4
**Successors and Assigns**
**13.2**
**Superintendent**
**3.9**, 10.2.6
**Supervision and Construction Procedures**
1.2.2, **3.3**, 3.4, 3.12.10, 4.2.2, 4.2.7, 6.1.3, 6.2.4, 7.1.3, 7.3.7, 8.2, 8.3.1, 9.4.2, 10, 12, 14, 15.1.3
Surety
5.4.1.2, 9.8.5, 9.10.2, 9.10.3, 14.2.2, 15.2.7
Surety, Consent of
9.10.2, 9.10.3
Surveys
2.2.3
**Suspension by the Owner for Convenience**
**14.3**
Suspension of the Work
5.4.2, 14.3
Suspension or Termination of the Contract
5.4.1.1, 11.4.9, 14
**Taxes**
3.6, 3.8.2.1, 7.3.7.4
**Termination by the Contractor**
**14.1**, 15.1.6

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**10**

**Termination by the Owner for Cause**
5.4.1.1, **14.2,** 15.1.6
**Termination by the Owner for Convenience**
**14.4**
Termination of the Architect
4.1.3
Termination of the Contractor
14.2.2
**TERMINATION OR SUSPENSION OF THE
CONTRACT**
**14**
**Tests and Inspections**
3.1.3, 3.3.3, 4.2.2, 4.2.6, 4.2.9, 9.4.2, 9.8.3, 9.9.2,
9.10.1, 10.3.2, 11.4.1.1, 12.2.1, **13.5**
**TIME**
**8**
**Time, Delays and Extensions of**
3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3.1, 7.4.1, **8.3,** 9.5.1, 9.7.1,
10.3.2, 10.4.1, 14.3.2, 15.1.5, 15.2.5
Time Limits
2.1.2, 2.2, 2.4, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2,
4.4, 4.5, 5.2, 5.3, 5.4, 6.2.4, 7.3, 7.4, 8.2, 9.2, 9.3.1,
9.3.3, 9.4.1, 9.5, 9.6, 9.7, 9.8, 9.9, 9.10, 11.1.3,
11.4.1.5, 11.4.6, 11.4.10, 12.2, 13.5, 13.7, 14, 15.1.2,
15.4
**Time Limits on Claims**
3.7.4, 10.2.8, **13.7,** 15.1.2
Title to Work
9.3.2, 9.3.3
**Transmission of Data in Digital Form**
**1.6**
**UNCOVERING AND CORRECTION OF
WORK**
**12**
**Uncovering of Work**
**12.1**
Unforeseen Conditions, Concealed or Unknown
3.7.4, 8.3.1, 10.3

Unit Prices
7.3.3.2, 7.3.4
Use of Documents
1.1.1, 1.5, 2.2.5, 3.12.6, 5.3
**Use of Site**
**3.13,** 6.1.1, 6.2.1
**Values, Schedule of**
**9.2,** 9.3.1
Waiver of Claims by the Architect
13.4.2
Waiver of Claims by the Contractor
9.10.5, 11.4.7, 13.4.2, 15.1.6
Waiver of Claims by the Owner
9.9.3, 9.10.3, 9.10.4, 11.4.3, 11.4.5, 11.4.7, 12.2.2.1,
13.4.2, 14.2.4, 15.1.6
Waiver of Consequential Damages
14.2.4, 15.1.6
Waiver of Liens
9.10.2, 9.10.4
**Waivers of Subrogation**
6.1.1, **11.3.7,** 11.4.5
**Warranty**
3.5, 4.2.9, 9.3.3, 9.8.4, 9.9.1, 9.10.4, 12.2.2, 13.7.1
Weather Delays
15.1.5.2
**Work**, Definition of
**1.1.3**
Written Consent
1.5.2, 3.4.2, 3.7.4, 3.12.8, 3.14.2, 4.1.2, 9.3.2, 9.8.5,
9.9.1, 9.10.2, 9.10.3, 11.4.1, 13.2, 13.4.2, 15.4.4.2
Written Interpretations
4.2.11, 4.2.12
Written Notice
2.3, 2.4, 3.3.1, 3.9, 3.12.9, 3.12.10, 5.2.1, 8.2.2, 9.7,
9.10, 10.2.2, 10.3, 11.1.3, 11.4.6, 12.2.2, 12.2.4, **13.3,**
14, 15.4.1
Written Orders
1.1.1, 2.3, 3.9, 7, 8.2.2, 11.4.9, 12.1, 12.2, 13.5.2,
14.3.1, 15.1.2

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                      (944596295)

**ARTICLE 1    GENERAL PROVISIONS**
**§ 1.1 BASIC DEFINITIONS**
**§ 1.1.1 THE CONTRACT DOCUMENTS**
These General Conditions of the Contract are made a part of that certain Agreement between the Owner and
Contractor as set forth in the applicable Work Order (the "Agreement"). For any Project, the Contract Documents
consist of (i) the Agreement, (ii) these General Conditions of the Contract, (iii) Supplementary and other Conditions
identified in the Agreement, (iv) Addenda issued prior to execution of the Contract identified in the Agreement,
(v) Construction Documents applicable to the Project identified in the Agreement, (vi) all other documents listed in
the Agreement or the applicable Work Order(s), and (vii) Modifications issued after execution of the Contract. A
Modification is (1) a written amendment to the Contract signed by both parties, (2) a Change Order, (3) a
Construction Change Directive, (4) a Work Order or (5) a written order for a minor change in the Work issued by
the Architect or the Owner that does not increase costs or construction time, which if issued by the Architect has
been approved in writing by the Owner. Unless specifically enumerated in the Agreement or any Work Order, the
Contract Documents do not include the advertisement or invitation to bid, instructions to bidders, sample forms,
other information furnished by the Owner in anticipation of receiving bids or proposals, the Contractor's bid or
proposal, or portions of Addenda relating to bidding requirements.

Construction Documents are Drawings and Specifications issued "for construction" by the Architect. A Construction
Documents Issue, or CDI, is a grouped release of Construction Documents by the Architect using a numbering
system to facilitate tracking and Project administration.

**§ 1.1.2 THE CONTRACT**
The Contract Documents form the "Contract for Construction" or the "Contract." Except as provided to the contrary
in any Work Order or Modification, the Contract represents the entire and integrated agreement between the parties
hereto and supersedes prior negotiations, representations or agreements, either written or oral. The Contract may be
amended or modified only by a Modification. The Contract Documents shall not be construed to create a contractual
relationship of any kind (1) between the Contractor and the Architect or the Architect's consultants, (2) between the
Owner and a Subcontractor or a Sub-subcontractor, (3) between the Owner and the Architect or the Architect's
consultants or (4) between any persons or entities, including the Owner's Development Manager, other than the
Owner and the Contractor. The Architect shall, however, be entitled to performance and enforcement of obligations
under the Contract intended to facilitate performance of the Architect's duties.

**§ 1.1.3 THE WORK**
For each Project, the term "Work" means all reasonably necessary and inferable construction and services required
of the Contractor by the Contract Documents (including, without limitation, all work, labor, materials, tools,
equipment, transportation, procedures, techniques, and supplies), whether completed or partially completed, and
whether completed by the Contractor, Subcontractors, Sub-subcontractors, Suppliers or any other entity for whom
the Contractor is responsible under or pursuant to the Contract Documents, and includes all other labor, materials,
equipment and services provided or to be provided by the Contractor to fulfill the Contractor's obligations, including
Final Completion of the construction in accordance with the Drawings and Specifications to achieve a complete and
functioning Project in compliance with the Contract Documents. The Work may constitute the whole or a part of the
Project, as described in the applicable Work Order.

**§ 1.1.4 THE PROJECT**
The Project is the total construction of which the Work performed under the Contract Documents may be the whole
or a part and which may include construction by the Owner and by separate contractors.

**§ 1.1.5 THE DRAWINGS**
The Drawings are the graphic and pictorial portions of the Contract Documents showing the design, location and
dimensions of the Work, generally including plans, elevations, sections, details, schedules and diagrams.

**§ 1.1.6 THE SPECIFICATIONS**
The Specifications are that portion of the Contract Documents consisting of the written requirements for materials,
equipment, systems, standards and workmanship for the Work, and performance of related services.

**Init.**

**/**

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American
Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized
reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to
the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which
expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

### § 1.1.7 INSTRUMENTS OF SERVICE

Instruments of Service are representations, in any medium of expression now known or later developed, of the tangible and intangible creative work performed by the Architect and the Architect's consultants under their respective professional services agreements. Instruments of Service may include, without limitation, studies, surveys, models, sketches, drawings, specifications, and other similar materials.

### § 1.1.8 [Intentionally omitted].

### § 1.1.9 THE PROJECT CONSULTANTS

The Architect is the author of the Drawings and Specifications and is responsible for Project design and shall have the authority and responsibility to coordinate the Project design with the Work of the Owner's Prime Consultants, and to clarify and interpret issues and, with the Owner's written approval, make written orders for minor changes in the Work related to the Contract Documents.

In addition to the Architect and its consultants, the Owner may retain other project consultants such as a structural engineer, a geotechnical engineer, a civil engineer, an interiors or tenant improvement architect, an interior designer or others, collectively referred to as "Owner's Prime Consultants." Upon Owner's written notification to Contractor, such Owner's Prime Consultants shall have the authority provided the "Architect" under the Contract to clarify and interpret issues related to the portion of the work they are employed by the Owner to oversee and which do not increase the Cost of the Work or extend the Contract Time. All provisions of the Contract, though they may refer to the Architect only, shall be construed as also referring to the applicable Owner's Prime Consultants or the Owner's Development Manager where and when appropriate for Project administration purposes.

### § 1.2 CORRELATION AND INTENT OF THE CONTRACT DOCUMENTS

**§ 1.2.1** The intent of the Contract Documents is to include all items necessary for the proper execution and completion of the Work by the Contractor. The Contract Documents are complementary, and what is required by one shall be as binding as if required by all; performance by the Contractor shall be required only to the extent consistent with the Contract Documents and reasonably inferable from them as being necessary to produce the indicated results.

**§ 1.2.1.1** In the event of conflicts or discrepancies among the Contract Documents, interpretations will be based on the following priorities:
  (a)  Work Order,
  (b)  The Agreement, as amended, including all Exhibits,
  (c)  These General Conditions, as amended,
  (d)  Addenda, if any, with those of later date having precedence over those of earlier date,
  (e)  Modifications to the Drawings and Specifications issued after the execution of the applicable Work Order,
  (f)  Specifications, Drawings, and Addenda issued prior to execution of the applicable Work Order,
  (g)  Specifications and Drawings as noted in the Agreement and Work Order.

In the event of any conflict or discrepancy between or among different versions of the same Contract Document, the most recently issued version takes precedence over a previous version. In the case of any conflict or discrepancy between Contract Documents, the more stringent provision will control; provided that the Specifications shall govern as to materials, workmanship, performance and installation; and Drawings shall govern as to location, arrangement, shape or dimension.

**§ 1.2.2** Organization of the Specifications into divisions, sections and articles, and arrangement of Drawings shall not control the Contractor in dividing the Work among Subcontractors or in establishing the extent of Work to be performed by any trade. The Specifications are divided into sections for convenience only. The Architect and/or the Owner are not obliged to define the limits of any subcontract, and will not enter into work scope disputes between the Contractor and Subcontractors.

**§ 1.2.3** Unless otherwise stated in the Contract Documents, words that have well-known technical or construction industry meanings are used in the Contract Documents in accordance with such recognized meanings. The term "Landlord" shall mean the entity (if any) identified in the applicable Work Order from whom the Owner leases the Project site.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                      (944596295)

Init.

/

13

**§ 1.2.4** Execution of a Work Order by the Contractor is a representation by the Contractor that the Contract Documents are sufficient to have enabled the Contractor to determine the cost of the Work therein, to enter into the applicable Work Order, and to accomplish the Work for an amount not in excess of the GMP within the Contract Time provided for in the Contract Documents. The Contractor further represents and warrants that prior to execution of the applicable Work Order it has visited and examined the Project site, examined all physical, legal, and other conditions affecting the Work and is fully familiar with all of the conditions thereon and thereunder affecting the same, including (1) the nature, location and character of the Project site, including all observable structures and obstructions thereon, both natural and man-made; (2) the nature, location, and character of the general area in which the Project is located, including without limitation, its climatic conditions, available labor supply and labor costs, and available equipment supply and equipment costs; and (3) the quality and quantity of all materials, supplies, tools, equipment, labor and professional services necessary to complete the Work in the manner and within the GMP and Contract Time required by the Contract Documents. THE FAILURE OF THE CONTRACTOR TO FULLY ACQUAINT ITSELF WITH ANY PROVISION OF THE CONTRACT DOCUMENTS, AND ITEMS (1), (2) AND (3) IN THIS SECTION 1.2.4, SHALL NOT IN ANY WAY RELIEVE IT FROM THE RESPONSIBILITY FOR PERFORMING THE WORK IN ACCORDANCE WITH THE CONTRACT DOCUMENTS, AND WITHIN THE GUARANTEED MAXIMUM PRICE AND THE CONTRACT TIME AS PROVIDED FOR IN THE CONTRACT DOCUMENTS.

**§ 1.2.5** Should the Specifications and Drawings fail to particularly describe the material or kind of goods to be used in any place, or an inconsistency or ambiguity between the Specifications and Drawings, or internally within the Specifications or Drawings arises, then it shall be the duty of the Contractor to make written inquiry (a request for information) ("RFI") of the Architect as to what was intended. To avoid potential delays, the Contractor shall ensure that it reviews the Specifications and Drawings for any inconsistencies and ambiguities sufficiently in advance of performing the part of the Work described therein so that an RFI is issued as soon as possible before that part of the Work is required to be performed. No increase in the GMP or Contract Time will be granted for costs or delays resulting from the failure of the Contractor to timely issue an RFI.

If any item or material shown on the Drawings is omitted from the Specifications, or vice-versa (except when the Drawing and Specifications clearly exclude such omitted item) and when such item or material is clearly required to complete the detail shown or specified, the Contractor shall furnish and install such item or material of the type and quality established by the balance of the detail shown and specified at no increase to the GMP. If there is any conflict as to the quantity or quality of material or the level of service, the Contractor shall provide the greater quantity or better quality of materials and the highest level of service at no increase to the GMP.

**§ 1.2.6** Where a typical or representative detail is shown on the Drawings, this detail shall constitute the standard for workmanship and material throughout the corresponding parts of the Work.

**§ 1.2.7** Any summary of Work as outlined in the Specifications shall not be deemed to limit the Work required by the Contract Documents. The Contractor and each Subcontractor shall be responsible for thoroughly examining all Drawings, including all details, plans, elevations, sections, schedules and diagrams, as well as, all measurements and dimensions, for each particular type of Work and coordinating the Work described in the Drawings with the related Specifications. The Contractor shall also be responsible for determining the exact scope of work for each type of work and for checking and rechecking cross-references to any work excluded from any division. The GMP is deemed to be based on a complete installation. When additional details or instructions are required to complete the Work, the Contractor is deemed to have made an allowance in the GMP for completion of such work, consistent with the obligations set forth in Article 5 of the Agreement.

## § 1.3 CAPITALIZATION
Terms capitalized in these General Conditions include those that are (1) specifically defined, (2) the titles of numbered articles or (3) the titles of other documents published by the American Institute of Architects.

## § 1.4 INTERPRETATION
In the interest of brevity the Contract Documents frequently omit modifying words such as "all" and "any" and articles such as "the" and "an," but the fact that a modifier or an article is absent from one statement and appears in another is not intended to affect the interpretation of either statement.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

Init.

/

14

## § 1.5 OWNERSHIP AND USE OF DRAWINGS, SPECIFICATIONS AND OTHER INSTRUMENTS OF SERVICE

**§ 1.5.1** The Owner (unless otherwise indicated) shall be deemed the owner of the Instruments of Service, including the Drawings and Specifications, and will, as among the Contractor, Architect and Owner, retain all common law, statutory and other reserved rights, including copyrights. The Contractor, Subcontractors, Sub-subcontractors, and Suppliers shall not own or claim a copyright in the Instruments of Service. Submittal or distribution to meet official regulatory requirements or for other purposes in connection with this Project is not to be construed as publication in derogation of the of the Owner's copyrights or other reserved rights. To the extent the Owner-Architect Agreement is inconsistent with this Section 1.5.1, the Owner-Architect Agreement controls as between the Owner and Architect. As between the Owner and Contractor, this Section 1.5.1 shall control.

**§ 1.5.2** The Contractor, Subcontractors, Sub-subcontractors and Suppliers are authorized to use and reproduce the Instruments of Service provided to them solely and exclusively for execution of the Work. All copies made under this authorization shall bear the copyright notice, if any, shown on the Instruments of Service. The Contractor, Subcontractors, Sub-subcontractors, and Suppliers may not use the Instruments of Service on other projects or for additions to this Project outside the scope of the Work without the specific written approval of the Owner.

## § 1.6 TRANSMISSION OF DATA IN DIGITAL FORM

If the parties intend to transmit Instruments of Service or any other information or documentation in digital form, they shall endeavor to establish necessary protocols governing such transmissions, unless otherwise already provided in the Agreement or the Contract Documents.

## § 1.7 CONFIDENTIALITY

The Contractor will comply with the terms of any nondisclosure agreement executed by the Contractor in favor of the Owner (or the Owner's affiliates) ("NDA"). The Contractor and its agents and representatives (a) will protect and keep confidential the existence of the Contract (including, without limitation, all Work Orders), its terms and conditions and any other information obtained from the Owner in connection with the Contract or related to the Work that is identified as confidential or proprietary or that, given the nature of such information or the manner of its disclosure, reasonably should be considered confidential or proprietary (including but not limited to all information relating to the Owner's technology, customers, business plans, marketing activities and finances), (b) will use such information only for the purpose(s) for which it was originally disclosed and in any case only for the purpose of fulfilling its obligations under the Contract, (c) will protect and keep confidential under the NDA all Phase 1 environmental reports provided to the Contractor related to the Work, and (d) will return all such information to the Owner promptly upon the termination of the Contract. All such information will remain the Owner's exclusive property, and the Contractor will have no rights to use such information except as expressly provided herein. The Contractor will not use any trade name, trademark, service mark, logo or commercial symbol, or any other proprietary rights of the Owner or any of its affiliates in any manner without prior written authorization of such use by a Vice President of the Owner. The Contractor will not issue press releases or publicity relating to the Project, the Owner or the Contract or reference the Owner or its affiliates in any brochures, advertisements, client lists or other promotional materials. The Contractor shall cause its Subcontractors, subconsultants, Suppliers and Sub-subcontractors to comply with the provisions of this Section 1.7 and for such purposes all references herein to "Contractor" shall mean the applicable Subcontractor, subconsultant, Supplier or Sub-subcontractor. At the Owner's request, the Contractor shall require Subcontractors, subconsultants, Suppliers and Sub-subcontractors to execute and deliver to the Owner nondisclosure agreements in a form provided by the Owner. The Contractor's obligations under this Section 1.7 shall survive any expiration or termination of the Contract.

## ARTICLE 2    OWNER
## § 2.1 GENERAL

**§ 2.1.1** The Owner is the person or entity identified as such in the Agreement or applicable Work Order and is referred to throughout the Contract Documents as if singular in number. The Owner shall appoint an individual named in the applicable Work Order as its representative for the Project ("Owner's Representative"). Notwithstanding anything to the contrary in the Contract, no person or entity may bind Owner in any manner with respect to the Contract other than (i) the Owner's Representative; (ii) the president or a Vice President of the Owner, and (iii) any other representative of the Owner that is expressly granted such authority in a Work Order or other document executed by the Owner (and then only to the extent of such grant). Except as otherwise provided in Section 4.2.1, the Architect does not have such authority. The term "Owner" includes its successors in interest. The Owner may designate an entity in the applicable Work Order, Agreement or Contract Documents as the "Owner's Development Manager" as its day-to-day representative, but the Owner's Development Manager is not authorized to

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

DocuSign Envelope ID: 89E16ECF-7497-4B06-96B2-CE8665CBCA6F

bind Owner or act as Owner's agent. Owner may change the Owner's Development Manager at any time upon written notice to Contractor.

*(Paragraph deleted)*

§ **2.1.1.1** The Owner's designation of the Owner's Development Manager is not intended to create any contractual relationship between the Contractor and the Owner's Development Manager, nor confer any third party beneficiary rights upon the Contractor with relation to the Owner's Development Manager. Neither the presence of, nor the monitoring or observations of the Owner's Development Manager or the Owner's Representative shall limit or reduce the Contractor's liability for defects in the Work, and it is understood that the Contractor will be solely and completely responsible for its Work, compliance with the Contract Documents, and the working conditions on the job site, including safety, during the performance of the Work.

§ **2.1.1.2** The day-to-day communications between the Owner and Contractor, including all written authorizations and written communications shall be directed to the Owner and, if one is designated in the applicable Work Order, the Owner's Development Manager.

§ **2.2 INFORMATION AND SERVICES REQUIRED OF THE OWNER**
§ **2.2.1** [Intentionally omitted].

§ **2.2.2** Except for permits and fees that are the responsibility of the Contractor under the Contract Documents, including those required under Section 3.7.1, the Owner shall secure and pay for necessary approvals, easements, assessments and charges required for construction, use or occupancy of permanent structures or for permanent changes in existing facilities. If the Contractor becomes aware of any such approvals or permits that are the Owner's responsibility, the Contractor shall promptly, in writing, notify the Owner and Architect of the requirement.

§ **2.2.3** Unless otherwise set forth in an applicable Work Order, the Owner shall furnish, upon the Contractor's reasonable written request and to the extent reasonably accessible and in the Owner's possession, surveys describing physical characteristics, legal limitations and utility locations for the site of the Project, and a legal description of the site. The Contractor shall be entitled to reasonably rely on the accuracy of information furnished by the Owner, but only to the extent such reliance is reasonable and not contrary to other information known by the Contractor, and shall exercise proper precautions relating to the safe performance of the Work. The Contractor shall carefully review all information furnished by the Owner for apparent discrepancies. The Contractor will not rely on information in the survey if it is reasonably uncertain of the accuracy of the information in that survey. The Contractor shall immediately notify the Owner, in writing, of any possible errors, inconsistencies, omissions or inaccuracies in the survey.

§ **2.2.4** The Owner shall furnish information or services required of the Owner by the Contract Documents with reasonable promptness. The Owner shall also furnish any other information or services under the Owner's control and reasonably required for the Contractor's performance of the Work with reasonable promptness after receiving the Contractor's reasonable written request for such information or services.

§ **2.2.5** Unless otherwise provided in the Contract Documents, the Owner shall furnish to the Contractor one copy of the Contract Documents for purposes of making reproductions pursuant to Section 1.5.2.

§ **2.2.6** The Owner's participation in the Project shall in no way relieve the Contractor of its duties and responsibilities under all Legal Requirements or the Contract Documents.

§ **2.3 OWNER'S RIGHT TO STOP THE WORK**
If the Contractor fails to correct Work that is not in accordance with the requirements of the Contract Documents as required by Section 12.2 or fails to carry out Work in accordance with the Contract Documents, or disregards the instructions of the Architect or Owner based on the requirements of the Contract Documents, then the Owner may issue a written order to the Contractor to stop the Work, or any portion thereof, at the Contractor's cost and without increase in the GMP or extension of Contract Time, until the cause for such order has been eliminated; provided however, that the right of the Owner to stop the Work shall not give rise to a duty on the part of the Owner to exercise its right for the benefit of the Contractor or any other person or entity except to the extent required by Section 6.1.3. Any such order issued by the Owner which is determined to have been inappropriate shall not be

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA**® **Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA**® **Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:** (944596295)

deemed a breach of the Contract by the Owner but shall be deemed to be a suspension for the convenience of the Owner.

### § 2.4 OWNER'S RIGHT TO CARRY OUT THE WORK

**§ 2.4.1** If the Contractor defaults or neglects to carry out the Work in accordance with the Contract Documents and fails within a seven (7) day (or shorter period in cases of emergency where immediate response is required to protect against potential damage or injury to people or property) period after receipt of written notice from the Owner to commence and continue correction of such default or neglect with diligence and promptness, the Owner may, after such seven (7) day period (or shorter period in cases of emergency), without prejudice to other remedies the Owner may have, correct such deficiencies and/or undertake completion of all or a portion of the Work. In such case an appropriate Change Order or Construction Change Directive shall be issued deducting from payments then or thereafter due the Contractor the reasonable cost of correcting such deficiencies, including the Owner's expenses and compensation for the Architect's and Owner's additional services made necessary by such default, neglect or failure. The right of the Owner to correct the Work pursuant to this Section shall not give rise to any duty on the part of the Owner to exercise this right for the benefit of others. If payments then or thereafter due the Contractor are not sufficient to cover such amounts, the Contractor shall pay the difference to the Owner within fifteen (15) days after request therefor.

**§ 2.4.2** The Owner may require the Contractor to furnish from time to time written evidence that the Contractor can fulfill the requirements of the Contract Documents. Failure of the Contractor to provide adequate assurances within the reasonable time shall entitle the Owner to stop the Work, carry out the Work or terminate the Contract.

### ARTICLE 3    CONTRACTOR
### § 3.1 GENERAL

**§ 3.1.1** The Contractor is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The Contractor shall be lawfully licensed, if required in the jurisdiction where the Project is located. The Contractor shall designate in writing a representative who shall have express authority to bind the Contractor with respect to all matters under this Contract. The term "Contractor" means the Contractor or the Contractor's authorized representative. The term "Contractor Parties" means the Contractor and the Subcontractors, Sub-subcontractors and Suppliers, and anyone directly or indirectly employed by any of them or anyone for whose acts they may otherwise be liable.

**§ 3.1.2** The Contractor shall perform the Work in accordance with the Contract Documents.

**§ 3.1.3** The Contractor shall not be relieved of obligations to perform the Work in accordance with the Contract Documents either by activities or duties of the Architect, the Owner's Development Manager or the Owner in their administration of the Contract, or by tests, inspections or approvals required or performed by persons or entities other than the Contractor.

**§ 3.1.4** The Contractor shall be and operate as an independent contractor in the performance of the Work and shall not have the authority to enter into agreements or undertakings on behalf of the Owner. The Agreement will not be construed to create a partnership, joint venture, agency, employment, fiduciary, or any other relationship between the Owner and the Contractor. The Contractor will not represent itself to be an employee, representative, or agent of the Owner.

**§ 3.1.5** The Contractor shall forward communications to the Architect and the Owner, the Owner's Development Manager and the Owner's Representative as called for herein.

**§ 3.1.6** In no event shall the Owner have control over, charge of, or any responsibility for the construction means, methods, techniques, sequences or procedure, or for safety precautions and programs in connection with the Work, notwithstanding any of the rights and authority granted the Owner in the Contract Documents.

**§ 3.1.7** To the extent mutually agreed between the Owner and the Contractor, some elements of the Work may be designed by the Contractor or its Subcontractors or Suppliers in accordance with Section 10.5.1 of the Agreement. Such design-build services shall utilize licensed design professionals as required by law and good practice. If a Design Responsibility Matrix is included in a Work Order, the Owner and Architect shall work with the Contractor to keep current a Design Responsibility Matrix that describes the separate design responsibilities of the Architect,

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

Owner's Prime Consultants and the Contractor. The Design Responsibility Matrix, if any, shall be made a part of the Contract by Work Order.

## § 3.2 REVIEW OF CONTRACT DOCUMENTS AND FIELD CONDITIONS BY CONTRACTOR

**§ 3.2.1** By executing the Contract, the Contractor warrants that it has closely inspected the Project site as well as the conditions of adjacent properties and has recorded to its satisfaction the observable physical conditions of existing properties, familiarized itself with the local conditions under which the Work is to be performed, and correlated its observations with the requirements of the Contract Documents. Claims for additions to the Contract Time or the GMP because of the failure of the Contractor to adequately familiarize itself with conditions at the Project site will not be permitted.

**§ 3.2.2** Because the Contract Documents are complementary, the Contractor shall, before starting each portion of the Work and continuously during the execution of the Work, carefully study and compare the various Contract Documents relative to that portion of the Work, as well as the information furnished by the Owner pursuant to Sections 2.2.3 and 2.2.4, shall take field measurements of any existing conditions related to that portion of the Work, and shall observe any conditions at the site affecting it and shall carefully compare and verify such field measurements and conditions and other information known to the Contractor with the Contract Documents before commencing such activities. These obligations are for the purpose of facilitating coordination and construction by the Contractor and are not for the purpose of discovering errors, omissions, or inconsistencies in the Contract Documents; however, the Contractor shall promptly report to the Architect and Owner, in writing, any errors, inconsistencies or omissions discovered by or made known to the Contractor as a request for information in such form as the Architect and Owner may require, but in any event in sufficient time so as not to delay the Work. It is recognized that the Contractor's review is made in the Contractor's capacity as a contractor and not as a licensed design professional, unless otherwise specifically provided in the Contract Documents.

**§ 3.2.3** The Contractor is not required to ascertain that the Contract Documents are in accordance with applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, but the Contractor shall promptly report to the Architect any nonconformity discovered by or made known to the Contractor as a request for information in such form as the Architect and Owner may require. Such relief of responsibility for knowledge of laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities does not extend to the Contractor or its Subcontractors or Suppliers when providing design-build services or the design-build systems furnished by the Contractor directly or any temporary works or facilities required for the performance of the Work. The Contractor shall not be liable to the Owner for damage resulting from errors, inconsistencies or omissions in the Contract Documents, unless the Contractor recognized such error, inconsistency or omission and failed to report it to the Architect and Owner. If the Contractor performs any construction activity knowing it involves an error, inconsistency or omission in the Contract Documents, the Contractor shall assume complete responsibility for such performance and shall bear the full amount of the attributable costs for correction.

**§ 3.2.4** If the Contractor believes that additional cost or time is involved because of clarifications or instructions the Architect issues in response to the Contractor's notices or requests for information pursuant to Sections 3.2.2 or 3.2.3, the Contractor may make a Claim as provided in Article 15. If the Contractor fails to perform the obligations of Sections 3.2.2 or 3.2.3, the Contractor shall pay such costs and damages to the Owner as would have been avoided if the Contractor had performed such obligations. If the Contractor performs those obligations, the Contractor shall not be liable to the Owner for damages resulting from errors, inconsistencies or omissions in the Contract Documents, or for nonconformities of the Contract Documents to applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities unless the Contractor recognized such error, inconsistency, omission, or difference and failed to report it to the Owner and Architect in writing.

**§ 3.2.5** The Contractor hereby specifically acknowledges and declares that upon agreement as to the GMP for the Work, such agreement constitutes a representation by the Contractor that to the best of its knowledge that the Drawings, Specifications and addenda do not vary with applicable laws, statutes, building codes and regulations. The Contractor further acknowledges that, having carefully examined all Drawings, Specifications and other documents, to the best of its knowledge there are no material discrepancies among the Contract Documents.

## § 3.3 SUPERVISION AND CONSTRUCTION PROCEDURES

**§ 3.3.1** The Contractor shall supervise and direct the Work, using the Contractor's best skill and attention in accordance with the Contract Documents, all Legal Requirements, and the construction standards and practices for

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

Init.

/

the industry. The Contractor shall be solely responsible for, and have control over, initiating, maintaining, and supervising all safety precautions and programs to insure the safe provision or performance of the Work, and will control, supervise and direct the construction means, methods, techniques, sequences and procedures and coordinate all portions of the Work under the Contract, unless the Contract Documents give other specific instructions concerning these matters. The Contractor shall review any such procedures specified in the Contract Documents, shall advise the Architect (1) if the specified procedures deviate from what the Contractor considers to be good construction practice, (2) if following the procedures will affect any warranties, or (3) if the Contractor objects to the procedures, and shall propose alternative procedures acceptable to the Contractor, for which no increase in the GMP or extension of Contract Time will be made unless mutually agreed in writing. If the Contract Documents give specific instructions concerning construction means, methods, techniques, sequences or procedures, the Contractor shall evaluate the jobsite safety thereof and, except as stated below, shall be fully and solely responsible for the jobsite safety of such means, methods, techniques, sequences or procedures. If the Contractor determines that such means, methods, techniques, sequences or procedures may not be safe, the Contractor shall give timely written notice to the Owner and Architect and shall not proceed with that portion of the Work without further written instructions from the Architect which instructions shall not be issued without the written consent of the Owner and before proceeding the Contractor should confirm with the Owner that Owner's consent has been given. If the Contractor is then instructed to proceed with the required means, methods, techniques, sequences or procedures without acceptance of changes proposed by the Contractor, the Contractor shall not be responsible for any loss or damage arising solely from those Owner-required means, methods, techniques, sequences or procedures. Except with respect to third-party vendors performing work at the Project site pursuant to separate contracts between the Owner and such vendors, the Contractor shall be solely responsible for all construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work. The Contractor shall give the Contractor's personal supervision to the Work using the Contractor's best skill and attention. The Contractor agrees to cooperate and coordinate with any third-party vendors performing work at the Project site pursuant to separate contracts between the Owner and such vendors, including reasonable cooperation in scheduling the use of shared items such as freight elevators, cranes and loading areas.

**§ 3.3.2** The Contractor shall be responsible to the Owner for acts and omissions of the Contractor Parties and their agents and employees, and other persons or entities performing portions of the Work for, or on behalf of, the Contractor or any of its Subcontractors.

**§ 3.3.3** The Contractor shall be responsible for inspection of portions of Work already performed to determine that such portions are in proper condition to receive subsequent Work. The Contractor has the responsibility to ensure that all Suppliers, Subcontractors, Sub-subcontractors, their agents, and employees adhere to the Contract Documents, and that they order materials on time, taking into account the current market and delivery conditions and that they provide materials on time. The Contractor shall coordinate its Work with that of all others on the Project including deliveries, off-loading, storage, installations, and construction utilities. The Contractor shall be responsible for the space requirements, locations, and routing of its equipment. In areas where the proper and most effective space requirements, locations and routing cannot be made as indicated, the Contractor shall meet with Architect and all others involved, before installation, to plan the most effective and efficient method of overall installation.

**§ 3.3.4** The Contractor shall have the responsibility to coordinate the Work with the utility service providers, municipal and/or off-site contractors related to the Project and in the absence of other special provisions of Contract Documents to the contrary, shall be required to coordinate with said entities the physical street/right-of-way work and connection to the structures and/or extensions from the structures to the off-site and/or on-site utilities so that the Work is properly sequenced, and functional for the intended use and purpose thereof. Such coordination and supervision costs incidental thereto, are incidental to the Work and part of the GMP.

**§ 3.3.5** The Contractor shall plan and lay out all Work in advance of operations so as to coordinate all Work without delay or revision. The Contractor shall establish and maintain existing lot lines, restrictions and benchmarks. The Contractor shall establish and maintain all other lines, levels and benchmarks necessary for execution of the Work and take necessary steps to prevent dislocation or destruction.

## § 3.4 LABOR AND MATERIALS
**§ 3.4.1** Unless otherwise provided in the Contract Documents, the Contractor shall provide and pay for labor, materials, equipment, tools, construction equipment and machinery, water, heat, utilities, transportation, and other

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

facilities and services necessary for proper execution and completion of the Work, whether temporary or permanent and whether or not incorporated or to be incorporated in the Work.

**§ 3.4.2** Except in the case of minor changes in the Work authorized by the Architect in accordance with Sections 3.12.8 or 7.4, the Contractor may make substitutions only with the written approval of the Owner, after evaluation by the Owner and Architect and in accordance with a Change Order or Construction Change Directive.

**§ 3.4.2.1** The Contractor must submit to the Architect, with copy to the Owner, all information required by the Specifications relating to substitutions. In addition to information required by the Specifications, the Contractor shall submit to the Owner and the Architect information as to (i) the adjustment in accordance with the Contract Documents in the GMP, in the event the substitution is acceptable; (ii) the adjustment, if any, in the Contract Time, and any milestones if included in the construction schedule in the event the substitution is acceptable.

**§ 3.4.2.2** Substitutions and alternates may be rejected without liability to the Owner or Architect.

**§ 3.4.2.3** The Owner shall be entitled to any cost savings through a deductive adjustment of the GMP in the amount of the cost savings as a result of approvals of any substitution of products or major components or systems.

**§ 3.4.2.4** If the Contractor makes requests for substitutions, the Contractor thereby: (a) represents that the Contractor has personally investigated the proposed substitute product and determined that it is either equal or superior in all respects to that specified in the Contract Documents, and that it is compatible with all substrates and related work (as used in this sentence, "superior" could mean advantageous to the Owner in other ways, such as lower cost, provided such advantages have been accepted by the Owner and are without reasonable objection from the Architect); (b) represents that the Contractor will provide the same warranty for the substitution that the Contractor would for that specified in the Contract Documents; (c) certifies that the cost data presented is complete and includes all related costs under the Contract except the Architect's design costs and waives all claims for additional costs related to the substitution which subsequently becomes apparent; and (d) will coordinate the installation of the accepted substitute, making such changes as may be required for the Work to be complete in all respects.

**§ 3.4.3** The Contractor shall enforce strict discipline and good order among the Contractor's employees and other persons carrying out the Work. The Contractor shall not permit employment of unfit persons or persons not properly skilled in tasks assigned to them. The Owner may require in writing the Contractor to remove from the Work any employee or other person that the Owner considers objectionable. However, neither this authority of the Owner nor a decision made in good faith to exercise or not to exercise such authority shall create a duty or responsibility of the Owner to the Architect, Contractor, Subcontractors, Sub-subcontractors, their agents or employees, to other persons performing portions of the Work, or to any other person. To the extent permitted by Legal Requirements and at the Owner's expense and not as a Cost of the Work, the Contractor's personnel and the Subcontractors' and Sub-subcontractors' personnel shall be subject to background checks, drug tests and other procedures and requirements requested by the Owner.

**§ 3.4.4** The Contractor shall only employ or use labor in connection with the Work capable of working harmoniously with all trades, crafts and other individuals associated with the Project or the Work.

**§ 3.4.5** The Contractor shall be responsible for labor peace on the Project and shall at all times use its best efforts and exercise its judgment as an experienced contractor to adopt and implement policies and practices designed to avoid work stoppages, slowdowns, disputes or strikes where reasonably possible and practical under the circumstances, and shall at all times maintain Project-wide labor harmony.

### § 3.5 WARRANTY

**§ 3.5.1** In addition to any other warranty provisions contained in the Contract Documents, the Contractor warrants to the Owner that materials and equipment furnished under the Contract will be of good quality and new unless the Contract Documents require or permit otherwise. The Contractor further warrants that the Work will conform to the requirements of the Contract Documents and will be performed in a skillful and workmanlike manner, free from defects, except for those inherent in the quality of the Work the Contract Documents require or permit. All work, materials, or equipment not conforming to these requirements, including substitutions not properly approved or authorized, will be considered defective. The Contractor's warranty excludes remedy for damage or defect caused by Owner abuse, alterations to the Work not executed by the Contractor, improper or insufficient Owner

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

20

maintenance, improper Owner operation, or normal wear and tear under normal usage. If required by the Architect, the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment. The Contractor is not relieved of its general warranty obligations by the specification of a particular product or procedure in the Contract Documents. Warranties in the Contract Documents shall survive completion, acceptance and final payment.

**§ 3.5.2** Materials shall conform to manufacturer's standards in effect at the date of execution of the Agreement and shall be installed in strict accordance with manufacturer's directions. For all Work items, including those covered by an express warranty in the Specifications, the Contractor shall require the applicable Subcontractor or Sub-subcontractors performing the work or installing the required product to provide the warranties required by the Specifications.

**§ 3.5.3** The Contractor shall cause warranties from Suppliers, equipment sellers or manufacturers, and from Subcontractors or Sub-subcontractors furnishing materials, equipment or labor for the Work to be made jointly to the Owner and the Contractor. The Contractor will execute any documents or take such action as may be necessary to ensure that the Owner receives the benefits of the warranties from Subcontractors, Sub-subcontractors and Suppliers. If no express warranty is provided in the Specifications, the Contractor shall obtain and furnish to the Owner fully executed warranties from all Subcontractors, Sub-subcontractors and Suppliers. The Contractor shall be responsible for enforcing any and all warranties given by Subcontractors, Sub-subcontractors and Suppliers to the extent enforceable by the Contractor for the Owner's benefit. The Contractor agrees to assign to the Owner at Substantial Completion any and all manufacturers' warranties relating to materials and labor used in the Work and further agrees to perform the Work in such a manner so as to preserve any and all such manufacturer's warranties. If necessary as a matter of law, the Contractor may retain the right to enforce directly any such manufacturers' warranties during the one-year period following Substantial Completion, referred to in Section 12.2. The applicable Work Order may include a list of any extended warranties required by the Owner, or a reference to where in the Contract Documents a list of such extended warranties can be found.

**§ 3.5.4** Notwithstanding the foregoing assignment, prior to final acceptance of the Project by the Owner, the Contractor shall deliver to the Owner via the Architect three (3) bound volumes of all guarantees and warranties on material furnished by all manufacturers and Suppliers to the Contractor and all of its Subcontractors and Sub-subcontractors. The guarantees and warranties in each bound volume shall be grouped together by trade and properly indexed. The documentation must also clearly describe proper operational and maintenance activities required to sustain said warranties. The guarantees and warranties herein shall not be construed to modify or limit in any way any rights or actions which the Owner may otherwise have against the Contractor or anyone else by law or statute or in equity.

## § 3.6 TAXES
The Contractor shall pay sales, consumer, use and similar taxes for the Work provided by the Contractor that are legally enacted when bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect. The Contractor may charge and the Owner will pay applicable US, state or local sales taxes that the Contractor is legally obligated to charge with respect to the Work ("Taxes"), provided that such Taxes are stated on the original invoice that the Contractor provides to the Owner and the Contractor's invoices state such Taxes separately and meet the appropriate tax requirements for a valid tax invoice. The Owner may provide the Contractor an exemption certificate acceptable to the relevant taxing authority, in which case the Contractor shall not collect the Taxes covered by such certificate, and if the GMP assumed that such Taxes would be collected, the GMP shall be reduced by the amount of such Taxes. The Contractor will be solely responsible for all other taxes or fees (including interest and penalties) arising from the Contract and Work. The Owner shall maintain the right to deduct or withhold any taxes that the Owner determines it is obligated to withhold from any amounts payable to the Contractor under the Contract, and payment to the Contractor as reduced by such deductions or withholdings will constitute full payment and settlement to the Contractor of such amounts. Throughout the term of the Contract, the Contractor will provide the Owner with any forms, documents, or certifications as may be required for the Owner to satisfy any information reporting or withholding tax obligations with respect to any payments under the Contract.

## § 3.7 PERMITS, FEES, NOTICES, AND COMPLIANCE WITH LAWS
**§ 3.7.1** Unless otherwise provided in the Contract Documents, including the applicable Work Order, the Contractor shall secure and pay for the building permit as well as for other permits, fees, licenses, and inspections by

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                     (944596295)

government agencies necessary for proper execution and completion of the Work that are customarily secured after execution of the Contract and legally required at the time bids are received or negotiations concluded.

§ 3.7.2 The Contractor shall comply with and give notices required by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities applicable to performance of the Work.

§ 3.7.3 Except as provided in Section 3.2.3 for design-build services and systems, it is not the Contractor's responsibility to ascertain that the Contract Documents are in accordance with applicable laws, statutes, ordinances, building codes and rules and regulations. However, if the Contractor observes that portions of the Contract Documents are at variance therewith, the Contractor shall promptly notify the Architect and Owner in writing, and necessary changes shall be accomplished by appropriate Modification. Such relief of responsibility for ascertaining compliance with applicable codes, laws, ordinances or regulations does not extend to the Contractor or its Subcontractors, Sub-subcontractors or Suppliers when providing design-build systems or the design-build systems furnished by the Contractor directly.

§ 3.7.4 If the Contractor performs Work (including, without limitation, the installation of any materials or equipment) knowing it to be contrary to any Legal Requirements, the Contractor shall assume appropriate responsibility for such Work and shall bear the costs attributable to correction that would otherwise be incurred (including fines and penalties).

§ 3.7.5 Concealed or Unknown Conditions: Subject to the limitations and conditions established herein, if the Contractor encounters conditions at the site that are (1) subsurface or otherwise concealed physical conditions that differ materially from those indicated in the Contract Documents or (2) unknown physical conditions of an unusual nature, that differ materially from those ordinarily found to exist and generally recognized as inherent in construction activities of the character provided for in the Contract Documents, the Contractor shall promptly provide written notice to the Owner and the Architect before conditions are disturbed and in no event later than five (5) days after first observance of the conditions. Failure to provide such written notice shall conclusively bar any Claim related to such alleged condition. The Architect with assistance of other Owner's Prime Consultants, and in consultation with the Owner, will promptly investigate such conditions and, if the Architect and Owner determine that they differ materially and cause an increase or decrease in the Contractor's cost of, or time required for, performance of any part of the Work, the Contractor may request an equitable adjustment in the GMP or Contract Time, or both in accordance with Articles 7 and 8 and/or other provisions of the Agreement. In response to such request the Owner may, in its sole discretion, terminate the Contract for convenience in accordance with Section 14.4. If the Architect and Owner determine that the conditions at the site are not materially different from those indicated in the Contract Documents and that no change in the terms of the Contract is justified, the Architect shall promptly notify the Contractor in writing, stating the reasons. If the Contractor disputes such determination or recommendation, the Contractor may proceed as provided in Article 15. Claims shall not be allowed in connection with a concealed or subsurface condition that does not differ materially from those conditions disclosed or discovered by: (i) prior inspections and reviews by the Contractor for the Contract or (ii) inspections and reviews that the Contractor had the opportunity to make or should have performed in accordance with industry standards in connection with the Project or (iii) the Contract Documents.

§ 3.7.6 If, in the course of the Work, the Contractor encounters human remains or recognizes the existence of burial markers, archaeological sites or wetlands not indicated in the Contract Documents, the Contractor shall immediately suspend any operations that would affect them and shall immediately notify the Owner and Architect. Upon receipt of such notice, the Owner and Architect shall promptly commence an investigation of the alleged human remains or existence of burial markers, archaeological sites or wetlands. Upon confirmation of such conditions not indicated in the Contract Documents, the Owner shall promptly take such action as the Owner deems reasonably necessary to obtain governmental authorization required to resume the operations. The Contractor shall continue to suspend such operations until otherwise instructed by the Owner but shall continue with all other operations that do not affect those remains or features. Requests for adjustments in the GMP and Contract Time arising from the existence of such remains or features may be made as provided in Article 15. In response to such request the Owner may, in its sole discretion, terminate the Contract for convenience in accordance with Section 14.4.

## § 3.8 ALLOWANCES
§ 3.8.1 The Contractor shall include in the GMP all Allowance amounts stated in the Contract Documents. Items covered by Allowances shall be supplied for such amounts and by such persons or entities as the Owner may direct,

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

Init.

/

DocuSign Envelope ID: 89E16ECF-7497-4B06-96B2-CE8665CBCA6F

but the Contractor shall not be required to employ persons or entities to whom the Contractor has reasonable objection.

**§ 3.8.2** Unless otherwise provided in the Contract Documents,

.1    An Allowance is a stated amount included in the GMP for a specific scope of the Work that at the time the Allowance amount is established, is not sufficiently designed or specified to allow an accurate cost estimate. Allowances shall cover the cost to the Contractor of materials and equipment delivered at the site and all required taxes, less applicable trade discounts, and the cost of labor for installation;

.2    Contractor's costs for overhead, profit and other expenses contemplated for stated Allowance amounts shall be included in the GMP but not in the Allowances;

.3    Upon final determination of the actual cost of an Allowance amount, the Owner and the Contractor shall promptly enter into a Change Order to appropriately adjust the GMP to reflect the amount, if any, by which such actual cost exceeds or is less than the stated Allowance amount. In no event shall any unused Allowance amount be allocated to another category of the Work; and

.4    If work covered by an Allowance is on-going over the course of the Project, the Contractor shall provide the Owner a monthly update of all Allowance expenditures and forecast of projected savings or over-run in the Allowance sum.

**§ 3.8.3** Materials and equipment under an Allowance shall be selected by the Owner with reasonable promptness.

**§ 3.8.4** Where unit prices are established, the price includes furnishing, fabrication, installation and product waste of such items by the Contractor in the required quantity.

**§ 3.9 SUPERINTENDENT**
**§ 3.9.1** Unless otherwise stated in an applicable Work Order, the Contractor shall employ a competent Project Manager and Superintendent satisfactory to the Owner and Architect and necessary assistants who shall be in attendance at the Project site during performance of the Work. The Superintendent shall be in charge of all construction operations. The Project Manager and Superintendent shall represent the Contractor, and communications given to the Project Manager or Superintendent shall be as binding as if given to the Contractor. The Superintendent shall devote full time attention to the requirements of the Project until Substantial Completion is achieved.

**§ 3.9.2** The Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the Architect and Owner the name and qualifications of the proposed Project Manager and Superintendent. The Owner may reply within fourteen (14) days to the Contractor in writing stating whether the Owner has reasonable objection to the proposed personnel.

**§ 3.9.3** The Contractor shall not employ a proposed Project Manager or Superintendent to whom the Owner or Architect has made reasonable and timely objection. The Contractor shall not change the Project Manager or Superintendent without the Owner's consent, which shall not unreasonably be withheld or delayed.

**§ 3.9.4** The Superintendent shall keep a daily journal describing in detail all construction activity, weather conditions, persons entering the job site, Subcontractors and Sub-subcontractors working on the site, number of workers, equipment on site, deliveries, Work accomplished, problems encountered, and all other information important to the construction process and as the Owner may reasonably require. The daily journal shall be available at all times to the Owner and Architect, and upon request, copied in its entirety and delivered to each. All photos/videos and all other records documenting progress or quality of Work shall be available for copy by the Owner and Architect upon request.

**§ 3.9.5** The Project Manager identified in the applicable Work Order shall be the principal contact person for the Contractor and shall have primary responsibility for coordinating and supervising all services and work performed by the Contractor under the Contract. The Project Manager shall participate in all Project meetings and sign all Change Orders, Applications for Payment and Certificates of Substantial Completion and Final Completion to indicate its review and approval thereof.

**Init.**

**/**

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA®  Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA®  Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

## § 3.10 CONTRACTOR'S CONSTRUCTION SCHEDULES

**§ 3.10.1** The Contractor, promptly after being awarded the Contract, shall prepare and submit for the Owner's and Architect's information a Contractor's construction schedule for the Work. The schedule shall include the activities of the Contractor, Subcontractors and Suppliers at all levels. The schedule shall not exceed time limits current under the Contract Documents, shall be revised at appropriate intervals as required by the conditions of the Work and Project, shall be related to the entire Project to the extent required by the Contract Documents, and shall provide for expeditious and practicable execution of the Work.

**§ 3.10.1.1** The construction schedule shall utilize scheduling software acceptable to the Owner and shall clearly show all activities, durations, predecessors and successors with related sequencing logic, critical path activities, Float, areas of responsibility and any other pertinent information deemed necessary by the Owner. The construction schedule shall not exceed the required date of Substantial Completion and the required date of Final Completion, as established in the applicable Work Order. The construction schedule shall provide for expeditious and practicable execution of the Work. The construction schedule shall not be modified or extended without the prior approval of the Owner in each instance. If the construction schedule is not available to be included as an exhibit to the applicable Work Order, the Contractor shall work diligently to provide the construction schedule to the Owner for review and approval, subject to Section 3.10.1.4, as soon as reasonably practicable.

**§ 3.10.1.2** The Contractor's construction schedule shall be of a critical path method type, acceptable to the Owner and Architect, that shall also (i) provide a graphic representation of all activities and events that will occur during the performance of the Work; (ii) identify each phase of construction and occupancy; (iii) set forth dates that are critical in ensuring the timely and orderly completion of the Work in accordance with the requirements of the Contract Documents ("Milestone Dates"); and (iv) include time loss for normal adverse weather conditions whether shown in the Contractor's logic and durations or not. The schedule shall be regularly updated by the Contractor to reflect Project progress and conditions and any such updates shall be promptly provided to the Owner in electronic and hard copy.

**§ 3.10.1.3** The construction schedule shall be reviewed on a weekly basis and updated monthly for submittal with the Application for Payment. Each updated construction schedule shall contain a comparison of actual progress with the estimated progress for such point in time stated in the original construction schedule. If any construction schedule submitted sets forth a date for achieving Substantial Completion beyond the required date of Substantial Completion (or, if set forth in the applicable Work Order, Milestone Dates) as defined in and as may be extended pursuant to the provisions of the applicable sections of the Contract, then the Contractor shall submit to the Owner for its review and approval a narrative description of the means and methods which the Contractor proposes to employ to expedite the progress of the Work to achieve Substantial Completion by the required date of Substantial Completion (or, if set forth in the applicable Work Order, Milestone Dates).

**§ 3.10.1.4** The Owner's review, comment and/or approval of any schedule submittal shall not transfer any of the Contractor's responsibilities to the Owner or relieve the Contractor of any of its obligations. The Contractor alone shall remain responsible for the work flow and schedule logic, how early to start activities, adjusting forces, equipment, and work schedules to ensure completion of the Work within the time(s) specified in the Contract Documents. Upon review and approval by the Owner of the Milestone Dates, if any, the construction schedule shall be deemed part of the Contract Documents. If not approved for reasonable cause, the construction schedule shall be promptly revised by the Contractor in accordance with the recommendations of the Owner and Architect and resubmitted for acceptance. The Contractor shall monitor the progress of the Work for conformance with the requirements of the construction schedule and shall promptly advise the Owner of any delays or anticipated probable delays. The accepted construction schedule shall be updated by Contractor as necessary to reflect actual conditions as set forth in Section 3.10.1 or updated upon request by the Owner. In the event that any such updated schedule indicates any delays due to no fault of the Owner, the Contractor shall propose an affirmative plan to correct the delay. In no event shall any such updated schedule constitute an adjustment in the Contract Time or the GMP unless any such adjustment is approved in writing by the Owner and authorized pursuant to Change Order or Construction Change Directive.

**§ 3.10.2** The Contractor shall prepare and keep current a submittal schedule, promptly after being awarded the Contract and thereafter as necessary to maintain a current submittal schedule, and shall submit the schedule(s) for the Architect's and Owner's approval. The submittal schedule shall (1) be coordinated with the Contractor's construction schedule, and (2) allow the Architect reasonable time to review submittals. If the Contractor fails to

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

DocuSign Envelope ID: 89E16ECF-7497-4B2C-996B2-CE8665CBCA6F

submit a submittal schedule, the Contractor shall not be entitled to any increase in GMP or extension of Contract Time based on the time required for review of submittals. Neither the Owner nor the Architect can guarantee response times from governmental authorities, such as permitting agencies or review of any required deferred submittals.

**§ 3.10.3** The Contractor shall perform the Work in general accordance with the most recent schedules submitted to the Owner and Architect, which shall not exceed the Contract Time as may be amended only by Change Order. The Contractor shall promptly notify the Owner and Architect in writing of any proposed changes in the construction schedule or of any event which could delay performance or supplying of any item of the Work and shall indicate the expected duration of the delay, the anticipated effect of the delay on the construction schedule and the action being taken to correct the delay situation.

**§ 3.10.3.1** The Contractor shall meet the Contract Time, modified only by executed Change Orders. The Contractor shall provide sufficient material, equipment, and labor to meet the completion times in the schedule. All work not in the critical path at the commencement of the Project shall be scheduled and completed so as not to effect or delay the specific work or the Project. Non-critical path work not completed as scheduled or completed out of sequence shall not be the basis of a claim for delay or damages.

**§ 3.10.3.2** If the Contractor falls behind the schedule, or if the Work is delayed due to normal adverse weather or any other cause other than those described in Section 8.3.1, the Contractor shall take such steps as may be necessary to improve progress and otherwise eliminate or minimize such delays and to comply with the Project schedule. Such steps may include an increase in: (a) the number of construction workers, equipment, materials; (b) in the number of shifts; (c) use of overtime operations; (d) supplement any lagging crew or sub-trade; and (e) re-sequencing Work. The Contractor shall submit to the Owner and Architect such recovery schedule or schedules to demonstrate the manner in which the agreed rate of progress will be regained. If the Contractor desires or is required to carry on Work at night or outside the normal working hours, the Contractor must obtain approval from the appropriate jurisdiction. The cost required to bring the Project back on schedule when the Project is delayed or behind schedule shall not increase the GMP and Contractor shall not in such event be entitled to claims for loss of efficiency, acceleration, trade stacking or other impact damages, except only as may be allowed pursuant to Section 8.3.

**§ 3.10.4** The Contractor's overall schedule shall include and accommodate time lost for normal weather impacts to critical path activities that are cancelled or postponed due to adverse normal weather. The Contractor shall notify the Owner of any days (together with dates, description of work activities impacted, etc.) which it claims to be abnormally inclement weather which impacted the Project schedule at the next construction meeting, shall review and justify to the Owner that the inclement abnormal weather condition had an adverse effect on the critical path, and may (if appropriate) submit a Claim in accordance with Articles 8 and 15. Precipitation as rain, hail or snow, low temperature, or windstorm which might reasonably have been anticipated from the National Weather Service historical records for the general locality of the Work shall not be construed as abnormal.

**§ 3.10.5** In the event of the performance of Work has not progressed or reached the level of completion required by the Contract Documents, unless excused pursuant to Section 8.3, the Owner shall have the right to order the Contractor to take corrective measures necessary to expedite the progress of construction.

.1    The Contractor shall not be entitled to an adjustment in the GMP in connection with corrective measures required by the Owner under or pursuant to this Section 3.10.5.

.2    The Owner may exercise the rights furnished the Owner under or pursuant to this Section 3.10.5 as frequently as the Owner deems necessary to ensure that the Contractor's performance of the Work will comply with any Project completion date or dates set forth in the Contract Documents.

**§ 3.10.6** During the progress and performance of the Work, the Contractor shall attend and participate in weekly status meetings at the Project site (unless another location is specified by the Owner) scheduled by the Owner or Architect to review progress of the Work, to discuss the Contractor's progress reports, to obtain necessary Owner's or Architect's approval and generally keep the Owner and Architect informed and involved in the decision-making process. At each Project status meeting, the Contractor must present an updated four-week progress schedule which clearly updates and identifies the progress of the Project. The Contractor shall furnish to the Owner and Architect written minutes of each meeting within five (5) days thereafter.

Init.

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                            (944596295)

## § 3.11 DOCUMENTS AND SAMPLES AT THE SITE

§ **3.11.1** The Contractor shall maintain at the site for the Owner one copy of the Drawings, Specifications, Addenda, Change Orders and other Modifications, in good order and marked currently to indicate field changes and selections made during construction, and one copy of approved Shop Drawings, Product Data, Samples and similar required submittals. These shall be available to the Architect and shall be delivered to the Architect for submittal to the Owner upon completion of the Work as a record of the Work as constructed. The location of all new and existing piping, valves, conduit, cabling and utilities, as located during the course of construction, shall be appropriately marked until the actual field location dimensions and coordinates are incorporated on the as-built drawings, and mechanical and electrical deviations and changes shall be included. The Contractor shall note on the as-built drawings any changes made to the building enclosure design documents during construction. The documents shall include all architectural, mechanical, electrical, structural and civil as-built drawings, whether changes occur or not. These documents, as well as the approved permit set of plans, shall be available to the Architect and Owner at the site and reviewed with them on a monthly basis. Upon Final Completion of the Work, the Contractor shall transfer all as-built information in a clear and legible manner as described in the Contract Documents and in compliance with all requirements of local governmental entities, shall certify that these documents reflect complete and accurate "as-built" conditions and shall deliver: (1) a paper copy of the documents as well as the approved permit set of plans in good condition, (2) the approved permit set of plans, and (3) the as-built documents, Shop Drawings, Specifications, Addenda, maintenance manuals and warranties to the Architect for submittal to the Owner in accordance with the provisions of the Contract Documents. Satisfactory maintenance of up-to-date as-built drawings on a monthly basis will be a requirement for approval of progress payments.

§ **3.11.2** Copies of the approved plans and permits shall be forwarded to the Contractor upon receipt. The Contractor shall maintain and keep such documents in original condition at the jobsite at all times. Upon Final Completion, the Contractor shall deliver all original approved plans and permits to the Owner, including copies of the signed-off permits which the Contractor and/or its Subcontractors have obtained.

## § 3.12 SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

§ **3.12.1** Shop Drawings are drawings, diagrams, schedules and other data specially prepared for the Work by the Contractor or a Subcontractor, Sub-subcontractor, manufacturer, Supplier or distributor to illustrate some portion of the Work.

§ **3.12.2** Product Data are illustrations, standard schedules, performance charts, instructions, brochures, diagrams and other information furnished by the Contractor to illustrate materials or equipment for some portion of the Work.

§ **3.12.3** Samples are physical examples that illustrate materials, equipment or workmanship and establish standards by which the Work will be judged.

§ **3.12.4** Shop Drawings, Product Data, Samples and similar submittals are not Contract Documents. Their purpose is to demonstrate the way by which the Contractor proposes to conform to the information given and the design concept expressed in the Contract Documents for those portions of the Work for which the Contract Documents require submittals. Review by the Architect is subject to the limitations of Section 4.2.7. Informational submittals upon which the Architect is not expected to take responsive action may be so identified in the Contract Documents. Submittals that are not required by the Contract Documents may be returned by the Architect without action.

§ **3.12.5** The Contractor shall review for compliance with the Contract Documents, approve and submit to the Architect (and if requested, with copies to the Owner) Shop Drawings, Product Data, Samples and similar submittals required by the Contract Documents in accordance with the submittal schedule approved by the Architect and Owner or, in the absence of an approved submittal schedule, with reasonable promptness and frequency and in such sequence and flow rate consistent with the submittal schedule as to cause no delay in the Work or in the activities of the Owner or of separate contractors. Submittals that are not marked as reviewed for compliance with the Contract Documents and approved by the Contractor may be returned by the Architect without action, which will not constitute an Owner-caused delay to the Contractor. At the time of submission, the Contractor shall inform the Architect in writing of any deviation in the Shop Drawings, Product Data, or Samples from the requirements of the Contract Documents. So far as practicable, each Shop Drawing or Product Data submittal shall bear a cross reference note referring to Drawing or detail numbers on the Drawings showing the same Work in order to facilitate checking of Shop Drawing or Product Data and their prompt return to the Contractor. Shop Drawings for interrelated Work shall be submitted at approximately the same time. The Contractor shall stamp and initial its

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                    (944596295)

26

approval on all submittals prior to submitting them to the Architect indicating that the Contractor has satisfied its responsibilities under the Contract Documents for review of the submittal. The Contractor shall keep accurate records of the receipt, review and delivery of all submittals and shall submit to the Owner twice monthly reports on the status of their review, identifying the location and the causes of any failure to promptly receive such submissions and suggesting responsibility. The Contractor shall make all corrections requested by the Architect and, when requested by the Architect, provide a corrected submittal without change in the GMP or extension of Contract Time.

**§ 3.12.6** By submitting Shop Drawings, Product Data, Samples and similar submittals, the Contractor represents to the Owner and Architect that the Contractor has (1) reviewed and approved them, (2) determined and verified materials, field measurements and field construction criteria related thereto, or will do so and (3) checked and coordinated the information contained within such submittals with the requirements of the Work, the Work of applicable Subcontractors and of the Contract Documents. The Contractor's review and approval of such Shop Drawings, Product Data, Samples and similar submittals prior to submittal to the Owner and/or Architect, constitutes a representation that the Contractor has coordinated the Work addressed in the submittal with the work of others and that no conflicts result other than those that may be specifically noted for the Architect's attention in the submittal. Where penetrations in the Work occur from mechanical, electrical, or for other equipment, the Contractor shall review Shop Drawings and verify size, location and sealant means of said penetrations.

**§ 3.12.7** The Contractor shall perform no portion of the Work for which the Contract Documents require submittal and review of Shop Drawings, Product Data, Samples or similar submittals until the respective submittal has been approved or accepted by the Architect.

**§ 3.12.8** The Work shall be in accordance with approved submittals except that the Contractor shall not be relieved of responsibility for deviations from requirements of the Contract Documents by the Architect's approval of Shop Drawings, Product Data, Samples or similar submittals unless the Contractor has specifically informed the Architect in writing of such deviation at the time of submittal and (1) the Architect has, with the Owner's written approval, given written approval to the specific deviation as a minor change in the Work, or (2) a Change Order or Construction Change Directive has been issued authorizing the deviation. The Contractor shall not be relieved of responsibility for errors or omissions in Shop Drawings, Product Data, Samples or similar submittals by the Architect's approval or acceptance thereof.

**§ 3.12.9** The Contractor shall direct specific attention, in writing or on resubmitted Shop Drawings, Product Data, Samples or similar submittals, to revisions other than those requested by the Architect on previous submittals. In the absence of such written notice, the Architect's approval of a resubmission shall not apply to such revisions.

**§ 3.12.10** Except to the extent of any design/build obligations imposed by the Contract Documents, the Contractor shall not be required to provide professional services that constitute the practice of architecture or engineering unless the Contractor needs to provide such services in order to carry out the Contractor's responsibilities for construction means, methods, techniques, sequences and procedures. The Contractor shall not be required to provide professional services in violation of applicable law. If professional design services or certifications by a design professional related to systems, materials or equipment are specifically required of the Contractor by the Contract Documents, the Owner and the Architect will specify all performance and design criteria that such services must satisfy. The Contractor shall cause such services or certifications to be provided by a properly licensed design professional, whose signature and seal shall appear on all drawings, calculations, specifications, certifications, Shop Drawings and other submittals prepared by such professional. Shop Drawings and other submittals related to the Work designed or certified by such professional, if prepared by others, shall bear such professional's written approval when submitted to the Architect. The Owner and the Architect shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications and approvals performed or provided by such design professionals, provided the Owner and Architect have specified to the Contractor all performance and design criteria that such services must satisfy. Pursuant to this Section 3.12.10, the Architect will review, approve or take other appropriate action on submittals only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Contractor shall not be responsible for the adequacy of the performance and design criteria specified in the Contract Documents.

**§ 3.12.11** To the extent requested by the Owner, the Owner shall be copied on submittals and formal requests for information from the Contractor which the Owner may review with the Architect or other design consultants. The Owner is not expected to undertake the reviews or provide responses normally performed by the Architect, the

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

Owner's Prime Consultants, or the other design consultants. The Owner's distribution or comments to such submittals shall not be construed to be conducted for the purpose of determining conformance with the Contract Documents, or codes, or accuracy and completeness of other details such as dimensions and quantities, or for substantiating instruction for installation or performance of equipment or systems. The Owner's distribution or comments to the Contractor's submittals shall not relieve the Contractor of the obligations under Sections 3.3, 3.5 and 3.12, nor shall they constitute approval of any construction means, methods, techniques, sequences or procedures.

§ 3.12.12 The Contractor shall maintain, in good order and on a current basis, a record copy of all subcontracts, purchase orders, Drawings marked to record all as-built changes made during construction, Specifications, addenda, Change Orders, and other modifications; Shop Drawings; Product Data; Samples; submittals; purchases; materials; equipment; applicable handbooks; maintenance and operating manuals and instructions; other related documents and revisions which arise out of subcontracts or Work. These records shall be available to the Owner and the Architect, and, at Final Completion of the Project, delivered to the Owner.

### § 3.13 USE OF SITE
§ 3.13.1 The Contractor shall confine operations at the site to areas permitted by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities and the Contract Documents and shall not unreasonably encumber the site with materials or equipment.

§ 3.13.2 The Contractor shall protect from damage all existing structures, equipment, improvements, utilities and vegetation at or near the Project site which are intended to remain undamaged; and on adjacent property, the locations of which are made known to or should be known by the Contractor. The Contractor shall repair at the Contractor's expense any damage, including that to the adjacent property, resulting from failure to comply with the requirements of the Contract Documents or failure to exercise reasonable care in performing the Work. If the Contractor fails or refuses to repair the damage within a reasonable period of time, not to exceed thirty (30) days, the Owner may have the necessary work performed and charge the cost to the Contractor.

§ 3.13.3 Without limitation of any other provision of the Contract Documents, the Contractor shall comply with all rules and regulations promulgated by the Owner, Landlord and the underlying owner of the site in case the Owner is making improvements to the site for purposes of occupancy as a tenant in connection with the use and occupancy of the Project site, as may be amended from time to time. The Contractor shall immediately notify the Owner in writing if, during the performance of the Work, the Contractor finds compliance with any of the portion of the rules and regulations to be impractical, or the extent to which the Contractor believes it is entitled to request reimbursement for compliance, setting forth the problems and estimated costs associated with such compliance and suggesting alternatives through which the same results intended by such portions of the rules and regulations can be achieved. The Owner may, in the Owner's sole discretion, adopt such suggestions, rules and regulations. Such rules shall not unreasonably hinder the Contractor's performance of the Work. The Contractor's reasonable costs associated with adherence to rules and regulations not typically required for projects similar to the Project are reimbursable with the Owner's written approval, in the Owner's reasonable discretion.

§ 3.13.4 The Contractor shall assure free, convenient, unencumbered and direct access to and through the buildings and surrounding common areas on or in the vicinity of the Project site. The Contractor shall keep the Project site in a clean and neat condition. To the extent practicable, the Contractor shall keep the Project site and surrounding areas free of dust and debris. The Contractor shall also ensure that its employees, and the Subcontractors and Suppliers and their employees, are familiar with and strictly comply with the plans prepared for site management and traffic flow ("Site Management Plan"), including, without limitation, the parking restrictions set forth therein.

§ 3.13.5 The Contractor shall assign space to its Subcontractors and Suppliers for storage of their materials, and storage of all materials shall be confined to those spaces. Such designated spaces shall be consistent with the Site Management Plan prepared by the Contractor and approved by the Owner prior to commencement of the Work. Should the Owner direct the Contractor at any time to move such materials in a manner inconsistent with the Site Management Plan, the cost of such move by the Contractor may constitute a Change in the Work.

§ 3.13.6 No signs shall be erected or maintained on the Project site displaying the name of the Contractor or its Subcontractors or Suppliers without the prior written approval of the Owner.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

**§ 3.13.7** Only materials and equipment that are to be used directly in the Work shall be brought to and stored on the Project site by the Contractor. After equipment is no longer required for the Work, it shall be promptly removed from the Project site. Protection of construction materials and equipment stored at the Project site from weather, theft or damage is solely the responsibility of the Contractor.

**§ 3.13.8** Without limitation of any other provision of the Contract Documents, the Contractor shall use best efforts to minimize any interference with the occupancy or beneficial use of (i) any areas and buildings adjacent to the site of the Work and (ii) the building in the event of partial occupancy as more specifically described in Section 9.9.

**§ 3.13.9** The Work shall be performed, to the fullest extent reasonably possible, in such a manner that public areas adjacent to the site of the Work shall be free from all debris, building materials and equipment likely to cause hazardous conditions. The Contractor shall, wherever possible, keep the main entry roadway open and accessible for public use. The Contractor shall accelerate its operations in such a manner that minimizes interruption of driveways. The Contractor shall protect the adjacent property and the public at all times from hazards from their work in a manner conforming to all agencies of jurisdiction. Use or changes in use of the offsite area(s) shall not be the basis for increasing the GMP.

**§ 3.13.10** The Contractor's use of any rights-of-way, offsite areas, or adjacent lot shall be acceptable to the Owner, the jurisdictional authorities at the Project location, and adjacent property owners, and in compliance with any agreements between the Owner and its neighbors. To the extent the Work damages any rights-of-way, offsite areas, or adjacent lot, the Contractor shall completely restore such areas to their condition existing prior to such damage. The Contractor shall confine operations in such a manner that minimizes area and duration of off-site encumbrances, including sidewalks, alleyways, roadways, and adjacent property.

**§ 3.13.11** Without prior approval of the Owner, the Contractor shall not permit any workers to use any newly constructed or existing facilities at the Project site, including without limitation, lavatories, toilets, lobby entrances and parking areas other than those designated by the Owner.

**§ 3.14 CUTTING AND PATCHING**
**§ 3.14.1** The Contractor shall be responsible for cutting, fitting or patching required to complete the Work or to make its parts fit together properly. All areas requiring cutting, fitting and patching shall be restored to the condition existing prior to the cutting, fitting and patching, unless otherwise required by the Contract Documents.

**§ 3.14.2** The Contractor shall not damage or endanger a portion of the Work or fully or partially completed construction of the Owner or separate contractors by cutting, patching or otherwise altering such construction, or by excavation. The Contractor shall not cut or otherwise alter such construction by the Owner or a separate contractor except with written approval of the Owner and of such separate contractor; such approval shall not be unreasonably withheld. The Contractor shall not unreasonably withhold from the Owner or a separate contractor the Contractor's consent to cutting or otherwise altering the Work.

**§ 3.14.3** Any existing structures and facilities, including but not limited to buildings, landscaping, utilities, topography, streets, curbs, and walks, that are damaged or removed due to excavations or other construction work of the Contractor, shall be patched, repaired or replaced by the Contractor to the satisfaction of the Architect and Owner, the owner of such structures and facilities, and governmental authorities having jurisdiction. In the event a governmental authority requires that the repairing and patching be done with its own labor and/or materials, the Contractor shall abide by such requirement and it shall pay for such Work as a Cost of the Work within the GMP.

**§ 3.15 CLEANING UP**
**§ 3.15.1** The Contractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations under the Contract. At the Owner's request and, in any event, at the completion of the Work, the Contractor shall remove waste materials, rubbish, the Contractor's tools, construction equipment, machinery and surplus materials from and about the Project.

**§ 3.15.2** If the Contractor fails to clean up as provided in the Contract Documents, the Owner may do so and Owner shall be entitled to reimbursement from the Contractor.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                              (944596295)

### § 3.16 ACCESS TO WORK

**§ 3.16.1** Neither the Contractor nor the Architect nor any of their respective Consultants, Subcontractors, Sub-subcontractors, Suppliers, agents, employees, nor other persons or entities performing portions of the Work for, or on behalf of, the Contractor or the Architect shall provide access to the site to any person or party without the express written consent of the Owner. The Owner hereby consents to the Contractor and the Architect providing access to Owner's vendors for the purpose of completing such vendor's work on the Project.

**§ 3.16.2** The Owner shall have the right to access any part or parts of the Project in order to do whatever work is necessary to complete work not included in the Contract Documents. In accordance with any partial or phased completion and occupancy allowed by the Contract Documents, the Contractor shall ensure that the Work is performed in a manner that affords reasonable access, both vehicular and pedestrian, to the Owner, Owner's property manager and employees, lenders, service providers, representatives, invitees, consultants, and other authorized users prior to Substantial Completion in accordance with the accepted schedule. The Contractor shall coordinate its efforts with Owner's occupancy of the premises under this paragraph in such a way as to minimize impact to all parties.

### § 3.17 ROYALTIES, PATENTS AND COPYRIGHTS

**§ 3.17.1** The Contractor shall pay all royalties and license fees. The Contractor shall defend suits or claims for infringement of copyrights and patent rights and shall hold the Owner and Architect harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Drawings, Specifications or other documents prepared by the Owner or Architect. However, if the Contractor has reason to believe that the required design, process or product is an infringement of a copyright or a patent, the Contractor shall be responsible for such loss unless such information is promptly furnished to the Architect and the Owner.

### § 3.18 INDEMNIFICATION

**§ 3.18.1** To the fullest extent permitted by law the Contractor shall indemnify, defend and hold harmless the Owner, Owner's Prime Consultants, Architect, Architect's consultants, Amazon.com, Inc. and additional Indemnified Parties set forth in the applicable Work Order, and their respective officers, directors, agents, shareholders, partners, managers, members, affiliates, owners, successors and employees (individually, each an "Indemnified Party" and collectively the "Indemnified Parties"), from, for, and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the Work including, without limitation, third party claims and losses from fraud, breach of contract, violations of law, gross negligence and willful misconduct (hereinafter "Indemnity Claims").

**§ 3.18.2** FOR THE SOLE PURPOSE OF EFFECTING THE INDEMNIFICATION OBLIGATIONS UNDER THE CONTRACT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES UNRELATED TO THE INDEMNIFIED PARTIES, THE CONTRACTOR SPECIFICALLY AND EXPRESSLY WAIVES ANY IMMUNITY THAT MAY BE GRANTED IT UNDER THE WASHINGTON STATE INDUSTRIAL INSURANCE ACT, TITLE 51 RCW, OR ANY OTHER WORKERS COMPENSATION OR INDUSTRIAL IMMUNITY LAWS. THIS PROVISION HAS BEEN EXPRESSLY AND MUTUALLY NEGOTIATED. Further the indemnification obligations under the Contract shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable to or for any third party under the Worker Compensation Acts, Disability Benefit Acts or other employee benefit acts.

**§ 3.18.3** If Indemnity Claims are caused or alleged to be caused in part by any joint or concurrent negligent act (either active or passive), willful misconduct, omission or breach of contract by the Indemnified Parties, the Contractor shall indemnify, hold harmless and defend the Indemnified Parties from such Indemnity Claims only to the extent such Indemnity Claims do not arise out of or result from the negligence, willful misconduct, or breach of contract of the Indemnified Parties. In no event shall the Contractor be obligated to indemnify an Indemnified Party for Indemnity Claims which arise out of or result from the sole negligence, or willful misconduct or breach of contract of such Indemnified Party or its agents, servants or independent contractors who are directly responsible to such Indemnified Party, excluding Contractor herein.

**§ 3.18.4** The Owner shall advise the Contractor in writing of any action, administrative or legal proceeding or investigation as to which this indemnification may apply, and the Contractor, at Contractor's expense shall assume

Init.

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

30

(944596295)

on behalf of the Owner or Indemnified Parties, and conduct with due diligence and in good faith, the defense thereof with counsel satisfactory to the Owner or Indemnified Parties, provided that (i) the Owner or Indemnified Parties shall have the right to be represented therein by advisory counsel of its own selection and at its own expense, and (ii) if the defendants in any such action include the Contractor and the Owner or the Indemnified Parties, and if the Owner or Indemnified Parties concludes the Contractor has a conflict of interest and cannot adequately represent the Owner or Indemnified Parties, then the Owner or the Indemnified Parties shall have the right to select separate counsel to participate in the defense of such action on their own behalf and the cost shall be at the Contractor's expense. In the event of failure by the Contractor to fully perform in accordance with this Section 3.18.4, the Owner or the Indemnified Parties may, at the option of any of them, and without relieving the Contractor of its obligations hereunder, so perform, but all costs and expenses (including, but not limited, to attorneys' fees and expert fees) so incurred by the Owner or the Indemnified Parties in that event shall be reimbursed by the Contractor to the Owner or the Indemnified Parties, together with interest on the same from the date that any such expense was paid by the Owner or Indemnified Parties until reimbursed in full by the Contractor, at the rate of interest provided in the Agreement. The obligations of the Contractor under this Section 3.18.4 shall survive the expiration or termination of the Contract Documents.

## ARTICLE 4   ARCHITECT
### § 4.1 GENERAL
**§ 4.1.1** The Owner shall retain an architect lawfully licensed to practice architecture or an entity lawfully practicing architecture in the jurisdiction where the Project is located. That person or entity is identified as the Architect in the Work Order and is referred to throughout the Contract Documents as if singular in number.

**§ 4.1.2** The Owner at its option may, upon written notice to the Contractor, delegate all or part of any of the Architect's responsibilities under this Article 4 to the Owner, Owner's Development Manager, or any other person or entity identified by Owner in such notice. Effective as of the date of such notice, the term "Architect" as used in Article 4 shall mean the delegate named by the Owner for such delegated responsibility. If the Owner delegates some or all of Architect's responsibilities under this Article 4, the delegate identified by the Owner will not be required to be licensed to practice architecture unless otherwise required by law.

**§ 4.1.3** The Architect may from time to time issue additional Drawings and Specifications to provide coordination and conforming details and otherwise issue additional Drawings and Specifications necessary to complete the Project (all such additional Drawing and Specifications are referred to as "Additional Drawings and Specifications"). To the extent that the Additional Drawings and Specifications are (1) more specific and detailed than the Drawings and Specifications and (2) (a) reasonably necessary to coordinate or provide conforming details for the architectural, structural, mechanical, electrical, plumbing, and other plans, specifications, and addenda included with the Drawings and Specifications, or (b) necessary to accurately reflect the scope, quality, quantity, function, or intent reflected in the Drawings and Specifications (all such matters described in (a) and (b) preceding are herein called "Completion Details"), and to the extent that Completion Details are not changes to the scope of Work in the applicable Work Order, the Contractor shall not be entitled to an increase in the GMP or extension of Contract Time related thereto. The Contractor acknowledges that the Contractor has extensively reviewed and analyzed the Drawings and Specifications. In determining the GMP, the Contractor has taken into account the fact that necessary Completion Details may be included in the Additional Drawings and Specifications.

### § 4.2 ADMINISTRATION OF THE CONTRACT
**§ 4.2.1** If authorized by the Owner to do so, the Architect will provide administration of the Contract as described in the Contract Documents during construction until the date the Architect issues the final Certificate for Payment, and with the Owner's concurrence, from time to time during the one-year period for correction of Work described in Section 12.2. At the election of the Owner, the Architect will also provide administration of the Contract from time to time during the one-year period for correction of Work described in Section 12.2. The Architect will have authority to act on behalf of the Owner only to the extent provided in the Contract Documents. The Owner's Prime Consultants may provide limited contract administration as described herein.

**§ 4.2.2** The Architect will visit the site at intervals appropriate to the stage of construction, or as otherwise agreed with the Owner, to become generally familiar with the progress and quality of the portion of the Work completed, and to determine in general if the Work observed is being performed in a manner indicating that the Work, when fully completed, will be in accordance with the Contract Documents. The Owner may also regularly visit the site to make such decisions and to issue such directives or information as necessary to the administration of the Work in

**Init.**

**/**

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                      (944596295)

accordance with the Contract Documents. However, the Architect and Owner will not be required to make exhaustive or continuous on-site inspections to check the quality or quantity of the Work. The Architect and Owner will not have control over, charge of, or responsibility for, the construction means, methods, techniques, sequences or procedures, or for the safety precautions and programs in connection with the Work, since these are solely the Contractor's rights and responsibilities under the Contract Documents, except as provided in Section 3.3.1. The presence of the Architect, Owner's Development Manager or Owner on the site shall not in any manner be construed as assurance that the Work is being completed in compliance with the Contract Documents, nor as evidence that any requirements of the Contract Documents of any kind, including notice, have been met or waived.

**§ 4.2.3** On the basis of the site visits, the Architect will keep the Owner reasonably informed about the progress and quality of the portion of the Work completed, and report to the Owner (1) known deviations from the Contract Documents and from the most recent construction schedule submitted by the Contractor, and (2) defects and deficiencies observed in the Work. Neither the Architect nor the Owner will be responsible for the Contractor's failure to perform the Work in accordance with the requirements of the Contract Documents. Neither the Architect nor the Owner will have control over or charge of and will not be responsible for acts or omissions of the Contractor, Subcontractors, or their agents or employees, or any other persons or entities performing portions of the Work.

**§ 4.2.4 COMMUNICATIONS FACILITATING CONTRACT ADMINISTRATION**
Communications by and with the Architect's consultants shall be through the Architect. Communications by and with Subcontractors and Suppliers shall be through the Contractor. Communications by and with separate contractors shall be through the Owner.

**§ 4.2.5** Based on the Architect's and Owner's (at Owner's option) evaluations of the Contractor's Applications for Payment, the Architect will review and certify the amounts due the Contractor and will issue Certificates for Payment in such amounts.

**§ 4.2.6** The Architect and Owner each has authority to reject Work that does not conform to the Contract Documents. Whenever the Architect or Owner considers it necessary or advisable, such party will have authority to require inspection or testing of the Work in accordance with Sections 13.5.2 and 13.5.3, whether or not such Work is fabricated, installed or completed. However, neither this authority of the Architect or Owner nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect or Owner to the Contractor, Subcontractors, Sub-subcontractors, Suppliers, their agents or employees, or other persons or entities performing portions of the Work.

**§ 4.2.7** The Architect will review and approve, or take other appropriate action upon, the Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Architect's action will be taken in accordance with the submittal schedule approved by the Architect and Owner or, in the absence of an approved submittal schedule, with reasonable promptness while allowing sufficient time in the Architect's professional judgment to permit adequate review. Review of such submittals is not conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities, or for substantiating instructions for installation or performance of equipment or systems, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Architect's review of the Contractor's submittals shall not relieve the Contractor of the obligations under Sections 3.3, 3.5, 3.12 or other provisions of the Contract. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of any construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

**§ 4.2.8** [Intentionally omitted].

**§ 4.2.9** The Architect will conduct inspections to determine the date or dates of Substantial Completion and the date of Final Completion; issue Certificates of Substantial Completion pursuant to Section 9.8; receive and forward to the Owner, for the Owner's review and records, written warranties and related documents required by the Contract and assembled by the Contractor pursuant to Section 9.10; and with the Owner's review and concurrence issue a final Certificate for Payment pursuant to Section 9.10.

**Init.**

**/**

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 4.2.10** If the Owner and Architect agree, the Architect will provide one or more project representatives to assist in carrying out the Architect's responsibilities at the site.

**§ 4.2.11** The Architect, to the extent requested by the Owner, will interpret and decide matters concerning performance under, and requirements of, the Contract Documents on written request of Owner. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness. If no agreement is made concerning the time within which interpretations required of the Architect shall be furnished in compliance with this Section 4.2, then delay shall not be recognized on account of failure by the Architect to furnish such interpretations as soon as reasonably practicable, but not more than fifteen (15) days after written request is made for them.

**§ 4.2.12** Interpretations and decisions of the Architect will be consistent with the intent of, and reasonably inferable from, the Contract Documents and will be in writing or in the form of drawings. When making such interpretations and decisions, the Architect will endeavor to secure faithful performance by both Owner and Contractor, will not show partiality to either and will not be liable for results of interpretations or decisions rendered in good faith.

**§ 4.2.13** The Architect will review and respond to requests for information about the Contract Documents. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness. If appropriate, the Architect will prepare and issue supplemental Drawings and Specifications in response to the requests for information.

*(Paragraph deleted)*
## ARTICLE 5   SUBCONTRACTORS
### § 5.1 DEFINITIONS
**§ 5.1.1** A Subcontractor is a person or entity who has a direct contract with the Contractor to perform a portion of the Work at the site. The term "Subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Subcontractor or an authorized representative of the Subcontractor. The term "Subcontractor" does not include a separate contractor not engaged by the Contractor or subcontractors of a separate contractor.

**§ 5.1.2** A Sub-subcontractor is a person or entity who has a contract with a Subcontractor to perform a portion of the Work at the Project site or a person or entity with a lower-tier subcontract to perform a portion of the Work at the Project site. The term "Sub-subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Sub-subcontractor or an authorized representative of the Sub-subcontractor.

**§ 5.1.3** A Supplier is a person or entity who has a contract with Contractor or a Subcontractor to provide any equipment, supplies, materials, or other goods in connection with the Work and who is not a Subcontractor or a Sub-subcontractor. The term "Supplier" is referred to throughout the Contract Documents as if singular in number and means a Supplier or an authorized representative of the Supplier.

### § 5.2 AWARD OF SUBCONTRACTS AND OTHER CONTRACTS FOR PORTIONS OF THE WORK
**§ 5.2.1** Unless otherwise stated in the Contract Documents or the bidding requirements, the Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the Owner the names of persons or entities (including those who are to furnish materials or equipment fabricated to a special design) proposed for each principal portion of the Work. The Owner will promptly reply to the Contractor in writing stating whether or not the Owner, after due consideration, has an objection to any such proposed person or entity or that the Owner requires additional time for review. Failure of the Owner to reply within fourteen (14) days shall constitute notice of no objection.

**§ 5.2.1.1** It is the Contractor's sole responsibility to pre-qualify and determine the capability of all Subcontractors, Sub-subcontractors and Suppliers to perform the Work, their financial capacity, and whether bids are complete and in compliance with the Contract Documents, and thus all persons or entities proposed by the Contractor to be Subcontractors, Sub-subcontractors or Suppliers shall be responsible persons or entities of suitable experience, ability and licensed to perform the Work proposed to be subcontracted to it.

**§ 5.2.2** The Contractor shall not contract with a proposed person or entity to whom the Owner or Architect has made reasonable and timely objection. The Contractor shall not be required to contract with anyone to whom the Contractor has made reasonable objection.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 5.2.3** If the Owner or Architect has reasonable objection to a person or entity proposed by the Contractor, the Contractor shall propose another to whom the Owner or Architect has no reasonable objection. If the proposed but rejected Subcontractor or Supplier was reasonably capable of performing the Work and met the approval of the Contractor, and provided (i) the GMP was based on the proposed but rejected Subcontractor's or Supplier's price and (ii) reasonable backup evidencing so is provided the Owner, the GMP and the Contract Time shall be increased or decreased by the difference, if any, occasioned by such change, and an appropriate Change Order shall be issued before commencement of the substitute Subcontractor's or Supplier's Work. However, no increase in the GMP or Contract Time shall be allowed for such change unless the Contractor has acted promptly and responsively in submitting names as required.

**§ 5.2.4** The Contractor shall not substitute a Subcontractor, person or entity previously identified and not objected to by the Owner pursuant to Section 5.2.1 above without the prior written consent of the Owner, which consent the Owner shall not unreasonably withhold.

**§ 5.2.5** At the Owner's request, the Contractor shall provide the Owner within ten (10) days of such request with a true and complete copy of any executed subcontract(s) or supply contract(s) requested by the Owner, including all modifications thereto.

**§ 5.2.6** The Contractor shall first pay out of payments received under the Contract (and secure the discharge of any liens asserted by) all persons furnishing labor, equipment, materials or other items in connection with the performance of the Work (including, but not limited to, any Subcontractors, Sub-subcontractors or Suppliers). The Contractor agrees that provided the Owner has paid the Contractor for all undisputed sums in accordance with the Contract, the Owner has the right to a lien free Project. The Owner may, at its discretion, after providing the Contractor with notice and a two (2) day period for the Contractor to cure, make joint payments to the Contractor and its creditors. The Owner reserves the right, in the event a claim is made against the Owner arising out of any obligation incurred by the Contractor under the Contract or in connection with performance of the Work, to withhold payments due to or become due to the Contractor in such amounts as are necessary to cover the claim and any costs or expenses arising in connection with the legal settlement thereof. The Contractor further agrees that if any lien or claim is filed or made against the Project site, Project or the Owner as a result of Contractor's failure to meet its obligations, and if the Owner has made payment to the Contractor of all undisputed sums due under the Contract, the Owner upon fourteen (14) days prior written notice shall have the right to settle said lien or claim directly and deduct the cost of the settlement from payments due the Contractor, provided that the Contractor within such fourteen (14) day period has not settled such lien or claim or bonded around such lien claim in a manner satisfactory to the Owner.

**§ 5.3 SUBCONTRACTUAL RELATIONS**
**§ 5.3.1** By appropriate written agreement, the Contractor shall require each Subcontractor, to the extent of the Work to be performed by the Subcontractor, to be bound to the Contractor by terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities, including the responsibility for safety of the Subcontractor's Work, which the Contractor, by these Documents, assumes toward the Owner and Architect. Each subcontract agreement shall preserve and protect the rights of the Owner and Architect under the Contract Documents with respect to the Work to be performed by the Subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the Subcontractor, unless specifically provided otherwise in the subcontract agreement, the benefit of all rights, remedies and redress against the Contractor that the Contractor, by the Contract Documents, has against the Owner. Except as permitted by the Owner, the Contractor shall require each Subcontractor to enter into similar agreements with Sub-subcontractors. Notwithstanding any provision of Section 5.3.1, any part of the Work performed for the Contractor by a Subcontractor or its Sub-subcontractor or any Supplier shall be pursuant to a written subcontract or purchase agreement between Contractor and such Subcontractor or Supplier (or Subcontractor and its Sub-subcontractor or Supplier), which shall be prepared on a form satisfactory to Owner in all respects. Each such subcontract or agreement shall contain provisions that:

   .1   require that such Work be performed in accordance with the requirements of the Contract Documents;

   .2   require the Subcontractor, Sub-subcontractor, or Supplier to carry and maintain insurance coverage in amounts which are customary to the industry and sufficient to protect the Owner, and to file certificates of such coverage with the Contractor;

**Init.**

**/**

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

   .3   require the Subcontractor, Sub-subcontractor, or Supplier to submit certificates and waivers of liens for Work completed by it and by Sub-subcontractors or for materials provided by a Supplier as a condition to the disbursement of the progress payment next due and owing;

   .4   require submissions to the Contractor or Subcontractor, as the case may be, of applications for payment in a form approved by the Owner, together with clearly defined invoices and billings supporting all such applications under each subcontract to which the Contractor is a party;

   .5   require each Subcontractor, Sub-subcontractor, or Supplier to furnish to the Contractor in a timely fashion all information necessary for the preparation and submission of the reports required herein; and

   .6   require that each Subcontractor, Sub-subcontractor, or Supplier continue to perform under its subcontract or agreement in the event the Contract is terminated and the Owner elects to take an assignment of its subcontract or agreement and requests such Subcontractor, Sub-subcontractor or Supplier to continue such performance.

**§ 5.3.2** The Contractor shall be fully and solely responsible to the Owner for all acts and omissions of the Subcontractors, Sub-subcontractors, Suppliers and other persons and organizations performing or furnishing any of the Work under a contract with the Contractor, just as the Contractor is responsible for the Contractor's own acts and omissions.

**§ 5.3.3** All responsibilities and obligations of the Contractor under the Contract Documents shall also apply to all Subcontractors and Sub-subcontractors to the extent that they relate to the portion of the Work performed by such Subcontractors or Sub-subcontractors. Any specific requirement in the Contract that the responsibilities or obligations of the Contractor also apply to a Subcontractor or Sub-subcontractor is added for emphasis only and is hereby deemed to include a Subcontractor and Sub-subcontractor. The omission of a reference to a Subcontractor or Sub-subcontractor in connection with any of the Contractor's responsibilities or obligations shall not be construed to diminish, abrogate or limit any responsibilities or obligations of a Subcontractor or Sub-subcontractor under the Contract Documents or the applicable subcontract.

**§ 5.4 CONTINGENT ASSIGNMENT OF SUBCONTRACTS**
**§ 5.4.1** Each subcontract agreement for a portion of the Work is assigned by the Contractor to the Owner, provided that

   .1   assignment is effective only after termination of the Contract by the Owner for cause pursuant to Section 14.2 or for convenience pursuant to Section 14.4, and only for those subcontract agreements that the Owner accepts by notifying the Subcontractor and Contractor in writing; and

   .2   assignment is subject to the prior rights of the surety, if any, obligated under bond relating to the Contract.

**§ 5.4.2** Upon such assignment to the Owner under this Section 5.4, the Owner may further assign the subcontract to a successor contractor or other entity.

*(Paragraph deleted)*
**ARTICLE 6   CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS**
**§ 6.1 OWNER'S RIGHT TO PERFORM CONSTRUCTION AND TO AWARD SEPARATE CONTRACTS**
**§ 6.1.1** The Owner reserves the right to perform construction or operations related to the Project with the Owner's own forces, and to award separate contracts in connection with other portions of the Project or other construction or operations on the site. If the Contractor claims that delay or additional cost is involved because of such action by the Owner, the Contractor shall make such Claim as provided in Article 15.

**§ 6.1.2** When separate contracts are awarded for different portions of the Project or other construction or operations on the site, the term "Contractor" in the Contract Documents in each case shall mean the contractor who executes each separate Owner-Contractor Agreement with respect to such contractor's portion of the Project.

**§ 6.1.3** The Owner shall provide for coordination of the activities of the Owner's own forces and of each separate contractor with the Work of the Contractor, who shall cooperate with them and the Contractor shall conduct its Work so that operations of both sustain the least interference and delay. The Contractor shall participate with other separate contractors and the Owner in reviewing their construction schedules. The Contractor shall make any revisions to the construction schedule deemed necessary after a joint review and mutual agreement with the Owner.

Init.

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

The construction schedules shall then constitute the schedules to be used by the Contractor, separate contractors and the Owner until subsequently revised.

*(Paragraph deleted)*
## § 6.2 MUTUAL RESPONSIBILITY
§ 6.2.0 The Owner shall have the right to invite the Landlord (if any) to attend and participate in all meetings with the Contractor, Subcontractors, the Architect and project managers that concern the Project or any aspect of the Project, including, without limitation, the Project budget.

§ 6.2.1 The Contractor shall afford the Owner and the Owner's or Landlord's separate contractors reasonable opportunity for introduction and storage of their materials and equipment and performance of their activities, and shall connect and coordinate the Contractor's construction and operations with theirs as required by the Contract Documents. If the Contractor receives items from a separate contractor or from the Owner for storage, erection or installation, the Contractor shall acknowledge receipt for items delivered, and thereafter will be held responsible for the care, storage and any necessary replacement of items received.

§ 6.2.2 If part of the Contractor's Work depends upon construction or operations by the Owner or a separate contractor, the Contractor shall, prior to proceeding with that portion of the Work, promptly report to the Owner apparent discrepancies or defects in such other construction that would render it unsuitable for proper execution and results. Failure of the Contractor to so report shall constitute an acknowledgment that the Owner's or separate contractor's completed or partially completed construction is fit and proper to receive the Contractor's Work, except as to defects not then reasonably discoverable.

§ 6.2.2.1 The Contractor shall be responsible for communicating to the Owner problems and anticipated problems with any separate contractor which may impede the progress of the Project. The Contractor may receive a copy of specifications, drawings and the schedules for work performed under separate contracts and the Contractor shall review these documents for coordination purposes.

§ 6.2.3 The Contractor shall reimburse the Owner for costs the Owner incurs that are payable to a separate contractor because of the Contractor's delays, improperly timed activities or defective construction. Subject to the limitations of Articles 4 and 8, the Contractor shall not be responsible for a separate contractor's delays, improperly timed activities, damage to the Work or defective construction.

§ 6.2.4 The Contractor shall promptly remedy damage the Contractor wrongfully causes to completed or partially completed construction or to property of the Owner or separate contractors as provided in Section 10.2.5.

§ 6.2.5 The Owner and each separate contractor shall have the same responsibilities for cutting and patching as are described for the Contractor in Section 3.14 with respect to such party's work.

§ 6.2.6 The Contractor shall notify the Owner in writing immediately of any damage, defects or deficiencies of Owner-furnished, Contractor-installed equipment upon receipt of such equipment by the Contractor.

## § 6.3 OWNER'S RIGHT TO CLEAN UP
§ 6.3.1 If a dispute arises among the Contractor, separate contractors and the Owner as to the responsibility under their respective contracts for maintaining the premises and surrounding area free from waste materials and rubbish, the Owner may clean up and allocate the cost among those responsible.

## ARTICLE 7   CHANGES IN THE WORK
## § 7.1 GENERAL
§ 7.1.1 Changes in the Work may be accomplished after execution of the Contract, and without invalidating the Contract, by Change Order, Construction Change Directive or order for a minor change in the Work, subject to the limitations stated in this Article 7 and elsewhere in the Contract Documents. The Contractor shall not be entitled to any adjustments to the Contract Time or the GMP or any other additional compensation or extensions of time for work performed, which is additional to or different from the Work specified in the Contract Documents, unless such additional or different work is authorized by a Change Order or a Construction Change Directive or other written authorization signed by the Owner prior to the additional or different work being commenced. Any change request first submitted after the work is performed will not be accepted or paid. In the event that the Owner and Contractor

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                (944596295)

agree that work must be commenced prior to agreement on any additional cost, the Contractor shall obtain the Owner's written authorization to proceed before commencing any additional work. The procedures and methods set forth in this Article 7 and in Article 8 for determining and establishing adjustments to the GMP and the Contract Time shall also govern any Contractor Claims for additional compensation and/or extensions of time for performance.

**§ 7.1.2** A Change Order shall be a written agreement between the Owner and Contractor; a Construction Change Directive shall be in writing and may or may not be agreed to by the Contractor; an order for a minor change in the Work may be issued by the Architect with written approval of the Owner.

**§ 7.1.3** Changes in the Work shall be performed under applicable provisions of the Contract Documents, and the Contractor shall proceed with authorized changes promptly, unless otherwise provided in the Change Order, Construction Change Directive or Work Order from the Owner. No course of conduct or dealing between the parties, and no express or implied acceptance of alterations or additions to the Work, and no claim that the Owner has been unjustly enriched by any alternation of or addition to the Work, shall constitute a change in the Contract Documents or a change in the Contract Time or GMP provided for in the Contract Documents unless it has been included in a Change Order, Construction Change Directive or Work Order. Nothing in this provision shall preclude the Contractor from seeking a change in the GMP or Contract Time in accordance with the provisions of Articles 7 and 15.

**§ 7.1.4** Overtime, when specifically requested and authorized by the Owner and not as a corrective measure, shall be paid for by the Owner on the basis of the premium portion of payment only, plus the cost of insurance and taxes based on the premium payment. Contractor's Fee will not be applied to overtime unless the Owner has (1) caused an acceleration or delay of the Project requiring overtime to maintain the Project construction schedule or (2) issued a Construction Change Directive that requires overtime or impacts the Project such that overtime is required to maintain the construction schedule.

**§ 7.2 CHANGE ORDERS**
**§ 7.2.1** A Change Order is a written instrument signed by the Owner and Contractor stating their agreement upon all of the following:
    **.1**    The change in the Work;
    **.2**    The amount of the adjustment, if any, in the GMP; and
    **.3**    The extent of the adjustment, if any, in the Contract Time.

**§ 7.2.2** Methods used in determining adjustments to the GMP may include those listed in Section 7.3.3.

**§ 7.2.3** The Contract Time or the GMP shall not be affected by a Change Order except as specifically set forth on the Change Order. The GMP adjustment, if any, for any change agreed to in writing by the Owner and Contractor on a particular Change Order shall constitute full and total payment for such change and for the effect of the change on the remainder of the Project, and no other claim or cost shall be made on account of the Cost of the Work, the Contractor's Fee or the GMP as a result of such Change Order except as set forth therein.

**§ 7.2.4** Agreement on any Change Order shall constitute a final settlement of all matters relating to the change in the Work that is the subject of the Change Order, including but not limited to, all direct and indirect costs associated with such change, including but not limited to delay or acceleration damages and overhead expenses related to Contractor's principal office or offices other than the Project site office, profit, and any and all adjustments to the GMP and the Contract Time.

**§ 7.3 CONSTRUCTION CHANGE DIRECTIVES**
**§ 7.3.1** A Construction Change Directive is a written order prepared by the Architect or Owner and signed by the Owner, directing a change in the Work prior to agreement on adjustment, if any, in the GMP or Contract Time, or both. The Owner may by Construction Change Directive, without invalidating the Contract, order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions, the GMP and Contract Time being adjusted accordingly. All Construction Change Directives shall be resolved in a subsequent Change Order.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

37

**§ 7.3.2** A Construction Change Directive shall be used in the absence of total agreement on the terms of a Change Order.

**§ 7.3.3** If the Construction Change Directive provides for an equitable adjustment to the GMP, the adjustment shall be based on one of the following methods:

.1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation;

.2 Unit prices stated in the Contract Documents or subsequently agreed upon;

.3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee; or

.4 As provided in Section 7.3.7.

**§ 7.3.4** If unit prices are stated in the Contract Documents or subsequently agreed upon, and if quantities originally contemplated are materially changed in a proposed Change Order or Construction Change Directive so that application of such unit prices to quantities of Work proposed will cause substantial inequity to the Owner or Contractor, the applicable unit prices shall be equitably adjusted as agreed by the parties.

**§ 7.3.5** Upon receipt of a Construction Change Directive, the Contractor shall promptly proceed with the change in the Work involved and advise the Architect and Owner of the Contractor's agreement or disagreement with the method, if any, provided in the Construction Change Directive for determining the proposed adjustment in the GMP or Contract Time.

**§ 7.3.6** A Construction Change Directive signed by the Contractor indicates the Contractor's agreement therewith, including adjustment in GMP and Contract Time or method for determining them. Such agreement shall be effective immediately and shall be recorded as a Change Order.

**§ 7.3.7** If the Contractor does not respond promptly or disagrees with the method for adjustment in the GMP, the Owner, in consultation with the Architect, shall determine the method and the adjustment on the basis of reasonable expenditures and savings of those performing the Work attributable to the change, including, in case of an increase in the GMP, Contractor's Fee as set forth in the applicable Work Order. In such case, and also under Section 7.3.3.3, the Contractor shall keep and present, in such form as the Architect and/or Owner may prescribe, an itemized accounting of expenditures and savings attributable to the change together with appropriate supporting data. Unless otherwise provided in the Contract Documents, costs for the purposes of this Section 7.3.7 shall be limited to the following:

.1 Costs of labor, including social security, old age and unemployment insurance, fringe benefits required by agreement or industry standard, and workers' compensation insurance;

.2 Costs of materials, supplies and equipment, including cost of transportation, whether incorporated or consumed;

.3 Rental costs of machinery and equipment, exclusive of hand tools, whether rented from the Contractor or others;

.4 Costs of premiums for all bonds and insurance, permit fees, and sales, use or similar taxes related to the Work; and

.5 Additional costs of supervision and field office personnel directly attributable to the change, which shall only be applicable to Change Orders that change the Contract Time of the Project.

**§ 7.3.7.A** The allowance for overhead expenses related to Contractor's principal office or offices other than the Project site office and profit combined, included in calculating the total cost to the Owner for additional or different work pursuant to this Article 7, is accounted for within Contractor's Fee as set forth in the applicable Work Order.

**§ 7.3.8** The amount of credit to be allowed by the Contractor to the Owner for a deletion or change that results in a net decrease in the GMP shall be actual net cost. When both additions and credits covering related Work or substitutions are involved in a change, Contractor's Fee shall be applied to the net increase, if any, with respect to that change. As used in this Section 7.3.8, "net increase" shall mean the cost to the Contractor plus any actual restocking, return or other charges assessed by vendors to the Contractor, less any discounts available to the Contractor.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

Init.

/

(944596295)

§ **7.3.9** Pending final determination of the total cost of a Construction Change Directive to the Owner, the Contractor may request payment for Work completed under the Construction Change Directive in Applications for Payment. For any portion of such cost that remains in dispute, such dispute shall be resolved in accordance with Article 15.

§ **7.3.10** When the Owner and Contractor reach agreement upon the adjustments, such agreement shall be effective immediately and documented in a Change Order. Change Orders may be issued for all or any part of a Construction Change Directive.

§ **7.3.11** The execution of a Change Order shall constitute a waiver of Claims by the Contractor arising out of the Work to be performed or deleted pursuant to the Change Order, except as specifically described in the Change Order.

§ **7.4 MINOR CHANGES IN THE WORK**
The Architect has authority, with the written approval of the Owner, to order minor changes in the Work not involving adjustment in the GMP or extension of the Contract Time and not inconsistent with the intent of the Contract Documents. Such changes will be effected by written order signed by the Architect and the Owner and shall be binding on the Contractor.

**ARTICLE 8    TIME**
§ **8.1 DEFINITIONS**
§ **8.1.1** Unless otherwise provided, Contract Time is the period of time, including authorized adjustments, allotted in the Contract Documents for achieving Substantial Completion.

§ **8.1.2** The date of commencement (the "Commencement Date") of the Work is the date established in the applicable Work Order or Notice to Proceed.

§ **8.1.3** Substantial Completion is the date certified by the Architect and Owner in accordance with Section 9.8.

§ **8.1.4** The term "day" as used in the Contract Documents shall mean calendar day unless otherwise specifically defined.

§ **8.1.5** "Final Completion" shall occur upon completion of the Work, including all Punch List items, and the Owner's acceptance of the Work in accordance with Section 9.10.

§ **8.2 PROGRESS AND COMPLETION**
§ **8.2.1** Time limits stated in the Contract Documents are of the essence of the Contract. By executing the Work Order, the Contractor confirms that the Contract Time is a reasonable period for performing the Work.

§ **8.2.2** The Contractor shall not knowingly, except by agreement or instruction of the Owner in writing, prematurely commence operations on the site or elsewhere prior to the effective date of insurance required by Article 11 to be furnished by the Contractor and Owner. The date of commencement of the Work shall not be changed by the effective date of such insurance.

§ **8.2.3** The Contractor shall proceed expeditiously with adequate forces and in accordance with the construction schedule shall achieve Substantial Completion within the Contract Time. The Contractor shall furnish sufficient forces, construction plant and equipment, and shall work such hours, including night shifts, overtime operations and weekend and holiday work as may be necessary to insure the production of the Work in accordance with the required date of Substantial Completion and the approved Contractor's construction schedule. If the Contractor substantially fails to perform in a timely manner in accordance with the Contract Documents and, through the fault of the Contractor or Subcontractor(s) fails to meet the Contractor's construction schedule, the Contractor shall take such steps as may be necessary to immediately improve its progress by increasing the number of workers, shifts, overtime operations or days of work, as a Cost of the Work within the GMP.

§ **8.2.4** After Substantial Completion, the Contractor shall carry the Work forward expeditiously with adequate forces and shall achieve Final Completion, satisfying all requirements necessary for the Owner's acceptance of the Project, on or before the required date of Final Completion set forth in the applicable Work Order. If a required date of Final Completion is not set forth in the applicable Work Order, the Contractor shall achieve Final Completion

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                              (944596295)

Init.

/

**39**

within thirty (30) calendar days after Substantial Completion unless otherwise agreed to in writing by the Owner. The timing of all Work to be performed by the Contractor after Substantial Completion, including but not limited to Punch List items, shall be coordinated with the Owner.

## § 8.3 DELAYS AND EXTENSIONS OF TIME

**§ 8.3.1** Unless otherwise provided in any applicable Work Order, if the Contractor is delayed at any time in the commencement or progress of the Work by (i) an act or neglect of the Owner or Architect, or of an employee of either, or of a separate contractor employed by the Owner; or by changes ordered in the Work by the Owner (collectively "Compensable Delays"); or by (ii) labor disputes beyond the Contractor's control, fire, unavoidable delay in deliveries (if the Contractor acted with reasonable diligence to assure timely delivery by having timely placed orders and by follow-up and expediting procedures that would assure timely delivery), adverse abnormal weather impacts, unavoidable casualties or other causes beyond the Contractor's control (collectively "Excusable Delays"), then in either case, the Contract Time shall be extended by Change Order to the extent such delay will prevent the Contractor from achieving Substantial Completion within the Contract Time, taking into consideration, without limitation, any Float in the critical-path Project schedule. The Contractor acknowledges and agrees that equitable adjustments in the Contract Time and equitable adjustments to the GMP pursuant to Section 8.3.3 will be permitted for a delay only to the extent such delay (i) is not caused by the Contractor or its Subcontractors or its Suppliers, (ii) could not be limited or avoided by the Contractor's timely notice to the Owner of the delay or reasonable likelihood that a delay will occur, or (iii) could not be avoided or mitigated by reasonable work-around or precautionary measures. If there is a concurrent delay to the critical path attributable to the Contractor and Owner, it will be proportionally allocated between the Owner and Contractor based on the percent of impact caused by each party. The Contractor further agrees that its right to receive an extension of time for Excusable Delays pursuant to the provisions of this Section 8.3 shall be the Contractor's sole and exclusive remedy with regard to any delays or interferences with the Contractor's schedule for completion of the Work, and Contractor hereby waives any and all claims for monetary damages arising out of or related to any such delay or interference, including, without limitation, claims for delay damages, and any other form of time-related damages, or any other claimed direct or consequential damages of any type or nature whatsoever. The part of a concurrent delay allocated to the Owner is an Excusable Delay. Any adjustment in the Contract Time shall be limited to the impact of a delay on the critical path of the Project schedule.

If at any time the Contractor becomes aware that its Work is being delayed in a material way (regardless of the cause or potential responsibility), the Contractor shall give the Owner written notice of the delay ("Notice of Delay"). The Notice of Delay shall be given as soon as reasonably possible, but no later than seven (7) days after the Contractor becomes aware of the delay. Notices of Delay shall be numbered to facilitate tracking them to resolution. The parties agree to place a high priority and emphasis on resolving issues that may be causing delay to minimize any impact to the Project schedule and costs.

Any Notice of Delay shall provide the following information to the extent it is then known by the Contractor:
  a. Identify the activity that is being delayed and when the delay started.
  b. State the working days of Float the delayed activity has in the most current schedule.
  c. Provide facts, circumstances and analysis to support the conclusion delay is occurring.
  d. Identify the issue that is causing the delay, supported by relevant facts and analysis.
  e. State what action, if any, the Owner can take to stop or prevent the delay.
  f. Describe the action being taken to resolve, cure, or reduce the impact of the issue causing delay.
  g. Describe the options that exist for minimizing cost and schedule impacts as a result of the delay.
  h. Describe the options that exist for avoiding delay to achieving Substantial Completion by the required date of Substantial Completion.
  i. Describe the records that are being kept about the delay and its impacts.

The Contractor shall update any open and unresolved Notice of Delay regularly whenever new information is available. The update shall be in the form of a numbered revision to the original Notice of Delay and address each of the listed topics.

In the event of multiple delays occurring at one time, if only one delay issue is causing delay to the critical path activity at the time and the other delay issues are only using available Float for different activities, those other issues are not considered to be delaying the Project, and there is no concurrent delay.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:

(944596295)

In the event the Owner has an obligation to complete an activity or take some action by a certain date, failure to do so does not constitute a delay to the Contractor's Work unless it delays a critical path activity.

**§ 8.3.1.1** "Float" is defined as the number of days by which a Work activity identified in the construction schedule could be delayed from its "early start date" until the date upon which the Work activity would become a critical path activity. Any Float, slack time, or contingency within the construction schedule is not for the exclusive use of either the Owner or the Contractor, but is jointly owned by both and is a resource available to and shared by both parties as needed to meet the required date of Substantial Completion. Use of such jointly owned Float shall be on a first come, first served basis and may be applied to delays caused (without limitation) by third parties.

**§ 8.3.2** Claims relating to time shall be made in accordance with applicable provisions of Article 15. That the Owner or Architect may be aware of the occurrence of the delay through means other than the Contractor's written Notice of Delay shall not constitute a waiver of a timely written Notice or Claim.

**§ 8.3.3** The Contractor shall be entitled to an equitable adjustment in the GMP for Compensable Delays. If delay has been caused by events other than Compensable Delays, no adjustment shall be made to the GMP. No adjustment to the GMP shall be allowed for delay which is concurrent with delay caused by the Contractor or its Subcontractors or Suppliers.

To be entitled to an equitable adjustment in the GMP for Compensable Delays, the Contractor must have (1) been in a state of readiness to proceed with or continue the Work at the time of the delay to that activity, and (2) made all reasonable efforts to reduce the amount of delay by re-sequencing the Work or other means. In the event certain reasonable efforts to reduce delay would cause a material increase in the Contractor's costs for the Work, the Contractor shall discuss the available options with the Owner and jointly decide the best course of action, which might reasonably require an increase in the GMP related to the selected option.

No equitable adjustment in the GMP or Contract Time is due for an Owner delay or failure of performance that only reduces available schedule Float for an activity.

**§ 8.3.4** No Claim for adjustment of the GMP or additional compensation for extra, affected, impacted or inefficient work or lack of productivity will be allowed where the Contractor does not keep and maintain contemporaneous, complete and accurate time records for labor and equipment and contemporaneous, complete and accurate records for materials or where such records do not contemporaneously segregate and allocate by time, location and work activity the time and cost for each element of such Work, labor or equipment. The Contractor's failure to keep and maintain such records constitutes a waiver of any Claim or request by the Contractor for adjustment of the GMP for any alleged loss of efficiency, morale, fatigue, labor rhythm, learning curve, constructive acceleration, trade stacking, concurrent operations, dilution of supervision, ripple effect, cumulative impact or similar damages.

## ARTICLE 9   PAYMENTS AND COMPLETION
### § 9.1 GUARANTEED MAXIMUM PRICE
The GMP is stated in the applicable Work Order and, including authorized adjustments, is the maximum amount payable by the Owner to the Contractor for performance of the Work under the Contract Documents.

**§ 9.1.1** The Owner at its option may, upon written notice to the Contractor, delegate all or part of any of the Architect's responsibilities under this Article 9 to the Owner, Owner's Development Manager, or any other person or entity identified by the Owner in such notice. Effective as of the date of such notice, the term "Architect" as used in Article 9 shall mean the delegate named by the Owner for such delegated responsibility. If the Owner delegates some or all of the Architect's responsibilities under this Article 9, the delegate identified by the Owner will not be required to be licensed to practice architecture unless otherwise required by law.

### § 9.2 SCHEDULE OF VALUES
**§ 9.2.1** Before the first Application for Payment may be submitted, the Contractor shall submit to the Architect and Owner a schedule of values allocated to various portions of the Work which in the aggregate equals to the total GMP, divided so as to facilitate payments to Subcontractors and Suppliers, supported by such evidence of correctness as the Architect may direct or as required by the Owner. The schedule of values, when approved by the Architect and Owner, shall be used to monitor the progress of the Work and as a basis for Applications for Payment

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                              (944596295)

as adjusted by the latest approved Change Orders. Change Order values shall be broken down into the individual line items in the schedule of values.

## § 9.3 APPLICATIONS FOR PAYMENT

**§ 9.3.1** The Contractor shall submit to the Architect an itemized Application for Payment by the times set forth in the Contract for operations completed in accordance with the schedule of values. Such application shall be notarized and supported by such data substantiating the Contractor's right to payment as the Owner or Architect may require (such as copies of requisitions from Subcontractors, Sub-subcontractors and Suppliers) and shall reflect retainage if provided for in the Contract Documents. If an Application for Payment is submitted on a Saturday, Sunday or holiday, the period for making the progress payment shall not commence until the next business day occurring after the Application for Payment was submitted. The Application for Payment shall be in a format acceptable to the Architect and the Owner. Each item shall show its total scheduled value, value of previous applications, value of the application, percentage completed, value completed and value yet to be completed. Values for materials and equipment stored off the Project site shall be shown in a separate column. All blanks and columns must be filled in, including every percentage completed figure.

**§ 9.3.1.1** As provided in Section 7.3.9, such applications may include requests for payment on account of changes in the Work that have been properly authorized by Construction Change Directives, but not yet included in Change Orders. Until they are included in Change Orders, those requests shall be documented separately in the schedule of values for the Application for Payment in a way that allows the GMP to be verified while still tracking the cost to the appropriate line items in the schedule of values.

**§ 9.3.1.2** Applications for Payment shall not include requests for payment for portions of the Work for which the Contractor does not intend to pay a Subcontractor or Supplier.

**§ 9.3.1.3** No payment request shall include amounts the Contractor does not intend to pay to a Subcontractor or Supplier because of a dispute or other reason. If, after making a request for payment but before paying a Subcontractor or Supplier for its performance covered by the payment request, the Contractor discovers that part or all of the payment otherwise due to the Subcontractor or Supplier is subject to withholding from the Subcontractor or Supplier under the subcontract for unsatisfactory performance, the Contractor may withhold the amount as allowed under the subcontract, but it shall give the Subcontractor or Supplier, the Owner and the Architect written notice of the remedial actions that must be taken as soon as practicable after determining the cause for the withholding but before the due date for the Subcontractor or Supplier payment, and pay the Subcontractor or Supplier promptly after the Subcontractor or Supplier satisfactorily completes the remedial action identified in the notice.

**§ 9.3.2** Unless otherwise provided in the Contract Documents, payments shall be made on account of materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work. If approved in advance by the Owner, payment may similarly be made for materials and equipment suitably stored off the Project site at a location approved in writing. Payment for materials and equipment stored on or off the site shall be conditioned upon compliance by the Contractor with procedures satisfactory to the Owner to establish the Owner's title to such materials and equipment or otherwise protect the Owner's interest, and shall include the costs of applicable insurance, storage and transportation to the site for such materials and equipment stored off the site.

**§ 9.3.3** The Contractor warrants that title to all Work will pass to the Owner upon the receipt of payment therefor by the Contractor, free and clear of liens, claims, security interests or encumbrances whatsoever, and that the vesting of such title shall not impose any obligations on the Owner or relieve the Contractor of any of its obligations under the Contract Documents, and that the Contractor shall remain responsible for damage to or loss of the Work, whether completed or under construction, until responsibility for the Work has been accepted by the Owner in the manner set forth in the Contract Documents, and that no Work covered by an Application for Payment will have been acquired by the Contractor, or by any other person performing Work at the site or furnishing materials and equipment for the Project, that is subject to an agreement under which an interest therein or an encumbrance thereon is retained by the seller or otherwise imposed by the Contractor or such other person. The Contractor further warrants that upon submittal of an Application for Payment all Work for which Certificates for Payment have been previously issued and payments received from the Owner shall, to the best of the Contractor's knowledge, information and belief, be free and clear of liens, claims, security interests or encumbrances in favor of the Contractor, Subcontractors,

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                           (944596295)

Init.

/

42

DocuSign Envelope ID: 89E16ECF-7497-4B25-96B2-CE6665CBCA6F

material suppliers, or other persons or entities making a claim by reason of having provided labor, materials and equipment relating to the Work.

**§ 9.3.4** Attached to each Application for Payment shall be the following:

.1 executed Conditional Release of Lien and Waiver of Lien Rights from Contractor and all Subcontractors, Sub-Subcontractors and Suppliers who performed Work or delivered materials or equipment with a value of $5,000 or more during the period covered by the current Application for Payment; and

.2 executed Unconditional Releases of Lien and Waivers of Lien Rights from Contractor and all Subcontractors, Sub-subcontractors and Suppliers who performed and were paid for Work or provided and were paid for any materials or equipment with a value of $5,000 or more for the Work through the date of the prior Application for Payment; and

.3 other documents or information required by the Owner;

such that at the time of an Application for Payment the Unconditional and Conditional Releases of Lien and Waivers of Lien Rights for the Project shall be current for all materials provided to and Work performed on the Project through the respective Application for Payment. The Owner's obligation to pay the Contractor the amount requested in the correct Application for Payment shall be subject to the Owner's receipt of both such lien releases, which must be reasonably satisfactory to the Owner. All lien waivers and releases and all stop payment documents shall comply with all applicable laws of the state in which the Project is located, including required statutory forms.

The Contractor shall at all times comply with the requirements of all lien laws and statutes of the state where the Project is located, so that the Contractor receives all notices of the right to claim a lien thereunder. For Projects located in the State of Washington, Contractor shall also comply with RCW 19.27.095, 60.04.230, and 60.04.261, so that the Contractor receives all notices of the right to claim a lien under RCW 60.04.031. For purposes of such statutory requirements, the Owner's name, address and phone number shall be as set forth in the applicable Work Order. The Contractor shall maintain a log of all such notices of the right to claim a lien received with respect to the Project, including the party sending such notice and the date received. The log shall also include complete listings of all Subcontractors, Suppliers and material vendors contracted directly with the Contractor for the Project that could have lien rights without notice to the Contractor.

**§ 9.3.5** The Contractor shall attach to the final Application for Payment an executed and acknowledged Conditional Release of Lien and Waiver of Lien Rights in a form reasonably acceptable to the Owner covering the entire Work performed for the Project and shall also attach executed and acknowledged (i) conditional lien releases from all Subcontractors, Sub-subcontractors and Suppliers who performed and were paid for any Work or provided and were paid for any materials for the Work through the date of the final Application for Payment and (ii) Unconditional Release of Lien and Waiver of Lien Rights from all Subcontractors, Sub-subcontractors and Suppliers who performed and were paid for Work or provided and were paid for any materials for the Work through the date of the prior final Application for Payment in a form reasonably acceptable to the Owner from those Subcontractors, Sub-subcontractors and Suppliers who provided work, materials or equipment valued in excess of $5,000 to the Project, which shall cover the entire Work performed for the Project. Concurrently with receipt of final payment from the Owner, the Contractor shall execute, acknowledge and deliver to the Owner an Unconditional Release of Lien and Waiver of Lien Rights in a form approved by the Owner, which shall cover the entire Work performed for the Project.

**§ 9.4 CERTIFICATES FOR PAYMENT**

**§ 9.4.1** If directed by the Owner, the Architect will, within seven (7) days after receipt of the Contractor's Application for Payment, either issue to the Owner a Certificate for Payment, with a copy to the Contractor, for such amount as the Architect determines is properly due, or notify the Contractor and Owner in writing of the Architect's reasons for withholding certification in whole or in part as provided in Section 9.5.1. All payments are subject to review, inspections and reasonable requirements of the Owner's lender, which requirements shall be submitted to the Contractor promptly following mutual execution of the Contract or upon execution of the applicable loan documents, for the Contractor's review. If after Substantial Completion there are minor items of Work either not complete or not in conformity with the Contract Documents (i.e., "Punch List" items), then the Owner may withhold from final payment an amount equal to 150% of the reasonable cost to correct or complete such items of Work.

Init.

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 9.4.2** The issuance of a Certificate for Payment will constitute a representation by the Architect to the Owner, based on the Architect's evaluation of the Work and the data comprising the Application for Payment, that, to the best of the Architect's knowledge, information and belief, the Work has progressed to the point indicated and that the quality of the Work is in accordance with the Contract Documents. The foregoing representations are subject to an evaluation of the Work for conformance with the Contract Documents upon Substantial Completion, to results of subsequent tests and inspections, to correction of minor deviations from the Contract Documents prior to completion and to specific qualifications expressed by the Architect. The issuance of a Certificate for Payment will further constitute a representation to the Owner that the Contractor is entitled to payment in the amount certified. However, the issuance of a Certificate for Payment will not be a representation that the Architect has (1) made exhaustive or continuous on-site inspections to check the quality or quantity of the Work, (2) reviewed construction means, methods, techniques, sequences or procedures, (3) reviewed copies of requisitions received from Subcontractors and Suppliers and other data requested by the Owner to substantiate the Contractor's right to payment, or (4) made examination to ascertain how or for what purpose the Contractor has used money previously paid on account of the GMP. The representations in this Section 9.4.2 are solely to and for the benefit of the Owner and its lender if any, and may only be relied upon by the Owner and its lender, and shall not relieve the Contractor of any liability or responsibility under the Contract for incomplete or defective Work or Work that is otherwise not in accordance with the Contract Documents.

## § 9.5 DECISIONS TO WITHHOLD CERTIFICATION

**§ 9.5.1** The Architect at the request of the Owner may decide not to certify payment and may withhold a Certificate for Payment in whole or in part, to the extent reasonably necessary to protect the Owner, if in the Architect's and/or Owner's opinion the representations to the Owner required by Section 9.4.2 cannot be made. If the Architect is unable to certify payment in the amount of the Application for Payment, the Architect and/or Owner will notify the Contractor and Owner as provided in Section 9.4.1. If the Contractor and Architect and/or Owner cannot agree on a revised amount, the Architect and/or Owner will promptly issue a Certificate for Payment for the amount for which the Architect is able to make such representations to the Owner. The Architect and/or Owner may also withhold a Certificate for Payment or, because of subsequently discovered evidence, may nullify the whole or a part of a Certificate for Payment previously issued, to such extent as may be necessary in the Architect's and/or Owner's opinion to protect the Owner from loss for which the Contractor is responsible, including loss resulting from acts and omissions described in Section 3.3.2, including, but not limited to:

.1 defective Work not remedied;

.2 third party claims filed or reasonable evidence indicating probable filing of such claims unless security acceptable to the Owner is provided by the Contractor;

.3 failure of the Contractor to make payments properly to Subcontractors and/or Suppliers or for labor, materials or equipment;

.4 reasonable evidence that the Work cannot be completed for the unpaid balance of the GMP;

.5 damage to the Owner or a separate contractor;

.6 reasonable evidence that the Work will not be completed within the Contract Time, and that the unpaid balance would not be adequate to cover actual or liquidated damages for the anticipated delay;

.7 unsatisfactory prosecution of the Work by the Contractor, including but not limited to failure to carry out the Work in accordance with the Contract Documents;

.8 any claims which the Owner has against Contractor under or in connection with the Contract Documents or Contractor's work;

.9 failure of the Contractor to provide updated status reports and progress schedules;

.10 imposition of liquidated damages (if any); or

.11 failure to comply with a requirement of the Contract Documents in which the Owner has reserved the right to withhold payment.

**§ 9.5.2** When the above reasons for withholding certification are removed, certification will be made for amounts previously withheld.

**§ 9.5.3** If the Architect withholds certification for payment under Section 9.5.1.3, the Owner may, at its sole option, issue joint checks to the Contractor and to any Subcontractor or Suppliers to whom the Contractor failed to make payment for Work properly performed or material or equipment suitably delivered. If the Owner makes payments by joint check, the Owner shall notify the Architect and the Architect will reflect such payment on the next Certificate for Payment.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes: (944596295)

Init.

/

**44**

## § 9.6 PROGRESS PAYMENTS

**§ 9.6.1** After the Architect with Owner's concurrence has issued a Certificate for Payment and if the Contractor has submitted all documentation required by the Contract Documents, including lien releases, the Owner shall make payment of all amounts certified and approved by the Owner which payment shall be in the manner and within the time provided in the Contract Documents, and shall so notify the Architect. The Owner shall be entitled to withhold payment to the extent provided by the Contract Documents, notwithstanding the issuance of a Certificate for Payment.

**§ 9.6.2** The Contractor shall pay each Subcontractor and Supplier as may be required by the law of the state where the Project is located (including any prompt payment requirements), but in no event later than seven (7) days after receipt of payment from the Owner the amount to which the Subcontractor or Supplier is entitled, reflecting percentages actually retained from payments to the Contractor on account of the Subcontractor's portion of the Work or materials supplied by the Supplier. The Contractor shall, by appropriate agreement with each Subcontractor, require each Subcontractor to make payments to Sub-subcontractors in a similar manner.

**§ 9.6.2.1** The Contractor shall obtain properly executed releases from all Subcontractors, Suppliers, or Sub-subcontractors who may have valid lien rights in accordance with, and to the fullest extent possible under, applicable state law.

**§ 9.6.3** The Architect will, on request, furnish to a Subcontractor, if practicable, information regarding percentages of completion or amounts applied for by the Contractor and action taken thereon by the Architect and Owner on account of portions of the Work done by such Subcontractor.

**§ 9.6.4** The Owner has the right to request written evidence from the Contractor that the Contractor has properly paid Subcontractors and Suppliers amounts paid by the Owner to the Contractor for subcontracted Work or materials supplied. If the Contractor fails to furnish such evidence within seven (7) days, the Owner shall have the right to contact Subcontractors and Suppliers to ascertain whether they have been properly paid. Neither the Owner nor Architect shall have an obligation to pay or to see to the payment of money to a Subcontractor or Supplier, except as may otherwise be required by law.

**§ 9.6.5** Contractor payments to Suppliers shall be treated in a manner similar to that provided in Sections 9.6.2, 9.6.3 and 9.6.4.

**§ 9.6.6** A Certificate for Payment, a progress payment, or partial or entire use or occupancy of the Project by the Owner shall not constitute acceptance of Work not in accordance with the Contract Documents.

**§ 9.6.7** Unless the Contractor provides the Owner with a payment bond in the full penal sum of the GMP, payments received by the Contractor for Work properly performed by Subcontractors and Suppliers shall be held by the Contractor for those Subcontractors or Suppliers who performed Work or furnished materials, or both, under contract with the Contractor for which payment was made by the Owner. Nothing contained herein shall require money to be placed in a separate account and not commingled with money of the Contractor, shall create any fiduciary liability or tort liability on the part of the Contractor for breach of trust or shall entitle any person or entity to an award of punitive damages against the Contractor for breach of the requirements of this provision.

## § 9.6.8 LIENS

**§ 9.6.8.1** If at any time, a lien is filed on the Project arising out of the Work and provided the Contractor has been paid for undisputed amounts under the Contract, the Contractor, within ten (10) days after the date of the filing of such notice of lien, and to the Owner's satisfaction and in accordance with the mechanic's lien laws of the place where the Project is located, shall discharge and remove the lien or post a bond satisfactory to the Owner for such lien or claim of lien and shall indemnify and hold the Owner harmless for all costs, including, but not limited to, attorneys' fees and expert fees, regarding such lien or claim of lien, together with interest on the same from the date any such cost was paid by the Owner until reimbursed by the Contractor at the rate of interest provided in the Agreement, except if the lien is the result of the Owner's nonpayment of an amount contained in a previously submitted pay application over which no good-faith dispute exists between the Owner and Contractor. The obligations of the Contractor under this Section 9.6.8.1 shall survive the expiration or termination of the Contract.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:

Init.

/

(944596295)

**§ 9.6.8.2** To the extent not prohibited by law, the Contractor hereby subordinates all contractors, laborers, mechanics, materialmen, judgment and other similar liens that it may have or acquire hereunder as to the Work, or to the land on which the Work is located, to the liens securing payment of sums now or hereafter borrowed by the Owner for the Work and the land. At the request of the Owner, the Contractor shall execute such additional documents as may be reasonable requested from time to time by the Project's lender to give effect to the provisions hereof and shall use its best efforts to cause the Subcontractors, Sub-subcontractors and other parties furnishing labor or materials for the Work to subordinate their liens to such aforesaid sums.

**§ 9.6.8.3** The Contractor shall promptly advise the Owner in writing of any action, administrative or legal proceeding or investigation as to which Section 9.6.8.1 may apply, and provided the Owner is not in default of its payment obligations to the Contractor, Contractor, at Contractor's expense, shall assume on behalf of the Owner, and conduct with due diligence and in good faith, the defense thereof with counsel satisfactory to the Owner, provided that the Owner shall have the right to be represented therein by advisory counsel of its own selection and at the Contractor's expense, and provided further that if the defendants in any such action include the Contractor and Owner and the Owner concludes that the Contractor has a conflict of interest and cannot adequately represent the Owner, then the Owner shall have the right to select separate counsel to participate in the defense of such action on its own behalf for which fifty percent (50%) of the cost shall be at the Contractor's expense. In the event of failure by the Contractor to fully perform in accordance with this Section 9.6.8.3, the Owner, has the option of, and without relieving the Contractor of its obligations hereunder, to so perform, but all costs and expenses, including but not limited to attorneys' fees and expert fees, so incurred by the Owner in that event shall be reimbursed by the Contractor to Owner, together with interest on the same from the date any such expense was paid by the Owner until reimbursed by the Contractor at the rate of interest provided in the Agreement. The obligations of the Contractor under this Section 9.6.8.3 shall survive the expiration of termination of the Contract.

**§ 9.6.8.4** The Owner shall release any payments withheld due to a lien or claim of lien if the Contractor removes the lien or obtains security acceptable to the Owner or a lien bond that is (i) issued by a surety acceptable to the Owner, (ii) in a form and substance satisfactory to the Owner, and (iii) in an amount not less than one hundred fifty percent (150%) of such lien claim, or such amount as may be allowed by the law of the state where the Project is located. By posting a lien bond or other acceptable security, however, the Contractor shall not be relieved of any responsibilities or obligations under this Section 9.6.8, including without limitation the duty to defend and indemnify the Owner. The cost of any premiums incurred in connection with such bonds and security shall be the responsibility of the Contractor and shall not be a part of, or cause any adjustment to, the GMP.

**§ 9.6.8.5** Notwithstanding anything to the contrary contained herein, and to the extent permitted by the law of the state where the Project is located, if the Contractor does not promptly post the bond, the Owner may withhold 150% of the amount of such lien until such lien is discharged or the Owner is protected by bond satisfactory to the Owner in the amount of at least 150% of the amount of the lien or other means satisfactory to the Owner. If no monies are available to be withheld, the Contractor shall within three (3) consecutive calendar days refund to the Owner 150% of the amount of such lien(s), or such amount as may be allowed by the law of the state where the Project is located.

**§ 9.6.8.6** Notwithstanding anything in Sections 9.6.8.1 to 9.6.8.5 to the contrary, and in the event the Contractor fails to make payments to its Subcontractors or Suppliers in accordance with the Contract and does not provide justifiable reasons to the Owner upon Owner's request, the Owner may, at the Owner's sole discretion, elect to make any payment requested by the Contractor on behalf of a Subcontractor or a Supplier, jointly payable to the Contractor and each Subcontractor and/or Supplier. The Contractor and such Subcontractor or Supplier shall be responsible for the allocation and disbursement of funds included as part of any such joint payment. In no event shall any joint payment be construed to create any (i) contract between the Owner and a Subcontractor or Supplier, (ii) obligations from the Owner to such Subcontractor or Supplier, or (iii) rights in such Subcontractor or Supplier against the Owner. The Contractor agrees to sign such additional documents and take such action as the Owner shall deem necessary to carry out the intent of this Section 9.6.8.

## § 9.7 FAILURE OF PAYMENT

**§ 9.7.1** If the Architect does not issue a Certificate for Payment, through no fault of the Contractor, within seven (7) days after receipt of the Contractor's Application for Payment, and the Owner, through no fault of the Contractor, does not pay the Contractor within twenty-one (21) days after the date established in the Contract Documents the amount certified by the Architect or awarded by binding dispute resolution, then the Contractor may, upon seven additional days' written notice to the Owner and Architect, stop the Work until payment of the amount owing has

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

been received. The Contract Time shall be extended appropriately and the GMP shall be increased by the amount of the Contractor's reasonable costs of shut-down, delay and start-up, plus interest as provided for in the Contract Documents.

## § 9.8 SUBSTANTIAL COMPLETION

§ 9.8.1 Unless otherwise defined in an applicable Work Order, Substantial Completion is the stage in the progress of the Work when the Work or designated portion thereof is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended use, subject only to minor Punch List items that do not adversely affect such use, provided, in addition, that as a condition precedent to Substantial Completion, the Contractor shall provide the Owner with a schedule of all permits required for the Work and occupancy of the Project and, attached to such schedule, a copy of each such permit. The term "Substantial Completion" or "Substantially Complete" is further defined as the date certified respectively, by the Owner when (i) the Architect and/or Owner working with the Contractor have prepared a Punch List of Work remaining to be performed and has established sufficient reserves for purposes of completing such Punch List items, (ii) all required governmental or regulatory inspections applicable to the Contractor's Work have been conducted and all approvals required for occupancy have been obtained from all authorities having jurisdiction over the Project, including any permits specified in the applicable Work Order, issued by the appropriate authorities; and (iii) all other conditions precedent to achieving Substantial Completion required under the Contract Documents have been met. Any such occupancy or use described above shall not negate or change the responsibility of the Contractor to the Owner for satisfactory completion of the Work nor shall such occupancy or use negate any insurance provisions required hereunder.

§ 9.8.2 When the Contractor considers that the Work, or a portion thereof which the Owner agrees to accept separately, is substantially complete, the Architect and/or Owner, working with the Contractor, shall prepare a comprehensive list of Punch List items to be completed or corrected prior to final payment. The Contractor shall proceed promptly to complete and correct the Punch List items. Failure to include an item on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents.

§ 9.8.3 The Architect and/or Owner will make an inspection to determine whether the Work or designated portion thereof is substantially complete. If the Architect's and/or Owner's inspection discloses any item, whether or not included on the list of Punch List items, which is not sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work or designated portion thereof for its intended use, the Contractor shall, before issuance of the Certificate of Substantial Completion, complete or correct such item upon notification by the Architect and/or Owner. In such case, the Contractor shall then submit a request for another inspection by the Architect and/or Owner to determine Substantial Completion.

§ 9.8.4 When the Work or designated portion thereof is substantially complete, the Owner, in conjunction with the Architect will prepare a Certificate of Substantial Completion that shall establish the Substantial Completion date, shall establish responsibilities of the Owner and Contractor for security, maintenance, heat, utilities, damage to the Work and insurance, and shall fix the time within which the Contractor shall finish any and all items on the Punch List accompanying the Certificate. Warranties required by the Contract Documents shall commence at Substantial Completion or designated portion thereof unless otherwise provided in the Certificate of Substantial Completion. The Contractor shall complete all items within the earlier of the required date of Final Completion set forth in the applicable Work Order or thirty (30) days after issuance of the Certificate of Substantial Completion, provided, however, if certain items cannot be completed due to the unavailability of necessary labor or materials, the Contractor shall have such additional time as is reasonably required to complete such items. All Work to be performed by the Contractor after Substantial Completion, including but not limited to Punch List items, shall be coordinated with the Owner and shall be performed after-hours unless otherwise approved in writing by the Owner. If the Contractor fails to complete any items within such 30-day period, the Owner reserves the right to promptly after such 30-day period have the items completed by other contractors at the Contractor's cost and recover those costs from the Contractor.

§ 9.8.5 The Certificate of Substantial Completion shall be submitted to the Owner and Contractor for their written acceptance of responsibilities assigned to them in such Certificate.

§ 9.8.6 The Work shall not be considered Substantially Complete if incomplete and nonconforming items are so numerous and so located as to make occupancy highly inconvenient. If the Owner must occupy the premises despite

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                                   (944596295)

Init.

/

such inconvenience and disruption, the Owner may cause the issuance of the Certificate of Substantial Completion but may withhold certification of the current Application for Payment until such nonconforming and incomplete items have been reduced to a reasonable number.

## § 9.9 PARTIAL OCCUPANCY OR USE

§ 9.9.1 The Owner may occupy or use any completed or partially completed portion of the Work at any stage notwithstanding that the time for completion of such portions may not have expired, provided such occupancy or use is authorized by public authorities having jurisdiction over the Project. Such partial occupancy or use may commence whether or not the portion is substantially complete. When the Contractor considers a portion substantially complete, the Owner working with the Contractor shall prepare and submit a list to the Architect as provided under Section 9.8.2.

§ 9.9.2 Immediately prior to such partial occupancy or use, the Owner, Contractor and Architect shall jointly inspect the area to be occupied or portion of the Work to be used in order to determine and record the condition of the Work.

§ 9.9.3 Unless otherwise agreed upon, partial occupancy or use of a portion or portions of the Work shall not be construed as Substantial Completion and shall not constitute acceptance of Work not complying with the requirements of the Contract Documents.

## § 9.10 FINAL COMPLETION AND FINAL PAYMENT

§ 9.10.1 Upon receipt of the Contractor's written notice that the Work is ready for final inspection and acceptance and upon receipt of a final Application for Payment, the Architect and Owner will promptly make such inspection and, when the Architect and Owner find the Work and all Punch List items complete and acceptable under the Contract Documents and the Contract fully performed, and if the Contractor has submitted all documentation required by the Contract Documents, including lien releases, the Architect will promptly issue a final Certificate for Payment stating that to the best of the Architect's knowledge, information and belief, and on the basis of the Architect's on-site visits and inspections, the Work including Punch List items has been completed in accordance with terms and conditions of the Contract Documents and that the entire balance found to be due the Contractor and noted in the final Certificate is due and payable. The Architect's final Certificate for Payment will constitute a further representation that conditions precedent to the Contractor's being entitled to final payment listed in Section 9.10.2 have been fulfilled.

§ 9.10.2 Neither final payment nor any remaining retained percentage shall become due until the Contractor submits to the Owner with a copy to the Architect all closeout documents and all other deliverables required by the Contract Documents, and such documents have been received and accepted by the Owner, including (1) an affidavit that payrolls, bills for materials and equipment, and other indebtedness connected with the Work for which the Owner or the Owner's property might be responsible or encumbered (less amounts withheld by Owner) have been paid or otherwise satisfied, (2) a certificate evidencing that insurance required by the Contract Documents to remain in force after final payment is currently in effect and will not be canceled or allowed to expire until at least thirty (30) days' prior written notice has been given to the Owner, (3) a written statement that the Contractor knows of no substantial reason that the insurance will not be renewable to cover the period required by the Contract Documents, (4) consent of surety, if any, to final payment, (5) if required by the Owner, other data establishing payment or satisfaction of obligations, such as receipts, releases and waivers of liens, claims, security interests or encumbrances arising out of the Contract, to the extent and in such form as may be designated by the Owner, and (6) all warranties, guarantees, training, manuals, operation instructions, certificates, spare parts, maintenance manuals and stock, specified excess material, as-built drawings and other documents, training or items required by the Contract Documents or local governmental entities. If a Subcontractor refuses to furnish a release or waiver required by the Owner, the Contractor may furnish a bond satisfactory to the Owner to indemnify the Owner against such lien. If such lien remains unsatisfied after payments are made, the Contractor shall refund to the Owner all money that the Owner may be compelled to pay in discharging such lien, including all costs and reasonable attorneys' fees. Not later than five (5) days after final payment, the Contractor shall file with the county recorder where the Project is located an Unconditional Lien Release and Waiver of Lien Rights on behalf of the Contractor and all Subcontractors.

§ 9.10.3 If, after Substantial Completion, Final Completion thereof is materially delayed through no fault of the Contractor or by issuance of Change Orders affecting Final Completion, and the Architect so confirms, the Owner shall, upon application by the Contractor and certification by the Architect, and without terminating the Contract,

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                              (944596295)

Init. /

**48**

make payment of the balance due for that portion of the Work fully completed and accepted. If the remaining balance for Work not fully completed or corrected is less than retainage stipulated in the Contract Documents, and if bonds have been furnished, the written consent of surety to payment of the balance due for that portion of the Work fully completed and accepted shall be submitted by the Contractor to the Architect with a copy to the Owner prior to certification of such payment. Such payment shall be made under terms and conditions governing final payment, except that it shall not constitute a waiver of claims.

**§ 9.10.4**
*(Paragraphs deleted)*
[Intentionally omitted].

**§ 9.10.5** Acceptance of final payment by the Contractor, a Subcontractor or material Supplier shall constitute a waiver of claims by that payee except those previously submitted in full compliance with all requirements of the Contract Documents and identified by that payee as unsettled at the time of final Application for Payment.

## ARTICLE 10   PROTECTION OF PERSONS AND PROPERTY
### § 10.1 SAFETY PRECAUTIONS AND PROGRAMS
The Contractor shall be responsible for initiating, maintaining and supervising all Work and related activities for which it is responsible, and for providing all necessary safety precautions and programs in connection with its Work and related activities, in order to maintain a safe work site and to maintain compliance with all safety laws and regulations.

### § 10.2 SAFETY OF PERSONS AND PROPERTY
**§ 10.2.1** The Contractor shall take all reasonable precautions for the safety of, and shall provide reasonable protection to prevent damage, injury or loss to

    **.1**    employees involved on the Work and other persons who may be affected thereby;

    **.2**    the Work and materials and equipment to be incorporated therein, whether in storage on or off the site, under care, custody or control of the Contractor or the Contractor's Subcontractors or Sub-subcontractors; and

    **.3**    other property at the site or adjacent thereto, such as trees, shrubs, lawns, walks, pavements, roadways, structures and utilities not designated for removal, relocation or replacement in the course of construction.

**§ 10.2.2** The Contractor shall comply with and give, and shall cause its Subcontractors and Suppliers to give, notices required by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities bearing on safety of persons or property or their protection from damage, injury or loss.

**§ 10.2.3** The Contractor shall erect and maintain, as required by existing conditions and performance of the Contract, reasonable safeguards for safety and protection, including posting danger signs and other warnings against hazards, promulgating safety regulations and notifying owners and users of adjacent sites and utilities. The Contractor shall also be responsible at the Contractor's sole cost and expense for all measures necessary to protect any property adjacent to the Project and improvements thereon. Any damage to such property or improvements shall be promptly repaired by the Contractor.

**§ 10.2.4** When use or storage of explosives or other Hazardous Materials or equipment or unusual methods are necessary for execution of the Work, the Contractor shall exercise utmost care and carry on such activities under supervision of properly qualified personnel.

**§ 10.2.5** The Contractor shall promptly remedy damage and loss to property referred to in Sections 10.2.1.2 and 10.2.1.3 caused in whole or in part by the Contractor, a Subcontractor, a Sub-subcontractor, or anyone directly or indirectly employed by any of them, or by anyone for whose acts they may be liable and for which the Contractor is responsible under Sections 10.2.1.2 and 10.2.1.3, except damage or loss to the extent attributable to acts or omissions of the Owner or Architect or anyone directly or indirectly employed by either of them, or by anyone for whose acts either of them may be liable, and not attributable to the fault or negligence of the Contractor. The foregoing obligations of the Contractor are in addition to the Contractor's obligations under Section 3.18.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                                  (944596295)

Init.

/

**49**

**§ 10.2.6** The Contractor shall designate a responsible member of the Contractor's organization at the site whose duty shall be the prevention of accidents. This person shall be the Contractor's Superintendent unless otherwise designated by the Contractor in writing to the Owner and Architect.

**§ 10.2.7** The Contractor shall not permit any part of the construction or site to be loaded so as to cause damage or create an unsafe condition.

**§ 10.2.8** Subject to the provisions of Article 14, when all or a portion of the Work is suspended for any reason, the Contractor shall securely fasten down all coverings and protect the Work as necessary from injury from or by any cause.

### § 10.2.9 INJURY OR DAMAGE TO PERSON OR PROPERTY
If either party suffers injury or damage to person or property, the Contractor shall provide notice of such injury or damage by telephone or other more expeditious means to the Owner and appropriate insurers and governmental agencies. Within five (5) days of such injury or damage, the Contractor shall submit a written report to the Owner providing sufficient detail to enable the Owner to investigate the matter, including full details and statements of any witnesses. The Contractor shall comply with any Owner and/or governmental investigation regarding any injury or damage to person or property and provide all requested documentation, information and evidence.

### § 10.3 HAZARDOUS MATERIALS
**§ 10.3.1** The Contractor is responsible for compliance with any requirements included in the Contract Documents regarding Hazardous Materials ("Known Environmental Conditions"). If the Contractor encounters Hazardous Materials other than the Known Environmental Conditions and if reasonable precautions will be inadequate to prevent foreseeable bodily injury or death to persons resulting from a material or substance, including but not limited to asbestos or polychlorinated biphenyl (PCB), encountered on the site by the Contractor, the Contractor shall, upon recognizing the condition, immediately stop Work in the affected area and report the condition to the Owner and Architect in writing.

**§ 10.3.2** Upon receipt of the Contractor's written notice, the Owner shall obtain the services of a licensed laboratory to verify the presence or absence of the material or substance reported by the Contractor and, in the event such material or substance is found to be present, to cause it to be rendered harmless. Alternatively the Owner may, in its sole discretion, terminate the Contract for convenience in accordance with Section 14.4. Unless otherwise required by the Contract Documents, the Owner shall furnish in writing to the Contractor the names and qualifications of persons or entities who are to perform tests verifying the presence or absence of such material or substance or who are to perform the task of removal or safe containment of such material or substance. The Contractor will promptly reply to the Owner in writing stating whether or not it has reasonable objection to the persons or entities proposed by the Owner. If the Contractor has a reasonable objection to a person or entity proposed by the Owner, the Owner shall propose another to whom the Contractor has no reasonable objection. When the material or substance has been rendered harmless, Work in the affected area shall resume. By Change Order, the Contract Time shall be extended appropriately and the GMP shall be increased in the amount of the Contractor's reasonable additional costs of shut-down, delay and start-up. The phrase "rendered harmless" means that levels of asbestos or polychlorinated biphenyls or any other hazardous or regulated substance or material, are less than any applicable exposure standard set forth in the applicable OSHA, Environmental Protection Agency (EPA) or state regulation. The Contractor agrees not to knowingly or negligently cause any fill or other materials to be incorporated into the Work that are hazardous, toxic, or regulated substances or made up of any items that are hazardous, toxic or regulated, in each case under any federal, state, city or other applicable law (collectively, "Hazardous Materials"). The Contractor shall not use contaminated soil as backfill. The Contractor's obligations with respect to Known Environmental Conditions shall not be subject to the terms of this Section but shall be governed by the other requirements of the Contract Documents.

**§ 10.3.2.1** The Contractor shall not knowingly incorporate or cause to be incorporated into the Work any asbestos or lead containing materials, petroleum products that would constitute or create a Hazardous Materials exposure or release condition and/or any other Hazardous Materials or products of any kind. The Contractor will provide certification to the Owner at completion of the Project stating that no such products or materials of any kind were knowingly incorporated into the Work. Said certification shall be in the form of a letter and shall be provided by the Contractor and each of the Subcontractors prior to the release of their respective final retainage.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

Init.

/

**§ 10.3.2.2** The Contractor shall protect, defend, hold harmless and indemnify the Owner from, for, and against any and all claims, actions, liabilities, fines or penalties, losses, costs and expenses, including attorneys' fees, even if such claims are groundless, fraudulent or false, arising out of any actual or alleged: (1) spilling, dumping, release and/or improper or illegal disposal of Hazardous Materials, whether at or upon the construction site or at another undetermined site pursuant to the performance of the Contract or (2) pollution or contamination of the land or waters with Hazardous Materials as a result of performance of the Contract. It is expressly agreed and understood that such protection and indemnification shall apply and extend to claims made by federal, state and local governmental entities or agencies.

**§ 10.3.3** Except to the extent of the Contractor, Contractor's employees and agents, Supplier's or Subcontractor's negligence or willful action, or the Contractor's failure to immediately provide notice to Owner regarding the Hazardous Materials (other than Known Environmental Conditions) as set forth in Section 10.3.1, the Owner shall indemnify and hold harmless the Contractor, Subcontractors, and employees of any of them from and against claims, damages, losses and expenses, including but not limited to reasonable attorneys' fees, arising out of or resulting from performance of the Work in the area affected by Hazardous Materials (other than Known Environmental Conditions) if in fact the material or substance presents a significant risk of bodily injury or death as described in Section 10.3.1 and that risk has not been abated within a reasonable period of time after its discovery, provided that such claim, damage, loss or expense is attributable to actual bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), caused by such Hazardous Materials, except the Owner shall have no such obligations to the extent that any such claims, damages, losses or expenses are due to the fault or negligence of the party seeking indemnity or its Subcontractor, a Sub-subcontractor, a Supplier to any of them or anyone directly or indirectly employed by any of them.

**§ 10.3.4** The Owner shall not be responsible under this Section 10.3 for materials or substances the Contractor, Subcontractor or Supplier brings to the site unless such materials or substances are specifically required by the Contract Documents and are not customarily used by the Contractor, Subcontractor or Supplier in its work.

**§ 10.3.5** The Contractor shall indemnify the Owner for the costs, damages and expenses the Owner incurs (1) for remediation of a material or substance the Contractor brings to the site and negligently handles or intentionally mishandles, or (2) where the Contractor fails to perform its obligations under Section 10.3.1, except to the extent that the cost and expense are due to the Owner's fault or negligence.

**§ 10.3.6** If, without negligence or breach of the Contract on the part of the Contractor or its Subcontractor, or a Sub-subcontractor, or anyone directly or indirectly employed by any of them, the Contractor is held liable by a government agency for the cost of remediation of Hazardous Materials solely by reason of performing Work as required by the Contract Documents, the Owner shall indemnify the Contractor for all reasonable cost and expense thereby incurred.

### § 10.4 EMERGENCIES
**§ 10.4.1** In an emergency affecting safety of persons or property, the Contractor shall act, at the Contractor's discretion, to prevent threatened damage, injury or loss. Additional compensation or extension of time claimed by the Contractor on account of an emergency shall be determined as provided in Article 15 and Article 7.

## ARTICLE 11   INSURANCE AND BONDS
### § 11.1 CONTRACTOR'S LIABILITY INSURANCE
**§ 11.1.1** The Contractor shall purchase from and maintain in a company or companies having a rating of no lower than "A-VII" in the then-current edition of the AM Best Rating Guide and lawfully authorized to do business in the jurisdiction in which the Project is located such insurance as will protect the Contractor from claims set forth below which may arise out of or result from the Contractor's operations and completed operations under the Contract and for which the Contractor may be legally liable. As used herein, the "Contractor" shall mean the Contractor or a Subcontractor or by anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable:

   .1   Claims under workers' compensation, disability benefit and other similar employee benefit acts that are applicable to the Work to be performed;

   .2   Claims for damages because of bodily injury, occupational sickness or disease, or death of the Contractor's employees;

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                       (944596295)

Init.

/

**.3** Claims for damages because of bodily injury, sickness or disease, or death of any person other than the Contractor's employees;

**.4** Claims for damages insured by usual personal injury liability coverage;

**.5** Claims for damages, other than to the Work itself, because of injury to or destruction of tangible property, including the Contractor's construction equipment, and including loss of use resulting therefrom;

**.6** Claims for damages because of bodily injury, death of a person or property damage arising out of ownership, maintenance or use of a motor vehicle;

**.7** Claims for bodily injury or property damage arising out of completed operations;

**.8** Claims involving contractual liability insurance applicable to the Contractor's obligations under Section 3.18;

**.9** Claims for damages insured by professional liability coverage; and

**.10** Claims for damages insured by contractor's pollution liability coverage.

**§ 11.1.2** The insurance required by Section 11.1.1 shall be written for not less than limits of liability specified in this Article 11 or such limits specified in the applicable Work Order, unless greater limits are required by law, then such limits required by law shall be provided. Coverages shall be written on an occurrence basis, except for coverages specified in Sections 11.1.1.9 and Section 11.1.1.10, and all coverages shall be maintained without interruption from the date of commencement of the Work until the dates specified in Section 11.1.6.

**§ 11.1.3** Certificates of insurance acceptable to the Owner shall be filed with the Owner prior to commencement of the Work and thereafter upon renewal or replacement of each required policy of insurance. An additional certificate evidencing continuation of liability coverage, including coverage for completed operations, shall be submitted with the final Application for Payment as required by Section 9.10.2 and thereafter upon renewal or replacement of such coverage until the expiration of the time required by Section 11.1.2. Information concerning reduction of coverage on account of revised limits or claims paid under the General Aggregate, or both, shall be furnished by the Contractor with reasonable promptness.

The Contractor shall cause the commercial liability coverage required by the Contract Documents to include (1) the Owner and the other Indemnified Parties, the Architect, and the Architect's consultants as additional insureds for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's operations; and (2) the Owner and the other Indemnified Parties as additional insureds for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's completed operations.

**§ 11.1.4** The Owner is not responsible for the tools and equipment of the Contractor, Subcontractors, and Sub-subcontractors. Each of these parties is responsible for insuring its own equipment and tools. Contractor shall maintain the insurance described in Section 11.1.1 and as follows:

**.1** Commercial General Liability Insurance (including premises/operations; independent contractor's protective; products and completed operations; and broad form property damage) with coverage in a combined single limit in the minimum amount of $2,000,000 or as established in the applicable Work Order;

**.2** Products and completed operations coverage, which shall include broad form property damage and XCU endorsements and shall be maintained as provided in Section 11.1.6;

**.3** Automobile Liability Insurance in the amount of $1,000,000 combined single limit for all owned, non-owned and hired autos;

**.4** Umbrella general liability coverage in the minimum amount of $25,000,000 or as established in the applicable Work Order;

**.5** The policies furnished in compliance with Sections 11.1.4.1 through 11.1.4.4 shall be primary insurance to any other liability insurance of the Owner;

**.6** Worker's compensation coverage as required by law, with employer's liability coverage in the amount of $1,000,000;

**.7** Contractor's Professional Liability Insurance with minimum limits of $5,000,000 per claim and aggregate and Contractor's Pollution Liability Insurance coverage with minimum limits of $5,000,000 per claim and in the aggregate, or as established in the applicable Work Order for both insurance requirements, with all coverage retroactive to the earlier of the date of the Agreement or the commencement of work. Professional Liability Insurance for design/build work as provided in Section 11.5; and

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

.8   Owner and the other Indemnified Parties (as defined in Section 3.18.1 above) shall be included as additional insureds on the policies required pursuant to Sections 11.1.4.1 through 11.1.4.4 above. The obligation of the Contractor as set forth in Section 3.18.1 above shall be specifically referenced in the insurance certificates as being incorporated in the insurance coverage provided to the Owner under this Article. The additional insured endorsement(s), by which the Owner and the other required parties are named as additional insureds for the commercial general liability/products and completed operations policies, (a) shall be issued on Form CG2010 1185 (pre-1996) or equivalent, or (b) shall be supplemented by a CG 2037 (10/01) ADDITIONAL INSURED – OWNERS, LESSEE OR CONTRACTORS – COMPLETED OPERATIONS endorsement.

The Contractor shall deliver originals of such additional insured endorsements to the Owner concurrently with its delivery of certificates of insurance for those policies.

**§ 11.1.5** All insurance provided by the Contractor hereunder shall be primary and not contributing with any coverage carried by the Owner. Each policy shall contain all applicable conditions, definitions, exclusions and endorsements related to this Project as are generally considered to be industry standard for projects of this scope and scale in the metropolitan area in which the Project is located. The policies provided by the Contractor shall provide that any obligation imposed upon the insured (including, without limitation, the liability to pay premiums, as well as the responsibility for all deductible amounts) shall be the sole obligation of the Contractor and not of any other insured. The Contractor shall require each insurer under each policy provided by the Contractor to waive all rights of subrogation against the Owner, any right of set-off or counterclaim, and any other right to deduction, whether by attachment or otherwise.

**§ 11.1.6** All required coverages shall remain in force for the benefit of the Owner for claims arising out of the Work under the Contract for at least 24 months after Final Completion, except for completed operations coverage which shall extend for a period of six (6) years from Substantial Completion.

**§ 11.1.7** Unless modified by an applicable Work Order, Subcontractors and Sub-subcontractors, if any, shall comply with all requirements in this Section 11.1. If the Work relates to a facility leased by the Owner or its affiliates, the limits in the Subcontractor and Sub-subcontractor Minimum Insurance Limits attached hereto as Schedule 1 shall apply only to Subcontractors and Sub-subcontractors. If the Work relates to a facility owned by the Owner or its affiliates, the greater of the limits in Section 11.1.4 or Schedule 1 shall apply only to Subcontractors and Sub-subcontractors, except that umbrella general liability coverage required by Section 11.1.4.5 shall be provided in the minimum amount of $5,000,000 or as established in the applicable Work Order.

## § 11.2 OWNER'S LIABILITY INSURANCE
**§ 11.2.1** The Owner shall be responsible for purchasing and maintaining the Owner's usual liability insurance.

## § 11.3 PROPERTY INSURANCE
**§ 11.3.1** Unless otherwise provided in the Contract Documents, the Owner shall be responsible for providing "all-risk" coverage in the amount of the initial GMP, plus the value of subsequent Contract Modifications and the cost of materials supplied or installed by others and owned or to be owned by the Owner, comprising total value for the entire Project at the site on a replacement cost basis. Such property insurance shall be maintained, unless otherwise provided in the Contract Documents or otherwise agreed in writing by all persons and entities who are beneficiaries of such insurance, until final payment has been made as provided in Section 9.10 or until no person or entity other than the Owner has an insurable interest in the property required by this Section 11.3, whichever is later. This insurance shall include the interests of the Owner, Contractor, Subcontractors and Sub-subcontractors as loss payees, as their interests may appear. Liability of the Owner (and Owner's insurance) shall not extend to cover any tools, apparatus, machinery, scaffolding, hoists, forms, staging, shoring and other similar items commonly referred to as "construction equipment" that may be on the site and the capital value of which is not included in the Work. The Contractor shall make its own arrangements for any insurance it may require on such construction equipment.

**§ 11.3.1.1** Property insurance shall be on an "all-risk" or equivalent policy form and shall include, without limitation, insurance against the perils of fire (with extended coverage) and physical loss or damage including, without duplication of coverage, theft, vandalism, malicious mischief, collapse, earth movement, flood (provided, however, the Owner may elect to not carry earth movement or flood coverage, in which case Owner shall release the Contractor from any damages resulting from earth movement or flood that would have otherwise been covered by

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:

(944596295)

Init.

/

such insurance coverage), windstorm, temporary buildings and debris removal including demolition occasioned by enforcement of any applicable Legal Requirements, testing, commissioning and start-up and shall cover reasonable compensation for the Owner's, Architect's and Contractor's services and expenses required as a result of such insured loss. Property insurance provided by the Owner shall not cover any tools, apparatus, machinery, scaffolding, hoists, forms, staging, shoring and other similar items commonly referred to as "construction equipment" that may be on the site and the capital value of which is not included in the Work. The Contractor shall make its own arrangements for any insurance it may require on such construction equipment.

**§ 11.3.1.2** If the Owner does not intend to purchase such property insurance required by the Contract and with all of the coverages in the amount described above, the Owner shall so inform the Contractor in writing prior to commencement of the Work. The Contractor may then effect insurance that will protect the interests of the Contractor, Subcontractors and Sub-subcontractors in the Work, and by appropriate Change Order the reasonable cost thereof shall be charged to the Owner.

**§ 11.3.1.3** The property insurance provided by the Owner shall have a deductible as set by Owner from time to time, and only for losses under the care and control of the Contractor, the Contractor shall pay costs not covered because of such deductibles up to $25,000 per occurrence except to the extent set forth in the applicable Work Order.

**§ 11.3.1.4** This property insurance shall cover portions of the Work in transit and stored off the site.

**§ 11.3.1.5** [Intentionally omitted].

**§ 11.3.2 BOILER AND MACHINERY INSURANCE**
[Intentionally omitted].

**§ 11.3.3 LOSS OF USE INSURANCE**
The Owner, at the Owner's option, may purchase and maintain such insurance as will insure the Owner against the Owner's loss of use of the Owner's property due to fire or other hazards, however caused. Such insurance shall exclude the Contractor's loss of use and the Contractor shall have no right to claim loss of use under any such insurance maintained by the Owner. The Owner waives all rights of action against the Contractor for loss of use of the Owner's property, including consequential losses due to fire or other hazards however caused, to the extent covered and paid for by any loss of use insurance carried by the Owner.

**§ 11.3.4** [Intentionally omitted].

**§ 11.3.5** [Intentionally omitted].

**§ 11.3.6** Before an exposure to loss may occur, the Owner shall provide the Contractor with a Certificate of Insurance that includes insurance coverages required by this Section 11.3 if requested by the Contractor. Each policy required under this Section 11.3 shall contain a provision that the policy will not be canceled or allowed to expire, and that its limits will not be reduced, until written notice (10 days' prior written notice for nonpayment of premium) has been given to the Owner. The Owner shall endeavor to provide the Contractor thirty (30) days' prior written notice before any cancellation, material change or lapse of such coverage.

**§ 11.3.7 WAIVERS OF SUBROGATION**
**§ 11.3.7.1** The Owner and Contractor waive all rights against (1) each other and any of their subcontractors, sub-subcontractors, agents and employees, each of the other, and (2) the Architect, Architect's consultants, separate contractors described in Article 6, if any, and any of their subcontractors, sub-subcontractors, agents and employees, for damages caused by fire or other causes of loss occurring prior to Final Completion to the extent (i) covered by property insurance obtained pursuant to this Section 11.3 or other property insurance applicable to the Work, except such rights as they have to proceeds of such insurance held by the Owner pursuant to Section 11.3.8, (ii) covered by any property insurance carried by the Contractor (or any Subcontractor or Sub-subcontractor) or, (iii) with respect to construction equipment, such losses would be covered if the Contractor (or the applicable Subcontractor or Sub-subcontractor) carried property insurance for the full replacement value of such construction equipment. The Owner or Contractor, as appropriate, shall require of the Architect, Architect's consultants, separate contractors described in Article 6, if any, and the subcontractors, sub-subcontractors, agents and employees of any of them, by appropriate written agreements, similar waivers each in favor of other parties enumerated herein. The policies shall

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:

(944596295)

Init.

/

provide such waivers of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damaged.

§ 11.3.8 A loss insured under the Owner's property insurance shall be adjusted by the Owner as fiduciary and made payable to the Owner to be disbursed as fiduciary for the insureds, as their interests may appear, subject to requirements of any applicable mortgagee clause and of Section 11.3.10. As used in Section 11.3.8, "fiduciary" shall mean the exercise of due care in the handling of all proceeds and all other obligations or duties contained in Section 11.3 and in accordance with the Contract Documents on behalf of the Contractor but shall not be construed to impose the duties of a trustee or to create a trust consisting of the proceeds. The Contractor shall pay Subcontractors their just shares of insurance proceeds received by the Contractor, and by appropriate agreements, written where legally required for validity, shall require Subcontractors to make payments to their Sub-subcontractors in similar manner.

§ 11.3.9 If required in writing by a party in interest, the Owner as fiduciary shall, upon occurrence of an insured loss, deposit proceeds so received, which the Owner shall distribute in accordance with such agreement as the parties in interest may reach, or as determined in accordance with the method of binding dispute resolution selected in the Agreement between the Owner and Contractor. If after such loss no other special agreement is made and unless the Owner terminates the Contract for convenience, replacement of damaged property shall be performed by the Contractor after notification of a Change in the Work in accordance with Article 7.

§ 11.3.10 The Owner as fiduciary shall have power to adjust and settle a loss with insurers unless one of the parties in interest shall object in writing within five days after occurrence of loss to the Owner's exercise of this power; if such objection is made, the dispute shall be resolved in the manner selected by the Owner and Contractor as the method of binding dispute resolution in the Agreement.

§ 11.4 PERFORMANCE BOND AND PAYMENT BOND
§ 11.4.1 The Owner shall have the right to require the Contractor to furnish bonds covering faithful performance of the Contract and payment of obligations arising thereunder. The Owner may elect to require the Contractor to bond certain Subcontractors and/or Suppliers. If the Owner so elects, the Owner agrees to increase the GMP for bond costs to the extent not previously included in the GMP.

§ 11.4.2 Upon the request of any person or entity appearing to be a potential beneficiary of bonds covering payment of obligations arising under the Contract, the Contractor shall promptly furnish a copy of the bonds or shall authorize a copy to be furnished.

§ 11.5 PROFESSIONAL LIABILITY INSURANCE – DESIGN-BUILD SUBCONTRACTORS
§ 11.5.1 Except as otherwise provided in a Work Order, for the portions of the Work which include design or use of design-build subcontractors, the Contractor shall require and ensure that the Subcontractor shall procure, maintain and pay for Professional Liability Insurance covering damages by reason of any negligent act, error or omission committed or alleged to have been committed by the Subcontractor or anyone for whom Subcontractor is legally liable, including coverage for liability assumed by contract. If the Work relates to a facility leased by the Owner or its affiliates, such Professional Liability Insurance shall include minimum limits as set forth in the Subcontractor and Sub-subcontractor Minimum Insurance Limits attached hereto as Schedule 1. If the Work relates to a facility owned by the Owner or its affiliates, such Professional Liability Insurance shall include minimum limits of $5 million per claim and aggregate for mechanical (including fire protection), electrical and curtain wall enclosure, and $2 million per claim and aggregate for all other design-build sub-trades. Coverage shall be retroactive to the earlier of the date of the Agreement or the commencement of such design-build work. Professional liability coverage shall be provided by annual policy or policies to be renewed for a continuous period of two years following the Final Completion Date of the Project by the Owner or such longer period as the Contract Documents may require. Renewal policies during this period shall maintain the same retroactive date. Should the Subcontractor change insurance carriers during such term, the design-build subcontractor shall provide continuous and uninterrupted coverage as herein provided and shall without demand provide Owner with proof of same.

**Init.**

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                          (944596295)

## ARTICLE 12   UNCOVERING AND CORRECTION OF WORK
### § 12.1 UNCOVERING OF WORK

**§ 12.1.1** If a portion of the Work is covered contrary to the Architect's or Owner's request or to requirements specifically expressed in the Contract Documents, it must, if requested in writing by the Architect or Owner, be uncovered for the Architect's or Owner's examination and be replaced at the Contractor's expense without change in the Contract Time.

**§ 12.1.2** If a portion of the Work has been covered that the Architect or Owner has not specifically requested to examine prior to its being covered, the Architect or Owner may request to see such Work and it shall be uncovered by the Contractor. If such Work is in accordance with the Contract Documents, costs of uncovering and replacement shall be at the Owner's expense by a Change Order addressing cost and time, as appropriate. If such Work is not in accordance with the Contract Documents, such costs and the cost of correction shall be at the Contractor's expense unless the condition was caused by the Owner or a separate contractor in which event the Owner shall be responsible for payment of such costs, as appropriate.

### § 12.2 CORRECTION OF WORK
### § 12.2.1 BEFORE OR AFTER SUBSTANTIAL COMPLETION

The Contractor shall promptly correct Work rejected as defective or failing to conform to the Contract Documents by the Architect, Owner or governmental inspections having jurisdiction on Work, or failing to conform to the requirements of the Contract Documents, whether discovered before or after Substantial Completion and whether or not fabricated, installed or completed. Costs of correcting such rejected Work, including labor, materials, additional testing and inspections, the cost of uncovering and replacement, and compensation for the Architect's and Owner's services and expenses made necessary thereby, shall be at the Contractor's expense.

### § 12.2.2 AFTER SUBSTANTIAL COMPLETION

**§ 12.2.2.1** In addition to the Contractor's obligations under Section 3.5, if, within one (1) year after Substantial Completion, or by terms of an applicable special warranty required by the Contract Documents, any of the Work is found to be not in accordance with the requirements of the Contract Documents, the Contractor shall correct it promptly after receipt of written notice from the Owner to do so unless the Owner has previously given the Contractor a written acceptance of such condition. The Owner shall give such notice promptly after discovery of the condition. If the Contractor fails to correct nonconforming Work within a reasonable time during that period after receipt of notice from the Owner or Architect, the Owner may correct it in accordance with Section 2.4. All machinery, equipment and building systems used by the Contractor or any Subcontractors prior to Substantial Completion shall be restored to the same condition, if necessary at no cost to the Owner.

**§ 12.2.2.2** The one-year period for correction of Work shall be extended with respect to portions of Work first performed after Substantial Completion by the period of time between Substantial Completion and the actual completion of that portion of the Work. The obligation under this Section 12.2.2.2 shall survive acceptance of the Work and termination of the Contract.

**§ 12.2.2.3** The one-year period for correction of Work shall not be extended by corrective Work performed by the Contractor pursuant to this Section 12.2, provided, however, the warranty provisions of the Contract Documents and the Contractor's obligations under this Section 12.2 shall be extended as to any corrective Work (but only for the specific items corrected) for the time specified in the Contract Documents from the date the corrective Work is completed. Without limitation, manufacturer's warranties on equipment shall supplement warranties specified in the Contract Documents.

**§ 12.2.3** The Contractor shall remove from the site portions of the Work that are defective or not in accordance with the requirements of the Contract Documents and are neither corrected by the Contractor nor accepted by the Owner.

**§ 12.2.4** The Contractor shall bear the cost of correcting destroyed or damaged construction, whether completed or partially completed, of the Owner or separate contractors caused by the Contractor's correction or removal of Work that is not in accordance with the requirements of the Contract Documents.

**§ 12.2.5** Nothing contained in this Section 12.2 shall be construed to establish a period of limitation with respect to other obligations the Contractor has under the Contract Documents. Establishment of the one-year period for correction of Work as described in Section 12.2.2 relates only to the specific obligation of the Contractor to correct

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

the Work, and has no relationship to the time within which the obligation to comply with the Contract Documents may be sought to be enforced, nor to the time within which proceedings may be commenced to establish the Contractor's liability with respect to the Contractor's obligations other than specifically to correct the Work. The warranties given herein by the Contractor are in addition to any manufacturers' warranties that may be available to the Owner (which manufacturers' warranties the Contractor shall supply to the Owner on or before Substantial Completion).

**§ 12.2.6** If, during the guarantee or warranty period, any material, equipment or system requires corrective work because of defects in materials or workmanship, and if the Contractor remains on the Project site or if the corrective work constitutes an emergency (a threat to human health or safety, or property or the launch-date of business operations), the Contractor shall undertake all required corrective work within 48 hours after receiving the notice and work diligently until the corrective work is completed. In all other situations, if during the guarantee or warranty period, any material, equipment or system requires corrective work because of defects in materials or workmanship, the Contractor shall, within 48 hours after receiving the notice, respond to the Owner with a detailed plan for performing all required corrective work. If the Contractor does not, in accordance with the terms and provisions of the Contract Documents, commence all corrective work within five (5) days after receiving notice or if the Contractor commences such work but does not pursue it in an expeditious manner, the Owner may either notify the bonding company (if any) to have such work and/or obligations performed at no additional cost to the Owner or may perform such work and/or obligations and charge the costs thereof to the Contractor. The Contractor shall correct any defects noted by the Owner and if it is later determined that such defects were the responsibility of others, the Owner will pay the Contractor an amount calculated in accordance with Section 7.3.7 of these General Conditions. The obligations of the Contractor or any Subcontractor under the terms and provisions of the Contract Documents shall not be limited to the payments made by the surety (if any) under the provisions of the Contract. Ten (10) months following Substantial Completion, the Contractor shall accompany the Owner on an inspection of the Project and the Contractor shall promptly correct any defective or non-conforming Work.

**§ 12.3 ACCEPTANCE OF NONCONFORMING WORK**
**§ 12.3.1** If the Owner prefers to accept Work that is not in accordance with the requirements of the Contract Documents, the Owner may do so instead of requiring its removal and correction, in which case the GMP will be reduced as appropriate and equitable. Such adjustment shall be effected whether or not final payment has been made.

**ARTICLE 13   MISCELLANEOUS PROVISIONS**
**§ 13.1 GOVERNING LAW**
**§ 13.1.1** The Contract shall be governed by the law of the state in which the Project is located.

**§ 13.2 SUCCESSORS AND ASSIGNS**
**§ 13.2.1** The Owner and Contractor respectively bind themselves, their partners, successors, assigns and legal representatives to covenants, agreements and obligations contained in the Contract Documents. Except as provided in the Contract Documents, neither party to the Contract shall assign the Contract as a whole without written consent of the other. If either party attempts to make such an assignment without such consent, that party shall nevertheless remain legally responsible for all obligations under the Contract.

**§ 13.2.2** The Owner may, without consent of the Contractor, assign the Contract to (i) a lender providing financing for the Project, (ii) to any of its affiliates, (iii) in connection with any merger, consolidation, reorganization, sale of all or substantially all of its assets or any similar transaction, or (iv) to any person or entity succeeding to the Owner's interest in or to the property on which the Project is located. In such event, the assignee shall assume the Owner's rights and obligations under the Contract Documents. The Contractor shall execute all consents reasonably required to facilitate such assignment.

**§ 13.3 WRITTEN NOTICE AND OWNER'S WRITTEN APPROVALS**
**§ 13.3.1** All written notices must be delivered by (i) personal delivery, (ii) certified U.S. mail, with postage prepaid and return receipt requested, (iii) overnight courier service, or (iv) e-mail transmission, with a verification copy sent within one (1) business day by any of the methods set forth in clauses (i), (ii) or (iii), to the address for the recipient party set forth in the applicable Work Order. The date of written notice shall be the earlier of the date of personal or courier delivery, or three calendar days after the date of postmark. All written notices to the Owner must be

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                 (944596295)

addressed to the attention of the General Counsel. A party may change its notice address at any time by delivery of written notice to the other party.

§ 13.3.2 Where the Agreement or these General Conditions require the Owner's written approval, consent or a request by the Owner, such approval, consent or request may be issued only in writing, including by e-mail, by the Owner's Representative or anyone at a director-level or higher.

## § 13.4 RIGHTS AND REMEDIES

§ 13.4.1 Except as expressly limited in the Contract Documents, duties and obligations imposed by the Contract Documents and rights and remedies available thereunder shall be in addition to and not a limitation of duties, obligations, rights and remedies otherwise imposed or available by law.

§ 13.4.2 No action or failure to act by the Owner, Architect or Contractor shall constitute a waiver of a right or duty afforded them under the Contract, nor shall such action or failure to act constitute approval of or acquiescence in a breach there under, except as may be specifically agreed in writing.

§ 13.4.3 If for any reason one or more provisions of the Contract are held to be invalid, void, illegal or unenforceable, the other provisions of the Contract shall not be affected and shall continue to maintain their vitality and validity, and the Contract shall be construed as if the invalid, void, illegal or unenforceable provision had never been a part of the Contract.

## § 13.5 TESTS AND INSPECTIONS

§ 13.5.1 Tests, inspections and approvals of portions of the Work shall be made as required by the Contract Documents and by applicable laws, statutes, ordinances, codes, rules and regulations or lawful orders of public authorities. Unless otherwise provided, the Contractor shall make arrangements for such tests, inspections and approvals with an independent testing laboratory selected by the Owner, or with the appropriate public authority. The Owner shall pay the costs of structural tests and inspections by the independent testing laboratory, geotechnical tests, system commissioning, membrane testing, air infiltration testing and curtain wall performance testing. Unless otherwise provided in the Contract Documents, including the applicable Work Order, the Contractor shall pay the costs of the main building permit and the building official inspections covered by that permit, and other tests, inspections and approvals. The Contractor shall give the Architect timely notice of when and where tests and inspections are to be made so that the Architect may be present for such procedures. The Owner shall also bear costs of (1) tests, inspections or approvals that do not become requirements until after bids are received or negotiations concluded, and (2) tests, inspections or approvals where building codes or applicable laws or regulations prohibit the Owner from delegating their cost to the Contractor.

§ 13.5.2 If the Architect, Owner or public authorities having jurisdiction determine that portions of the Work require additional testing, inspection or approval not included under Section 13.5.1, the Architect will, upon written authorization from the Owner, instruct the Contractor to make arrangements for such additional testing, inspection or approval by an entity acceptable to the Owner, and the Contractor shall give timely notice to the Architect and Owner of when and where tests and inspections are to be made so that the Architect and Owner may be present for such procedures. Such costs, except as provided in Section 13.5.3, shall be at the Owner's expense.

§ 13.5.3 If such procedures for testing, inspection or approval under Sections 13.5.1 and 13.5.2 reveal failure of the portions of the Work to comply with requirements established by the Contract Documents, all costs made necessary by such failure including but not limited to those of repeated procedures and compensation for the Architect's and Owner's services and expenses shall be at the Contractor's expense.

§ 13.5.4 Required certificates of testing, inspection or approval shall, unless otherwise required by the Contract Documents, be secured by the Contractor and promptly delivered to the Architect with a copy to the Owner.

§ 13.5.5 If the Architect and Owner are to observe tests, inspections or approvals required by the Contract Documents, the Architect and Owner will do so promptly and, where practicable, at the normal place of testing.

§ 13.5.6 Tests or inspections conducted pursuant to the Contract Documents shall be made promptly to avoid unreasonable delay in the Work. The Owner's and Architect's observation of tests or inspection of Work shall not relieve the Contractor of any of its obligations under the Contract Documents.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                    (944596295)

## § 13.6 INTEREST
*(Paragraph deleted)*
§ 13.6.1 Payments due and unpaid under the Contract Documents shall bear interest from the date that is five (5) business days after receipt of notice that such amount is past due in accordance with the terms of the Contract if and only to the extent provided in the Contract.

## § 13.7 CONSTRUCTION LENDER REQUIREMENTS
§ 13.7.1 The Contract may be amended in any respect, including, without limitation, procedures for payment, assignment, change orders, lien releases and termination, as may be reasonably required by any construction or permanent lender who may from time to time have a mortgage or deed of trust on the Project or have outstanding a loan commitment on the Project upon agreement by the Contractor, such agreement to not unreasonably be withheld, conditioned or delayed. The Contractor also agrees to timely provide any such lender with any documents and information it reasonably requires within the limits afforded the Owner in the Agreement. The Contractor shall make every reasonable effort to conform its documentation in support of progress payments to the requirements of the lender under the construction loan agreement. If requested by the Owner, Contractor agrees to (a) execute a "Contractor's Letter of Consent of Assignment" or similar document and (b) provide the construction lender such certificates or such other reasonable documents relating to the completion of the Work in compliance with applicable codes, ordinances, rules and regulations, in such form as may be required by the lender.

§ 13.7.2 Any and all mortgages for the construction of the Project now or hereafter placed upon the property which the Contractor furnishes materials or labor shall be a lien prior to and superior to any lien the Contractor, Subcontractor or Supplier may now have or hereafter acquire by virtue of furnishing labor and materials, and any mechanics or materialmen's liens so acquired shall be subordinate to and is hereby subordinate to any and all such mortgages, to the extent permitted by the law of the state where the Project is located. The Contractor shall furnish, in a form acceptable to lender, verification of said subordination.

## § 13.8 WORK PRODUCT; WORK FOR HIRE
§ 13.8.1 The Owner owns all rights, including without limitation, any intellectual property rights in and to everything the Contractor makes, conceives, develops, discovers, reduces to practice or fixes in a tangible medium of expression, alone or with others in the course of the Contractor's engagement by the Owner, including without limitation, all deliverables (but not including the Contractor's means, methods or Contractor's business administration) ("Engagement Work Product"). Any and all Shop Drawings, physical and electronic models, documents, renderings, drawings, schedules and other data specially prepared for the Work by the Contractor or any Subcontractor, Sub-subcontractor, manufacturer, Supplier or distributor (collectively, the "Tangible Work Product" and together with the Engagement Work Product, the "Work Product") is the sole and exclusive property of the Owner. The Owner owns all right, title, and interest (including, but not limited to, all copyrights and any other intellectual property rights) in the Work Product immediately upon creation of any Work Product or any part thereof. The Contractor shall deliver the Work Product or requested parts of the Work Product to the Owner upon Final Completion or earlier request of the Owner. To the maximum extent allowed by law, all Engagement Work Product will be considered "works made for hire" and accordingly, the Owner will be considered the author of Engagement Work Product under the federal copyright laws. The Work Product has been specially ordered and commissioned by the Owner as "work made for hire" for copyright purposes, or, to the extent any Work Product does not so qualify, the Contractor hereby grants, assigns and transfers to the Owner all of the Contractor's right, title, and interest of any kind in and to the Work Product and the copyright thereof, and all renewals and extensions of the copyright that may be secured now or in the future and the Contractor shall require a similar assignment to the Owner from all Subcontractors, Sub-subcontractors, manufacturers, Suppliers and distributors that produce any Work Product. The Contractor grants the Owner a perpetual, world-wide, royalty-free, non-exclusive license under its rights to make, have made, use, sell, offer to sell, distribute, modify, create derivative works of, and sublicense (through multiple tiers of sub licensees) any other intellectual property owned or licensable by the Contractor for the Owner's use and enjoyment of the Work Product, including the right to design and build structures without Contractor based on the Work Product.

## § 13.9 DAMAGE TO EXISTING STRUCTURES AND PROPERTY
§ 13.9.1 The Contractor shall conduct the operations so as not to damage adjacent structures, existing structures, any work installed either by the Contractor or by other contractors, or any personal property of the Owner or others. If any such damage is related to its operations, the Contractor shall repair and make good as new the damaged portions

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

at its own expense, and the Contractor shall be liable for the damage caused. The obligations of this Section 13.9.1 shall survive termination of the Contract.

### § 13.10 MANUFACTURERS' REQUIREMENTS

**§ 13.10.1** The Contractor warrants that the installation of all materials and equipment shall be in strict accordance with the manufacturers' requirements or specifications, as applicable, and that the materials and equipment shall function as intended by the manufacturer. Prior to Final Completion, the Contractor shall obtain a statement from the manufacturer approving the Contractor's installation of all materials and equipment for which a warranty is required under the Contract Documents. If the Owner seeks to enforce a claim based upon a manufacturer's warranty and such manufacturer fails to honor its warranty based, in whole or in part, on a claim of defective installation, the Owner shall be entitled to enforce any claim for defective installation against the Contractor.

## ARTICLE 14    TERMINATION OR SUSPENSION OF THE CONTRACT
### § 14.1 TERMINATION BY THE CONTRACTOR

**§ 14.1.1** The Contractor may terminate the Contract if the Work is stopped for a period of thirty (30) consecutive days through no act or fault of the Contractor or a Subcontractor, Sub-subcontractor or their agents or employees or any other persons or entities performing portions of the Work under direct or indirect contract with the Contractor, for any of the following reasons only:

 .1 Issuance of an order of a court or other public authority having jurisdiction that requires all Work to be stopped;

 .2 An act of government, such as a declaration of national emergency that requires all Work to be stopped;

 .3 Because the Architect has not issued a Certificate for Payment and has not notified the Contractor of the reason for withholding certification as provided in Section 9.4.1; or

 .4 Because the Owner fails to pay the Contractor as provided in Section 9.7.1.

**§ 14.1.2** [Intentionally omitted].

**§ 14.1.3** If one of the reasons described in Section 14.1.1 exists, the Contractor may, upon fourteen (14) days' written notice to the Owner and Architect, and provided the cause for termination is not cured or corrected by the Owner or the Architect within such fourteen-day period, terminate the Contract and recover from the Owner payment for Work executed, including the pro-rata or proportionate part of the Contractor's Fee (as defined in the applicable Work Order) for Work performed. If the Contractor terminates the Contract, it will use commercially reasonable efforts to mitigate its losses and costs.

**§ 14.1.4** If the Work is stopped for a period of sixty (60) consecutive days through no act or fault of the Contractor or a Subcontractor or their agents or employees or any other persons performing portions of the Work under contract with the Contractor because the Owner has repeatedly failed to fulfill the Owner's obligations under the Contract Documents with respect to matters important to the progress of the Work, the Contractor may, upon fourteen (14) additional days' written notice to the Owner and the Architect, and provided the cause for termination is not cured or corrected by the Owner or the Architect within such fourteen day period, terminate the Contract and recover from the Owner as provided in Section 14.1.3.

### § 14.2 TERMINATION BY THE OWNER FOR CAUSE

**§ 14.2.1** The Owner may terminate the Contract if the Contractor:

 .1 refuses or fails to supply enough properly skilled workers or proper materials;

 .2 fails to make payment to Subcontractors or Suppliers for materials or labor in accordance with the respective agreements between the Contractor and the Subcontractors or Suppliers;

 .3 disregards or does not comply with applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of a public authority;

 .4 fails to provide to the Owner a construction schedule, construction schedule updates, weekly progress reports, certificates of insurance or any required payment and performance bond in the form and within the time required under the Contract Documents;

 .5 fails to achieve Substantial Completion or Final Completion on or before the dates specified in the Contract Documents or otherwise fails to adhere to the Project schedule in performing the Work;

 .6 has been paid for undisputed amounts and fails to remove Mechanic's Liens, pursuant to Section 9.6.8 or as so notified by the Owner in writing or is otherwise is in substantial breach of a

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

Init.

/

**60**

provision of the Contract Documents that impacts the Cost of the Work or extension of Contract Time; or

.7   breaches any of its confidentiality obligations, including, but not limited to those set forth in the NDA.

**§ 14.2.2** When any of the above reasons exist, the Owner may without prejudice to any other rights or remedies of the Owner and after giving the Contractor and the Contractor's surety, if any, seven (7) days' written notice, terminate employment of the Contractor and may, subject to any prior rights of surety:

.1   Exclude the Contractor from the site and take possession of all materials, equipment, tools, and construction equipment and machinery thereon owned by the Contractor or leased by the Contractor for the Project;

.2   Accept assignment of subcontracts pursuant to Section 5.4; and

.3   Finish the Work by whatever reasonable method the Owner may deem expedient. Upon written request of the Contractor, the Owner shall furnish to the Contractor a detailed accounting of the costs incurred by the Owner in finishing the Work.

**§ 14.2.3** When the Owner terminates the Contract for one of the reasons stated in Section 14.2.1, the Contractor shall not be entitled to receive further payment unless and until the Work is finished.

**§ 14.2.4** If the unpaid balance of the GMP for Work performed prior to termination exceeds costs of finishing the Work, including but not limited to compensation for the Owner's and Architect's services and expenses made necessary thereby, and other damages incurred by the Owner and not expressly waived, such excess shall be paid to the Contractor for, but only to the extent of, Work properly performed by the Contractor, if applicable, but in no event shall the Contractor be entitled to any payment in excess of the amount that would have been payable to the Contractor if the Owner had terminated the Contract pursuant to Section 14.4. If such costs and damages exceed the unpaid balance, the Contractor shall pay the difference to the Owner. The amount to be paid to the Contractor or Owner, as the case may be, shall be certified by the Owner, upon application, and this obligation for payment shall survive termination of the Contract.

**§ 14.2.5** When the Owner terminates the Contract for one of the reasons stated in Section 14.2.1, the Owner shall be entitled to recover its damages resulting from such termination, including, but not limited to, all costs in excess of the GMP, including attorney's fees and consulting compensation for the Architect's and the Owner's Representative's services and expenses made necessary thereby and, if Substantial Completion is not achieved by the required date of Substantial Completion (as adjusted pursuant to the Contract Documents), liquidated damages for delay as set forth in the Agreement. All amounts paid pursuant to this Section 14.2.5 shall be certified by the Owner upon application, and the obligations of this Section 14.2.5 shall survive the termination of the Contract.

**§ 14.2.6** It is recognized that if the Contractor is adjudged bankrupt, makes a general assignment for the benefit of creditors, or if a receiver is appointed for the benefit of its creditors on account of the Contractor's insolvency, such circumstance could impair or frustrate the Contractor's performance of the Contract. Accordingly, the parties to the Contract agree that at any time that Owner has reasonable concerns about the financial stability of the Contractor, the Owner shall be entitled to request of the Contractor or its successor in interest, adequate assurance of future performance in accordance with the terms and conditions of the Contract Documents and the Contractor shall have seven (7) business days to provide such assurances. The Contractor's failure to comply with such request shall entitle the Owner to (a) withhold payment until the Contractor provides such reasonable assurances as the Owner shall require, and/or (b) to terminate the Contract immediately and to the accompanying rights thereunder. The Owner shall be entitled to recover its damages resulting from such termination including, but not limited to, all costs incurred by the Contractor in excess of the GMP and, if Substantial Completion is not achieved by the required date of Substantial Completion, liquidated damages for delay as set forth in the Agreement.

## § 14.3 SUSPENSION BY THE OWNER FOR CONVENIENCE
**§ 14.3.1** The Owner may, without cause, order the Contractor in writing to suspend, delay or interrupt the Work in whole or in part for such period of time as the Owner may determine.

**§ 14.3.2** The GMP and Contract Time shall be adjusted for increases and decreases in the cost and time caused by suspension, delay or interruption as described in Section 14.3.1. Adjustment of the GMP shall include applicable

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                               (944596295)

Init.

/

adjustments to the Contractor's Fee, as defined in the applicable Work Order. No adjustment shall be made to the extent

.1  that performance is, was or would have been so suspended, delayed or interrupted by another cause for which the Contractor is responsible; or

.2  that an equitable adjustment is made or denied under another provision of the Contract.

## § 14.4 TERMINATION BY THE OWNER FOR CONVENIENCE

**§ 14.4.1** The Owner may, at any time, terminate the Contract for the Owner's convenience and without cause. If the Owner terminates for cause and that termination is determined to be improper, then the termination will be deemed a termination for convenience.

**§ 14.4.2** Upon receipt of written notice from the Owner of such termination for the Owner's convenience, the Contractor shall

.1  cease operations as directed by the Owner in the notice;

.2  take actions necessary, or that the Owner may direct, for the protection and preservation of the Work;

.3  except for Work directed to be performed prior to the effective date of termination stated in the notice, terminate all existing subcontracts and purchase orders and enter into no further subcontracts and purchase orders;

.4  not place any further orders or enter into any new subcontracts for materials, services or facilities; and

.5  immediately turn over to the Owner the original (or a copy, equal in quality to the original) of all of the Contractor's records, files, documents, materials, drawings and any other items relating to the Project, whether located on the Project site, at the Contractor's office or elsewhere.

**§ 14.4.3** In case of such termination for the Owner's convenience, the Contractor shall be entitled to receive payment for Work executed, and costs incurred by reason of such termination, along with reasonable overhead and profit in the form of the pro-rata or proportionate part of the Contractor's Fee on the Work performed.

## § 14.5 LIMITATION ON TERMINATION CLAIMS

**§ 14.5.1** In connection with any termination of the Contract, whether by the Owner for convenience or cause or by the Contractor for cause, it is agreed and understood that:  (1) no Fee shall be due or payable with respect to unperformed Work; (2) in no event shall the Owner be liable for lost profits or overhead; and (3) in no event shall the Contractor be entitled to a termination payment that would in the aggregate with all prior payments by the Owner to the Contractor exceed the GMP, including any written Change Orders and work authorized by the Owner in writing.

## ARTICLE 15    CLAIMS AND DISPUTES
## § 15.1 CLAIMS
## § 15.1.1 DEFINITION

A "Claim" is a demand or assertion by the Contractor seeking, as a matter of right, adjustment or interpretation of Contract terms, payment of money, extension of time, or other relief with respect to the terms of the Contract. Claims must be initiated by written Notice of Claim. The responsibility to substantiate Claims shall rest with the Contractor.

## § 15.1.2 NOTICE OF CLAIMS

**§ 15.1.2.1** In the event that the Contractor believes it has a Claim against the Owner for additional compensation, additional time or some other remedy arising out of or in connection with the Contract Documents, the Work or the actions or omissions of the Owner (or the parties for whom the Owner is responsible), the Contractor shall give written notice ("Notice of Claim") to the Owner of such Claim within fifteen (15) days of when the Contractor first knew, or reasonably should have known, of the event or condition giving rise to the apparent claim. In the event the Claim is the result of failure to mutually agree on the adjustment of the GMP or Contract Time for changes addressed in Articles 7 and 8, the time period for the Notice of Claim starts at the time the parties agree there is an impasse. No Claim for additional time shall be allowed unless the Notice of Delay procedures described in Section 8.3.1 have been followed. The Notice of Claim shall describe the nature and impact of the Claim in reasonable detail. For purposes of this provision, giving notice to the Owner shall be deemed to mean notice delivered by hand or by mail to the Owner, Owner's Development Manager, and the Architect at the addresses set forth in the Contract Documents or such other person or location as Owner may designate in writing from time to time.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                      (944596295)

**§ 15.1.2.2** The Contractor shall use commercially reasonable efforts to include the following in a Notice of Claim: (1) the date and description of the event giving rise to the request for an adjustment or interpretation of Contract terms, a payment of money, an extension of time or other relief with respect to the terms of the Contract Documents; (2) a statement of the nature of the impacts to the Contractor and its Subcontractors, if any; (3) a detailed written breakdown and calculation of the adjustment in the GMP sought by the Contractor for itself and for others, if any, together with documents and substantiation for all adjustments; (4) a detailed written analysis and explanation of the amount of any adjustment to the Contract Time, then known and sought by the Contractor, together with an analysis of the construction schedule showing the claimed impact on the Contractor's ability to achieve Substantial Completion by the required date of Substantial Completion; (5) a detailed written analysis and explanation, together with documents and substantiation for any other request relief with respect to the terms of the Contract Documents; and (6) a detailed statement of all provisions of the Contract Documents upon which the Notice of Claim is based. The Contractor shall update any Notice of Claim with each weekly report to the Owner until such time as the foregoing detail has been received by the Owner in the Owner's reasonable discretion.

**§ 15.1.2.3** No course of conduct or dealing between the parties nor express or implied acceptance of alterations or additions to the Work and no claim that the Owner has been unjustly enriched by any alteration or addition to the Work shall form the basis of any Claim for an increase in any amount due under the Contract Documents or a change in the Contract.

**§ 15.1.2.4** All Claims made by the Contractor or by any Subcontractor or Sub-subcontractor through the Contractor shall be accompanied by a certification by an officer of the Contractor having overall responsibility for the Contractor's affairs stating (1) the Claim is made in good faith, (2) the supporting data is accurate and complete to the best of the Contractor's knowledge and belief; and (3) the amount requested accurately reflects the contract adjustment for which the Contractor believes the Owner is liable. For Claims by Subcontractors or Sub-contractors the Contractor may not rely on Subcontractor or Sub-subcontractor certifications but must conduct an independent evaluation sufficient to certify the claim as stated above. False or inaccurate certification of a Claim will entitle the Owner to recover its costs of defending such Claim including but not limited to attorney, accountant and expert fees.

**§ 15.1.2.5** THE CONTRACTOR'S FAILURE TO GIVE NOTICE OF CLAIM WITHIN THE FIFTEEN (15) DAY PERIOD AND IN STRICT COMPLIANCE WITH THE OTHER REQUIREMENTS SET FORTH IN THIS ARTICLE 15 SHALL CONSTITUTE AN ABSOLUTE AND COMPLETE WAIVER, RELEASE AND BAR OF SUCH CLAIM, EXCEPT WHERE SUCH WAIVER, RELEASE OR BAR IS PROHIBITED BY APPLICABLE LAWS.

**§ 15.1.3 CONTINUING CONTRACT PERFORMANCE**
Pending final resolution of a Claim, except as otherwise agreed in writing or as provided in Section 9.7 and Article 14, the Contractor shall proceed diligently with performance of the Contract and the Owner shall continue to make payments in accordance with the Contract Documents.

**§ 15.1.4 CLAIMS FOR ADDITIONAL COST**
If the Contractor wishes to make a Claim for an increase in the GMP, written notice as provided herein shall be given before proceeding to execute the Work. Prior notice is not required for Claims relating to an emergency endangering life or property arising under Section 10.4 or Claims where a Construction Change Directive has authorized the Work.

**§ 15.1.5 CLAIMS FOR ADDITIONAL TIME**
**§ 15.1.5.1** If the Contractor wishes to make a Claim for an increase in the Contract Time, written notice as provided herein shall be given. The Contractor's Claim shall include an estimate of cost and of probable effect of delay on progress of the Work. In the case of a continuing delay, only one Claim is necessary. No Claim for additional time shall be allowed unless the Notice of Delay procedures described in Section 8.3.1 have been followed.

**§ 15.1.5.2** If adverse weather conditions are the basis for a Claim for additional time, such Claim shall be documented by data substantiating that weather conditions were abnormal for the period of time, could not have been reasonably anticipated and had an adverse effect on the scheduled construction.

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes: (944596295)

## § 15.1.6 CLAIMS FOR CONSEQUENTIAL DAMAGES

Except as otherwise set forth in these General Conditions, the Contractor and Owner waive Claims against each other for consequential damages arising out of or relating to this Contract. Except as otherwise provided in the Work Order, this mutual waiver includes

.1 damages incurred by the Owner for rental expenses, for losses of use, income, profit, financing, business and reputation, and for loss of management or employee productivity or of the services of such persons; and

.2 damages incurred by the Contractor for expenses related to Contractor's principal office or offices other than the Project site office including the compensation of personnel stationed at such offices, for losses of financing, business and reputation, and for loss of profit except anticipated profit arising directly from the Work.

This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination in accordance with Article 14. However, nothing contained in this Section 15.1.6 shall (a) preclude an award of liquidated damages, when applicable, in accordance with the requirements of the Contract Documents, (b) if no amount for liquidated damages has been inserted into the relevant Work Order, preclude an award for other damages recoverable by the Owner pursuant to the terms of the Agreement in the event of the Contractor's failure to achieve Substantial Completion on time, (c) waive any damages incurred by the Owner due to a breach of the NDA or of any of the Contractor's confidentiality obligations in the Contract Documents, (d) limit in any way the parties' indemnification obligations set forth in the Contract Documents with respect to third party claims, (e) limit in any way a party's rights and remedies related to the other party's gross negligence or willful misconduct, or (f) waive any damages to the extent covered by insurance or insurance required to be carried under the Contract.

## § 15.2 INITIAL DECISION

§ 15.2.1 [Intentionally omitted].

§ 15.2.2 [Intentionally omitted].

§ 15.2.3 [Intentionally omitted].

§ 15.2.4 [Intentionally omitted].

§ 15.2.5 [Intentionally omitted].

§ 15.2.6 [Intentionally omitted].

§ 15.2.6.1 [Intentionally omitted].

§ 15.2.7 [Intentionally omitted].

§ 15.2.8 [Intentionally omitted].

## § 15.3 RESOLUTION OF CLAIMS AND DISPUTES

§ 15.3.1 The Owner and Contractor shall first endeavor to directly negotiate resolution of Claims and disputes arising out of or related to the Contract ("Dispute"). If the Owner and Contractor do not resolve the Dispute through direct negotiation, any and all Disputes shall be decided through arbitration, which unless the parties mutually agree otherwise or unless otherwise required by applicable state law, shall be administered by the American Arbitration Association ("AAA") in accordance with its Construction Industry Arbitration Rules ("Rules") specified below and in effect on the date of this Agreement. A demand for arbitration shall be made to the other party in accordance with Section 15.3.17 and filed with the AAA. The party filing a notice of demand for arbitration must assert in the demand all Disputes then known to that party on which the arbitration is permitted to be demanded. The time, date, and place of the arbitration hearing shall be set in the sole discretion of the arbitrator(s), provided that there shall be at least ten (10) business days prior notice of the hearing.

§ 15.3.2 Good faith participation in direct negotiation is a condition precedent to the filing of a demand for arbitration. Accordingly, a demand for arbitration shall be made no earlier than the date notification is received from one of the parties stating that efforts at direct negotiation have been unsuccessful, and in no event shall it be made

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                (944596295)

after the date when the institution of legal or equitable proceedings of the Dispute would be barred by the applicable statute of limitations. For statute of limitations purposes, the demand for arbitration to the other party shall constitute the commencement of legal or equitable proceedings of the Dispute.

**§ 15.3.3** The Owner may join the Contractor as a party to any litigation or arbitration with any other person/entity and to which Owner is a party that may involve adjudication of the alleged fault, responsibility, or breach of contract of the Contractor. The Contractor agrees to waive arbitration and proceed with and submit to litigation in a court of competent jurisdiction if litigation is required to join all parties necessary or beneficial to the full and final resolution of any claim, dispute or controversy, to avoid inefficiencies, or to avoid the risk of inconsistent outcomes.

**§ 15.3.4** For all Disputes where the aggregate amount in controversy, including consolidated disputes, is less than $10,000,000, the arbitration proceedings shall be conducted by a single arbitrator, provided that the arbitrator shall be an attorney validly licensed to practice law in a jurisdiction in the United States, with no less than ten (10) years of experience in construction and/or design-related matters, and listed on the AAA's National Construction Panel and/or an equivalent national panel of arbitrators designated for large and complex construction disputes.

**§ 15.3.5** For all Disputes where the aggregate amount in controversy, including consolidated disputes, is $10,000,000 or more, the arbitration proceedings shall be conducted by a panel of three arbitrators, provided that at least one arbitrator shall be an attorney validly licensed to practice law in a jurisdiction in the United States, with no less than ten (10) years of experience in construction and/or design-related matters, and all three arbitrators shall be listed on the AAA's National Construction Panel and/or an equivalent national panel of arbitrators designated for large and complex construction disputes.

**§ 15.3.6** The AAA Rules for Fast Track Procedures shall apply where the aggregate amount in controversy, including consolidated disputes, is $100,000 or less. The AAA Rules for Regular Track Procedures shall apply where the aggregate amount in controversy, including consolidated disputes is more than $100,000 but less than $10,000,000. The AAA Rules for Procedures for Large, Complex Construction Disputes shall apply where the aggregate amount in controversy, including consolidated disputes, is $10,000,000 or more.

**§ 15.3.7** It is the intent of the parties that, barring extraordinary circumstances, any arbitration under the AAA Rules for Regular Track Procedures and Procedures for Large, Complex Construction Disputes shall be concluded within one (1) year of the date the arbitrator(s) are appointed. Unless the parties otherwise agree, the total time of the arbitration hearing (exclusive of any preliminary hearing time) under the AAA Rules for Procedures for Large, Complex Construction Disputes shall not exceed fifteen (15) hearing days, or one hundred (100) hours, whichever is less, with the time to be equitably divided between the parties by order of the arbitrator(s). Unless the parties otherwise agree, the total time of the arbitration hearing (exclusive of any preliminary hearing time) under the AAA Rules for Regular Track Procedures shall not exceed seven (7) hearing days, or fifty (50) hours, whichever is less, with the time to be equitably divided between the parties by order of the arbitrator. The parties may, upon mutual agreement, extend or modify these time limits, or in the absence of mutual agreement the arbitrator(s) may extend or modify these time limits upon a showing of good cause.

**§ 15.3.8** The parties and the arbitrator(s) shall treat all aspects of the arbitration and other related proceedings, including, but not limited to, discovery, testimony, evidence, the record of the proceedings, briefs, and the decision or award, as strictly confidential and not subject to disclosure to any third party other than to the parties, the arbitrator(s) and the AAA. The sole exception is that a final monetary award, without any supporting decision or rationale, may be submitted to a court of competent jurisdiction in order to enter judgment on the award under Section 15.3.16 below. The hearings shall be conducted privately, and in a private setting, with no persons permitted to participate or be present except the parties, their designated counsel and representatives, the arbitrator(s), witnesses, a reporter of the proceedings (if requested and paid for by a party) and representatives of the AAA.

**§ 15.3.9** The arbitrator(s) shall issue a written decision that includes a reasoned statement of decision or opinion stating or setting forth the essential facts and legal bases supporting the disposition within ten (10) business days after the close of the arbitration hearing.

**§ 15.3.10** Within fifteen (15) days of receipt of the written decision, either party will have the right to file with the arbitrator(s) and simultaneously serve on the other party a written motion to reconsider. The arbitrator(s) may request the nonmoving or responding party to file a written response within ten (10) days after receipt of that

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

request; no response should be submitted unless so requested by the arbitrator(s), but the arbitrator(s) shall have no authority to consider the motion without making a request for a response. The arbitrator(s) thereupon will reconsider the issues raised by the motion and response (if any) and either confirm or alter their decision, which will then be final, binding and conclusive upon the parties. The costs of such motion for reconsideration and written opinion of the arbitrator(s), including attorneys' fees, shall be awarded solely against the moving party if its motion does not result in a substantive alteration of the arbitrator(s)'s decision.

**§ 15.3.11** The parties expressly intend, agree and acknowledge that the parties knowingly, unequivocally and absolutely waive, and the arbitrators are not empowered to grant, any and all right to bring any demand, claim or action against the other for exemplary, treble (or other multiple) or punitive damages in any form, under any theory of recovery.

**§ 15.3.12** Either party may file, and the arbitrator(s) shall consider and act on, pre-hearing motions. The arbitrator(s) shall hear and determine any preliminary issue of law asserted by any party to be dispositive of any claim or defense, in whole or in part, in the manner that a court would hear and dispose of a motion to dismiss for failure to state a claim, or for summary judgment, pursuant to such terms and procedures as the arbitrator(s) deem appropriate.

**§ 15.3.13** The arbitrator(s) may consolidate an arbitration conducted under this Section 15.3 with any other arbitration to which either party is a party provided that (1) the arbitration agreement governing the other arbitration permits consolidation, (2) the arbitrations to be consolidated substantially involve common questions of law or fact, and (3) the arbitrations employ materially similar procedural rules and methods for selecting arbitrator(s).

**§ 15.3.14** The arbitrator(s) may include by joinder persons or entities substantially involved in a common question of law or fact whose presence is required or beneficial if complete relief is to be accorded in arbitration, provided that the party sought to be joined consents in writing to such joinder. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent. Notwithstanding this Section or Section 15.3.13, in no event shall any arbitration under this Agreement be conducted on a class or representative basis.

**§ 15.3.15** The Owner and Contractor grant to any person or entity made a party to an arbitration conducted under this Section 15.3, whether by joinder or consolidation, the same rights of joinder and consolidation as the Owner and Contractor under this Agreement.

**§ 15.3.16** The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

**§ 15.3.17** All notices under this Section 15.3 may be made by telephone or other electronic communication with later confirmation in writing.

**§ 15.3.18** The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to the Agreement shall be specifically enforceable under applicable law in any court having jurisdiction thereof.

**§ 15.4** The Contractor may not demand arbitration against the Owner on any Claim or Dispute under the Contract after the expiration of three hundred sixty-five (365) days from Substantial Completion. This contractual period of limitation takes precedence over any contrary or conflicting statutory provision or rule of law applicable to any Claims or Disputes which the Contractor may seek to bring.

**§ 15.5** The Contractor acknowledges that disputes between the Owner and Landlord (if any) may become subject to arbitration under the provisions of lease between the Owner and Landlord, and if requested by the Owner to do so, the Contractor shall participate in and become a party to any such arbitration proceeding and agrees to be bound by any final and binding arbitration decision rendered therein. This Section shall apply only to issues and claims directly relating to the Contractor and only so long as the Contractor has the opportunity and rights to fully participate in any arbitration, including, but not limited to, selection of arbitrators.

**Init.**

**/**

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**ARTICLE 16   CODE OF CONDUCT**

**§ 16.1** The Contractor acknowledges the Owner's Code of Business Conduct and Ethics posted at http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-govConduct and Code of Standards and Responsibilities posted at http://www.amazon.com/gp/help/customer/display.html?ie= UTF8&nodeId=200885140 (as either may be modified from time to time, the "Code") prohibits the paying of bribes to anyone for any reason, whether in dealings with governments or the private sector. The Contractor will not violate or knowingly permit anyone to violate the Code's prohibition on bribery or any applicable anti-corruption laws in performing under the Contract Documents. The Owner may immediately terminate or suspend performance under the Contract Documents if the Contractor breaches this Article 16. The Contractor will maintain true, accurate and complete books and records concerning any payments made to any government or semi-government entity by the Contractor under the Contract Documents on behalf of the Owner.

**§ 16.2** The Architect acknowledges Owner's Code of Business Conduct and Ethics posted at http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-govConduct and Code of Standards and Responsibilities posted at http://www.amazon.com/gp/help/customer/display.html?ie= UTF8&nodeId=200885140 (as either may be modified from time to time, the "Code") prohibits the paying of bribes to anyone for any reason, whether in dealings with governments or the private sector. The Architect will not violate or knowingly permit anyone to violate the Code's prohibition on bribery or any applicable anti-corruption laws in performing under the Contract Documents. The Owner may immediately terminate or suspend performance under the Contract Documents if the Architect breaches this Article 16. The Architect will maintain true, accurate and complete books and records concerning any payments made to any government or semi-government entity by the Architect under the Contract Documents on behalf of the Owner.

**Init.**

/

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

## SCHEDULE 1

### Subcontractor and Sub-subcontractor Minimum Insurance Limits

| Trade/Scope of Work | CGL | Auto | Employer's Liability | Workers' Comp |
|---|---|---|---|---|
| Shoring, Earthwork, Demolition and Utilities | $5MM Occurrence $5MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Building/Load Bearing: Framing and Masonry | $5MM Occurrence $5MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Crane (Excluding Loader Cranes) | $5MM Occurrence $5MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| HVAC, Electrical, Plumbing, Mechanical and Life Safety | $2MM Occurrence $4MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Elevator and Escalator | $2MM Occurrence $2MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Roofing, Siding, Flashing and Curtain Wall | $2MM Occurrence $2MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Non-Specified | $1MM Occurrence $2MM Aggregate | $1MM | $1MM | As Required by Applicable Law |

Additional Requirements:

- **General Requirements:** The general insurance requirements for Subcontractors and Sub-subcontractors are contained in the Agreement to which these Subcontractor and Sub-subcontractor Minimum Insurance Limits are attached.
- **Limited Work:** No specified minimum insurance limits shall apply to a Subcontractor or Sub-subcontractor if the work to be performed by such Subcontractor or Sub-subcontractor is (i) less than $25,000 **and** (ii) **not** a trade specifically listed in the chart above.
- **Professional Liability/E&O:** Design and design/build subcontractors, including Subcontractors or Sub-subcontractors providing professional design or engineering services, are also required to procure and maintain professional liability insurance coverage (including contractual liability insurance) with a minimum limit of $1,000,000, provided, however all architects are required to carry a minimum limit of $2,000,000.
- **Pollution Liability:** If (i) the work required of the Subcontractor or Sub-subcontractor involves, in whole or in part remediation, abatement, transportation or disposal of hazardous materials/substances or contaminants (as defined by applicable law, statutes, codes, regulations or ordinances), demolition or renovation that may involve materials containing hazardous materials/substances or contaminants, or (ii) the Subcontractor's or Sub-subcontractor's primary business is providing demolition services, or (iii) the Subcontractor or Sub-subcontractor is performing any grading, earthwork, subsurface or related work, then such Subcontractor or Sub-subcontractor shall maintain Contractor's Pollution Liability insurance of not less than $1,000,000 per occurrence and name all parties required to be named herein as additional insures. Such policy must include coverage for disposal at non-owned disposal sites.
- **Umbrella/Excess Limits:** If the Work relates to a facility leased by the Owner or its affiliates, Subcontractors or Sub-subcontractors may satisfy these Subcontractor and Sub-subcontractor Minimum Insurance Limits by any combination of primary liability and excess liability coverage that results in the same protection to Owner and its affiliates.

*(Paragraphs deleted)*

**Init.**

*/*

**AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                      (944596295)

## *Additions and Deletions Report for*
*AIA® Document A201™ – 2007*

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note:  This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 15:28:45 on 07/12/2016.

**PAGE 1**

Dated for reference purposes as of the 12th day of July in the year Two Thousand Sixteen.

for the following PROJECT:

...

As set forth in the applicable Work Order.

...

Amazon Corporate LLC (or as otherwise set forth in the applicable Work Order)
c/o Amazon.com, Inc.
410 Terry Ave. N
Seattle, WA 98109-5210
Attn:  Real Estate Manager (NA Ops)

With a copy to:

c/o Amazon.com, Inc.
410 Terry Ave. N
Seattle, WA  98109-5210
Attn:  General Counsel (Real Estate)
global-lease-abstraction@amazon.com,
legal-us-realestate@amazon.com, and
na-realestate@amazon.com

**THE CONTRACTOR:**
Gilbane Building Company
7 Jackson Walkway
Providence, RI 02903
Attn:  William J. Gilbane III

...

As set forth in the applicable Work Order.

**PAGE 2**

**16      CODE OF CONDUCT**

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                                            (944596295)

**DEFINITIONS**

*Number references refer to the Section of these General Conditions where the term is defined. See also GC 1.2.3 for other meanings.*

- Addenda (as used GC 1.1.1)
- Additional Indemnified Parties (GC 3.18.1)
- Agreement (Agreement between the Owner and Contractor) (GC 1.1.1)
- Allowances (GC 3.8.1)
- Application for Payment (GC 9.3)
- Architect (the firm identified in the applicable Work Order)
- Certificate for Payment (GC 9.4)
- Certificate of Substantial Completion (GC 9.8.4)
- Change Order (GC 1.1.1 & GC 7.2)
- Claim (GC 15.1.1)
- Commencement Date (GC 8.1.2)
- Compensable Delays (GC 8.3.1)
- Conditional Release of Lien and Waiver of Lien Rights (as used GC 9.3.4)
- Construction Change Directive (GC 7.3.1)
- Construction Documents (GC 1.1.1)
- Construction Documents Issue or "CDI" (GC 1.1.1)
- Contract (GC 1.1.2)
- Contract Documents (GC 1.1.1)
- Contract for Construction (see "Contract")
- Contract Time (GC 8.1.1)
- Contractor (GC 3.1.1 & the party identified on the first page of the Agreement)
- Contractor Parties (GC 3.1.1)
- Contractor's Fee (as used GC 7.3.7 & elsewhere)
- Contractor's Letter of Consent of Assignment (as used GC 13.7.1)
- Design Responsibility Matrix (GC 3.1.7)
- Dispute (GC 15.3.1)
- Drawings (GC 1.1.5)
- Engagement Work Product (GC 13.8.1)
- Excusable Delays (GC 8.3.1)
- Exhibits (GC 1.2.1.1(b))
- Final Completion (GC 8.1.5)
- Float (GC 8.3.1.1)
- General Conditions of the Contract (GC 1.1.1)
- Guaranteed Maximum Price or GMP (GC 9.1)
- Hazardous Materials (GC 10.3.2)
- Indemnified Party (or Parties) (GC 3.18.1)
- Indemnity Claims (GC 3.18.1)
- Initial Decision Maker (GC 1.1.8 & 15.2)
- Instruments of Service (GC 1.1.7)
- Known Environmental Conditions (GC 10.3.1)
- Landlord (GC 1.2.3)
- Legal Requirements (as used GC 2.2.6 & elsewhere)
- Milestone Dates (GC 3.10.1.2)
- Modification (GC 1.1.1)
- Non-Disclosure Agreement or NDA (the document identified on the first page of the Agreement & GC 1.7)
- Notice of Claim (GC 15.1.2.1)
- Notice of Delay (GC 8.3.1)
- Notice to Proceed (as used GC 8.1.2)
- Owner (GC 2.1.1 & the party identified on the first page of the Agreement)

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

- Owner's Development Manager (GC 2.1.1)
- Owner's Prime Consultants (GC 1.1.9)
- Owner's Representative (GC 2.1.1)
- Product Data (GC 3.12.2)
- Project (GC 1.1.4 & the endeavor identified in the applicable Work Order)
- Project Manager (GC 3.9.1)
- Punch List (GC 9.4.1)
- RFI (GC 1.2.5)
- Samples (GC 3.12.3)
- Shop Drawings (GC 3.12.1)
- Site Management Plan (GC 3.13.4)
- Specifications (GC 1.1.6)
- Subcontractor (GC 5.1.1)
- Substantial Completion (GC 9.8)
- Sub-subcontractor (GC 5.1.2)
- Superintendent (GC 3.9.1)
- Supplementary Conditions (as used GC 1.1.1)
- Supplier (GC 5.1.3)
- Tangible Work Product (GC 13.8.1)
- Taxes (GC 3.6)
- Unconditional Release of Lien and Waiver of Lien Rights (as used GC 9.3.4)
- Work (GC 1.1.3)
- Work Order (GC 1.1.1)
- Work Product (GC 13.8.1)

**PAGE 4**

~~(Topics and numbers in bold are section headings.)~~(Numbers and Topics in Bold are Section Headings)

...

3.2, 3.3.2, 3.12.8, 3.18, 4.2.3, 8.3.1, 9.5.1, 10.2.5, 10.2.8, 13.4.2, ~~13.7,~~ 13.7.1, 14.1, 15.2

...

1.1.1, ~~3.11~~3.11.1

...

4.2.5, 7.3.9, 9.2, **9.3**, 9.4, 9.5.1, 9.6.3, ~~9.7,~~ 9.7.1, 9.10, 11.1.3

...

8.3.1, 11.3.10, ~~13.1,~~ 13.1.1, 15.3.2, **15.4**

...

~~2.4,~~ 2.4.1, 3.12.7, 4.1, 4.2, 5.2, ~~6.3,~~ 6.3.1, 7.1.2, 7.3.7, 7.4, ~~9.2,~~ 9.2.1, 9.3.1, 9.4, 9.5, 9.6.3, 9.8, 9.10.1, 9.10.3, 12.1, 12.2.1, 13.5.1, 13.5.2, 14.2.2, 14.2.4, 15.1.3, 15.2.1

...

2.1.1, 3.12.4, 3.12.8, 3.12.10, 4.1.2, 4.2.1, 4.2.2, 4.2.3, 4.2.6, 4.2.7, 4.2.10, 4.2.12, 4.2.13, 5.2.1, ~~7.4,~~ 7.4.1, 9.4.2, 9.5.3, 9.6.4, 15.1.3, 15.2

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

...

2.4, 2.4.1, 11.3.1.1, 12.2.1, 13.5.2, 13.5.3, 14.2.4

...

2.4, 3.1.3, 3.5, 2.4.1, 3.1.3, 3.5.1, 3.10.2, 4.2.7

**PAGE 5**

3.5, 3.5.1, 4.2.6, 12.1.2, 12.2.1

...

3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 4.2.14, 6.3, 6.3.1, 7.3.7, 7.3.9, 8.1.3, 8.3.1, 9.2, 9.2.1, 9.4.1, 9.5, 9.8.4, 9.9.1, 13.5.2, 15.2, 15.3

...

1.1.2, 1.5, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2, 3.5, 3.5.1, 3.7.4, 3.7.5, 3.9.2, 3.9.3, 3.10, 3.11, 3.12, 3.16, 3.18, 4.1.2, 4.1.3, 4.2, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4, 9.5, 9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3.7, 12, 13.4.2, 13.5, 15.2

...

9.7, 9.7.1, 11.3.9, 11.3.10, 13.1, 13.1.1, 15.2.5, 15.2.6.1, 15.3.1, 15.3.2, 15.4.1

...

4.2.1, 4.2.5, 4.2.9, 9.3.3, **9.4**, 9.5, 9.6.1, 9.6.6, 9.7, 9.7.1, 9.10.1, 9.10.3, 14.1.1.3, 14.2.4, 15.1.3

...

1.1.1, 2.4, 2.4.1, 3.4.2, 3.7.4, 3.8.2.3, 3.11, 3.11.1, 3.12.8, 4.2.8, 5.2.3, 7.1.2, 7.1.3, **7.2**, 7.3.2, 7.3.6, 7.3.9, 7.3.10, 8.3.1, 9.3.1.1, 9.10.3, 10.3.2, 11.3.1.2, 11.3.4, 11.3.9, 12.1.2, 15.1.3

...

2.2.1, 3.11, 4.2.8, **7**, 7.2.1, 7.3.1, 7.4, 7.4.1, 8.3.1, 9.3.1.1, 11.3.9

...

3.2.4, 6.1.1, 6.3, 6.3.1, 7.3.9, 9.3.3, 9.10.4, 10.3.3, **15**, 15.4

**PAGE 6**

1.6, 1.6.1, 3.2.3, 3.6, 3.7, 3.12.10, 3.13, 4.1.1, 9.6.4, 10.2.2, 11.1, 11.3, 13.1, 13.4, 13.5.1, 13.5.2, 13.6, 14.1.1, 14.2.1.3, 15.2.8, 15.4.2, 15.4.3

...

3.7.1, 3.10, 5.2, 6.1, 11.1.3, 11.3.6, 11.4.1
**Contract Documents, The**
**1.1.1**

...

**1.1.1**

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

~~Contract Sum~~

**~~3.7.4, 3.8, 5.2.3, 7.2, 7.3, 7.4, 9.1, 9.4.2, 9.5.1.4, 9.6.7, 9.7, 10.3.2, 11.3.1, 14.2.4, 14.3.2, 15.1.4, 15.2.5~~**

**~~Contract Sum, Definition of~~**

~~9.1~~

3.7.4, 3.7.5, 3.10.2, 5.2.3, 7.2.1.3, 7.3.1, 7.3.5, 7.4, 8.1.1, 8.2.1, 8.3.1, 9.5.1, ~~9.7,~~ <u>9.7.1,</u> 10.3.2, 12.1.1, 14.3.2, 15.1.5.1, 15.2.5

...

1.1.2, 1.5, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2, ~~3.5,~~ <u>3.5.1,</u> 3.7.4, 3.10, 3.11, 3.12, 3.16, 3.18, 4.1.3, 4.2, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4, 9.5, 9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3.7, 12, 13.5, 15.1.2, 15.2.1

...

3.2.1, 3.2.2, ~~3.5,~~ <u>3.5.1,</u> 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.8.2

...

3.3.2, 3.18, ~~5.3,~~ <u>5.3.1,</u> 6.1.3, 6.2, 9.5.1, 10.2.8

...

~~2.4,~~ <u>2.4.1,</u> 3.2.4, 3.7.3, 3.8.2, 3.15.2, 5.4.2, 6.1.1, 6.2.3, 7.3.3.3, 7.3.7, 7.3.8, 7.3.9, 9.10.2, 10.3.2, 10.3.6, 11.3, 12.1.2, 12.2.1, 12.2.4, 13.5, 14

**PAGE 7**

3.14.2, 9.9.1, 10.2.1.2, 10.2.5, ~~10.4,~~ <u>10.4.1,</u> 11.3.1, 12.2.4

...

3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 15.2, 6.3, 7.3.7, 7.3.9, 8.1.3, 8.3.1, ~~9.2,~~ <u>9.2.1,</u> 9.4, 9.5.1, 9.8.4, 9.9.1, 13.5.2, 14.2.2, 14.2.4, 15.1, 15.2

...

~~2.3, 2.4, 3.5,~~ <u>2.3.1, 2.4.1, 3.5.1,</u> 4.2.6, 6.2.5, 9.5.1, 9.5.2, 9.6.6, 9.8.2, 9.9.3, 9.10.4, 12.2.1

**Defective Work,** <u>Definition of</u>

**<u>3.5.1</u>**

...

1.1, 2.1.1, 3.1.1, ~~3.5,~~ <u>3.5.1,</u> 3.12.1, 3.12.2, 3.12.3, 4.1.1, 15.1.1, 5.1, 6.1.2, 7.2.1, 7.3.1, 8.1, 9.1, 9.8.1

...

3.2, 3.7.4, 5.2.3, 7.2.1, 7.3.1, ~~7.4,~~ <u>7.4.1,</u> **8.3,** 9.5.1, ~~9.7, 10.3.2, 10.4,~~ <u>9.7.1, 10.3.2, 10.4.1,</u> 14.3.2, 15.1.5, 15.2.5

...

~~6.3,~~ <u>6.3.1,</u> 7.3.9, 15.1, 15.2

...

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA®  Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA®  Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**5**

1.1.3, 1.1.6, 3.4, ~~3.5,~~ 3.5.1, 3.8.2, 3.8.3, 3.12, ~~3.13,~~ 3.13.1, 3.15.1, 4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3, 9.5.1.3, 9.10.2, 10.2.1, 10.2.4, 14.2.1.1, 14.2.1.2

...

1.1.3, 1.2.1, 1.2.2, 2.2.3, 2.2.5, 3.1, 3.3.1, 3.4.1, ~~3.5,~~ 3.5.1, 3.7.1, 3.10.1, 3.12, 3.14, 4.2, 6.2.2, 7.1.3, 7.3.5, 8.2, 9.5.1, 9.9.1, 10.2, 10.3, 12.2, 14.2, 14.3.1, 15.1.3

...

3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3, ~~7.4, 9.5.1, 9.7, 10.3.2, 10.4,~~ 7.4.1, 9.5.1, 9.7.1, 10.3.2, 10.4.1, 14.3, 15.1.5, 15.2.5

...

4.2.1, 4.2.9, 9.8.2, **9.10**, 11.1.2, 11.1.3, 11.3.1, 11.3.5, ~~12.3,~~ 12.3.1, 14.2.4, 14.4.3

...

**13.1**
**Guaranteed Maximum Price**
3.7.4, 3.8, 5.2.3, 7.2, 7.3, 7.4, **9.1**, 9.4.2, 9.5.1.4, 9.6.7, 9.7, 10.3.2, 11.3.1, 14.2.4, 14.3.2, 15.1.4, 15.2.5
**Guaranteed Maximum Price,** Definition of
**9.1**

...

~~3.17,~~ 3.17.1, **3.18**, 9.10.2, 10.3.3, 10.3.5, 10.3.6, 11.3.1.2, 11.3.7

...

**10.2.8,** ~~10.4~~10.4.1

**PAGE 8**

~~9.3.2~~9.3.2, 11.4.1.4

...

Insurance Companies, Consent to Partial Occupancy
9.9.1, 11.4.1.5
Insurance Companies, Settlement with
~~9.9.1~~11.4.10

...

1.1.3, 1.1.6, **3.4**, ~~3.5,~~ 3.5.1, 3.8.2, 3.8.3, 3.12, 3.13, 3.15.1, 4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3, 9.5.1.3, 9.10.2, 10.2.1, 10.2.4, 14.2.1.1, 14.2.1.2

...

1.5, 3.2.3, 3.6, 3.7, 3.12.10, ~~3.13,~~ 3.13.1, 4.1.1, 9.6.4, 9.9.1, 10.2.2, 11.1.1, 11.3, ~~13.1,~~ 13.1.1, 13.4, 13.5.1, 13.5.2, ~~13.6,~~ 13.6.1, 14, 15.2.8, 15.4

...

~~2.3, 3.2.2, 3.5, 3.12.10, 3.17,~~ 2.3.1, 3.2.2, 3.5.1, 3.12.10, 3.17.1, 3.18.1, 4.2.6, 4.2.7, 4.2.12, 6.2.2, 9.4.2, 9.6.4, 9.6.7, 10.2.5, 10.3.3, 11.1.2, 11.2, 11.3.7, 12.2.5, 13.4.2

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

...

2.1.2, 2.2, 2.4, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2.7, 5.2, ~~5.3,~~ 5.3.1, 5.4.1, 6.2.4, 7.3, 7.4, 8.2, ~~9.2,~~ 9.2.1, 9.3.1, 9.3.3, 9.4.1, 9.5, 9.6, ~~9.7,~~ 9.7.1, 9.8, 9.9, 9.10, 11.1.3, 11.3.1.5, 11.3.6, 11.3.10, 12.2, 13.5, 13.7, 14, 15

...

1.1.3, 1.1.6, 1.5.1, 3.4.1, ~~3.5,~~ 3.5.1, 3.8.2, 3.8.3, 3.12, ~~3.13,~~ 3.13.1, 3.15.1, 4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3, 9.5.1.3, 9.10.2, 10.2.1.2, 10.2.4, 14.2.1.1, 14.2.1.2

...

1.1.1, 1.1.2, 3.11, 4.1.2, 4.2.1, 5.2.3, 7, 8.3.1, ~~9.7,~~ 9.7.1, 10.3.2, 11.3.1

...

~~2.3, 2.4, 3.5,~~ 2.3.1, 2.4.1, 3.5.1, 4.2.6, 6.2.4, 9.5.1, 9.8.2, 9.9.3, 9.10.4, 12.2.1

...

2.2.1, ~~2.3, 2.4,~~ 2.3.1, 2.4.1, 3.2.4, 3.3.1, 3.7.2, 3.12.9, 5.2.1, ~~9.7,~~ 9.7.1, 9.10, 10.2.2, 11.1.3, 11.4.6, 12.2.2.1, 13.3, 13.5.1, 13.5.2, 14.1, 14.2, 15.2.8, 15.4.1

...

~~2.3, 2.4,~~ 2.3.1, 2.4.1, 3.3.1, 3.9.2, 3.12.9, 3.12.10, 5.2.1, ~~9.7,~~ 9.7.1, 9.10, 10.2.2, 10.3, 11.1.3, 11.3.6, 12.2.2.1, **13.3,** 14, 15.2.8, 15.4.1

...

3.7.4, 4.5, 10.2.8, **15.1.2**, 15.4
Notice of Delay
8.3.1

**PAGE 9**

1.5, 2.1.1, ~~2.3, 2.4,~~ 2.3.1, 2.4.1, 3.4.2, 3.8.1, 3.12.10, 3.14.2, 4.1.2, 4.1.3, 4.2.4, 4.2.9, 5.2.1, 5.2.4, 5.4.1, 6.1, ~~6.3,~~ 6.3.1, 7.2.1, 7.3.1, 8.2.2, 8.3.1, 9.3.1, 9.3.2, 9.5.1, 9.6.4, 9.9.1, 9.10.2, 10.3.2, 11.1.3, 11.3.3, 11.3.10, 12.2.2, ~~12.3,~~ 12.3.1, 13.2.2, 14.3, 14.4, 15.2.7

...

**Owner's Loss of Use Insurance**
**11.3.3**
Owner's Relationship with Subcontractors

...

1.1.1, 1.1.6, 1.1.7, **1.5**, 2.2.5, 3.2.2, ~~3.11, 3.17, 4.2.12, 5.3~~3.11.1, 3.17.1, 4.2.12, 5.3.1

...

4.2.5, 7.3.9, ~~9.2,~~ 9.2.1, **9.3**, 9.4, 9.5, 9.6.3, ~~9.7,~~ 9.7.1, 9.8.5, 9.10.1, 14.2.3, 14.2.4, 14.4.3

...

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**7**

4.2.5, 4.2.9, 9.3.3, **9.4**, 9.5, 9.6.1, 9.6.6, ~~9.7,~~ 9.7.1, 9.10.1, 9.10.3, 13.7, 14.1.1.3, 14.2.4

...

4.2.1, 4.2.9, 9.8.2, 9.10, 11.1.2, 11.1.3, 11.4.1, ~~12.3,~~ 11.4.5, 12.3.1, 13.7, 14.2.4, 14.4.3

...

7.3.7.4, 9.6.7, 9.10.3, ~~11.4~~11.4, 11.4.9

...

5.4.2, 9.5.1.3, 9.6.2, 9.6.3, 9.6.4, 9.6.7, 11.4.8, 14.2.1.2

...

7.3.7.4, 9.6.7, 9.10.3, ~~11.4~~11.4, 11.4.9

...

~~3.5,~~ 3.5.1, 4.2.6, 12.2.1

...

3.2.1, ~~3.5,~~ 3.5.1, 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.4.2, 9.5.1, 9.8.2, 9.10.1

...

3.3.2, 3.18, 4.2.3, ~~5.3,~~ 5.3.1, 6.1.3, 6.2, 6.3, 9.5.1, 10

**PAGE 10**

1.1.2, 2.3, 2.4, ~~3.5,~~ 3.5.1, 3.7.4, 3.15.2, 4.2.6, 4.5, 5.3, 5.4, 6.1, 6.3, 7.3.1, 8.3, 9.5.1, 9.7, 10.2.5, 10.3, 12.2.2, 12.2.4, **13.4**, 14, 15.4

...

3.3.1, 4.2.2, 4.2.7, ~~5.3,~~ 5.3.1, **10.1**, 10.2, 10.4

...

1.1.4, 3.12.5, 3.14.2, 4.2.4, 4.2.7, 6, 8.3.1, 11.4.7, 12.1.2

...

~~Specifications~~Specifications, The

...

6.2.1, 9.3.2, 10.2.1.2, ~~10.2.4~~10.2.4, 11.4.1.4

...

**5.3**, 5.4, 9.3.1.2, 9.6, 9.10, 10.2.1, 11.4.7, 11.4.8, 14.1, 14.2.1

...

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                          (944596295)

6.1.1, ~~11.3.7~~11.3.7, 11.4.5

...

3.4.2, ~~3.5,~~ 3.5.1, 7.3.8

...

5.4.1.1, 11.4.9, 14

**PAGE 11**

3.1.3, 3.3.3, 4.2.2, 4.2.6, 4.2.9, 9.4.2, 9.8.3, 9.9.2, 9.10.1, 10.3.2, ~~11.4.1,~~ 11.4.1.1, 12.2.1, **13.5**

...

3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3.1, ~~7.4,~~ 7.4.1, **8.3**, 9.5.1, ~~9.7, 10.3.2, 10.4,~~ 9.7.1, 10.3.2, 10.4.1, 14.3.2, 15.1.5, 15.2.5

...

2.1.2, 2.2, 2.4, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2, 4.4, 4.5, 5.2, 5.3, 5.4, 6.2.4, 7.3, 7.4, 8.2, 9.2, 9.3.1, 9.3.3, 9.4.1, 9.5, 9.6, 9.7, 9.8, 9.9, 9.10, 11.1.3, 11.4.1.5, 11.4.6, 11.4.10, 12.2, 13.5, 13.7, 14, 15.1.2, 15.4

...

9.10.5, 11.4.7, 13.4.2, 15.1.6

...

9.9.3, 9.10.3, 9.10.4, 11.4.3, 11.4.5, 11.4.7, 12.2.2.1, 13.4.2, 14.2.4, 15.1.6

...

6.1.1, ~~11.3.7~~11.3.7, 11.4.5

...

3.5, 4.2.9, 9.3.3, 9.8.4, 9.9.1, 9.10.4, 12.2.2, ~~13.7~~13.7.1

...

2.3, 2.4, 3.3.1, 3.9, 3.12.9, 3.12.10, 5.2.1, 8.2.2, 9.7, 9.10, 10.2.2, 10.3, 11.1.3, 11.4.6, 12.2.2, 12.2.4, **13.3**, 14, 15.4.1

...

1.1.1, 2.3, 3.9, 7, 8.2.2, 11.4.9, 12.1, 12.2, 13.5.2, 14.3.1, 15.1.2

**PAGE 12**

~~The Contract Documents are enumerated in the~~ These General Conditions of the Contract are made a part of that certain Agreement between the Owner and Contractor ~~(hereinafter the Agreement) and consist of the Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of the Contract,~~ as set forth in the applicable Work Order (the "Agreement"). For any Project, the Contract Documents consist of (i) the Agreement, (ii) these General Conditions of the Contract, (iii) Supplementary and other Conditions identified in the Agreement, (iv) Addenda issued prior to execution of the Contract identified in the Agreement, (v) Construction Documents applicable to the Project identified in the Agreement, (vi) all other documents listed in the Agreement ~~and Modifications~~ or the applicable Work Order(s), and

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                    (944596295)

(vii) Modifications issued after execution of the Contract. A Modification is (1) a written amendment to the Contract signed by both parties, (2) a Change Order, (3) a Construction Change ~~Directive or (4)~~ Directive, (4) a Work Order or (5) a written order for a minor change in the Work ~~issued by the Architect. Unless specifically enumerated in the Agreement,~~ issued by the Architect or the Owner that does not increase costs or construction time, which if issued by the Architect has been approved in writing by the Owner. Unless specifically enumerated in the Agreement or any Work Order, the Contract Documents do not include the advertisement or invitation to bid, ~~Instructions to Bidders,~~ instructions to bidders, sample forms, other information furnished by the Owner in anticipation of receiving bids or proposals, the Contractor's bid or proposal, or portions of Addenda relating to bidding requirements.

Construction Documents are Drawings and Specifications issued "for construction" by the Architect. A Construction Documents Issue, or CDI, is a grouped release of Construction Documents by the Architect using a numbering system to facilitate tracking and Project administration.

...

The Contract Documents form the ~~Contract for Construction. The~~ "Contract for Construction" or the "Contract." Except as provided to the contrary in any Work Order or Modification, the Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. The Contract may be amended or modified only by a Modification. The Contract Documents shall not be construed to create a contractual relationship of any kind (1) between the Contractor and the Architect or the Architect's consultants, (2) between the Owner and a Subcontractor or a Sub-subcontractor, (3) between the Owner and the Architect or the Architect's consultants or (4) between any persons or ~~entities~~ entities, including the Owner's Development Manager, other than the Owner and the Contractor. The Architect shall, however, be entitled to performance and enforcement of obligations under the Contract intended to facilitate performance of the Architect's duties.

...

~~The term "Work" means the construction and services required by the Contract Documents,~~ For each Project, the term "Work" means all reasonably necessary and inferable construction and services required of the Contractor by the Contract Documents (including, without limitation, all work, labor, materials, tools, equipment, transportation, procedures, techniques, and supplies), whether completed or partially completed, and whether completed by the Contractor, Subcontractors, Sub-subcontractors, Suppliers or any other entity for whom the Contractor is responsible under or pursuant to the Contract Documents, and includes all other labor, materials, equipment and services provided or to be provided by the Contractor to fulfill the Contractor's ~~obligations.~~ obligations, including Final Completion of the construction in accordance with the Drawings and Specifications to achieve a complete and functioning Project in compliance with the Contract Documents. The Work may constitute the whole or a part of the ~~Project.~~ Project, as described in the applicable Work Order.

**PAGE 13**

**§ 1.1.8** ~~INITIAL DECISION MAKER~~ [Intentionally omitted].

**§ 1.1.9 THE PROJECT CONSULTANTS**
The ~~Initial Decision Maker is the person identified in the Agreement to render initial decisions on Claims in accordance with Section 15.2 and certify termination of the Agreement under Section 14.2.2.~~ Architect is the author of the Drawings and Specifications and is responsible for Project design and shall have the authority and responsibility to coordinate the Project design with the Work of the Owner's Prime Consultants, and to clarify and interpret issues and, with the Owner's written approval, make written orders for minor changes in the Work related to the Contract Documents.

In addition to the Architect and its consultants, the Owner may retain other project consultants such as a structural engineer, a geotechnical engineer, a civil engineer, an interiors or tenant improvement architect, an interior designer or others, collectively referred to as "Owner's Prime Consultants." Upon Owner's written notification to Contractor, such Owner's Prime Consultants shall have the authority provided the "Architect" under the Contract to clarify and interpret issues related to the portion of the work they are employed by the Owner to oversee and which do not increase the Cost of the Work or extend the Contract Time. All provisions of the Contract, though they may refer to

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                                  (944596295)

DocuSign Envelope ID: 89E16ECF-7497-4B06-96B2-CE8665CBCA6E

the Architect only, shall be construed as also referring to the applicable Owner's Prime Consultants or the Owner's Development Manager where and when appropriate for Project administration purposes.

...

§ 1.2.1.1 In the event of conflicts or discrepancies among the Contract Documents, interpretations will be based on the following priorities:
 (a)   Work Order,
 (b)   The Agreement, as amended, including all Exhibits,
 (c)   These General Conditions, as amended,
 (d)   Addenda, if any, with those of later date having precedence over those of earlier date,
 (e)   Modifications to the Drawings and Specifications issued after the execution of the applicable Work Order,
 (f)   Specifications, Drawings, and Addenda issued prior to execution of the applicable Work Order,
 (g)   Specifications and Drawings as noted in the Agreement and Work Order.

In the event of any conflict or discrepancy between or among different versions of the same Contract Document, the most recently issued version takes precedence over a previous version. In the case of any conflict or discrepancy between Contract Documents, the more stringent provision will control; provided that the Specifications shall govern as to materials, workmanship, performance and installation; and Drawings shall govern as to location, arrangement, shape or dimension.

§ 1.2.2 Organization of the Specifications into divisions, sections and articles, and arrangement of Drawings shall not control the Contractor in dividing the Work among Subcontractors or in establishing the extent of Work to be performed by any trade. The Specifications are divided into sections for convenience only. The Architect and/or the Owner are not obliged to define the limits of any subcontract, and will not enter into work scope disputes between the Contractor and Subcontractors.

§ 1.2.3 Unless otherwise stated in the Contract Documents, words that have well-known technical or construction industry meanings are used in the Contract Documents in accordance with such recognized meanings. The term "Landlord" shall mean the entity (if any) identified in the applicable Work Order from whom the Owner leases the Project site.

§ 1.2.4 Execution of a Work Order by the Contractor is a representation by the Contractor that the Contract Documents are sufficient to have enabled the Contractor to determine the cost of the Work therein, to enter into the applicable Work Order, and to accomplish the Work for an amount not in excess of the GMP within the Contract Time provided for in the Contract Documents. The Contractor further represents and warrants that prior to execution of the applicable Work Order it has visited and examined the Project site, examined all physical, legal, and other conditions affecting the Work and is fully familiar with all of the conditions thereon and thereunder affecting the same, including (1) the nature, location and character of the Project site, including all observable structures and obstructions thereon, both natural and man-made; (2) the nature, location, and character of the general area in which the Project is located, including without limitation, its climatic conditions, available labor supply and labor costs, and available equipment supply and equipment costs; and (3) the quality and quantity of all materials, supplies, tools, equipment, labor and professional services necessary to complete the Work in the manner and within the GMP and Contract Time required by the Contract Documents. THE FAILURE OF THE CONTRACTOR TO FULLY ACQUAINT ITSELF WITH ANY PROVISION OF THE CONTRACT DOCUMENTS, AND ITEMS (1), (2) AND (3) IN THIS SECTION 1.2.4, SHALL NOT IN ANY WAY RELIEVE IT FROM THE RESPONSIBILITY FOR PERFORMING THE WORK IN ACCORDANCE WITH THE CONTRACT DOCUMENTS, AND WITHIN THE GUARANTEED MAXIMUM PRICE AND THE CONTRACT TIME AS PROVIDED FOR IN THE CONTRACT DOCUMENTS.

§ 1.2.5 Should the Specifications and Drawings fail to particularly describe the material or kind of goods to be used in any place, or an inconsistency or ambiguity between the Specifications and Drawings, or internally within the Specifications or Drawings arises, then it shall be the duty of the Contractor to make written inquiry (a request for information) ("RFI") of the Architect as to what was intended. To avoid potential delays, the Contractor shall ensure that it reviews the Specifications and Drawings for any inconsistencies and ambiguities sufficiently in advance of performing the part of the Work described therein so that an RFI is issued as soon as possible before that part of the

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                                                  (944596295)

Work is required to be performed. No increase in the GMP or Contract Time will be granted for costs or delays resulting from the failure of the Contractor to timely issue an RFI.

If any item or material shown on the Drawings is omitted from the Specifications, or vice-versa (except when the Drawing and Specifications clearly exclude such omitted item) and when such item or material is clearly required to complete the detail shown or specified, the Contractor shall furnish and install such item or material of the type and quality established by the balance of the detail shown and specified at no increase to the GMP. If there is any conflict as to the quantity or quality of material or the level of service, the Contractor shall provide the greater quantity or better quality of materials and the highest level of service at no increase to the GMP.

**§ 1.2.6** Where a typical or representative detail is shown on the Drawings, this detail shall constitute the standard for workmanship and material throughout the corresponding parts of the Work.

**§ 1.2.7** Any summary of Work as outlined in the Specifications shall not be deemed to limit the Work required by the Contract Documents. The Contractor and each Subcontractor shall be responsible for thoroughly examining all Drawings, including all details, plans, elevations, sections, schedules and diagrams, as well as, all measurements and dimensions, for each particular type of Work and coordinating the Work described in the Drawings with the related Specifications. The Contractor shall also be responsible for determining the exact scope of work for each type of work and for checking and rechecking cross-references to any work excluded from any division. The GMP is deemed to be based on a complete installation. When additional details or instructions are required to complete the Work, the Contractor is deemed to have made an allowance in the GMP for completion of such work, consistent with the obligations set forth in Article 5 of the Agreement.

**PAGE 15**

**§ 1.5.1** The ~~Architect and the Architect's consultants shall be deemed the authors and owners of their respective~~ Owner (unless otherwise indicated) shall be deemed the owner of the Instruments of Service, including the Drawings and Specifications, and ~~will~~ will, as among the Contractor, Architect and Owner, retain all common law, statutory and other reserved rights, including copyrights. The Contractor, Subcontractors, Sub-subcontractors, and ~~material or equipment suppliers~~ Suppliers shall not own or claim a copyright in the Instruments of Service. Submittal or distribution to meet official regulatory requirements or for other purposes in connection with this Project is not to be construed as publication in derogation ~~of the Architect's or Architect's consultants' reserved rights.~~of the of the Owner's copyrights or other reserved rights. To the extent the Owner-Architect Agreement is inconsistent with this Section 1.5.1, the Owner-Architect Agreement controls as between the Owner and Architect. As between the Owner and Contractor, this Section 1.5.1 shall control.

**§ 1.5.2** The Contractor, Subcontractors, Sub-subcontractors and ~~material or equipment suppliers~~ Suppliers are authorized to use and reproduce the Instruments of Service provided to them solely and exclusively for execution of the Work. All copies made under this authorization shall bear the copyright notice, if any, shown on the Instruments of Service. The Contractor, Subcontractors, and ~~material or equipment suppliers~~ Suppliers may not use the Instruments of Service on other projects or for additions to this Project outside the scope of the Work without the specific written ~~consent of the Owner, Architect and the Architect's consultants.~~ approval of the Owner.

...

**§ 1.7 CONFIDENTIALITY**

The Contractor will comply with the terms of any nondisclosure agreement executed by the Contractor in favor of the Owner (or the Owner's affiliates) ("NDA"). The Contractor and its agents and representatives (a) will protect and keep confidential the existence of the Contract (including, without limitation, all Work Orders), its terms and conditions and any other information obtained from the Owner in connection with the Contract or related to the Work that is identified as confidential or proprietary or that, given the nature of such information or the manner of its disclosure, reasonably should be considered confidential or proprietary (including but not limited to all information relating to the Owner's technology, customers, business plans, marketing activities and finances), (b) will use such information only for the purpose(s) for which it was originally disclosed and in any case only for the purpose of fulfilling its obligations under the Contract, (c) will protect and keep confidential under the NDA all Phase 1 environmental reports provided to the Contractor related to the Work, and (d) will return all such information to the Owner promptly upon the termination of the Contract. All such information will remain the

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

Owner's exclusive property, and the Contractor will have no rights to use such information except as expressly provided herein. The Contractor will not use any trade name, trademark, service mark, logo or commercial symbol, or any other proprietary rights of the Owner or any of its affiliates in any manner without prior written authorization of such use by a Vice President of the Owner. The Contractor will not issue press releases or publicity relating to the Project, the Owner or the Contract or reference the Owner or its affiliates in any brochures, advertisements, client lists or other promotional materials. The Contractor shall cause its Subcontractors, subconsultants, Suppliers and Sub-subcontractors to comply with the provisions of this Section 1.7 and for such purposes all references herein to "Contractor" shall mean the applicable Subcontractor, subconsultant, Supplier or Sub-subcontractor. At the Owner's request, the Contractor shall require Subcontractors, subconsultants, Suppliers and Sub-subcontractors to execute and deliver to the Owner nondisclosure agreements in a form provided by the Owner. The Contractor's obligations under this Section 1.7 shall survive any expiration or termination of the Contract.

...

**§ 2.1.1** The Owner is the person or entity identified as such in the Agreement or applicable Work Order and is referred to throughout the Contract Documents as if singular in number. The Owner shall ~~designate in writing a representative who shall have express authority to bind the Owner with respect to all matters requiring the Owner's approval or authorization.~~ appoint an individual named in the applicable Work Order as its representative for the Project ("Owner's Representative"). Notwithstanding anything to the contrary in the Contract, no person or entity may bind Owner in any manner with respect to the Contract other than (i) the Owner's Representative; (ii) the president or a Vice President of the Owner, and (iii) any other representative of the Owner that is expressly granted such authority in a Work Order or other document executed by the Owner (and then only to the extent of such grant). Except as otherwise provided in Section 4.2.1, the Architect does not have such authority. The term "Owner" ~~means the Owner or the Owner's authorized representative.~~includes its successors in interest. The Owner may designate an entity in the applicable Work Order, Agreement or Contract Documents as the "Owner's Development Manager" as its day-to-day representative, but the Owner's Development Manager is not authorized to bind Owner or act as Owner's agent. Owner may change the Owner's Development Manager at any time upon written notice to Contractor.

**§ 2.1.2** ~~The Owner shall furnish to the Contractor within fifteen days after receipt of a written request, information necessary and relevant for the Contractor to evaluate, give notice of or enforce mechanic's lien rights. Such information shall include a correct statement of the record legal title to the property on which the Project is located, usually referred to as the site, and the Owner's interest therein.~~

**§ 2.1.1.1** The Owner's designation of the Owner's Development Manager is not intended to create any contractual relationship between the Contractor and the Owner's Development Manager, nor confer any third party beneficiary rights upon the Contractor with relation to the Owner's Development Manager. Neither the presence of, nor the monitoring or observations of the Owner's Development Manager or the Owner's Representative shall limit or reduce the Contractor's liability for defects in the Work, and it is understood that the Contractor will be solely and completely responsible for its Work, compliance with the Contract Documents, and the working conditions on the job site, including safety, during the performance of the Work.

**§ 2.1.1.2** The day-to-day communications between the Owner and Contractor, including all written authorizations and written communications shall be directed to the Owner and, if one is designated in the applicable Work Order, the Owner's Development Manager.

**§ 2.2.1** ~~Prior to commencement of the Work, the Contractor may request in writing that the Owner provide reasonable evidence that the Owner has made financial arrangements to fulfill the Owner's obligations under the Contract. Thereafter, the Contractor may only request such evidence if (1) the Owner fails to make payments to the Contractor as the Contract Documents require; (2) a change in the Work materially changes the Contract Sum; or (3) the Contractor identifies in writing a reasonable concern regarding the Owner's ability to make payment when due. The Owner shall furnish such evidence as a condition precedent to commencement or continuation of the Work or the portion of the Work affected by a material change. After the Owner furnishes the evidence, the Owner shall not materially vary such financial arrangements without prior notice to the Contractor.~~ [Intentionally omitted].

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                            (944596295)

**§ 2.2.2** Except for permits and fees that are the responsibility of the Contractor under the Contract Documents, including those required under Section 3.7.1, the Owner shall secure and pay for necessary approvals, easements, assessments and charges required for construction, use or occupancy of permanent structures or for permanent changes in existing facilities. <u>If the Contractor becomes aware of any such approvals or permits that are the Owner's responsibility, the Contractor shall promptly, in writing, notify the Owner and Architect of the requirement.</u>

**§ 2.2.3** ~~The Owner shall furnish~~ <u>Unless otherwise set forth in an applicable Work Order, the Owner shall furnish, upon the Contractor's reasonable written request and to the extent reasonably accessible and in the Owner's possession,</u> surveys describing physical characteristics, legal limitations and utility locations for the site of the Project, and a legal description of the site. The Contractor shall be entitled to <u>reasonably</u> rely on the accuracy of information furnished by the ~~Owner but~~ <u>Owner, but only to the extent such reliance is reasonable and not contrary to other information known by the Contractor, and</u> shall exercise proper precautions relating to the safe performance of the Work. <u>The Contractor shall carefully review all information furnished by the Owner for apparent discrepancies. The Contractor will not rely on information in the survey if it is reasonably uncertain of the accuracy of the information in that survey. The Contractor shall immediately notify the Owner, in writing, of any possible errors, inconsistencies, omissions or inaccuracies in the survey.</u>

**§ 2.2.4** The Owner shall furnish information or services required of the Owner by the Contract Documents with reasonable promptness. The Owner shall also furnish any other information or services under the Owner's control and ~~relevant to~~ <u>reasonably required for</u> the Contractor's performance of the Work with reasonable promptness after receiving the Contractor's <u>reasonable</u> written request for such information or services.

## PAGE 16

**§ 2.2.6** <u>The Owner's participation in the Project shall in no way relieve the Contractor of its duties and responsibilities under all Legal Requirements or the Contract Documents.</u>

If the Contractor fails to correct Work that is not in accordance with the requirements of the Contract Documents as required by Section 12.2 or ~~repeatedly~~ fails to carry out Work in accordance with <u>the Contract Documents, or disregards the instructions of the Architect or Owner based on the</u> requirements of the Contract Documents, <u>then</u> the Owner may issue a written order to the Contractor to stop the Work, or any portion thereof, <u>at the Contractor's cost and without increase in the GMP or extension of Contract Time,</u> until the cause for such order has been eliminated; <u>provided</u> however, <u>that</u> the right of the Owner to stop the Work shall not give rise to a duty on the part of the Owner to exercise ~~this~~ <u>its</u> right for the benefit of the Contractor or any other person or ~~entity,~~ <u>entity</u> except to the extent required by Section 6.1.3. <u>Any such order issued by the Owner which is determined to have been inappropriate shall not be deemed a breach of the Contract by the Owner but shall be deemed to be a suspension for the convenience of the Owner.</u>

## PAGE 17

~~If the Contractor defaults or neglects to carry out the Work in accordance with the Contract Documents and fails within a ten-day period after receipt of written notice from the Owner to commence and continue correction of such default or neglect with diligence and promptness, the Owner may, without prejudice to other remedies the Owner may have, correct such deficiencies. In such case an appropriate Change Order shall be issued deducting from payments then or thereafter due the Contractor the reasonable cost of correcting such deficiencies, including Owner's expenses and compensation for the Architect's additional services made necessary by such default, neglect or failure. Such action by the Owner and amounts charged to the Contractor are both subject to prior approval of the Architect. If payments then or thereafter due the Contractor are not sufficient to cover such amounts, the Contractor shall pay the difference to the Owner.~~**§ 2.4.1** <u>If the Contractor defaults or neglects to carry out the Work in accordance with the Contract Documents and fails within a seven (7) day (or shorter period in cases of emergency where immediate response is required to protect against potential damage or injury to people or property) period after receipt of written notice from the Owner to commence and continue correction of such default or neglect with diligence and promptness, the Owner may, after such seven (7) day period (or shorter period in cases of emergency), without prejudice to other remedies the Owner may have, correct such deficiencies and/or undertake completion of all or a portion of the Work. In such case an appropriate Change Order or Construction Change Directive shall be issued deducting from payments then or thereafter due the Contractor the reasonable cost of correcting such deficiencies, including the Owner's expenses and compensation for the Architect's and Owner's additional services</u>

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                  (944596295)

made necessary by such default, neglect or failure. The right of the Owner to correct the Work pursuant to this Section shall not give rise to any duty on the part of the Owner to exercise this right for the benefit of others. If payments then or thereafter due the Contractor are not sufficient to cover such amounts, the Contractor shall pay the difference to the Owner within fifteen (15) days after request therefor.

**§ 2.4.2** The Owner may require the Contractor to furnish from time to time written evidence that the Contractor can fulfill the requirements of the Contract Documents. Failure of the Contractor to provide adequate assurances within the reasonable time shall entitle the Owner to stop the Work, carry out the Work or terminate the Contract.

...

**§ 3.1.1** The Contractor is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The Contractor shall be lawfully licensed, if required in the jurisdiction where the Project is located. The Contractor shall designate in writing a representative who shall have express authority to bind the Contractor with respect to all matters under this Contract. The term "Contractor" means the Contractor or the Contractor's authorized representative. The term "Contractor Parties" means the Contractor and the Subcontractors, Sub-subcontractors and Suppliers, and anyone directly or indirectly employed by any of them or anyone for whose acts they may otherwise be liable.

...

**§ 3.1.3** The Contractor shall not be relieved of obligations to perform the Work in accordance with the Contract Documents either by activities or duties of the ~~Architect in the Architect's~~ Architect, the Owner's Development Manager or the Owner in their administration of the Contract, or by tests, inspections or approvals required or performed by persons or entities other than the Contractor.

**§ 3.1.4** The Contractor shall be and operate as an independent contractor in the performance of the Work and shall not have the authority to enter into agreements or undertakings on behalf of the Owner. The Agreement will not be construed to create a partnership, joint venture, agency, employment, fiduciary, or any other relationship between the Owner and the Contractor. The Contractor will not represent itself to be an employee, representative, or agent of the Owner.

**§ 3.1.5** The Contractor shall forward communications to the Architect and the Owner, the Owner's Development Manager and the Owner's Representative as called for herein.

**§ 3.1.6** In no event shall the Owner have control over, charge of, or any responsibility for the construction means, methods, techniques, sequences or procedure, or for safety precautions and programs in connection with the Work, notwithstanding any of the rights and authority granted the Owner in the Contract Documents.

**§ 3.1.7** To the extent mutually agreed between the Owner and the Contractor, some elements of the Work may be designed by the Contractor or its Subcontractors or Suppliers in accordance with Section 10.5.1 of the Agreement. Such design-build services shall utilize licensed design professionals as required by law and good practice. If a Design Responsibility Matrix is included in a Work Order, the Owner and Architect shall work with the Contractor to keep current a Design Responsibility Matrix that describes the separate design responsibilities of the Architect, Owner's Prime Consultants and the Contractor. The Design Responsibility Matrix, if any, shall be made a part of the Contract by Work Order.

**§ 3.2.1** ~~Execution of the Contract by the Contractor is a representation that the Contractor has visited the site, become generally familiar with~~ By executing the Contract, the Contractor warrants that it has closely inspected the Project site as well as the conditions of adjacent properties and has recorded to its satisfaction the observable physical conditions of existing properties, familiarized itself with the local conditions under which the Work is to be ~~performed~~ performed, and correlated ~~personal~~ its observations with the requirements of the Contract Documents. Claims for additions to the Contract Time or the GMP because of the failure of the Contractor to adequately familiarize itself with conditions at the Project site will not be permitted.

**§ 3.2.2** Because the Contract Documents are complementary, the Contractor shall, before starting each portion of the Work and continuously during the execution of the Work, carefully study and compare the various Contract

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

Documents relative to that portion of the Work, as well as the information furnished by the Owner pursuant to ~~Section 2.2.3,~~ Sections 2.2.3 and 2.2.4, shall take field measurements of any existing conditions related to that portion of the Work, and shall observe any conditions at the site affecting ~~it.~~ it and shall carefully compare and verify such field measurements and conditions and other information known to the Contractor with the Contract Documents before commencing such activities. These obligations are for the purpose of facilitating coordination and construction by the Contractor and are not for the purpose of discovering errors, omissions, or inconsistencies in the Contract Documents; however, the Contractor shall promptly report to the Architect and Owner, in writing, any errors, inconsistencies or omissions discovered by or made known to the Contractor as a request for information in such form as the Architect ~~may require.~~ and Owner may require, but in any event in sufficient time so as not to delay the Work. It is recognized that the Contractor's review is made in the Contractor's capacity as a contractor and not as a licensed design professional, unless otherwise specifically provided in the Contract Documents.

**§ 3.2.3** The Contractor is not required to ascertain that the Contract Documents are in accordance with applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, but the Contractor shall promptly report to the Architect any nonconformity discovered by or made known to the Contractor as a request for information in such form as the Architect and Owner may require. Such relief of responsibility for knowledge of laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities does not extend to the Contractor or its Subcontractors or Suppliers when providing design-build services or the design-build systems furnished by the Contractor directly or any internal works or facilities required for the performance of the Work. The Contractor shall not be liable to the Owner for damage resulting from errors, inconsistencies or omissions in the Contract Documents, unless the Contractor recognized such error, inconsistency or omission and failed to report it to the Architect and Owner. If the Contractor performs any construction activity knowing it involves an error, inconsistency or omission in the Contract Documents, the Contractor shall assume complete responsibility for such performance and shall bear the full amount of the attributable costs for correction.

**§ 3.2.4** If the Contractor believes that additional cost or time is involved because of clarifications or instructions the Architect issues in response to the Contractor's notices or requests for information pursuant to Sections 3.2.2 or 3.2.3, the Contractor ~~shall make Claims~~ may make a Claim as provided in Article 15. If the Contractor fails to perform the obligations of Sections 3.2.2 or 3.2.3, the Contractor shall pay such costs and damages to the Owner as would have been avoided if the Contractor had performed such obligations. If the Contractor performs those obligations, the Contractor shall not be liable to the Owner ~~or Architect~~ for damages resulting from errors, inconsistencies or omissions in the Contract Documents, ~~for differences between field measurements~~ or ~~conditions and the Contract Documents, or~~ for nonconformities of the Contract Documents to applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public ~~authorities.~~authorities unless the Contractor recognized such error, inconsistency, omission, or difference and failed to report it to the Owner and Architect in writing.

**§ 3.2.5** The Contractor hereby specifically acknowledges and declares that upon agreement as to the GMP for the Work, such agreement constitutes a representation by the Contractor that to the best of its knowledge that the Drawings, Specifications and addenda do not vary with applicable laws, statutes, building codes and regulations. The Contractor further acknowledges that, having carefully examined all Drawings, Specifications and other documents, to the best of its knowledge there are no material discrepancies among the Contract Documents.

**PAGE 18**

**§ 3.3.1** The Contractor shall supervise and direct the Work, using the Contractor's best skill and ~~attention.~~ attention in accordance with the Contract Documents, all Legal Requirements, and the construction standards and practices for the industry. The Contractor shall be solely responsible for, and have control over, initiating, maintaining, and supervising all safety precautions and programs to insure the safe provision or performance of the Work, and will control, supervise and direct the construction means, methods, techniques, sequences and procedures and ~~for coordinating~~ coordinate all portions of the Work under the Contract, unless the Contract Documents give other specific instructions concerning these matters. The Contractor shall review any such procedures specified in the Contract Documents, shall advise the Architect (1) if the specified procedures deviate from what the Contractor considers to be good construction practice, (2) if following the procedures will affect any warranties, or (3) if the Contractor objects to the procedures, and shall propose alternative procedures acceptable to the Contractor, for which no increase in the GMP or extension of Contract Time will be made unless mutually agreed in writing. If the Contract Documents give specific instructions concerning construction means, methods, techniques, sequences or

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

procedures, the Contractor shall evaluate the jobsite safety thereof and, except as stated below, shall be fully and solely responsible for the jobsite safety of such means, methods, techniques, sequences or procedures. If the Contractor determines that such means, methods, techniques, sequences or procedures may not be safe, the Contractor shall give timely written notice to the Owner and Architect and shall not proceed with that portion of the Work without further written instructions from ~~the Architect.~~ the Architect which instructions shall not be issued without the written consent of the Owner and before proceeding the Contractor should confirm with the Owner that Owner's consent has been given. If the Contractor is then instructed to proceed with the required means, methods, techniques, sequences or procedures without acceptance of changes proposed by the Contractor, the ~~Owner shall be solely~~ Contractor shall not be responsible for any loss or damage arising solely from those Owner-required means, methods, techniques, sequences or procedures. Except with respect to third-party vendors performing work at the Project site pursuant to separate contracts between the Owner and such vendors, the Contractor shall be solely responsible for all construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work. The Contractor shall give the Contractor's personal supervision to the Work using the Contractor's best skill and attention. The Contractor agrees to cooperate and coordinate with any third-party vendors performing work at the Project site pursuant to separate contracts between the Owner and such vendors, including reasonable cooperation in scheduling the use of shared items such as freight elevators, cranes and loading areas.

**§ 3.3.2** The Contractor shall be responsible to the Owner for acts and omissions of the ~~Contractor's employees, Subcontractors~~ Contractor Parties and their agents and employees, and other persons or entities performing portions of the Work for, or on behalf of, the Contractor or any of its Subcontractors.

**§ 3.3.3** The Contractor shall be responsible for inspection of portions of Work already performed to determine that such portions are in proper condition to receive subsequent Work. The Contractor has the responsibility to ensure that all Suppliers, Subcontractors, Sub-subcontractors, their agents, and employees adhere to the Contract Documents, and that they order materials on time, taking into account the current market and delivery conditions and that they provide materials on time. The Contractor shall coordinate its Work with that of all others on the Project including deliveries, off-loading, storage, installations, and construction utilities. The Contractor shall be responsible for the space requirements, locations, and routing of its equipment. In areas where the proper and most effective space requirements, locations and routing cannot be made as indicated, the Contractor shall meet with Architect and all others involved, before installation, to plan the most effective and efficient method of overall installation.

**§ 3.3.4** The Contractor shall have the responsibility to coordinate the Work with the utility service providers, municipal and/or off-site contractors related to the Project and in the absence of other special provisions of Contract Documents to the contrary, shall be required to coordinate with said entities the physical street/right-of-way work and connection to the structures and/or extensions from the structures to the off-site and/or on-site utilities so that the Work is properly sequenced, and functional for the intended use and purpose thereof. Such coordination and supervision costs incidental thereto, are incidental to the Work and part of the GMP.

**§ 3.3.5** The Contractor shall plan and lay out all Work in advance of operations so as to coordinate all Work without delay or revision. The Contractor shall establish and maintain existing lot lines, restrictions and benchmarks. The Contractor shall establish and maintain all other lines, levels and benchmarks for execution of the Work and take necessary steps to prevent dislocation or destruction.

## PAGE 20

**§ 3.4.2** Except in the case of minor changes in the Work authorized by the Architect in accordance with Sections 3.12.8 or 7.4, the Contractor may make substitutions only with the ~~consent~~ written approval of the Owner, after evaluation by the Owner and Architect and in accordance with a Change Order or Construction Change Directive.

**§ 3.4.2.1** The Contractor must submit to the Architect, with copy to the Owner, all information required by the Specifications relating to substitutions. In addition to information required by the Specifications, the Contractor shall submit to the Owner and the Architect information as to (i) the adjustment in accordance with the Contract Documents in the GMP, in the event the substitution is acceptable; (ii) the adjustment, if any, in the Contract Time, and any milestones if included in the construction schedule in the event the substitution is acceptable.

**§ 3.4.2.2** Substitutions and alternates may be rejected without liability to the Owner or Architect.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                            (944596295)

**§ 3.4.2.3** The Owner shall be entitled to any cost savings through a deductive adjustment of the GMP in the amount of the cost savings as a result of approvals of any substitution of products or major components or systems.

**§ 3.4.2.4** If the Contractor makes requests for substitutions, the Contractor thereby: (a) represents that the Contractor has personally investigated the proposed substitute product and determined that it is either equal or superior in all respects to that specified in the Contract Documents, and that it is compatible with all substrates and related work (as used in this sentence, "superior" could mean advantageous to the Owner in other ways, such as lower cost, provided such advantages have been accepted by the Owner and are without reasonable objection from the Architect); (b) represents that the Contractor will provide the same warranty for the substitution that the Contractor would for that specified in the Contract Documents; (c) certifies that the cost data presented is complete and includes all related costs under the Contract except the Architect's design costs and waives all claims for additional costs related to the substitution which subsequently becomes apparent; and (d) will coordinate the installation of the accepted substitute, making such changes as may be required for the Work to be complete in all respects.

**§ 3.4.3** The Contractor shall enforce strict discipline and good order among the Contractor's employees and other persons carrying out the Work. The Contractor shall not permit employment of unfit persons or persons not properly skilled in tasks assigned to them. The Owner may require in writing the Contractor to remove from the Work any employee or other person that the Owner considers objectionable. However, neither this authority of the Owner nor a decision made in good faith to exercise or not to exercise such authority shall create a duty or responsibility of the Owner to the Architect, Contractor, Subcontractors, Sub-subcontractors, their agents or employees, to other persons performing portions of the Work, or to any other person. To the extent permitted by Legal Requirements and at the Owner's expense and not as a Cost of the Work, the Contractor's personnel and the Subcontractors' and Sub-subcontractors' personnel shall be subject to background checks, drug tests and other procedures and requirements requested by the Owner.

**§ 3.4.4** The Contractor shall only employ or use labor in connection with the Work capable of working harmoniously with all trades, crafts and other individuals associated with the Project or the Work.

**§ 3.4.5** The Contractor shall be responsible for labor peace on the Project and shall at all times use its best efforts and exercise its judgment as an experienced contractor to adopt and implement policies and practices designed to avoid work stoppages, slowdowns, disputes or strikes where reasonably possible and practical under the circumstances, and shall at all times maintain Project-wide labor harmony.

...

~~The Contractor warrants to the Owner and Architect that materials and equipment furnished under the Contract will be of good quality and new unless the Contract Documents require or permit otherwise. The Contractor further warrants that the Work will conform to the requirements of the Contract Documents and will be free from defects, except for those inherent in the quality of the Work the Contract Documents require or permit. Work, materials, or equipment not conforming to these requirements may be considered defective. The Contractor's warranty excludes remedy for damage or defect caused by abuse, alterations to the Work not executed by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear and normal usage. If required by the Architect, the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment.~~ **§ 3.5.1** In addition to any other warranty provisions contained in the Contract Documents, the Contractor warrants to the Owner that materials and equipment furnished under the Contract will be of good quality and new unless the Contract Documents require or permit otherwise. The Contractor further warrants that the Work will conform to the requirements of the Contract Documents and will be performed in a skillful and workmanlike manner, free from defects, except for those inherent in the quality of the Work the Contract Documents require or permit. All work, materials, or equipment not conforming to these requirements, including substitutions not properly approved or authorized, will be considered defective. The Contractor's warranty excludes remedy for damage or defect caused by Owner abuse, alterations to the Work not executed by the Contractor, improper or insufficient Owner maintenance, improper Owner operation, or normal wear and tear under normal usage. If required by the Architect, the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment. The Contractor is not relieved of its general warranty obligations by the specification of a particular product or procedure in the Contract Documents. Warranties in the Contract Documents shall survive completion, acceptance and final payment.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 3.5.2** Materials shall conform to manufacturer's standards in effect at the date of execution of the Agreement and shall be installed in strict accordance with manufacturer's directions. For all Work items, including those covered by an express warranty in the Specifications, the Contractor shall require the applicable Subcontractor or Sub-subcontractors performing the work or installing the required product to provide the warranties required by the Specifications.

**§ 3.5.3** The Contractor shall cause warranties from Suppliers, equipment sellers or manufacturers, and from Subcontractors or Sub-subcontractors furnishing materials, equipment or labor for the Work to be made jointly to the Owner and the Contractor. The Contractor will execute any documents or take such action as may be necessary to ensure that the Owner receives the benefits of the warranties from Subcontractors, Sub-subcontractors and Suppliers. If no express warranty is provided in the Specifications, the Contractor shall obtain and furnish to the Owner fully executed warranties from all Subcontractors, Sub-subcontractors and Suppliers. The Contractor shall be responsible for enforcing any and all warranties given by Subcontractors, Sub-subcontractors and Suppliers to the extent enforceable by the Contractor for the Owner's benefit. The Contractor agrees to assign to the Owner at Substantial Completion any and all manufacturers' warranties relating to materials and labor used in the Work and further agrees to perform the Work in such a manner so as to preserve any and all such manufacturer's warranties. If necessary as a matter of law, the Contractor may retain the right to enforce directly any such manufacturers' warranties during the one-year period following Substantial Completion, referred to in Section 12.2. The applicable Work Order may include a list of any extended warranties required by the Owner, or a reference to where in the Contract Documents a list of such extended warranties can be found.

**§ 3.5.4** Notwithstanding the foregoing assignment, prior to final acceptance of the Project by the Owner, the Contractor shall deliver to the Owner via the Architect three (3) bound volumes of all guarantees and warranties on material furnished by all manufacturers and Suppliers to the Contractor and all of its Subcontractors and Sub-subcontractors. The guarantees and warranties in each bound volume shall be grouped together by trade and properly indexed. The documentation must also clearly describe proper operational and maintenance activities required to sustain said warranties. The guarantees and warranties herein shall not be construed to modify or limit in any way any rights or actions which the Owner may otherwise have against the Contractor or anyone else by law or statute or in equity.

## PAGE 21

The Contractor shall pay sales, consumer, use and similar taxes for the Work provided by the Contractor that are legally enacted when bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect. The Contractor may charge and the Owner will pay applicable US, state or local sales taxes that the Contractor is legally obligated to charge with respect to the Work ("Taxes"), provided that such Taxes are stated on the original invoice that the Contractor provides to the Owner and the Contractor's invoices state such Taxes separately and meet the appropriate tax requirements for a valid tax invoice. The Owner may provide the Contractor an exemption certificate acceptable to the relevant taxing authority, in which case the Contractor shall not collect the Taxes covered by such certificate, and if the GMP assumed that such Taxes would be collected, the GMP shall be reduced by the amount of such Taxes. The Contractor will be solely responsible for all other taxes or fees (including interest and penalties) arising from the Contract and Work. The Owner shall maintain the right to deduct or withhold any taxes that the Owner determines it is obligated to withhold from any amounts payable to the Contractor under the Contract, and payment to the Contractor as reduced by such deductions or withholdings will constitute full payment and settlement to the Contractor of such amounts. Throughout the term of the Contract, the Contractor will provide the Owner with any forms, documents, or certifications as may be required for the Owner to satisfy any information reporting or withholding tax obligations with respect to any payments under the Contract.

## § 3.7
~~**PERMITS, FEES, NOTICES AND COMPLIANCE WITH LAWS**~~**PERMITS, FEES, NOTICES, AND COMPLIANCE WITH LAWS**

**§ 3.7.1** Unless otherwise provided in the Contract Documents, including the applicable Work Order, the Contractor shall secure and pay for the building permit as well as for other permits, fees, licenses, and inspections by government agencies necessary for proper execution and completion of the Work that are customarily secured after execution of the Contract and legally required at the time bids are received or negotiations concluded.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

PAGE 22

**§ 3.7.3** ~~If the Contractor performs Work knowing it to be contrary to applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, the Contractor shall assume appropriate responsibility for such Work and shall bear the costs attributable to correction.~~Except as provided in Section 3.2.3 for design-build services and systems, it is not the Contractor's responsibility to ascertain that the Contract Documents are in accordance with applicable laws, statutes, ordinances, building codes and rules and regulations. However, if the Contractor observes that portions of the Contract Documents are at variance therewith, the Contractor shall promptly notify the Architect and Owner in writing, and necessary changes shall be accomplished by appropriate Modification. Such relief of responsibility for ascertaining compliance with applicable codes, laws, ordinances or regulations does not extend to the Contractor or its Subcontractors, Sub-subcontractors or Suppliers when providing design-build systems or the design-build systems furnished by the Contractor directly.

**§ 3.7.4** ~~**Concealed or Unknown Conditions.** If the Contractor encounters conditions at the site that are (1) subsurface or otherwise concealed physical conditions that differ materially from those indicated in the Contract Documents or (2) unknown physical conditions of an unusual nature, that differ materially from those ordinarily found to exist and generally recognized as inherent in construction activities of the character provided for in the Contract Documents, the Contractor shall promptly provide notice to the Owner and the Architect before conditions are disturbed and in no event later than 21 days after first observance of the conditions. The Architect will promptly investigate such conditions and, if the Architect determines that they differ materially and cause an increase or decrease in the Contractor's cost of, or time required for, performance of any part of the Work, will recommend an equitable adjustment in the Contract Sum or Contract Time, or both. If the Architect determines that the conditions at the site are not materially different from those indicated in the Contract Documents and that no change in the terms of the Contract is justified, the Architect shall promptly notify the Owner and Contractor in writing, stating the reasons. If either party disputes the Architect's determination or recommendation, that party may proceed as provided in Article 15.~~ If the Contractor performs Work (including, without limitation, the installation of any materials or equipment) knowing it to be contrary to any Legal Requirements, the Contractor shall assume appropriate responsibility for such Work and shall bear the costs attributable to correction that would otherwise be incurred (including fines and penalties).

**§ 3.7.5** ~~If, in the course of the Work, the Contractor encounters human remains or recognizes the existence of burial markers, archaeological sites or wetlands not indicated~~ Concealed or Unknown Conditions: Subject to the limitations and conditions established herein, if the Contractor encounters conditions at the site that are (1) subsurface or otherwise concealed physical conditions that differ materially from those indicated in the Contract Documents or (2) unknown physical conditions of an unusual nature, that differ materially from those ordinarily found to exist and generally recognized as inherent in construction activities of the character provided for in the Contract Documents, the Contractor shall ~~immediately suspend any operations that would affect them and shall notify the Owner and Architect. Upon receipt of such notice, the Owner shall promptly take any action necessary to obtain governmental authorization required to resume the operations. The Contractor shall continue to suspend such operations until otherwise instructed by the Owner but shall continue with all other operations that do not affect those remains or features. Requests for adjustments in the Contract Sum and Contract Time arising from the existence of such remains or features may be made as provided in Article 15.~~ promptly provide written notice to the Owner and the Architect before conditions are disturbed and in no event later than five (5) days after first observance of the conditions. Failure to provide such written notice shall conclusively bar any Claim related to such alleged condition. The Architect with assistance of other Owner's Prime Consultants, and in consultation with the Owner, will promptly investigate such conditions and, if the Architect and Owner determine that they differ materially and cause an increase or decrease in the Contractor's cost of, or time required for, performance of any part of the Work, the Contractor may request an equitable adjustment in the GMP or Contract Time, or both in accordance with Articles 7 and 8 and/or other provisions of the Agreement. In response to such request the Owner may, in its sole discretion, terminate the Contract for convenience in accordance with Section 14.4. If the Architect and Owner determine that the conditions at the site are not materially different from those indicated in the Contract Documents and that no change in the terms of the Contract is justified, the Architect shall promptly notify the Contractor in writing, stating the reasons. If the Contractor disputes such determination or recommendation, the Contractor may proceed as provided in Article 15. Claims shall not be allowed in connection with a concealed or subsurface condition that does not differ materially from those conditions disclosed or discovered by: (i) prior inspections and reviews by the Contractor for the Contract or (ii) inspections and reviews that the Contractor had the

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944639295)

opportunity to make or should have performed in accordance with industry standards in connection with the Project or (iii) the Contract Documents.

**§ 3.7.6** If, in the course of the Work, the Contractor encounters human remains or recognizes the existence of burial markers, archaeological sites or wetlands not indicated in the Contract Documents, the Contractor shall immediately suspend any operations that would affect them and shall immediately notify the Owner and Architect. Upon receipt of such notice, the Owner and Architect shall promptly commence an investigation of the alleged human remains or existence of burial markers, archaeological sites or wetlands. Upon confirmation of such conditions not indicated in the Contract Documents, the Owner shall promptly take such action as the Owner deems reasonably necessary to obtain governmental authorization required to resume the operations. The Contractor shall continue to suspend such operations until otherwise instructed by the Owner but shall continue with all other operations that do not affect those remains or features. Requests for adjustments in the GMP and Contract Time arising from the existence of such remains or features may be made as provided in Article 15. In response to such request the Owner may, in its sole discretion, terminate the Contract for convenience in accordance with Section 14.4.

...

**§ 3.8.1** The Contractor shall include in the ~~Contract Sum all allowances~~ GMP all Allowance amounts stated in the Contract Documents. Items covered by ~~allowances~~ Allowances shall be supplied for such amounts and by such persons or entities as the Owner may direct, but the Contractor shall not be required to employ persons or entities to whom the Contractor has reasonable objection.

## PAGE 23

    .1    An Allowance is a stated amount included in the GMP for a specific scope of the Work that at the time the Allowance amount is established, is not sufficiently designed or specified to allow an accurate cost estimate. Allowances shall cover the cost to the Contractor of materials and equipment delivered at the site and all required taxes, less applicable trade ~~discounts;~~ discounts, and the cost of labor for installation;

    .2    Contractor's costs for ~~unloading and handling at the site, labor, installation costs,~~ overhead, profit and other expenses contemplated for stated ~~allowance~~ Allowance amounts shall be included in the ~~Contract Sum~~ GMP but not in the ~~allowances; and~~ Allowances;

    .3    ~~Whenever costs are more than or less than allowances, the Contract Sum shall be adjusted accordingly by Change Order. The amount of the Change Order shall reflect (1) the difference between actual costs and the allowances under Section 3.8.2.1 and (2) changes in Contractor's costs under Section 3.8.2.2.~~ Upon final determination of the actual cost of an Allowance amount, the Owner and the Contractor shall promptly enter into a Change Order to appropriately adjust the GMP to reflect the amount, if any, by which such actual cost exceeds or is less than the stated Allowance amount. In no event shall any unused Allowance amount be allocated to another category of the Work; and

    .4    If work covered by an Allowance is on-going over the course of the Project, the Contractor shall provide the Owner a monthly update of all Allowance expenditures and forecast of projected savings or over-run in the Allowance sum.

**§ 3.8.3** Materials and equipment under an ~~allowance~~ Allowance shall be selected by the Owner with reasonable promptness.

**§ 3.8.4** Where unit prices are established, the price includes furnishing, fabrication, installation and product waste of such items by the Contractor in the required quantity.

...

**§ 3.9.1** ~~The Contractor shall employ a competent superintendent~~ Unless otherwise stated in an applicable Work Order, the Contractor shall employ a competent Project Manager and Superintendent satisfactory to the Owner and Architect and necessary assistants who shall be in attendance at the Project site during performance of the Work. The ~~superintendent~~ Superintendent shall be in charge of all construction operations. The Project Manager and Superintendent shall represent the Contractor, and communications given to the ~~superintendent~~ Project Manager or

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

DocuSign Envelope ID: 89E16ECF-7497-4B0C-96B2-CE8665CBCA6F

Superintendent shall be as binding as if given to the Contractor. The Superintendent shall devote full time attention to the requirements of the Project until Substantial Completion is achieved.

**§ 3.9.2** The Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the ~~Owner through the Architect~~ the name and qualifications of a proposed superintendent. ~~The Architect may reply within 14~~ Architect and Owner the name and qualifications of the proposed Project Manager and Superintendent. The Owner may reply within fourteen (14) days to the Contractor in writing stating ~~(1)~~ whether the Owner ~~or the Architect~~ has reasonable objection to the proposed ~~superintendent or (2) that the Architect requires additional time to review. Failure of the Architect to reply within the 14 day period shall constitute notice of no reasonable objection.~~ personnel.

**§ 3.9.3** The Contractor shall not employ a proposed ~~superintendent~~ Project Manager or Superintendent to whom the Owner or Architect has made reasonable and timely objection. The Contractor shall not change the ~~superintendent~~ Project Manager or Superintendent without the Owner's consent, which shall not unreasonably be withheld or delayed.

**§ 3.9.4** The Superintendent shall keep a daily journal describing in detail all construction activity, weather conditions, persons entering the job site, Subcontractors and Sub-subcontractors working on the site, number of workers, equipment on site, deliveries, Work accomplished, problems encountered, and all other information important to the construction process and as the Owner may reasonably require. The daily journal shall be available at all times to the Owner and Architect, and upon request, copied in its entirety and delivered to each. All photos/videos and all other records documenting progress or quality of Work shall be available for copy by the Owner and Architect upon request.

**§ 3.9.5** The Project Manager identified in the applicable Work Order shall be the principal contact person for the Contractor and shall have primary responsibility for coordinating and supervising all services and work performed by the Contractor under the Contract. The Project Manager shall participate in all Project meetings and sign all Change Orders, Applications for Payment and Certificates of Substantial Completion and Final Completion to indicate its review and approval thereof.

**PAGE 24**

**§ 3.10.1** The Contractor, promptly after being awarded the Contract, shall prepare and submit for the Owner's and Architect's information a Contractor's construction schedule for the Work. The schedule shall include the activities of the Contractor, Subcontractors and Suppliers at all levels. The schedule shall not exceed time limits current under the Contract Documents, shall be revised at appropriate intervals as required by the conditions of the Work and Project, shall be related to the entire Project to the extent required by the Contract Documents, and shall provide for expeditious and practicable execution of the Work.

**§ 3.10.1.1** The construction schedule shall utilize scheduling software acceptable to the Owner and shall clearly show all activities, durations, predecessors and successors with related sequencing logic, critical path activities, Float, areas of responsibility and any other pertinent information deemed necessary by the Owner. The construction schedule shall not exceed the required date of Substantial Completion and the required date of Final Completion, as established in the applicable Work Order. The construction schedule shall provide for expeditious and practicable execution of the Work. The construction schedule shall not be modified or extended without the prior approval of the Owner in each instance. If the construction schedule is not available to be included as an exhibit to the applicable Work Order, the Contractor shall work diligently to provide the construction schedule to the Owner for review and approval, subject to Section 3.10.1.4, as soon as reasonably practicable.

**§ 3.10.1.2** The Contractor's construction schedule shall be of a critical path method type, acceptable to the Owner and Architect, that shall also (i) provide a graphic representation of all activities and events that will occur during the performance of the Work; (ii) identify each phase of construction and occupancy; (iii) set forth dates that are critical in ensuring the timely and orderly completion of the Work in accordance with the requirements of the Contract Documents ("Milestone Dates"); and (iv) include time loss for normal adverse weather conditions whether shown in the Contractor's logic and durations or not. The schedule shall be regularly updated by the Contractor to reflect Project progress and conditions and any such updates shall be promptly provided to the Owner in electronic and hard copy.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

§ **3.10.1.3** The construction schedule shall be reviewed on a weekly basis and updated monthly for submittal with the Application for Payment. Each updated construction schedule shall contain a comparison of actual progress with the estimated progress for such point in time stated in the original construction schedule. If any construction schedule submitted sets forth a date for achieving Substantial Completion beyond the required date of Substantial Completion (or, if set forth in the applicable Work Order, Milestone Dates) as defined in and as may be extended pursuant to the provisions of the applicable sections of the Contract, then the Contractor shall submit to the Owner for its review and approval a narrative description of the means and methods which the Contractor proposes to employ to expedite the progress of the Work to achieve Substantial Completion by the required date of Substantial Completion (or, if set forth in the applicable Work Order, Milestone Dates).

§ **3.10.1.4** The Owner's review, comment and/or approval of any schedule submittal shall not transfer any of the Contractor's responsibilities to the Owner or relieve the Contractor of any of its obligations. The Contractor alone shall remain responsible for the work flow and schedule logic, how early to start activities, adjusting forces, equipment, and work schedules to ensure completion of the Work within the time(s) specified in the Contract Documents. Upon review and approval by the Owner of the Milestone Dates, if any, the construction schedule shall be deemed part of the Contract Documents. If not approved for reasonable cause, the construction schedule shall be promptly revised by the Contractor in accordance with the recommendations of the Owner and Architect and resubmitted for acceptance. The Contractor shall monitor the progress of the Work for conformance with the requirements of the construction schedule and shall promptly advise the Owner of any delays or anticipated probable delays. The accepted construction schedule shall be updated by Contractor as necessary to reflect actual conditions as set forth in Section 3.10.1 or updated upon request by the Owner. In the event that any such updated schedule indicates any delays due to no fault of the Owner, the Contractor shall propose an affirmative plan to correct the delay. In no event shall any such updated schedule constitute an adjustment in the Contract Time or the GMP unless any such adjustment is approved in writing by the Owner and authorized pursuant to Change Order or Construction Change Directive.

§ **3.10.2** The Contractor shall prepare and keep current a submittal schedule, promptly after being awarded the Contract and thereafter as necessary to maintain a current submittal schedule, and shall submit the schedule(s) for the Architect's ~~approval. The Architect's approval shall not unreasonably be delayed or withheld. The~~ and Owner's approval. The submittal schedule shall (1) be coordinated with the Contractor's construction schedule, and (2) allow the Architect reasonable time to review submittals. If the Contractor fails to submit a submittal schedule, the Contractor shall not be entitled to an increase in ~~Contract Sum~~ GMP or extension of Contract Time based on the time required for ~~review of~~ review of submittals. Neither the Owner nor the Architect can guarantee response times from governmental authorities, such as permitting agencies or review of any required deferred submittals.

§ **3.10.3** The Contractor shall perform the Work in general accordance with the most recent schedules submitted to the Owner and ~~Architect.~~ Architect, which shall not exceed the Contract Time as may be amended only by Change Order. The Contractor shall promptly notify the Owner and Architect in writing of any proposed changes in the construction schedule or of any event which could delay performance or supplying of any item of the Work and shall indicate the expected duration of the delay, the anticipated effect of the delay on the construction schedule and the action being taken to correct the delay situation.

§ **3.10.3.1** The Contractor shall meet the Contract Time, modified only by executed Change Orders. The Contractor shall provide sufficient material, equipment, and labor to meet the completion times in the schedule. All work not in the critical path at the commencement of the Project shall be scheduled and completed so as not to effect or delay the specific work or the Project. Non-critical path work not completed as scheduled or completed out of sequence shall not be the basis of a claim for delay or damages.

§ **3.10.3.2** If the Contractor falls behind the schedule, or if the Work is delayed due to normal adverse weather or any other cause other than those described in Section 8.3.1, the Contractor shall take such steps as may be necessary to improve progress and otherwise eliminate or minimize such delays and to comply with the Project schedule. Such steps may include an increase in: (a) the number of construction workers, equipment, materials; (b) in the number of shifts; (c) use of overtime operations; (d) supplement any lagging crew or sub-trade; and (e) re-sequencing Work. The Contractor shall submit to the Owner and Architect such recovery schedule or schedules to demonstrate the manner in which the agreed rate of progress will be regained. If the Contractor desires or is required to carry on Work at night or outside the normal working hours, the Contractor must obtain approval from the appropriate

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA®  Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA®  Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                                   (944596295)

jurisdiction. The cost required to bring the Project back on schedule when the Project is delayed or behind schedule shall not increase the GMP and Contractor shall not in such event be entitled to claims for loss of efficiency, acceleration, trade stacking or other impact damages, except only as may be allowed pursuant to Section 8.3.

**§ 3.10.4** The Contractor's overall schedule shall include and accommodate time lost for normal weather impacts to critical path activities that are cancelled or postponed due to adverse normal weather. The Contractor shall notify the Owner of any days (together with dates, description of work activities impacted, etc.) which it claims to be abnormally inclement weather which impacted the Project schedule at the next construction meeting, shall review and justify to the Owner that the inclement abnormal weather condition had an adverse effect on the critical path, and may (if appropriate) submit a Claim in accordance with Articles 8 and 15. Precipitation as rain, hail or snow, low temperature, or windstorm which might reasonably have been anticipated from the National Weather Service historical records for the general locality of the Work shall not be construed as abnormal.

**§ 3.10.5** In the event of the performance of Work has not progressed or reached the level of completion required by the Contract Documents, unless excused pursuant to Section 8.3, the Owner shall have the right to order the Contractor to take corrective measures necessary to expedite the progress of construction.

    **.1**    The Contractor shall not be entitled to an adjustment in the GMP in connection with corrective measures required by the Owner under or pursuant to this Section 3.10.5.

    **.2**    The Owner may exercise the rights furnished the Owner under or pursuant to this Section 3.10.5 as frequently as the Owner deems necessary to ensure that the Contractor's performance of the Work will comply with any Project completion date or dates set forth in the Contract Documents.

**§ 3.10.6** During the progress and performance of the Work, the Contractor shall attend and participate in weekly status meetings at the Project site (unless another location is specified by the Owner) scheduled by the Owner or Architect to review progress of the Work, to discuss the Contractor's progress reports, to obtain necessary Owner's or Architect's approval and generally keep the Owner and Architect informed and involved in the decision-making process. At each Project status meeting, the Contractor must present an updated four-week progress schedule which clearly updates and identifies the progress of the Project. The Contractor shall furnish to the Owner and Architect written minutes of each meeting within five (5) days thereafter.

**PAGE 26**

~~The Contractor shall maintain at the site for the Owner one copy of the Drawings, Specifications, Addenda, Change Orders and other Modifications, in good order and marked currently to indicate field changes and selections made during construction, and one copy of approved Shop Drawings, Product Data, Samples and similar required submittals. These shall be available to the Architect and shall be delivered to the Architect for submittal to the Owner upon completion of the Work as a record of the Work as constructed.~~ **§ 3.11.1** The Contractor shall maintain at the site for the Owner one copy of the Drawings, Specifications, Addenda, Change Orders and other Modifications, in good order and marked currently to indicate field changes and selections made during construction, and one copy of approved Shop Drawings, Product Data, Samples and similar required submittals. These shall be available to the Architect and shall be delivered to the Architect for submittal to the Owner upon completion of the Work as a record of the Work as constructed. The location of all new and existing piping, valves, conduit, cabling and utilities, as located during the course of construction, shall be appropriately marked until the actual field location dimensions and coordinates are incorporated on the as-built drawings, and mechanical and electrical deviations and changes shall be included. The Contractor shall note on the as-built drawings any changes made to the building enclosure design documents during construction. The documents shall include all architectural, mechanical, electrical, structural and civil as-built drawings, whether changes occur or not. These documents, as well as the approved permit set of plans, shall be available to the Architect and Owner at the site and reviewed with them on a monthly basis. Upon Final Completion of the Work, the Contractor shall transfer all as-built information in a clear and legible manner as described in the Contract Documents and in compliance with all requirements of local governmental entities, shall certify that these documents reflect complete and accurate "as-built" conditions and shall deliver: (1) a paper copy of the documents as well as the approved permit set of plans in good condition, (2) the approved permit set of plans, and (3) the as-built documents, Shop Drawings, Specifications, Addenda, maintenance manuals and warranties to the Architect for submittal to the Owner in accordance with the provisions of the Contract Documents. Satisfactory maintenance of up-to-date as-built drawings on a monthly basis will be a requirement for approval of progress payments.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 3.11.2** Copies of the approved plans and permits shall be forwarded to the Contractor upon receipt. The Contractor shall maintain and keep such documents in original condition at the jobsite at all times. Upon Final Completion, the Contractor shall deliver all original approved plans and permits to the Owner, including copies of the signed-off permits which the Contractor and/or its Subcontractors have obtained.

...

**§ 3.12.1** Shop Drawings are drawings, diagrams, schedules and other data specially prepared for the Work by the Contractor or a Subcontractor, Sub-subcontractor, manufacturer, ~~supplier~~ Supplier or distributor to illustrate some portion of the Work.

...

**§ 3.12.5** The Contractor shall review for compliance with the Contract Documents, approve and submit to the Architect (and if requested, with copies to the Owner) Shop Drawings, Product Data, Samples and similar submittals required by the Contract Documents in accordance with the submittal schedule approved by the Architect and Owner or, in the absence of an approved submittal schedule, with reasonable promptness and frequency and in such sequence and flow rate consistent with the submittal schedule as to cause no delay in the Work or in the activities of the Owner or of separate contractors. Submittals that are not marked as reviewed for compliance with the Contract Documents and approved by the Contractor may be returned by the Architect without action, which will not constitute an Owner-caused delay to the Contractor. At the time of submission, the Contractor shall inform the Architect in writing of any deviation in the Shop Drawings, Product Data, or Samples from the requirements of the Contract Documents. So far as practicable, each Shop Drawing or Product Data submittal shall bear a cross reference note referring to Drawing or detail numbers on the Drawings showing the same Work in order to facilitate checking of Shop Drawing or Product Data and their prompt return to the Contractor. Shop Drawings for interrelated Work shall be submitted at approximately the same time. The Contractor shall stamp and initial its approval on all submittals prior to submitting them to the Architect indicating that the Contractor has satisfied its responsibilities under the Contract Documents for review of the submittal. The Contractor shall keep accurate records of the receipt, review and delivery of all submittals and shall submit to the Owner twice monthly reports on the status of their review, identifying the location and the causes of any failure to promptly receive such submissions and suggesting responsibility. The Contractor shall make all corrections requested by the Architect and, when requested by the Architect, provide a corrected submittal without change in the GMP or extension of Contract Time.

**§ 3.12.6** By submitting Shop Drawings, Product Data, Samples and similar submittals, the Contractor represents to the Owner and Architect that the Contractor has (1) reviewed and approved them, (2) determined and verified materials, field measurements and field construction criteria related thereto, or will do so and (3) checked and coordinated the information contained within such submittals with the requirements of the Work, the Work of applicable Subcontractors and of the Contract Documents. The Contractor's review and approval of such Shop Drawings, Product Data, Samples and similar submittals prior to submittal to the Owner and/or Architect, constitutes a representation that the Contractor has coordinated the Work addressed in the submittal with the work of others and that no conflicts result other than those that may be specifically noted for the Architect's attention in the submittal. Where penetrations in the Work occur from mechanical, electrical, or for other equipment, the Contractor shall review Shop Drawings and verify size, location and sealant means of said penetrations.

**§ 3.12.7** The Contractor shall perform no portion of the Work for which the Contract Documents require submittal and review of Shop Drawings, Product Data, Samples or similar submittals until the respective submittal has been approved or accepted by the Architect.

**§ 3.12.8** The Work shall be in accordance with approved submittals except that the Contractor shall not be relieved of responsibility for deviations from requirements of the Contract Documents by the Architect's approval of Shop Drawings, Product Data, Samples or similar submittals unless the Contractor has specifically informed the Architect in writing of such deviation at the time of submittal and (1) the Architect ~~has~~ has, with the Owner's written approval, given written approval to the specific deviation as a minor change in the Work, or (2) a Change Order or Construction Change Directive has been issued authorizing the deviation. The Contractor shall not be relieved of responsibility for errors or omissions in Shop Drawings, Product Data, Samples or similar submittals by the Architect's approval or acceptance thereof.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

**PAGE 27**

§ **3.12.10** ~~The~~ Except to the extent of any design/build obligations imposed by the Contract Documents, the Contractor shall not be required to provide professional services that constitute the practice of architecture or engineering unless ~~such services are specifically required by the~~ Contract Documents ~~for a portion of the Work or unless the~~ Contractor needs to provide such services in order to carry out the Contractor's responsibilities for construction means, methods, techniques, sequences and procedures. The Contractor shall not be required to provide professional services in violation of applicable law. If professional design services or certifications by a design professional related to systems, materials or equipment are specifically required of the Contractor by the Contract Documents, the Owner and the Architect will specify all performance and design criteria that such services must satisfy. The Contractor shall cause such services or certifications to be provided by a properly licensed design professional, whose signature and seal shall appear on all drawings, calculations, specifications, certifications, Shop Drawings and other submittals prepared by such professional. Shop Drawings and other submittals related to the Work designed or certified by such professional, if prepared by others, shall bear such professional's written approval when submitted to the Architect. The Owner and the Architect shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications and approvals performed or provided by such design professionals, provided the Owner and Architect have specified to the Contractor all performance and design criteria that such services must satisfy. Pursuant to this Section 3.12.10, the Architect will review, approve or take other appropriate action on submittals only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Contractor shall not be responsible for the adequacy of the performance and design criteria specified in the Contract Documents.

§ **3.12.11** To the extent requested by the Owner, the Owner shall be copied on submittals and formal requests for information from the Contractor which the Owner may review with the Architect or other design consultants. The Owner is not expected to undertake the reviews or provide responses normally performed by the Architect, the Owner's Prime Consultants, or the other design consultants. The Owner's distribution or comments to such submittals shall not be construed for the purpose of determining conformance with the Contract Documents, or codes, or accuracy and completeness of other details such as dimensions and quantities, or for substantiating instruction for installation or performance of equipment or systems. The Owner's distribution or comments to the Contractor's submittals shall not relieve the Contractor of the obligations under Sections 3.3, 3.5 and 3.12, nor shall they constitute approval of any construction means, methods, techniques, sequences or procedures.

§ **3.12.12** The Contractor shall maintain, in good order and on a current basis, a record copy of all subcontracts, purchase orders, Drawings marked to record all as-built changes made during construction, Specifications, addenda, Change Orders, and other modifications; Shop Drawings; Product Data; Samples; submittals; purchases; materials; equipment; applicable handbooks; maintenance and operating manuals and instructions; other related documents and revisions which arise out of subcontracts or Work. These records shall be available to the Owner and the Architect, and, at Final Completion of the Project, delivered to the Owner.

**PAGE 28**

~~The Contractor shall confine operations at the site to areas permitted by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities and the Contract Documents and shall not unreasonably encumber the site with materials or equipment.~~§ **3.13.1** The Contractor shall confine operations at the site to areas permitted by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities and the Contract Documents and shall not unreasonably encumber the site with materials or equipment.

§ **3.13.2** The Contractor shall protect from damage all existing structures, equipment, improvements, utilities and vegetation at or near the Project site which are intended to remain undamaged; and on adjacent property, the locations of which are made known to or should be known by the Contractor. The Contractor shall repair at the Contractor's expense any damage, including that to the adjacent property, resulting from failure to comply with the requirements of the Contract Documents or failure to exercise reasonable care in performing the Work. If the Contractor fails or refuses to repair the damage within a reasonable period of time, not to exceed thirty (30) days, the Owner may have the necessary work performed and charge the cost to the Contractor.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 3.13.3** Without limitation of any other provision of the Contract Documents, the Contractor shall comply with all rules and regulations promulgated by the Owner, Landlord and the underlying owner of the site in case the Owner is making improvements to the site for purposes of occupancy as a tenant in connection with the use and occupancy of the Project site, as may be amended from time to time. The Contractor shall immediately notify the Owner in writing if, during the performance of the Work, the Contractor finds compliance with any of the portion of the rules and regulations to be impractical, or the extent to which the Contractor believes it is entitled to request reimbursement for compliance, setting forth the problems and estimated costs associated with such compliance and suggesting alternatives through which the same results intended by such portions of the rules and regulations can be achieved. The Owner may, in the Owner's sole discretion, adopt such suggestions, rules and regulations. Such rules shall not unreasonably hinder the Contractor's performance of the Work. The Contractor's reasonable costs associated with adherence to rules and regulations not typically required for projects similar to the Project are reimbursable with the Owner's written approval, in the Owner's reasonable discretion.

**§ 3.13.4** The Contractor shall assure free, convenient, unencumbered and direct access to and through the buildings and surrounding common areas on or in the vicinity of the Project site. The Contractor shall keep the Project site in a clean and neat condition. To the extent practicable, the Contractor shall keep the Project site and surrounding areas free of dust and debris. The Contractor shall also ensure that its employees, and the Subcontractors and Suppliers and their employees, are familiar with and strictly comply with the plans prepared for site management and traffic flow ("Site Management Plan"), including, without limitation, the parking restrictions set forth therein.

**§ 3.13.5** The Contractor shall assign space to its Subcontractors and Suppliers for storage of their materials, and storage of all materials shall be confined to those spaces. Such designated spaces shall be consistent with the Site Management Plan prepared by the Contractor and approved by the Owner prior to commencement of the Work. Should the Owner direct the Contractor at any time to move such materials in a manner inconsistent with the Site Management Plan, the cost of such move by the Contractor may constitute a Change in the Work.

**§ 3.13.6** No signs shall be erected or maintained on the Project site displaying the name of the Contractor or its Subcontractors or Suppliers without the prior written approval of the Owner.

**§ 3.13.7** Only materials and equipment that are to be used directly in the Work shall be brought to and stored on the Project site by the Contractor. After equipment is no longer required for the Work, it shall be promptly removed from the Project site. Protection of construction materials and equipment stored at the Project site from weather, theft or damage is solely the responsibility of the Contractor.

**§ 3.13.8** Without limitation of any other provision of the Contract Documents, the Contractor shall use best efforts to minimize any interference with the occupancy or beneficial use of (i) any areas and buildings adjacent to the site of the Work and (ii) the building in the event of partial occupancy as more specifically described in Section 9.9.

**§ 3.13.9** The Work shall be performed, to the fullest extent reasonably possible, in such a manner that public areas adjacent to the site of the Work shall be free from all debris, building materials and equipment likely to cause hazardous conditions. The Contractor shall, wherever possible, keep the main entry roadway open and accessible for public use. The Contractor shall accelerate its operations in such a manner that minimizes interruption of driveways. The Contractor shall protect the adjacent property and the public at all times from hazards from their work in a manner conforming to all agencies of jurisdiction. Use or changes in use of the offsite area(s) shall not be the basis for increasing the GMP.

**§ 3.13.10** The Contractor's use of any rights-of-way, offsite areas, or adjacent lot shall be acceptable to the Owner, the jurisdictional authorities at the Project location, and adjacent property owners, and in compliance with any agreements between the Owner and its neighbors. To the extent the Work damages any rights-of-way, offsite areas, or adjacent lot, the Contractor shall completely restore such areas to their condition existing prior to such damage. The Contractor shall confine operations in such a manner that minimizes area and duration of off-site encumbrances, including sidewalks, alleyways, roadways, and adjacent property.

**§ 3.13.11** Without prior approval of the Owner, the Contractor shall not permit any workers to use any newly constructed or existing facilities at the Project site, including without limitation, lavatories, toilets, lobby entrances and parking areas other than those designated by the Owner.

---

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                    (944596295)

**PAGE 29**

**§ 3.14.2** The Contractor shall not damage or endanger a portion of the Work or fully or partially completed construction of the Owner or separate contractors by cutting, patching or otherwise altering such construction, or by excavation. The Contractor shall not cut or otherwise alter such construction by the Owner or a separate contractor except with written ~~consent~~ approval of the Owner and of such separate contractor; such ~~consent~~ approval shall not be unreasonably withheld. The Contractor shall not unreasonably withhold from the Owner or a separate contractor the Contractor's consent to cutting or otherwise altering the Work.

**§ 3.14.3** Any existing structures and facilities, including but not limited to buildings, landscaping, utilities, topography, streets, curbs, and walks, that are damaged or removed due to excavations or other construction work of the Contractor, shall be patched, repaired or replaced by the Contractor to the satisfaction of the Architect and Owner, the owner of such structures and facilities, and governmental authorities having jurisdiction. In the event a governmental authority requires that the repairing and patching be done with its own labor and/or materials, the Contractor shall abide by such requirement and it shall pay for such Work as a Cost of the Work within the GMP.

...

**§ 3.15.1** The Contractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations under the Contract. At the Owner's request and, in any event, at the completion of the Work, the Contractor shall remove waste materials, rubbish, the Contractor's tools, construction equipment, machinery and surplus materials from and about the Project.

**PAGE 30**

~~The Contractor shall provide the Owner and Architect access to the Work in preparation and progress wherever located.~~ **§ 3.16.1** Neither the Contractor nor the Architect nor any of their respective Consultants, Subcontractors, Sub-subcontractors, Suppliers, agents, employees, nor other persons or entities performing portions of the Work for, or on behalf of, the Contractor or the Architect shall provide access to the site to any person or party without the express written consent of the Owner. The Owner hereby consents to the Contractor and the Architect providing access to Owner's vendors for the purpose of completing such vendor's work on the Project.

**§ 3.16.2** The Owner shall have the right to access any part or parts of the Project in order to do whatever work is necessary to complete work not included in the Contract Documents. In accordance with any partial or phased completion and occupancy allowed by the Contract Documents, the Contractor shall ensure that the Work is performed in a manner that affords reasonable access, both vehicular and pedestrian, to the Owner, Owner's property manager and employees, lenders, service providers, representatives, invitees, consultants, and other authorized users prior to Substantial Completion in accordance with the accepted schedule. The Contractor shall coordinate its efforts with Owner's occupancy of the premises under this paragraph in such a way as to minimize impact to all parties.

...

~~The Contractor shall pay all royalties and license fees. The Contractor shall defend suits or claims for infringement of copyrights and patent rights and shall hold the Owner and Architect harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Drawings, Specifications or other documents prepared by the Owner or Architect. However, if the Contractor has reason to believe that the required design, process or product is an infringement of a copyright or a patent, the Contractor shall be responsible for such loss unless such information is promptly furnished to the Architect.~~ **§ 3.17.1** The Contractor shall pay all royalties and license fees. The Contractor shall defend suits or claims for infringement of copyrights and patent rights and shall hold the Owner and Architect harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Drawings, Specifications or other documents prepared by the Owner or Architect. However, if the Contractor has reason to believe that the required design, process or product is an infringement of a copyright or a

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

patent, the Contractor shall be responsible for such loss unless such information is promptly furnished to the Architect and the Owner.

...

§ 3.18.1 To the fullest extent permitted by law the Contractor shall ~~indemnify and hold harmless the Owner, Architect, Architect's consultants, and agents and employees of any of them from~~ indemnify, defend and hold harmless the Owner, Owner's Prime Consultants, Architect, Architect's consultants, Amazon.com, Inc. and additional Indemnified Parties set forth in the applicable Work Order, and their respective officers, directors, agents, shareholders, partners, managers, members, affiliates, owners, successors and employees (individually, each an "Indemnified Party" and collectively the "Indemnified Parties"), from, for, and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance ~~of the Work, provided that such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), but only to the extent caused by the negligent acts or omissions of the Contractor, a Subcontractor, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, regardless of whether or not such claim, damage, loss or expense is caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, abridge, or reduce other rights or obligations of indemnity that would otherwise exist as to a party or person described in this Section 3.18.~~ of the Work including, without limitation, third party claims and losses from fraud, breach of contract, violations of law, gross negligence and willful misconduct (hereinafter "Indemnity Claims").

§ 3.18.2 ~~In claims against any person or entity indemnified under this Section 3.18 by an employee of the Contractor, a Subcontractor, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under Section 3.18.1 shall not be limited by a limitation on~~ FOR THE SOLE PURPOSE OF EFFECTING THE INDEMNIFICATION OBLIGATIONS UNDER THE CONTRACT AND NOT FOR THE BENEFIT OF ANY THIRD PARTIES UNRELATED TO THE INDEMNIFIED PARTIES, THE CONTRACTOR SPECIFICALLY AND EXPRESSLY WAIVES ANY IMMUNITY THAT MAY BE GRANTED IT UNDER THE WASHINGTON STATE INDUSTRIAL INSURANCE ACT, TITLE 51 RCW, OR ANY OTHER WORKERS COMPENSATION OR INDUSTRIAL IMMUNITY LAWS. THIS PROVISION HAS BEEN EXPRESSLY AND MUTUALLY NEGOTIATED. Further the indemnification obligations under the Contract shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable ~~by or for the Contractor or a Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.~~ to or for any third party under the Worker Compensation Acts, Disability Benefit Acts or other employee benefit acts.

§ 3.18.3 If Indemnity Claims are caused or alleged to be caused in part by any joint or concurrent negligent act (either active or passive), willful misconduct, omission or breach of contract by the Indemnified Parties, the Contractor shall indemnify, hold harmless and defend the Indemnified Parties from such Indemnity Claims only to the extent such Indemnity Claims do not arise out of or result from the negligence, willful misconduct, or breach of contract of the Indemnified Parties. In no event shall the Contractor be obligated to indemnify an Indemnified Party for Indemnity Claims which arise out of or result from the sole negligence, or willful misconduct or breach of contract of such Indemnified Party or its agents, servants or independent contractors who are directly responsible to such Indemnified Party, excluding Contractor herein.

§ 3.18.4 The Owner shall advise the Contractor in writing of any action, administrative or legal proceeding or investigation as to which this indemnification may apply, and the Contractor, at Contractor's expense shall assume on behalf of the Owner or Indemnified Parties, and conduct with due diligence and in good faith, the defense thereof with counsel satisfactory to the Owner or Indemnified Parties, provided that (i) the Owner or Indemnified Parties shall have the right to be represented therein by advisory counsel of its own selection and at its own expense, and (ii) if the defendants in any such action include the Contractor and the Owner or the Indemnified Parties, and if the Owner or Indemnified Parties concludes the Contractor has a conflict of interest and cannot adequately represent the Owner or Indemnified Parties, then the Owner or the Indemnified Parties shall have the right to select separate counsel to participate in the defense of such action on their own behalf and the cost shall be at the Contractor's expense. In the event of failure by the Contractor to fully perform in accordance with this Section 3.18.4, the Owner or the Indemnified Parties may, at the option of any of them, and without relieving the Contractor of its obligations hereunder, so perform, but all costs and expenses (including, but not limited, to attorneys' fees and expert fees) so incurred by the Owner or the Indemnified Parties in that event shall be reimbursed by the Contractor to the Owner or

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                        (944596295)

the Indemnified Parties, together with interest on the same from the date that any such expense was paid by the Owner or Indemnified Parties until reimbursed in full by the Contractor, at the rate of interest provided in the Agreement. The obligations of the Contractor under this Section 3.18.4 shall survive the expiration or termination of the Contract Documents.

**PAGE 31**

**§ 4.1.1** The Owner shall retain an architect lawfully licensed to practice architecture or an entity lawfully practicing architecture in the jurisdiction where the Project is located. That person or entity is identified as the Architect in the ~~Agreement~~ Work Order and is referred to throughout the Contract Documents as if singular in number.

**§ 4.1.2** ~~Duties, responsibilities and limitations of authority of the Architect as set forth in the Contract Documents shall not be restricted, modified or extended without written consent of the Owner, Contractor and Architect. Consent shall not be unreasonably withheld.~~ The Owner at its option may, upon written notice to the Contractor, delegate all or part of any of the Architect's responsibilities under this Article 4 to the Owner, Owner's Development Manager, or any other person or entity identified by Owner in such notice. Effective as of the date of such notice, the term "Architect" as used in Article 4 shall mean the delegate named by the Owner for such delegated responsibility. If the Owner delegates some or all of Architect's responsibilities under this Article 4, the delegate identified by the Owner will not be required to be licensed to practice architecture unless otherwise required by law.

**§ 4.1.3** ~~If the employment of the Architect is terminated, the Owner shall employ a successor architect as to whom the Contractor has no reasonable objection and whose status under the Contract Documents shall be that of the Architect.~~ The Architect may from time to time issue additional Drawings and Specifications to provide coordination and conforming details and otherwise issue additional Drawings and Specifications necessary to complete the Project (all such additional Drawing and Specifications are referred to as "Additional Drawings and Specifications"). To the extent that the Additional Drawings and Specifications are (1) more specific and detailed than the Drawings and Specifications and (2) (a) reasonably necessary to coordinate or provide conforming details for the architectural, structural, mechanical, electrical, plumbing, and other plans, specifications, and addenda included with the Drawings and Specifications, or (b) necessary to accurately reflect the scope, quality, quantity, function, or intent reflected in the Drawings and Specifications (all such matters described in (a) and (b) preceding are herein called "Completion Details"), and to the extent that Completion Details are not changes to the scope of Work in the applicable Work Order, the Contractor shall not be entitled to an increase in the GMP or extension of Contract Time related thereto. The Contractor acknowledges that the Contractor has extensively reviewed and analyzed the Drawings and Specifications. In determining the GMP, the Contractor has taken into account the fact that necessary Completion Details may be included in the Additional Drawings and Specifications.

...

**§ 4.2.1** ~~The~~ If authorized by the Owner to do so, the Architect will provide administration of the Contract as described in the Contract Documents ~~and will be an Owner's representative~~ during construction until the date the Architect issues the final Certificate ~~for Payment.~~ for Payment, and with the Owner's concurrence, from time to time during the one-year period for correction of Work described in Section 12.2. At the election of the Owner, the Architect will also provide administration of the Contract from time to time during the one-year period for correction of Work described in Section 12.2. The Architect will have authority to act on behalf of the Owner only to the extent provided in the Contract Documents. The Owner's Prime Consultants may provide limited contract administration as described herein.

**§ 4.2.2** The Architect will visit the site at intervals appropriate to the stage of construction, or as otherwise agreed with the Owner, to become generally familiar with the progress and quality of the portion of the Work completed, and to determine in general if the Work observed is being performed in a manner indicating that the Work, when fully completed, will be in accordance with the Contract Documents. The Owner may also regularly visit the site to make such decisions and to issue such directives or information as necessary to the administration of the Work in accordance with the Contract Documents. However, the Architect and Owner will not be required to make exhaustive or continuous on-site inspections to check the quality or quantity of the Work. The Architect and Owner will not have control over, charge of, or responsibility for, the construction means, methods, techniques, sequences or procedures, or for the safety precautions and programs in connection with the Work, since these are solely the

---

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA®  Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA®  Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944506295)

Contractor's rights and responsibilities under the Contract Documents, except as provided in Section 3.3.1. The presence of the Architect, Owner's Development Manager or Owner on the site shall not in any manner be construed as assurance that the Work is being completed in compliance with the Contract Documents, nor as evidence that any requirements of the Contract Documents of any kind, including notice, have been met or waived.

§ 4.2.3 On the basis of the site visits, the Architect will keep the Owner reasonably informed about the progress and quality of the portion of the Work completed, and report to the Owner (1) known deviations from the Contract Documents and from the most recent construction schedule submitted by the Contractor, and (2) defects and deficiencies observed in the Work. The Architect will not Neither the Architect nor the Owner will be responsible for the Contractor's failure to perform the Work in accordance with the requirements of the Contract Documents. The Architect will not Neither the Architect nor the Owner will have control over or charge of and will not be responsible for acts or omissions of the Contractor, Subcontractors, or their agents or employees, or any other persons or entities performing portions of the Work.

**PAGE 32**

Except as otherwise provided in the Contract Documents or when direct communications have been specially authorized, the Owner and Contractor shall endeavor to communicate with each other through the Architect about matters arising out of or relating to the Contract. Communications by and with the Architect's consultants shall be through the Architect. Communications by and with Subcontractors and material suppliers Suppliers shall be through the Contractor. Communications by and with separate contractors shall be through the Owner.

§ 4.2.5 Based on the Architect's and Owner's (at Owner's option) evaluations of the Contractor's Applications for Payment, the Architect will review and certify the amounts due the Contractor and will issue Certificates for Payment in such amounts.

§ 4.2.6 The Architect and Owner each has authority to reject Work that does not conform to the Contract Documents. Whenever the Architect or Owner considers it necessary or advisable, the Architect such party will have authority to require inspection or testing of the Work in accordance with Sections 13.5.2 and 13.5.3, whether or not such Work is fabricated, installed or completed. However, neither this authority of the Architect or Owner nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect or Owner to the Contractor, Subcontractors, material and equipment suppliers, Sub-subcontractors, Suppliers, their agents or employees, or other persons or entities performing portions of the Work.

§ 4.2.7 The Architect will review and approve, or take other appropriate action upon, the Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Architect's action will be taken in accordance with the submittal schedule approved by the Architect and Owner or, in the absence of an approved submittal schedule, with reasonable promptness while allowing sufficient time in the Architect's professional judgment to permit adequate review. Review of such submittals is not conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities, or for substantiating instructions for installation or performance of equipment or systems, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Architect's review of the Contractor's submittals shall not relieve the Contractor of the obligations under Sections 3.3, 3.5 and 3.12. 3.5, 3.12 or other provisions of the Contract. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of any construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

§ 4.2.8 The Architect will prepare Change Orders and Construction Change Directives, and may authorize minor changes in the Work as provided in Section 7.4. The Architect will investigate and make determinations and recommendations regarding concealed and unknown conditions as provided in Section 3.7.4.[Intentionally omitted].

§ 4.2.9 The Architect will conduct inspections to determine the date or dates of Substantial Completion and the date of final completion; Final Completion; issue Certificates of Substantial Completion pursuant to Section 9.8; receive and forward to the Owner, for the Owner's review and records, written warranties and related documents required

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                (944596295)

31

by the Contract and assembled by the Contractor pursuant to Section 9.10; and with the Owner's review and concurrence issue a final Certificate for Payment pursuant to Section 9.10.

**§ 4.2.10** If the Owner and Architect agree, the Architect will provide one or more project representatives to assist in carrying out the Architect's responsibilities at the site. ~~The duties, responsibilities and limitations of authority of such project representatives shall be as set forth in an exhibit to be incorporated in the Contract Documents.~~

**§ 4.2.11** The ~~Architect~~ Architect, to the extent requested by the Owner, will interpret and decide matters concerning performance under, and requirements of, the Contract Documents on written request of ~~either the Owner or Contractor.~~ Owner. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness. If no agreement is made concerning the time within which interpretations required of the Architect shall be furnished in compliance with this Section 4.2, then delay shall not be recognized on account of failure by the Architect to furnish such interpretations as soon as reasonably practicable, but not more than fifteen (15) days after written request is made for them.

## PAGE 33

**§ 4.2.13** The ~~Architect's decisions on matters relating to aesthetic effect will be final if consistent with the intent expressed in the Contract Documents.~~ Architect will review and respond to requests for information about the Contract Documents. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness. If appropriate, the Architect will prepare and issue supplemental Drawings and Specifications in response to the requests for information.

~~**§ 4.2.14** The Architect will review and respond to requests for information about the Contract Documents. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness. If appropriate, the Architect will prepare and issue supplemental Drawings and Specifications in response to the requests for information.~~

...

**§ 5.1.1** A Subcontractor is a person or entity who has a direct contract with the Contractor to perform a portion of the Work at the site. The term "Subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Subcontractor or an authorized representative of the Subcontractor. The term "Subcontractor" does not include a separate contractor not engaged by the Contractor or subcontractors of a separate contractor.

**§ 5.1.2** A Sub-subcontractor is a person or entity who has a ~~direct or indirect contract with a Subcontractor~~ contract with a Subcontractor to perform a portion of the Work at the Project site or a person or entity with a lower-tier subcontract to perform a portion of the Work at the Project site. The term "Sub-subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Sub-subcontractor or an authorized representative of the Sub-subcontractor.

**§ 5.1.3** A Supplier is a person or entity who has a contract with Contractor or a Subcontractor to provide any equipment, supplies, materials, or other goods in connection with the Work and who is not a Subcontractor or a Sub-subcontractor. The term "Supplier" is referred to throughout the Contract Documents as if singular in number and means a Supplier or an authorized representative of the Supplier.

...

**§ 5.2.1** Unless otherwise stated in the Contract Documents or the bidding requirements, the Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the Owner ~~through the Architect~~ the names of persons or entities (including those who are to furnish materials or equipment fabricated to a special design) proposed for each principal portion of the Work. The ~~Architect may reply within 14 days~~ Owner will promptly reply to the Contractor in writing stating ~~(1) whether the Owner or the Architect has reasonable~~ whether or not the Owner, after due consideration, has an objection to any such proposed person or entity or ~~(2)~~ that the ~~Architect~~ Owner

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                    **32**

(944596295)

requires additional time for review. Failure of the Owner ~~or Architect to reply within the 14-day period shall constitute notice of no reasonable objection.~~to reply within fourteen (14) days shall constitute notice of no objection.

**§ 5.2.1.1** It is the Contractor's sole responsibility to pre-qualify and determine the capability of all Subcontractors, Sub-subcontractors and Suppliers to perform the Work, their financial capacity, and whether bids are complete and in compliance with the Contract Documents, and thus all persons or entities proposed by the Contractor to be Subcontractors, Sub-subcontractors or Suppliers shall be responsible persons or entities of suitable experience, ability and licensed to perform the Work proposed to be subcontracted to it.

## PAGE 34

**§ 5.2.3** If the Owner or Architect has reasonable objection to a person or entity proposed by the Contractor, the Contractor shall propose another to whom the Owner or Architect has no reasonable objection. If the proposed but rejected Subcontractor ~~was reasonably capable of performing the Work, the Contract Sum and~~ or Supplier was reasonably capable of performing the Work and met the approval of the Contractor, and provided (i) the GMP was based on the proposed but rejected Subcontractor's or Supplier's price and (ii) reasonable backup evidencing so is provided the Owner, the GMP and the Contract Time shall be increased or decreased by the difference, if any, occasioned by such change, and an appropriate Change Order shall be issued before commencement of the substitute Subcontractor's or Supplier's Work. However, no increase in the ~~Contract Sum~~ GMP or Contract Time shall be allowed for such change unless the Contractor has acted promptly and responsively in submitting names as required.

**§ 5.2.4** The Contractor shall not substitute a Subcontractor, person or entity previously ~~selected if the Owner or Architect makes reasonable objection to such substitution.~~identified and not objected to by the Owner pursuant to Section 5.2.1 above without the prior written consent of the Owner, which consent the Owner shall not unreasonably withhold.

**§ 5.2.5** At the Owner's request, the Contractor shall provide the Owner within ten (10) days of such request with a true and complete copy of any executed subcontract(s) or supply contract(s) requested by the Owner, including all modifications thereto.

**§ 5.2.6** The Contractor shall first pay out of payments received under the Contract (and secure the discharge of any liens asserted by) all persons furnishing labor, equipment, materials or other items in connection with the performance of the Work (including, but not limited to, any Subcontractors, Sub-subcontractors or Suppliers). The Contractor agrees that provided the Owner has paid the Contractor for all undisputed sums in accordance with the Contract, the Owner has the right to a lien free Project. The Owner may, at its discretion, after providing the Contractor with notice and a two (2) day period for the Contractor to cure, make joint payments to the Contractor and its creditors. The Owner reserves the right, in the event a claim is made against the Owner arising out of any obligation incurred by the Contractor under the Contract or in connection with performance of the Work, to withhold payments due to or become due to the Contractor in such amounts as are necessary to cover the claim and any costs or expenses arising in connection with the legal settlement thereof. The Contractor further agrees that if any lien or claim is filed or made against the Project site, Project or the Owner as a result of Contractor's failure to meet its obligations, and if the Owner has made payment to the Contractor of all undisputed sums due under the Contract, the Owner upon fourteen (14) days prior written notice shall have the right to settle said lien or claim directly and deduct the cost of the settlement from payments due the Contractor, provided that the Contractor within such fourteen (14) day period has not settled such lien or claim or bonded around such lien claim in a manner satisfactory to the Owner.

...

~~By appropriate agreement, written where legally required for validity, the Contractor shall require each Subcontractor, to the extent of the Work to be performed by the Subcontractor, to be bound to the Contractor by terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities, including the responsibility for safety of the Subcontractor's Work, which the Contractor, by these Documents, assumes toward the Owner and Architect. Each subcontract agreement shall preserve and protect the rights of the Owner and Architect under the Contract Documents with respect to the Work to be performed by the Subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the Subcontractor, unless specifically provided otherwise in the subcontract agreement, the benefit of all rights, remedies and redress against the~~

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

~~Contractor that the Contractor, by the Contract Documents, has against the Owner. Where appropriate, the Contractor shall require each Subcontractor to enter into similar agreements with Sub-subcontractors. The Contractor shall make available to each proposed Subcontractor, prior to the execution of the subcontract agreement, copies of the Contract Documents to which the Subcontractor will be bound, and, upon written request of the Subcontractor, identify to the Subcontractor terms and conditions of the proposed subcontract agreement that may be at variance with the Contract Documents. Subcontractors will similarly make copies of applicable portions of such documents available to their respective proposed Sub-subcontractors.~~ **§ 5.3.1** By appropriate written agreement, the Contractor shall require each Subcontractor, to the extent of the Work to be performed by the Subcontractor, to be bound to the Contractor by terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities, including the responsibility for safety of the Subcontractor's Work, which the Contractor, by these Documents, assumes toward the Owner and Architect. Each subcontract agreement shall preserve and protect the rights of the Owner and Architect under the Contract Documents with respect to the Work to be performed by the Subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the Subcontractor, unless specifically provided otherwise in the subcontract agreement, the benefit of all rights, remedies and redress against the Contractor that the Contractor, by the Contract Documents, has against the Owner. Except as permitted by the Owner, the Contractor shall require each Subcontractor to enter into similar agreements with Sub-subcontractors. Notwithstanding any provision of Section 5.3.1, any part of the Work performed for the Contractor by a Subcontractor or its Sub-subcontractor or any Supplier shall be pursuant to a written subcontract or purchase agreement between Contractor and such Subcontractor or Supplier (or Subcontractor and its Sub-subcontractor or Supplier), which shall be prepared on a form satisfactory to Owner in all respects. Each such subcontract or agreement shall contain provisions that:

   **.1**   require that such Work be performed in accordance with the requirements of the Contract Documents;

   **.2**   require the Subcontractor, Sub-subcontractor, or Supplier to carry and maintain insurance coverage in amounts which are customary to the industry and sufficient to protect the Owner, and to file certificates of such coverage with the Contractor;

   **.3**   require the Subcontractor, Sub-subcontractor, or Supplier to submit certificates and waivers of liens for Work completed by it and by Sub-subcontractors or for materials provided by a Supplier as a condition to the disbursement of the progress payment next due and owing;

   **.4**   require submissions to the Contractor or Subcontractor, as the case may be, of applications for payment in a form approved by the Owner, together with clearly defined invoices and billings supporting all such applications under each subcontract to which the Contractor is a party;

   **.5**   require each Subcontractor, Sub-subcontractor, or Supplier to furnish to the Contractor in a timely fashion all information necessary for the preparation and submission of the reports required herein; and

   **.6**   require that each Subcontractor, Sub-subcontractor, or Supplier continue to perform under its subcontract or agreement in the event the Contract is terminated and the Owner elects to take an assignment of its subcontract or agreement and requests such Subcontractor, Sub-subcontractor or Supplier to continue such performance.

**§ 5.3.2** The Contractor shall be fully and solely responsible to the Owner for all acts and omissions of the Subcontractors, Sub-subcontractors, Suppliers and other persons and organizations performing or furnishing any of the Work under a contract with the Contractor, just as the Contractor is responsible for the Contractor's own acts and omissions.

**§ 5.3.3** All responsibilities and obligations of the Contractor under the Contract Documents shall also apply to all Subcontractors and Sub-subcontractors to the extent that they relate to the portion of the Work performed by such Subcontractors or Sub-subcontractors. Any specific requirement in the Contract that the responsibilities or obligations of the Contractor also apply to a Subcontractor or Sub-subcontractor is added for emphasis only and is hereby deemed to include a Subcontractor and Sub-subcontractor. The omission of a reference to a Subcontractor or Sub-subcontractor in connection with any of the Contractor's responsibilities or obligations shall not be construed to diminish, abrogate or limit any responsibilities or obligations of a Subcontractor or Sub-subcontractor under the Contract Documents or the applicable subcontract.

**PAGE 35**

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA®  Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA®  Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

**34**

(944596295)

.1    assignment is effective only after termination of the Contract by the Owner for cause pursuant to Section 14.2 <u>or for convenience pursuant to Section 14.4,</u> and only for those subcontract agreements that the Owner accepts by notifying the Subcontractor and Contractor in writing; and

.2    assignment is subject to the prior rights of the surety, if any, obligated under bond relating to the Contract.

~~When the Owner accepts the assignment of a subcontract agreement, the Owner assumes the Contractor's rights and obligations under the subcontract.~~

**§ 5.4.2** Upon such ~~assignment, if the Work has been suspended for more than 30 days, the Subcontractor's compensation shall be equitably adjusted for increases in cost resulting from the suspension.~~<u>assignment to the Owner under this Section 5.4, the Owner may further assign the subcontract to a successor contractor or other entity.</u>

~~**§ 5.4.3** Upon such assignment to the Owner under this Section 5.4, the Owner may further assign the subcontract to a successor contractor or other entity. If the Owner assigns the subcontract to a successor contractor or other entity, the Owner shall nevertheless remain legally responsible for all of the successor contractor's obligations under the subcontract.~~

...

**§ 6.1.1** The Owner reserves the right to perform construction or operations related to the Project with the Owner's own forces, and to award separate contracts in connection with other portions of the Project or other construction or operations on the ~~site under Conditions of the Contract identical or substantially similar to these including those portions related to insurance and waiver of subrogation.~~ <u>site.</u> If the Contractor claims that delay or additional cost is involved because of such action by the Owner, the Contractor shall make such Claim as provided in Article 15.

**§ 6.1.2** When separate contracts are awarded for different portions of the Project or other construction or operations on the site, the term "Contractor" in the Contract Documents in each case shall mean the ~~Contractor who executes each separate Owner-Contractor Agreement.~~<u>contractor who executes each separate Owner-Contractor Agreement with respect to such contractor's portion of the Project.</u>

**§ 6.1.3** The Owner shall provide for coordination of the activities of the Owner's own forces and of each separate contractor with the Work of the Contractor, who shall cooperate with ~~them.~~ <u>them and the Contractor shall conduct its Work so that operations of both sustain the least interference and delay.</u> The Contractor shall participate with other separate contractors and the Owner in reviewing their construction schedules. The Contractor shall make any revisions to the construction schedule deemed necessary after a joint review and mutual ~~agreement.~~ <u>agreement with the Owner.</u> The construction schedules shall then constitute the schedules to be used by the Contractor, separate contractors and the Owner until subsequently revised.

~~**§ 6.1.4** Unless otherwise provided in the Contract Documents, when the Owner performs construction or operations related to the Project with the Owner's own forces, the Owner shall be deemed to be subject to the same obligations and to have the same rights that apply to the Contractor under the Conditions of the Contract, including, without excluding others, those stated in Article 3, this Article 6 and Articles 10, 11 and 12.~~

<u>**§ 6.2.0** The Owner shall have the right to invite the Landlord (if any) to attend and participate in all meetings with the Contractor, Subcontractors, the Architect and project managers that concern the Project or any aspect of the Project, including, without limitation, the Project budget.</u>

**§ 6.2.1** The Contractor shall afford the Owner and <u>the Owner's or Landlord's</u> separate contractors reasonable opportunity for introduction and storage of their materials and equipment and performance of their activities, and shall connect and coordinate the Contractor's construction and operations with theirs as required by the Contract Documents. <u>If the Contractor receives items from a separate contractor or from the Owner for storage, erection or installation, the Contractor shall acknowledge receipt for items delivered, and thereafter will be held responsible for the care, storage and any necessary replacement of items received.</u>

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

35

**§ 6.2.2** If part of the Contractor's Work depends ~~for proper execution or results~~ upon construction or operations by the Owner or a separate contractor, the Contractor shall, prior to proceeding with that portion of the Work, promptly report to the ~~Architect~~ Owner apparent discrepancies or defects in such other construction that would render it unsuitable for ~~such~~ proper execution and results. Failure of the Contractor to so ~~to~~ report shall constitute an acknowledgment that the Owner's or separate contractor's completed or partially completed construction is fit and proper to receive the Contractor's Work, except as to defects not then reasonably discoverable.

**§ 6.2.2.1** The Contractor shall be responsible for communicating to the Owner problems and anticipated problems with any separate contractor which may impede the progress of the Project. The Contractor may receive a copy of specifications, drawings and the schedules for work performed under separate contracts and the Contractor shall review these documents for coordination purposes.

**§ 6.2.3** The Contractor shall reimburse the Owner for costs the Owner incurs that are payable to a separate contractor because of the Contractor's delays, improperly timed activities or defective construction. ~~The Owner shall be responsible to the Contractor for costs the Contractor incurs because of~~ Subject to the limitations of Articles 4 and 8, the Contractor shall not be responsible for a separate contractor's delays, improperly timed activities, damage to the Work or defective construction.

**PAGE 36**

**§ 6.2.5** The Owner and each separate contractor shall have the same responsibilities for cutting and patching as are described for the Contractor in Section ~~3.14.~~3.14 with respect to such party's work.

**§ 6.2.6** The Contractor shall notify the Owner in writing immediately of any damage, defects or deficiencies of Owner-furnished, Contractor-installed equipment upon receipt of such equipment by the Contractor.

...

~~If a dispute arises among the Contractor, separate contractors and the Owner as to the responsibility under their respective contracts for maintaining the premises and surrounding area free from waste materials and rubbish, the Owner may clean up and the Architect will allocate the cost among those responsible.~~**§ 6.3.1** If a dispute arises among the Contractor, separate contractors and the Owner as to the responsibility under their respective contracts for maintaining the premises and surrounding area free from waste materials and rubbish, the Owner may clean up and allocate the cost among those responsible.

...

**§ 7.1.1** Changes in the Work may be accomplished after execution of the Contract, and without invalidating the Contract, by Change Order, Construction Change Directive or order for a minor change in the Work, subject to the limitations stated in this Article 7 and elsewhere in the Contract Documents. The Contractor shall not be entitled to any adjustments to the Contract Time or the GMP or any other additional compensation or extensions of time for work performed, which is additional to or different from the Work specified in the Contract Documents, unless such additional or different work is authorized by a Change Order or a Construction Change Directive or other written authorization signed by the Owner prior to the additional or different work being commenced. Any change request first submitted after the work is performed will not be accepted or paid. In the event that the Owner and Contractor agree that work must be commenced prior to agreement on any additional cost, the Contractor shall obtain the Owner's written authorization to proceed before commencing any additional work. The procedures and methods set forth in this Article 7 and in Article 8 for determining and establishing adjustments to the GMP and the Contract Time shall also govern any Contractor Claims for additional compensation and/or extensions of time for performance.

**§ 7.1.2** A Change Order shall be ~~based upon agreement among the Owner, Contractor and Architect; a Construction Change Directive requires agreement by the Owner and Architect~~ a written agreement between the Owner and Contractor; a Construction Change Directive shall be in writing and may or may not be agreed to by the Contractor; an order for a minor change in the Work may be issued by the Architect ~~alone.~~with written approval of the Owner.

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 7.1.3** Changes in the Work shall be performed under applicable provisions of the Contract Documents, and the Contractor shall proceed with authorized changes promptly, unless otherwise provided in the Change Order, Construction Change Directive ~~or order for a minor change in the Work.~~or Work Order from the Owner. No course of conduct or dealing between the parties, and no express or implied acceptance of alterations or additions to the Work, and no claim that the Owner has been unjustly enriched by any alternation of or addition to the Work, shall constitute a change in the Contract Documents or a change in the Contract Time or GMP provided for in the Contract Documents unless it has been included in a Change Order, Construction Change Directive or Work Order. Nothing in this provision shall preclude the Contractor from seeking a change in the GMP or Contract Time in accordance with the provisions of Articles 7 and 15.

**§ 7.1.4** Overtime, when specifically requested and authorized by the Owner and not as a corrective measure, shall be paid for by the Owner on the basis of the premium portion of payment only, plus the cost of insurance and taxes based on the premium payment. Contractor's Fee will not be applied to overtime unless the Owner has (1) caused an acceleration or delay of the Project requiring overtime to maintain the Project construction schedule or (2) issued a Construction Change Directive that requires overtime or impacts the Project such that overtime is required to maintain the construction schedule.

**PAGE 37**

**§ 7.2.1** A Change Order is a written instrument ~~prepared by the Architect and signed by the Owner, Contractor and Architect~~ signed by the Owner and Contractor stating their agreement upon all of the following:

...

> **.2** The amount of the adjustment, if any, in the ~~Contract Sum;~~ GMP; and
> **.3** The extent of the adjustment, if any, in the Contract Time.

**§ 7.2.2** Methods used in determining adjustments to the GMP may include those listed in Section 7.3.3.

**§ 7.2.3** The Contract Time or the GMP shall not be affected by a Change Order except as specifically set forth on the Change Order. The GMP adjustment, if any, for any change agreed to in writing by the Owner and Contractor on a particular Change Order shall constitute full and total payment for such change and for the effect of the change on the remainder of the Project, and no other claim or cost shall be made on account of the Cost of the Work, the Contractor's Fee or the GMP as a result of such Change Order except as set forth therein.

**§ 7.2.4** Agreement on any Change Order shall constitute a final settlement of all matters relating to the change in the Work that is the subject of the Change Order, including but not limited to, all direct and indirect costs associated with such change, including but not limited to delay or acceleration damages and overhead expenses related to Contractor's principal office or offices other than the Project site office, profit, and any and all adjustments to the GMP and the Contract Time.

...

**§ 7.3.1** A Construction Change Directive is a written order prepared by the Architect or Owner and signed by the ~~Owner and Architect,~~ Owner, directing a change in the Work prior to agreement on adjustment, if any, in the ~~Contract Sum~~ GMP or Contract Time, or both. The Owner may by Construction Change Directive, without invalidating the Contract, order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions, the ~~Contract Sum~~ GMP and Contract Time being adjusted accordingly. All Construction Change Directives shall be resolved in a subsequent Change Order.

**PAGE 38**

**§ 7.3.3** If the Construction Change Directive provides for an equitable adjustment to the ~~Contract Sum,~~ GMP, the adjustment shall be based on one of the following methods:

...

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

**§ 7.3.4** If unit prices are stated in the Contract Documents or subsequently agreed upon, and if quantities originally contemplated are materially changed in a proposed Change Order or Construction Change Directive so that application of such unit prices to quantities of Work proposed will cause substantial inequity to the Owner or Contractor, the applicable unit prices shall be equitably ~~adjusted.~~adjusted as agreed by the parties.

**§ 7.3.5** Upon receipt of a Construction Change Directive, the Contractor shall promptly proceed with the change in the Work involved and advise the Architect and Owner of the Contractor's agreement or disagreement with the method, if any, provided in the Construction Change Directive for determining the proposed adjustment in the ~~Contract Sum~~ GMP or Contract Time.

**§ 7.3.6** A Construction Change Directive signed by the Contractor indicates the Contractor's agreement therewith, including adjustment in ~~Contract Sum~~ GMP and Contract Time or the method for determining them. Such agreement shall be effective immediately and shall be recorded as a Change Order.

**§ 7.3.7** If the Contractor does not respond promptly or disagrees with the method for adjustment in the ~~Contract Sum, the Architect~~ GMP, the Owner, in consultation with the Architect, shall determine the method and the adjustment on the basis of reasonable expenditures and savings of those performing the Work attributable to the change, including, in case of an increase in the ~~Contract Sum, an amount for overhead and profit as set forth in the Agreement, or if no such amount is set forth in the Agreement, a reasonable amount.~~ GMP, Contractor's Fee as set forth in the applicable Work Order. In such case, and also under Section 7.3.3.3, the Contractor shall keep and present, in such form as the Architect and/or Owner may prescribe, an itemized accounting of expenditures and savings attributable to the change together with appropriate supporting data. Unless otherwise provided in the Contract Documents, costs for the purposes of this Section 7.3.7 shall be limited to the following:

    **.1**    Costs of labor, including social security, old age and unemployment insurance, fringe benefits required by agreement or ~~custom,~~ industry standard, and workers' compensation insurance;

...

    **.5**    Additional costs of supervision and field office personnel directly attributable to ~~the change.~~the change, which shall only be applicable to Change Orders that change the Contract Time of the Project.

**§ 7.3.7.A** The allowance for overhead expenses related to Contractor's principal office or offices other than the Project site office and profit combined, included in calculating the total cost to the Owner for additional or different work pursuant to this Article 7, is accounted for within Contractor's Fee as set forth in the applicable Work Order.

**§ 7.3.8** The amount of credit to be allowed by the Contractor to the Owner for a deletion or change that results in a net decrease in the ~~Contract Sum~~ GMP shall be actual net ~~cost as confirmed by the Architect.~~ cost. When both additions and credits covering related Work or substitutions are involved in a change, ~~the allowance for overhead and profit shall be figured on the basis of~~Contractor's Fee shall be applied to the net increase, if any, with respect to that change. As used in this Section 7.3.8, "net increase" shall mean the cost to the Contractor plus any actual restocking, return or other charges assessed by vendors to the Contractor, less any discounts available to the Contractor.

**§ 7.3.9** Pending final determination of the total cost of a Construction Change Directive to the Owner, the Contractor may request payment for Work completed under the Construction Change Directive in Applications for Payment. ~~The Architect will make an interim determination for purposes of monthly certification for payment for those costs and certify for payment the amount that the Architect determines, in the Architect's professional judgment, to be reasonably justified. The Architect's interim determination of cost shall adjust the Contract Sum on the same basis as a Change Order, subject to the right of either party to disagree and assert a Claim~~ For any portion of such cost that remains in dispute, such dispute shall be resolved in accordance with Article 15.

**§ 7.3.10** When the Owner and Contractor ~~agree with a determination made by the Architect concerning the adjustments in the Contract Sum and Contract Time, or otherwise~~reach agreement upon the adjustments, such agreement shall be effective immediately and ~~the Architect will prepare~~ documented in a Change Order. Change Orders may be issued for all or any part of a Construction Change Directive.

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 7.3.11** The execution of a Change Order shall constitute a waiver of Claims by the Contractor arising out of the Work to be performed or deleted pursuant to the Change Order, except as specifically described in the Change Order.

## PAGE 39

The Architect has ~~authority~~ authority, with the written approval of the Owner, to order minor changes in the Work not involving adjustment in the ~~Contract Sum~~ GMP or extension of the Contract Time and not inconsistent with the intent of the Contract Documents. Such changes will be effected by written order signed by the Architect and the Owner and shall be binding on the ~~Owner and~~ Contractor.

...

**§ 8.1.1** Unless otherwise provided, Contract Time is the period of time, including authorized adjustments, allotted in the Contract Documents for ~~Substantial Completion of the Work.~~ achieving Substantial Completion.

**§ 8.1.2** The date of commencement (the "Commencement Date") of the Work is the date established in the ~~Agreement.~~ applicable Work Order or Notice to Proceed.

**§ 8.1.3** ~~The date of~~ Substantial Completion is the date certified by the Architect and Owner in accordance with Section 9.8.

...

**§ 8.1.5** "Final Completion" shall occur upon completion of the Work, including all Punch List items, and the Owner's acceptance of the Work in accordance with Section 9.10.

**§ 8.2.1** Time limits stated in the Contract Documents are of the essence of the Contract. By executing the ~~Agreement~~ Work Order, the Contractor confirms that the Contract Time is a reasonable period for performing the Work.

...

**§ 8.2.3** The Contractor shall proceed expeditiously with adequate forces and in accordance with the construction schedule shall achieve Substantial Completion within the Contract Time. The Contractor shall furnish sufficient forces, construction plant and equipment, and shall work such hours, including night shifts, overtime operations and weekend and holiday work as may be necessary to insure the production of the Work in accordance with the required date of Substantial Completion and the approved Contractor's construction schedule. If the Contractor substantially fails to perform in a timely manner in accordance with the Contract Documents and, through the fault of the Contractor or Subcontractor(s) fails to meet the Contractor's construction schedule, the Contractor shall take such steps as may be necessary to immediately improve its progress by increasing the number of workers, shifts, overtime operations or days of work, as a Cost of the Work within the GMP.

**§ 8.2.4** After Substantial Completion, the Contractor shall carry the Work forward expeditiously with adequate forces and shall achieve Final Completion, satisfying all requirements necessary for the Owner's acceptance of the Project, on or before the required date of Final Completion set forth in the applicable Work Order. If a required date of Final Completion is not set forth in the applicable Work Order, the Contractor shall achieve Final Completion within thirty (30) calendar days after Substantial Completion unless otherwise agreed to in writing by the Owner. The timing of all Work to be performed by the Contractor after Substantial Completion, including but not limited to Punch List items, shall be coordinated with the Owner.

## PAGE 40

**§ 8.3.1** ~~If~~ Unless otherwise provided in any applicable Work Order, if the Contractor is delayed at any time in the commencement or progress of the Work by ~~an~~ (i) an act or neglect of the Owner or Architect, or of an employee of either, or of a separate contractor employed by the Owner; or by changes ordered in ~~the Work; or by labor disputes, fire, unusual delay in deliveries,~~ the Work by the Owner (collectively "Compensable Delays"); or by (ii) labor disputes beyond the Contractor's control, fire, unavoidable delay in deliveries (if the Contractor acted with

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

reasonable diligence to assure timely delivery by having timely placed orders and by follow-up and expediting procedures that would assure timely delivery), adverse abnormal weather impacts, unavoidable casualties or other causes beyond the Contractor's ~~control; or by delay authorized by the Owner pending mediation and arbitration; or by other causes that the Architect determines may justify delay, then the Contract Time shall be extended by Change Order for such reasonable time as the Architect may determine.~~ control (collectively "Excusable Delays"), then in either case, the Contract Time shall be extended by Change Order to the extent such delay will prevent the Contractor from achieving Substantial Completion within the Contract Time, taking into consideration, without limitation, any Float in the critical-path Project schedule. The Contractor acknowledges and agrees that equitable adjustments in the Contract Time and equitable adjustments to the GMP pursuant to Section 8.3.3 will be permitted for a delay only to the extent such delay (i) is not caused by the Contractor or its Subcontractors or its Suppliers, (ii) could not be limited or avoided by the Contractor's timely notice to the Owner of the delay or reasonable likelihood that a delay will occur, or (iii) could not be avoided or mitigated by reasonable work-around or precautionary measures. If there is a concurrent delay to the critical path attributable to the Contractor and Owner, it will be proportionately allocated between the Owner and Contractor based on the percent of impact caused by each party. The Contractor further agrees that its right to receive an extension of time for Excusable Delays pursuant to the provisions of this Section 8.3 shall be the Contractor's sole and exclusive remedy with regard to any delays or interferences with the Contractor's schedule for completion of the Work, and Contractor hereby waives any and all claims for monetary damages arising out of or related to any such delay or interference, including, without limitation, claims for delay damages, and any other form of time-related damages, or any other claimed direct or consequential damages of any type or nature whatsoever. The part of a concurrent delay allocated to the Owner is an Excusable Delay. Any adjustment in the Contract Time shall be limited to the impact of a delay on the critical path of the Project schedule.

If at any time the Contractor becomes aware that its Work is being delayed in a material way (regardless of the cause or potential responsibility), the Contractor shall give the Owner written notice of the delay ("Notice of Delay"). The Notice of Delay shall be given as soon as reasonably possible, but no later than seven (7) days after the Contractor becomes aware of the delay. Notices of Delay shall be numbered to facilitate tracking them to resolution. The parties agree to place a high priority and emphasis on resolving issues that may be causing delay to minimize any impact to the Project schedule and costs.

Any Notice of Delay shall provide the following information to the extent it is then known by the Contractor:
   a.    Identify the activity that is being delayed and when the delay started.
   b.    State the working days of Float the delayed activity has in the most current schedule.
   c.    Provide facts, circumstances and analysis to support the conclusion delay is occurring.
   d.    Identify the issue that is causing the delay, supported by relevant facts and analysis.
   e.    State what action, if any, the Owner can take to stop or prevent the delay.
   f.    Describe the action being taken to resolve, cure, or reduce the impact of the issue causing delay.
   g.    Describe the options that exist for minimizing cost and schedule impacts as a result of the delay.
   h.    Describe the options that exist for avoiding delay to achieving Substantial Completion by the required date of Substantial Completion.
   i.    Describe the records that are being kept about the delay and its impacts.

The Contractor shall update any open and unresolved Notice of Delay regularly whenever new information is available. The update shall be in the form of a numbered revision to the original Notice of Delay and address each of the listed topics.

In the event of multiple delays occurring at one time, if only one delay issue is causing delay to the critical path activity at the time and the other delay issues are only using available Float for different activities, those other issues are not considered to be delaying the Project, and there is no concurrent delay.

In the event the Owner has an obligation to complete an activity or take some action by a certain date, failure to do so does not constitute a delay to the Contractor's Work unless it delays a critical path activity.

**§ 8.3.1.1** "Float" is defined as the number of days by which a Work activity identified in the construction schedule could be delayed from its "early start date" until the date upon which the Work activity would become a critical path activity. Any Float, slack time, or contingency within the construction schedule is not for the exclusive use of either the Owner or the Contractor, but is jointly owned by both and is a resource available to and shared by both parties as

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

needed to meet the required date of Substantial Completion. Use of such jointly owned Float shall be on a first come, first served basis and may be applied to delays caused (without limitation) by third parties.

**§ 8.3.2** Claims relating to time shall be made in accordance with applicable provisions of Article 15. That the Owner or Architect may be aware of the occurrence of the delay through means other than the Contractor's written Notice of Delay shall not constitute a waiver of a timely written Notice or Claim.

**§ 8.3.3** ~~This Section 8.3 does not preclude recovery of damages for delay by either party under other provisions of the Contract Documents.~~The Contractor shall be entitled to an equitable adjustment in the GMP for Compensable Delays. If delay has been caused by events other than Compensable Delays, no adjustment shall be made to the GMP. No adjustment to the GMP shall be allowed for delay which is concurrent with delay caused by the Contractor or its Subcontractors or Suppliers.

To be entitled to an equitable adjustment in the GMP for Compensable Delays, the Contractor must have (1) been in a state of readiness to proceed with or continue the Work at the time of the delay to that activity, and (2) made all reasonable efforts to reduce the amount of delay by re-sequencing the Work or other means. In the event certain reasonable efforts to reduce delay would cause a material increase in the Contractor's costs for the Work, the Contractor shall discuss the available options with the Owner and jointly decide the best course of action, which might reasonably require an increase in the GMP related to the selected option.

No equitable adjustment in the GMP or Contract Time is due for an Owner delay or failure of performance that only reduces available schedule Float for an activity.

**§ 8.3.4** No Claim for adjustment of the GMP or additional compensation for extra, affected, impacted or inefficient work or lack of productivity will be allowed where the Contractor does not keep and maintain contemporaneous, complete and accurate time records for labor and equipment and contemporaneous, complete and accurate records for materials or where such records do not contemporaneously segregate and allocate by time, location and work activity the time and cost for each element of such Work, labor or equipment. The Contractor's failure to keep and maintain such records constitutes a waiver of any Claim or request by the Contractor for adjustment of the GMP for any alleged loss of efficiency, morale, fatigue, labor rhythm, learning curve, constructive acceleration, trade stacking, concurrent operations, dilution of supervision, ripple effect, cumulative impact or similar damages.

**PAGE 41**

**§ 9.1** ~~CONTRACT SUM~~GUARANTEED MAXIMUM PRICE
The ~~Contract Sum~~ GMP is stated in the ~~Agreement~~ applicable Work Order and, including authorized adjustments, is the ~~total~~ maximum amount payable by the Owner to the Contractor for performance of the Work under the Contract Documents.

**§ 9.1.1** The Owner at its option may, upon written notice to the Contractor, delegate all or part of any of the Architect's responsibilities under this Article 9 to the Owner, Owner's Development Manager, or any other person or entity identified by the Owner in such notice. Effective as of the date of such notice, the term "Architect" as used in Article 9 shall mean the delegate named by the Owner for such delegated responsibility. If the Owner delegates some or all of the Architect's responsibilities under this Article 9, the delegate identified by the Owner will not be required to be licensed to practice architecture unless otherwise required by law.

...

~~Where the Contract is based on a stipulated sum or Guaranteed Maximum Price, the Contractor shall submit to the Architect, before the first Application for Payment, a schedule of values allocating the entire Contract Sum to the various portions of the Work and prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.~~**§ 9.2.1** Before the first Application for Payment may be submitted, the Contractor shall submit to the Architect and Owner a schedule of values allocated to various portions of the Work which in the aggregate equals to the total GMP, divided so as to facilitate payments to Subcontractors and Suppliers, supported by such evidence of correctness as the Architect may direct or as required by the Owner. The schedule of values, when approved by the Architect and Owner, shall be used to monitor the progress of the Work and as a basis

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

for Applications for Payment as adjusted by the latest approved Change Orders. Change Order values shall be broken down into the individual line items in the schedule of values.

**PAGE 42**

**§ 9.3.1** ~~At least ten days before the date established for each progress payment, the~~ The Contractor shall submit to the Architect an itemized Application for Payment ~~prepared~~ by the times set forth in the Contract for operations completed in accordance with the schedule of ~~values, if required under Section 9.2,~~ for completed portions of the Work. ~~Such application shall be notarized, if required,~~ values. Such application shall be notarized and supported by such data substantiating the Contractor's right to payment as the Owner or Architect may ~~require, such~~ require (such as copies of requisitions from ~~Subcontractors and material suppliers,~~ Subcontractors, Sub-subcontractors and Suppliers) and shall reflect retainage if provided for in the Contract Documents. If an Application for Payment is submitted on a Saturday, Sunday or holiday, the period for making the progress payment shall not commence until the next business day occurring after the Application for Payment was submitted. The Application for Payment shall be in a format acceptable to the Architect and the Owner. Each item shall show its total scheduled value, value of previous applications, value of the application, percentage completed, value completed and value yet to be completed. Values for materials and equipment stored off the Project site shall be shown in a separate column. All blanks and columns must be filled in, including every percentage completed figure.

**§ 9.3.1.1** As provided in Section 7.3.9, such applications may include requests for payment on account of changes in the Work that have been properly authorized by Construction Change Directives, ~~or by interim determinations of the Architect,~~ but not yet included in Change Orders. Until they are included in Change Orders, those requests shall be documented separately in the schedule of values for the Application for Payment in a way that allows the GMP to be verified while still tracking the cost to the appropriate line items in the schedule of values.

**§ 9.3.1.2** Applications for Payment shall not include requests for payment for portions of the Work for which the Contractor does not intend to pay a Subcontractor or ~~material supplier, unless such Work has been performed by others whom the Contractor intends to pay.~~ Supplier.

**§ 9.3.1.3** No payment request shall include amounts the Contractor does not intend to pay to a Subcontractor or Supplier because of a dispute or other reason. If, after making a request for payment but before paying a Subcontractor or Supplier for its performance covered by the payment request, the Contractor discovers that part or all of the payment otherwise due to the Subcontractor or Supplier is subject to withholding from the Subcontractor or Supplier under the subcontract for unsatisfactory performance, the Contractor may withhold the amount as allowed under the subcontract, but it shall give the Subcontractor or Supplier, the Owner and the Architect written notice of the remedial actions that must be taken as soon as practicable after determining the cause for the withholding but before the due date for the Subcontractor or Supplier payment, and pay the Subcontractor or Supplier promptly after the Subcontractor or Supplier satisfactorily completes the remedial action identified in the notice.

**§ 9.3.2** Unless otherwise provided in the Contract Documents, payments shall be made on account of materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work. If approved in advance by the Owner, payment may similarly be made for materials and equipment suitably stored off the Project site at a location ~~agreed upon~~ approved in writing. Payment for materials and equipment stored on or off the site shall be conditioned upon compliance by the Contractor with procedures satisfactory to the Owner to establish the Owner's title to such materials and equipment or otherwise protect the Owner's interest, and shall include the costs of applicable insurance, storage and transportation to the site for such materials and equipment stored off the site.

**§ 9.3.3** The Contractor warrants that title to all Work will pass to the Owner upon the receipt of payment therefor by the Contractor, free and clear of liens, claims, security interests or encumbrances whatsoever, and that the vesting of such title shall not impose any obligations on the Owner or relieve the Contractor of any of its obligations under the Contract Documents, and that the Contractor shall remain responsible for damage to or loss of the Work, whether completed or under construction, until responsibility for the Work has been accepted by the Owner in the manner set forth in the Contract Documents, and that no Work covered by an Application for Payment will ~~pass to the Owner no later than the time of payment.~~ have been acquired by the Contractor, or by any other person performing Work at the site or furnishing materials and equipment for the Project, that is subject to an agreement under which an interest therein or an encumbrance thereon is retained by the seller or otherwise imposed by the Contractor or such other

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                     (944596295)

person. The Contractor further warrants that upon submittal of an Application for Payment all Work for which Certificates for Payment have been previously issued and payments received from the Owner shall, to the best of the Contractor's knowledge, information and belief, be free and clear of liens, claims, security interests or encumbrances in favor of the Contractor, Subcontractors, material suppliers, or other persons or entities making a claim by reason of having provided labor, materials and equipment relating to the Work.

§ 9.3.4 Attached to each Application for Payment shall be the following:
.1    executed Conditional Release of Lien and Waiver of Lien Rights from Contractor and all Subcontractors, Sub-Subcontractors and Suppliers who performed Work or delivered materials or equipment with a value of $5,000 or more during the period covered by the current Application for Payment; and
.2    executed Unconditional Releases of Lien and Waivers of Lien Rights from Contractor and all Subcontractors, Sub-subcontractors and Suppliers who performed and were paid for Work or provided and were paid for any materials or equipment with a value of $5,000 or more for the Work through the date of the prior Application for Payment; and
.3    other documents or information required by the Owner;

such that at the time of an Application for Payment the Unconditional and Conditional Releases of Lien and Waivers of Lien Rights for the Project shall be current for all materials provided to and Work performed on the Project through the respective Application for Payment. The Owner's obligation to pay the Contractor the amount requested in the correct Application for Payment shall be subject to the Owner's receipt of both such lien releases, which must be reasonably satisfactory to the Owner. All lien waivers and releases and all stop payment documents shall comply with all applicable laws of the state in which the Project is located, including required statutory forms.

The Contractor shall at all times comply with the requirements of all lien laws and statutes of the state where the Project is located, so that the Contractor receives all notices of the right to claim a lien thereunder. For Projects located in the State of Washington, Contractor shall also comply with RCW 19.27.095, 60.04.230, and 60.04.261, so that the Contractor receives all notices of the right to claim a lien under RCW 60.04.031. For purposes of such statutory requirements, the Owner's name, address and phone number shall be as set forth in the applicable Work Order. The Contractor shall maintain a log of all such notices of the right to claim a lien received with respect to the Project, including the party sending such notice and the date received. The log shall also include complete listings of all Subcontractors, Suppliers and material vendors contracted directly with the Contractor for the Project that could have lien rights without notice to the Contractor.

§ 9.3.5 The Contractor shall attach to the final Application for Payment an executed and acknowledged Conditional Release of Lien and Waiver of Lien Rights in a form reasonably acceptable to the Owner covering the entire Work performed for the Project and shall also attach executed and acknowledged (i) conditional lien releases from all Subcontractors, Sub-subcontractors and Suppliers who performed and were paid for any Work or provided and were paid for any materials for the Work through the date of the final Application for Payment and (ii) Unconditional Release of Lien and Waiver of Lien Rights from all Subcontractors, Sub-subcontractors and Suppliers who performed and were paid for Work or provided and were paid for any materials for the Work through the date of the prior final Application for Payment in a form reasonably acceptable to the Owner from those Subcontractors, Sub-subcontractors and Suppliers who provided work, materials or equipment valued in excess of $5,000 to the Project, which shall cover the entire Work performed for the Project. Concurrently with receipt of final payment from the Owner, the Contractor shall execute, acknowledge and deliver to the Owner an Unconditional Release of Lien and Waiver of Lien Rights in a form approved by the Owner, which shall cover the entire Work performed for the Project.

**PAGE 43**

§ 9.4.1 ~~The~~ If directed by the Owner, the Architect will, within seven (7) days after receipt of the Contractor's Application for Payment, either issue to the Owner a Certificate for Payment, with a copy to the Contractor, for such amount as the Architect determines is properly due, or notify the Contractor and Owner in writing of the Architect's reasons for withholding certification in whole or in part as provided in Section 9.5.1. All payments are subject to review, inspections and reasonable requirements of the Owner's lender, which requirements shall be submitted to the Contractor promptly following mutual execution of the Contract or upon execution of the applicable loan documents, for the Contractor's review. If after Substantial Completion there are minor items of Work either not

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                          (944596295)

complete or not in conformity with the Contract Documents (i.e., "Punch List" items), then the Owner may withhold from final payment an amount equal to 150% of the reasonable cost to correct or complete such items of Work.

**§ 9.4.2** The issuance of a Certificate for Payment will constitute a representation by the Architect to the Owner, based on the Architect's evaluation of the Work and the data comprising the Application for Payment, that, to the best of the Architect's knowledge, information and belief, the Work has progressed to the point indicated and that the quality of the Work is in accordance with the Contract Documents. The foregoing representations are subject to an evaluation of the Work for conformance with the Contract Documents upon Substantial Completion, to results of subsequent tests and inspections, to correction of minor deviations from the Contract Documents prior to completion and to specific qualifications expressed by the Architect. The issuance of a Certificate for Payment will further constitute a representation to the Owner that the Contractor is entitled to payment in the amount certified. However, the issuance of a Certificate for Payment will not be a representation that the Architect has (1) made exhaustive or continuous on-site inspections to check the quality or quantity of the Work, (2) reviewed construction means, methods, techniques, sequences or procedures, (3) reviewed copies of requisitions received from Subcontractors and material suppliers Suppliers and other data requested by the Owner to substantiate the Contractor's right to payment, or (4) made examination to ascertain how or for what purpose the Contractor has used money previously paid on account of the Contract Sum.of the GMP. The representations in this Section 9.4.2 are solely to and for the benefit of the Owner and its lender if any, and may only be relied upon by the Owner and its lender, and shall not relieve the Contractor of any liability or responsibility under the Contract for incomplete or defective Work or Work that is otherwise not in accordance with the Contract Documents.

**PAGE 44**

**§ 9.5.1** The Architect at the request of the Owner may decide not to certify payment and may withhold a Certificate for Payment in whole or in part, to the extent reasonably necessary to protect the Owner, if in the Architect's and/or Owner's opinion the representations to the Owner required by Section 9.4.2 cannot be made. If the Architect is unable to certify payment in the amount of the Application, the Architect Application for Payment, the Architect and/or Owner will notify the Contractor and Owner as provided in Section 9.4.1. If the Contractor and Architect and/or Owner cannot agree on a revised amount, the Architect and/or Owner will promptly issue a Certificate for Payment for the amount for which the Architect is able to make such representations to the Owner. The Architect and/or Owner may also withhold a Certificate for Payment or, because of subsequently discovered evidence, may nullify the whole or a part of a Certificate for Payment previously issued, to such extent as may be necessary in the Architect's and/or Owner's opinion to protect the Owner from loss for which the Contractor is responsible, including loss resulting from acts and omissions described in Section 3.3.2, because ofincluding, but not limited to:

...

    **.3**    failure of the Contractor to make payments properly to Subcontractors and/or Suppliers or for labor, materials or equipment;

    **.4**    reasonable evidence that the Work cannot be completed for the unpaid balance of the Contract Sum;GMP;

...

    **.6**    reasonable evidence that the Work will not be completed within the Contract Time, and that the unpaid balance would not be adequate to cover actual or liquidated damages for the anticipated delay; or

    **.7**    repeated unsatisfactory prosecution of the Work by the Contractor, including but not limited to failure to carry out the Work in accordance with the Contract Documents.Documents;

    **.8**    any claims which the Owner has against Contractor under or in connection with the Contract Documents or Contractor's work;

    **.9**    failure of the Contractor to provide updated status reports and progress schedules;

    **.10**    imposition of liquidated damages (if any); or

    **.11**    failure to comply with a requirement of the Contract Documents in which the Owner has reserved the right to withhold payment.

...

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:** (944596295)

**§ 9.5.3** If the Architect withholds certification for payment under Section 9.5.1.3, the Owner may, at its sole option, issue joint checks to the Contractor and to any Subcontractor or ~~material or equipment suppliers~~ Suppliers to whom the Contractor failed to make payment for Work properly performed or material or equipment suitably delivered. If the Owner makes payments by joint check, the Owner shall notify the Architect and the Architect will reflect such payment on the next Certificate for Payment.

**PAGE 45**

**§ 9.6.1** After the Architect ~~has issued a Certificate for Payment, the Owner shall make payment~~ with Owner's concurrence has issued a Certificate for Payment and if the Contractor has submitted all documentation required by the Contract Documents, including lien releases, the Owner shall make payment of all amounts certified and approved by the Owner which payment shall be in the manner and within the time provided in the Contract Documents, and shall so notify the Architect. The Owner shall be entitled to withhold payment to the extent provided by the Contract Documents, notwithstanding the issuance of a Certificate for Payment.

**§ 9.6.2** The Contractor shall pay each Subcontractor and Supplier as may be required by the law of the state where the Project is located (including any prompt payment requirements), but in no event later than seven (7) days after receipt of payment from the Owner the amount to which the Subcontractor or Supplier is entitled, reflecting percentages actually retained from payments to the Contractor on account of the Subcontractor's portion of the ~~Work.~~ Work or materials supplied by the Supplier. The Contractor shall, by appropriate agreement with each Subcontractor, require each Subcontractor to make payments to Sub-subcontractors in a similar manner.

**§ 9.6.2.1** The Contractor shall obtain properly executed releases from all Subcontractors, Suppliers, or Sub-subcontractors who may have valid lien rights in accordance with, and to the fullest extent possible under, applicable state law.

...

**§ 9.6.4** The Owner has the right to request written evidence from the Contractor that the Contractor has properly paid Subcontractors and ~~material and equipment suppliers~~ Suppliers amounts paid by the Owner to the Contractor for subcontracted ~~Work.~~ Work or materials supplied. If the Contractor fails to furnish such evidence within seven (7) days, the Owner shall have the right to contact Subcontractors and Suppliers to ascertain whether they have been properly paid. Neither the Owner nor Architect shall have an obligation to pay or to see to the payment of money to a ~~Subcontractor,~~ Subcontractor or Supplier, except as may otherwise be required by law.

**§ 9.6.5** Contractor payments to ~~material and equipment suppliers~~ Suppliers shall be treated in a manner similar to that provided in Sections 9.6.2, 9.6.3 and 9.6.4.

...

**§ 9.6.7** Unless the Contractor provides the Owner with a payment bond in the full penal sum of the ~~Contract Sum,~~ GMP, payments received by the Contractor for Work properly performed by Subcontractors and ~~suppliers~~ Suppliers shall be held by the Contractor for those Subcontractors or ~~suppliers~~ Suppliers who performed Work or furnished materials, or both, under contract with the Contractor for which payment was made by the Owner. Nothing contained herein shall require money to be placed in a separate account and not commingled with money of the Contractor, shall create any fiduciary liability or tort liability on the part of the Contractor for breach of trust or shall entitle any person or entity to an award of punitive damages against the Contractor for breach of the requirements of this provision.

**§ 9.6.8 LIENS**
**§ 9.6.8.1** If at any time, a lien is filed on the Project arising out of the Work and provided the Contractor has been paid for undisputed amounts under the Contract, the Contractor, within ten (10) days after the date of the filing of such notice of lien, and to the Owner's satisfaction and in accordance with the mechanic's lien laws of the place where the Project is located, shall discharge and remove the lien or post a bond satisfactory to the Owner for such lien or claim of lien and shall indemnify and hold the Owner harmless for all costs, including, but not limited to, attorneys' fees and expert fees, regarding such lien or claim of lien, together with interest on the same from the date

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                              (944596295)

any such cost was paid by the Owner until reimbursed by the Contractor at the rate of interest provided in the Agreement, except if the lien is the result of the Owner's nonpayment of an amount contained in a previously submitted pay application over which no good-faith dispute exists between the Owner and Contractor. The obligations of the Contractor under this Section 9.6.8.1 shall survive the expiration or termination of the Contract.

**§ 9.6.8.2** To the extent not prohibited by law, the Contractor hereby subordinates all contractors, laborers, mechanics, materialmen, judgment and other similar liens that it may have or acquire hereunder as to the Work, or to the land on which the Work is located, to the liens securing payment of sums now or hereafter borrowed by the Owner for the Work and the land. At the request of the Owner, the Contractor shall execute such additional documents as may be reasonable requested from time to time by the Project's lender to give effect to the provisions hereof and shall use its best efforts to cause the Subcontractors, Sub-subcontractors and other parties furnishing labor or materials for the Work to subordinate their liens to such aforesaid sums.

**§ 9.6.8.3** The Contractor shall promptly advise the Owner in writing of any action, administrative or legal proceeding or investigation as to which Section 9.6.8.1 may apply, and provided the Owner is not in default of its payment obligations to the Contractor, Contractor, at Contractor's expense, shall assume on behalf of the Owner, and conduct with due diligence and in good faith, the defense thereof with counsel satisfactory to the Owner, provided that the Owner shall have the right to be represented therein by advisory counsel of its own selection and at the Contractor's expense, and provided further that if the defendants in any such action include the Contractor and Owner and the Owner concludes that the Contractor has a conflict of interest and cannot adequately represent the Owner, then the Owner shall have the right to select separate counsel to participate in the defense of such action on its own behalf for which fifty percent (50%) of the cost shall be at the Contractor's expense. In the event of failure by the Contractor to fully perform in accordance with this Section 9.6.8.3, the Owner, has the option of, and without relieving the Contractor of its obligations hereunder, to so perform, but all costs and expenses, including but not limited to attorneys' fees and expert fees, so incurred by the Owner in that event shall be reimbursed by the Contractor to Owner, together with interest on the same from the date any such expense was paid by the Owner until reimbursed by the Contractor at the rate of interest provided in the Agreement. The obligations of the Contractor under this Section 9.6.8.3 shall survive the expiration or termination of the Contract.

**§ 9.6.8.4** The Owner shall release any payments withheld due to a lien or claim of lien if the Contractor removes the lien or obtains security acceptable to the Owner or a lien bond that is (i) issued by a surety acceptable to the Owner, (ii) in a form and substance satisfactory to the Owner, and (iii) in an amount not less than one hundred fifty percent (150%) of such lien claim, or such amount as may be allowed by the law of the state where the Project is located. By posting a lien bond or other acceptable security, however, the Contractor shall not be relieved of any responsibilities or obligations under this Section 9.6.8, including without limitation the duty to defend and indemnify the Owner. The cost of any premiums incurred in connection with such bonds and security shall be the responsibility of the Contractor and shall not be a part of, or cause any adjustment to, the GMP.

**§ 9.6.8.5** Notwithstanding anything to the contrary contained herein, and to the extent permitted by the law of the state where the Project is located, if the Contractor does not promptly post the bond, the Owner may withhold 150% of the amount of such lien until such lien is discharged or the Owner is protected by bond satisfactory to the Owner in the amount of at least 150% of the amount of the lien or other means satisfactory to the Owner. If no monies are available to be withheld, the Contractor shall within three (3) consecutive calendar days refund to the Owner 150% of the amount of such lien(s), or such amount as may be allowed by the law of the state where the Project is located.

**§ 9.6.8.6** Notwithstanding anything in Sections 9.6.8.1 to 9.6.8.5 to the contrary, and in the event the Contractor fails to make payments to its Subcontractors or Suppliers in accordance with the Contract and does not provide justifiable reasons to the Owner upon Owner's request, the Owner may, at the Owner's sole discretion, elect to make any payment requested by the Contractor on behalf of a Subcontractor or a Supplier, jointly payable to the Contractor and each Subcontractor and/or Supplier. The Contractor and such Subcontractor or Supplier shall be responsible for the allocation and disbursement of funds included as part of any such joint payment. In no event shall any joint payment be construed to create any (i) contract between the Owner and a Subcontractor or Supplier, (ii) obligations from the Owner to such Subcontractor or Supplier, or (iii) rights in such Subcontractor or Supplier against the Owner. The Contractor agrees to sign such additional documents and take such action as the Owner shall deem necessary to carry out the intent of this Section 9.6.8.

**PAGE 46**

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

~~If the Architect does not issue a Certificate for Payment, through no fault of the Contractor, within seven days after receipt of the Contractor's Application for Payment, or if the Owner does not pay the Contractor within seven days after the date established in the Contract Documents the amount certified by the Architect or awarded by binding dispute resolution, then the Contractor may, upon seven additional days' written notice to the Owner and Architect, stop the Work until payment of the amount owing has been received. The Contract Time shall be extended appropriately and the Contract Sum shall be increased by the amount of the Contractor's reasonable costs of shut-down, delay and start-up, plus interest as provided for in the Contract Documents.~~§ 9.7.1 If the Architect does not issue a Certificate for Payment, through no fault of the Contractor, within seven (7) days after receipt of the Contractor's Application for Payment, and the Owner, through no fault of the Contractor, does not pay the Contractor within twenty-one (21) days after the date established in the Contract Documents the amount certified by the Architect or awarded by binding dispute resolution, then the Contractor may, upon seven additional days' written notice to the Owner and Architect, stop the Work until payment of the amount owing has been received. The Contract Time shall be extended appropriately and the GMP shall be increased by the amount of the Contractor's reasonable costs of shut-down, delay and start-up, plus interest as provided for in the Contract Documents.

**PAGE 47**

**§ 9.8.1** Unless otherwise defined in an applicable Work Order, Substantial Completion is the stage in the progress of the Work when the Work or designated portion thereof is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended ~~use.~~use, subject only to minor Punch List items that do not adversely affect such use, provided, in addition, that as a condition precedent to Substantial Completion, the Contractor shall provide the Owner with a schedule of all permits required for the Work and occupancy of the Project, attached to such schedule, a copy of each such permit. The term "Substantial Completion" or "Substantially Complete" is further defined as the date certified respectively, by the Owner when (i) the Architect and/or Owner working with the Contractor have prepared a Punch List of Work remaining to be performed and has established sufficient reserves for purposes of completing such Punch List items, (ii) all required governmental or regulatory inspections applicable to the Contractor's Work have been conducted and all approvals required for occupancy have been obtained from all authorities having jurisdiction over the Project, including any permits specified in the applicable Work Order, issued by the appropriate authorities; and (iii) all other conditions precedent to achieving Substantial Completion required under the Contract Documents have been met. Any such occupancy or use described above shall not negate or change the responsibility of the Contractor to the Owner for satisfactory completion of the Work nor shall such occupancy or use negate any insurance provisions required hereunder.

**§ 9.8.2** When the Contractor considers that the Work, or a portion thereof which the Owner agrees to accept separately, is substantially complete, the ~~Contractor shall prepare and submit to the Architect a comprehensive list of~~ Architect and/or Owner, working with the Contractor, shall prepare a comprehensive list of Punch List items to be completed or corrected prior to final payment. The Contractor shall proceed promptly to complete and correct the Punch List items. Failure to include an item on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents.

**§ 9.8.3** ~~Upon receipt of the Contractor's list, the Architect~~ The Architect and/or Owner will make an inspection to determine whether the Work or designated portion thereof is substantially complete. If the Architect's and/or Owner's inspection discloses any item, whether or not included on the ~~Contractor's list,~~ list of Punch List items, which is not sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work or designated portion thereof for its intended use, the Contractor shall, before issuance of the Certificate of Substantial Completion, complete or correct such item upon notification by the ~~Architect.~~ Architect and/or Owner. In such case, the Contractor shall then submit a request for another inspection by the Architect and/or Owner to determine Substantial Completion.

**§ 9.8.4** When the Work or designated portion thereof is substantially complete, the Owner, in conjunction with the Architect will prepare a Certificate of Substantial Completion that shall establish the ~~date of Substantial Completion,~~ Substantial Completion date, shall establish responsibilities of the Owner and Contractor for security, maintenance, heat, utilities, damage to the Work and insurance, and shall fix the time within which the Contractor shall finish any and all items on the ~~list~~Punch List accompanying the Certificate. Warranties required by the Contract Documents shall commence ~~on the date of Substantial Completion of the Work~~at Substantial Completion or designated portion

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                            (944596295)

thereof unless otherwise provided in the Certificate of Substantial Completion. <u>The Contractor shall complete all items within the earlier of the required date of Final Completion set forth in the applicable Work Order or thirty (30) days after issuance of the Certificate of Substantial Completion, provided, however, if certain items cannot be completed due to the unavailability of necessary labor or materials, the Contractor shall have such additional time as is reasonably required to complete such items. All Work to be performed by the Contractor after Substantial Completion, including but not limited to Punch List items, shall be coordinated with the Owner and shall be performed after-hours unless otherwise approved in writing by the Owner. If the Contractor fails to complete any items within such 30-day period, the Owner reserves the right to promptly after such 30-day period have the items completed by other contractors at the Contractor's cost and recover those costs from the Contractor.</u>

**§ 9.8.5** The Certificate of Substantial Completion shall be submitted to the Owner and Contractor for their written acceptance of responsibilities assigned to them in such Certificate.~~Upon such acceptance and consent of surety, if any, the Owner shall make payment of retainage applying to such Work or designated portion thereof. Such payment shall be adjusted for Work that is incomplete or not in accordance with the requirements of the Contract Documents.~~

**§ 9.8.6** <u>The Work shall not be considered Substantially Complete if incomplete and nonconforming items are so numerous and so located as to make occupancy highly inconvenient. If the Owner must occupy the premises despite such inconvenience and disruption, the Owner may cause the issuance of the Certificate of Substantial Completion but may withhold certification of the current Application for Payment until such nonconforming and incomplete items have been reduced to a reasonable number.</u>

**PAGE 48**

**§ 9.9.1** The Owner may occupy or use any completed or partially completed portion of the Work at any stage ~~when such portion is designated by separate agreement with the Contractor,~~ <u>notwithstanding that the time for completion of such portions may not have expired,</u> provided such occupancy or use is ~~consented to by the insurer as required under Section 11.3.1.5 and~~ authorized by public authorities having jurisdiction over the Project. Such partial occupancy or use may commence whether or not the portion is substantially ~~complete, provided the Owner and Contractor have accepted in writing the responsibilities assigned to each of them for payments, retainage, if any, security, maintenance, heat, utilities, damage to the Work and insurance, and have agreed in writing concerning the period for correction of the Work and commencement of warranties required by the Contract Documents.~~ <u>complete.</u> When the Contractor considers a portion substantially complete, the <u>Owner working with the</u> Contractor shall prepare and submit a list to the Architect as provided under Section 9.8.2. ~~Consent of the Contractor to partial occupancy or use shall not be unreasonably withheld. The stage of the progress of the Work shall be determined by written agreement between the Owner and Contractor or, if no agreement is reached, by decision of the Architect.~~

...

**§ 9.9.3** Unless otherwise agreed upon, partial occupancy or use of a portion or portions of the Work shall not <u>be construed as Substantial Completion and shall not</u> constitute acceptance of Work not complying with the requirements of the Contract Documents.

...

**§ 9.10.1** Upon receipt of the Contractor's written notice that the Work is ready for final inspection and acceptance and upon receipt of a final Application for Payment, the Architect <u>and Owner</u> will promptly make such inspection and, when the Architect ~~finds the Work~~ <u>and Owner find the Work and all Punch List items complete and</u> acceptable under the Contract Documents and the Contract fully performed, <u>and if the</u> <u>Contractor has submitted all documentation required by the Contract Documents, including lien releases, the</u> Architect will promptly issue a final Certificate for Payment stating that to the best of the Architect's knowledge, information and belief, and on the basis of the Architect's on-site visits and inspections, the Work <u>including Punch List items</u> has been completed in accordance with terms and conditions of the Contract Documents and that the entire balance found to be due the Contractor and noted in the final Certificate is due and payable. The Architect's final Certificate for Payment will constitute a further representation that conditions ~~listed in Section 9.10.2 as~~ precedent to the Contractor's being entitled to final payment <u>listed in Section 9.10.2</u> have been fulfilled.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

**48**

(944596295)

**§ 9.10.2** Neither final payment nor any remaining retained percentage shall become due until the Contractor submits to the Owner with a copy to the Architect all closeout documents and all other deliverables required by the Contract Documents, and such documents have been received and accepted by the Owner, including (1) an affidavit that payrolls, bills for materials and equipment, and other indebtedness connected with the Work for which the Owner or the Owner's property might be responsible or encumbered (less amounts withheld by Owner) have been paid or otherwise satisfied, (2) a certificate evidencing that insurance required by the Contract Documents to remain in force after final payment is currently in effect and will not be canceled or allowed to expire until at least 30 thirty (30) days' prior written notice has been given to the Owner, (3) a written statement that the Contractor knows of no substantial reason that the insurance will not be renewable to cover the period required by the Contract Documents, (4) consent of surety, if any, to final payment and (5), payment, (5) if required by the Owner, other data establishing payment or satisfaction of obligations, such as receipts, releases and waivers of liens, claims, security interests or encumbrances arising out of the Contract, to the extent and in such form as may be designated by the Owner. Owner, and (6) all warranties, guarantees, training, manuals, operation instructions, certificates, spare parts, maintenance manuals and stock, specified excess material, as-built drawings and other documents, training or items required by the Contract Documents or local governmental entities. If a Subcontractor refuses to furnish a release or waiver required by the Owner, the Contractor may furnish a bond satisfactory to the Owner to indemnify the Owner against such lien. If such lien remains unsatisfied after payments are made, the Contractor shall refund to the Owner all money that the Owner may be compelled to pay in discharging such lien, including all costs and reasonable attorneys' fees. Not later than five (5) days after final payment, the Contractor shall file with the county recorder where the Project is located an Unconditional Lien Release and Waiver of Lien Rights on behalf of the Contractor and all Subcontractors.

**§ 9.10.3** If, after Substantial Completion of the Work, final completion Completion, Final Completion thereof is materially delayed through no fault of the Contractor or by issuance of Change Orders affecting final completion, Final Completion, and the Architect so confirms, the Owner shall, upon application by the Contractor and certification by the Architect, and without terminating the Contract, make payment of the balance due for that portion of the Work fully completed and accepted. If the remaining balance for Work not fully completed or corrected is less than retainage stipulated in the Contract Documents, and if bonds have been furnished, the written consent of surety to payment of the balance due for that portion of the Work fully completed and accepted shall be submitted by the Contractor to the Architect with a copy to the Owner prior to certification of such payment. Such payment shall be made under terms and conditions governing final payment, except that it shall not constitute a waiver of claims.

**§ 9.10.4** The making of final payment shall constitute a waiver of Claims by the Owner except those arising from
    **.1**    liens, Claims, security interests or encumbrances arising out of the Contract and unsettled;
    **.2**    failure of the Work to comply with the requirements of the Contract Documents; or
**.3**    terms of special warranties required by the Contract Documents.[Intentionally omitted].

**§ 9.10.5** Acceptance of final payment by the Contractor, a Subcontractor or material supplier Supplier shall constitute a waiver of claims by that payee except those previously made in writing submitted in full compliance with all requirements of the Contract Documents and identified by that payee as unsettled at the time of final Application for Payment.

**PAGE 49**

The Contractor shall be responsible for initiating, maintaining and supervising all Work and related activities for which it is responsible, and for providing all necessary safety precautions and programs in connection with the performance of the Contract. with its Work and related activities, in order to maintain a safe work site and to maintain compliance with all safety laws and regulations.

...

**§ 10.2.1** The Contractor shall take all reasonable precautions for the safety of, and shall provide reasonable protection to prevent damage, injury or loss to
    **.1**    employees involved on the Work and other persons who may be affected thereby;

...

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**49**

**§ 10.2.2** The Contractor shall comply with and ~~give~~ give, and shall cause its Subcontractors and Suppliers to give, notices required by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities bearing on safety of persons or property or their protection from damage, injury or loss.

**§ 10.2.3** The Contractor shall erect and maintain, as required by existing conditions and performance of the Contract, reasonable safeguards for safety and protection, including posting danger signs and other warnings against hazards, promulgating safety regulations and notifying owners and users of adjacent sites and utilities. The Contractor shall also be responsible at the Contractor's sole cost and expense for all measures necessary to protect any property adjacent to the Project and improvements thereon. Any damage to such property or improvements shall be promptly repaired by the Contractor.

**§ 10.2.4** When use or storage of explosives or other ~~hazardous materials~~ Hazardous Materials or equipment or unusual methods are necessary for execution of the Work, the Contractor shall exercise utmost care and carry on such activities under supervision of properly qualified personnel.

**§ 10.2.5** The Contractor shall promptly remedy damage and loss ~~(other than damage or loss insured under property insurance required by the Contract Documents)~~ to property referred to in Sections 10.2.1.2 and 10.2.1.3 caused in whole or in part by the Contractor, a Subcontractor, a Sub-subcontractor, or anyone directly or indirectly employed by any of them, or by anyone for whose acts they may be liable and for which the Contractor is responsible under Sections 10.2.1.2 and 10.2.1.3, except damage or loss to the extent attributable to acts or omissions of the Owner or Architect or anyone directly or indirectly employed by either of them, or by anyone for whose acts either of them may be liable, and not attributable to the fault or negligence of the Contractor. The foregoing obligations of the Contractor are in addition to the Contractor's obligations under Section 3.18.

**§ 10.2.6** The Contractor shall designate a responsible member of the Contractor's organization at the site whose duty shall be the prevention of accidents. This person shall be the Contractor's ~~superintendent~~ Superintendent unless otherwise designated by the Contractor in writing to the Owner and Architect.

**PAGE 50**

**§ 10.2.8** ~~INJURY OR DAMAGE TO PERSON OR PROPERTY~~ Subject to the provisions of Article 14, when all or a portion of the Work is suspended for any reason, the Contractor shall securely fasten down all coverings and protect the Work as necessary from injury from or by any cause.

**§ 10.2.9 INJURY OR DAMAGE TO PERSON OR PROPERTY**
If either party suffers injury or damage to person or ~~property because of an act or omission of the other party, or of others for whose acts such party is legally responsible, written notice of such injury or damage, whether or not insured, shall be given to the other party within a reasonable time not exceeding 21 days after discovery. The notice shall provide sufficient detail to enable the other party to investigate the matter.~~ property, the Contractor shall provide notice of such injury or damage by telephone or other more expeditious means to the Owner and appropriate insurers and governmental agencies. Within five (5) days of such injury or damage, the Contractor shall submit a written report to the Owner providing sufficient detail to enable the Owner to investigate the matter, including full details and statements of any witnesses. The Contractor shall comply with any Owner and/or governmental investigation regarding any injury or damage to person or property and provide all requested documentation, information and evidence.

...

**§ 10.3.1** The Contractor is responsible for compliance with any requirements included in the Contract Documents regarding ~~hazardous materials. If the Contractor encounters a hazardous material or substance not addressed in the Contract Documents~~ Hazardous Materials ("Known Environmental Conditions"). If the Contractor encounters Hazardous Materials other than the Known Environmental Conditions and if reasonable precautions will be inadequate to prevent foreseeable bodily injury or death to persons resulting from a material or substance, including but not limited to asbestos or polychlorinated biphenyl (PCB), encountered on the site by the Contractor, the Contractor shall, upon recognizing the condition, immediately stop Work in the affected area and report the condition to the Owner and Architect in writing.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                                (944596295)

**§ 10.3.2** Upon receipt of the Contractor's written notice, the Owner shall obtain the services of a licensed laboratory to verify the presence or absence of the material or substance reported by the Contractor and, in the event such material or substance is found to be present, to cause it to be rendered harmless. Alternatively the Owner may, in its sole discretion, terminate the Contract for convenience in accordance with Section 14.4. Unless otherwise required by the Contract Documents, the Owner shall furnish in writing to the Contractor ~~and Architect~~ the names and qualifications of persons or entities who are to perform tests verifying the presence or absence of such material or substance or who are to perform the task of removal or safe containment of such material or substance. The Contractor ~~and the Architect~~ will promptly reply to the Owner in writing stating whether or not ~~either~~ it has reasonable objection to the persons or entities proposed by the Owner. If ~~either the Contractor or Architect has an~~ the Contractor has a reasonable objection to a person or entity proposed by the Owner, the Owner shall propose another to whom the Contractor ~~and the Architect have~~ has no reasonable objection. When the material or substance has been rendered harmless, Work in the affected area shall ~~resume upon written agreement of the Owner and Contractor.~~ resume. By Change Order, the Contract Time shall be extended appropriately and the ~~Contract Sum~~ GMP shall be increased in the amount of the Contractor's reasonable additional costs of shut-down, delay and start-up. The phrase "rendered harmless" means that levels of asbestos or polychlorinated biphenyls or any other hazardous or regulated substance or material, are less than any applicable exposure standard set forth in the applicable OSHA, Environmental Protection Agency (EPA) or state regulation. The Contractor agrees not to knowingly or negligently cause any fill or other materials to be incorporated into the Work that are hazardous, toxic, or regulated substances or made up of any items that are hazardous, toxic or regulated, in each case under any federal, state, city or other applicable law (collectively, "Hazardous Materials"). The Contractor shall not use contaminated soil as backfill. The Contractor's obligations with respect to Known Environmental Conditions shall not be subject to the terms of this Section but shall be governed by the other requirements of the Contract Documents.

**§ 10.3.2.1** The Contractor shall not knowingly incorporate or cause to be incorporated into the Work any asbestos or lead containing materials, petroleum products that would constitute or create a Hazardous Materials exposure or release condition and/or any other Hazardous Materials or products of any kind. The Contractor will provide certification to the Owner at completion of the Project stating that no such products or materials of any kind were knowingly incorporated into the Work. Said certification shall be in the form of a letter and shall be provided by the Contractor and each of the Subcontractors prior to the release of their respective final retainage.

**§ 10.3.2.2** The Contractor shall protect, defend, hold harmless and indemnify the Owner from, for, and against any and all claims, actions, liabilities, fines or penalties, losses, costs and expenses, including attorneys' fees, even if such claims are groundless, fraudulent or false, arising out of any actual or alleged: (1) spilling, dumping, release and/or improper or illegal disposal of Hazardous Materials, whether at or upon the construction site or at another undetermined site pursuant to the performance of the Contract or (2) pollution or contamination of the land or waters with Hazardous Materials as a result of performance of the Contract. It is expressly agreed and understood that such protection and indemnification shall apply and extend to claims made by federal, state and local governmental entities or agencies.

**§ 10.3.3** ~~To the fullest extent permitted by law,~~ Except to the extent of the Contractor, Contractor's employees and agents, Supplier's or Subcontractor's negligence or willful action, or the Contractor's failure to immediately provide notice to Owner regarding the Hazardous Materials (other than Known Environmental Conditions) as set forth in Section 10.3.1, the Owner shall indemnify and hold harmless the Contractor, Subcontractors, ~~Architect, Architect's consultants and agents~~ and employees of any of them from and against claims, damages, losses and expenses, including but not limited to reasonable attorneys' fees, arising out of or resulting from performance of the Work in the ~~affected area~~ area affected by Hazardous Materials (other than Known Environmental Conditions) if in fact the material or substance presents the a significant risk of bodily injury or death as described in Section 10.3.1 and ~~has not been rendered harmless,~~ that risk has not been abated within a reasonable period of time after its discovery, provided that such claim, damage, loss or expense is attributable to actual bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), ~~except to the extent that such damage, loss or expense is~~ caused by such Hazardous Materials, except the Owner shall have no such obligations to the extent that any such claims, damages, losses or expenses are due to the fault or negligence of the party seeking ~~indemnity.~~ indemnity or its Subcontractor, a Sub-subcontractor, a Supplier to any of them or anyone directly or indirectly employed by any of them.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:
(944506295)

**§ 10.3.4** The Owner shall not be responsible under this Section 10.3 for materials or substances the ~~Contractor~~ Contractor, Subcontractor or Supplier brings to the site unless such materials or substances are ~~required by the Contract Documents. The Owner shall be responsible for materials or substances required by the Contract Documents, except to the extent of the Contractor's fault or negligence in the use and handling of such materials or substances.~~specifically required by the Contract Documents and are not customarily used by the Contractor, Subcontractor or Supplier in its work.

**§ 10.3.5** The Contractor shall indemnify the Owner for the ~~cost and expense~~ costs, damages and expenses the Owner incurs (1) for remediation of a material or substance the Contractor brings to the site and negligently ~~handles,~~ handles or intentionally mishandles, or (2) where the Contractor fails to perform its obligations under Section 10.3.1, except to the extent that the cost and expense are due to the Owner's fault or negligence.

**§ 10.3.6** If, without negligence ~~on the part of the Contractor,~~ or breach of the Contract on the part of the Contractor or its Subcontractor, or a Sub-subcontractor, or anyone directly or indirectly employed by any of them, the Contractor is held liable by a government agency for the cost of remediation of ~~a hazardous material or substance~~ Hazardous Materials solely by reason of performing Work as required by the Contract Documents, the Owner shall indemnify the Contractor for all reasonable cost and expense thereby incurred.

## PAGE 51

~~In an emergency affecting safety of persons or property, the Contractor shall act, at the Contractor's discretion, to prevent threatened damage, injury or loss. Additional compensation or extension of time claimed by the Contractor on account of an emergency shall be determined as provided in Article 15 and Article 7.~~**§ 10.4.1** In an emergency affecting safety of persons or property, the Contractor shall act, at the Contractor's discretion, to prevent threatened damage, injury or loss. Additional compensation or extension of time claimed by the Contractor on account of an emergency shall be determined as provided in Article 15 and Article 7.

...

**§ 11.1.1** The Contractor shall purchase from and maintain in a company or companies having a rating of no lower than "A-VII" in the then-current edition of the AM Best Rating Guide and lawfully authorized to do business in the jurisdiction in which the Project is located such insurance as will protect the Contractor from claims set forth below which may arise out of or result from the Contractor's operations and completed operations under the Contract and for which the Contractor may be legally ~~liable, whether such operations be by the Contractor or by~~liable. As used herein, the "Contractor" shall mean the Contractor or a Subcontractor or by anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable:

## PAGE 52

> .5    Claims for damages, other than to the Work itself, because of injury to or destruction of tangible property, including the Contractor's construction equipment, and including loss of use resulting therefrom;

...

> .7    Claims for bodily injury or property damage arising out of completed operations; ~~and~~
> .8    Claims involving contractual liability insurance applicable to the Contractor's obligations under Section ~~3.18.~~3.18;
> .9    Claims for damages insured by professional liability coverage; and
> .10    Claims for damages insured by contractor's pollution liability coverage.

**§ 11.1.2** The insurance required by Section 11.1.1 shall be written for not less than limits of liability specified in ~~the Contract Documents or required by law, whichever coverage is greater. Coverages, whether written on an occurrence or claims-made basis,~~ this Article 11 or such limits specified in the applicable Work Order, unless greater limits are required by law, then such limits required by law shall be provided. Coverages shall be written on an occurrence basis, except for coverages specified in Sections 11.1.1.9 and Section 11.1.1.10, and all coverages shall be maintained without interruption from the date of commencement of the Work until the ~~date of final payment~~

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

**52**

(944596295)

~~and termination of any coverage required to be maintained after final payment, and, with respect to the Contractor's completed operations coverage, until the expiration of the period for correction of Work or for such other period for maintenance of completed operations coverage as specified in the Contract Documents.~~dates specified in Section 11.1.6.

§ 11.1.3 Certificates of insurance acceptable to the Owner shall be filed with the Owner prior to commencement of the Work and thereafter upon renewal or replacement of each required policy of insurance. ~~These certificates and the insurance policies required by this Section 11.1 shall contain a provision that coverages afforded under the policies will not be canceled or allowed to expire until at least 30 days' prior written notice has been given to the Owner.~~ An additional certificate evidencing continuation of liability coverage, including coverage for completed operations, shall be submitted with the final Application for Payment as required by Section 9.10.2 and thereafter upon renewal or replacement of such coverage until the expiration of the time required by Section 11.1.2. Information concerning reduction of coverage on account of revised limits or claims paid under the General Aggregate, or both, shall be furnished by the Contractor with reasonable promptness.

The Contractor shall cause the commercial liability coverage required by the Contract Documents to include (1) the Owner and the other Indemnified Parties, the Architect, and the Architect's consultants as additional insureds for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's operations; and (2) the Owner and the other Indemnified Parties as additional insureds for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's completed operations.

§ 11.1.4 The ~~Contractor shall cause the commercial liability coverage required by the Contract Documents to include (1) the Owner, the Architect and the Architect's consultants as additional insureds for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's operations; and (2) the Owner as an additional insured for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's completed operations.~~Owner is not responsible for the tools and equipment of the Contractor, Subcontractors, and Sub-subcontractors. Each of these parties is responsible for insuring its own equipment and tools. Contractor shall maintain the insurance described in Section 11.1.1 and as follows:

.1 Commercial General Liability Insurance (including premises/operations; independent contractor's protective; products and completed operations; and broad form property damage) with coverage in a combined single limit in the minimum amount of $2,000,000 or as established in the applicable Work Order;

.2 Products and completed operations coverage, which shall include broad form property damage and XCU endorsements and shall be maintained as provided in Section 11.1.6;

.3 Automobile Liability Insurance in the amount of $1,000,000 combined single limit for all owned, non-owned and hired autos;

.4 Umbrella general liability coverage in the minimum amount of $25,000,000 or as established in the applicable Work Order;

.5 The policies furnished in compliance with Sections 11.1.4.1 through 11.1.4.4 shall be primary insurance to any other liability insurance of the Owner;

.6 Worker's compensation coverage as required by law, with employer's liability coverage in the amount of $1,000,000;

.7 Contractor's Professional Liability Insurance with minimum limits of $5,000,000 per claim and aggregate and Contractor's Pollution Liability Insurance coverage with minimum limits of $5,000,000 per claim and in the aggregate, or as established in the applicable Work Order for both insurance requirements, with all coverage retroactive to the earlier of the date of the Agreement or the commencement of work. Professional Liability Insurance for design/build work as provided in Section 11.5; and

.8 Owner and the other Indemnified Parties (as defined in Section 3.18.1 above) shall be included as additional insureds on the policies required pursuant to Sections 11.1.4.1 through 11.1.4.4 above. The obligation of the Contractor as set forth in Section 3.18.1 above shall be specifically referenced in the insurance certificates as being incorporated in the insurance coverage provided to the Owner under this Article. The additional insured endorsement(s), by which the Owner and the other required parties are named as additional insureds for the commercial general liability/products and completed operations policies, (a) shall be issued on Form CG2010 1185 (pre-1996) or equivalent, or (b) shall be supplemented by a CG 2037 (10/01) ADDITIONAL INSURED – OWNERS, LESSEE OR CONTRACTORS – COMPLETED OPERATIONS endorsement.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:

(944956295)

The Contractor shall deliver originals of such additional insured endorsements to the Owner concurrently with its delivery of certificates of insurance for those policies.

**§ 11.1.5** All insurance provided by the Contractor hereunder shall be primary and not contributing with any coverage carried by the Owner. Each policy shall contain all applicable conditions, definitions, exclusions and endorsements related to this Project as are generally considered to be industry standard for projects of this scope and scale in the metropolitan area in which the Project is located. The policies provided by the Contractor shall provide that any obligation imposed upon the insured (including, without limitation, the liability to pay premiums, as well as the responsibility for all deductible amounts) shall be the sole obligation of the Contractor and not of any other insured. The Contractor shall require each insurer under each policy provided by the Contractor to waive all rights of subrogation against the Owner, any right of set-off or counterclaim, and any other right to deduction, whether by attachment or otherwise.

**§ 11.1.6** All required coverages shall remain in force for the benefit of the Owner for claims arising out of the Work under the Contract for at least 24 months after Final Completion, except for completed operations coverage which shall extend for a period of six (6) years from Substantial Completion.

**§ 11.1.7** Unless modified by an applicable Work Order, Subcontractors and Sub-subcontractors, if any, shall comply with all requirements in this Section 11.1. If the Work relates to a facility leased by the Owner or its affiliates, the limits in the Subcontractor and Sub-subcontractor Minimum Insurance Limits attached hereto as Schedule 1 shall apply only to Subcontractors and Sub-subcontractors. If the Work relates to a facility owned by the Owner or its affiliates, the greater of the limits in Section 11.1.4 or Schedule 1 shall apply only to Subcontractors and Sub-subcontractors, except that umbrella general liability coverage required by Section 11.1.4.5 shall be provided in the minimum amount of $5,000,000 or as established in the applicable Work Order.

**PAGE 53**

~~The Owner shall be responsible for purchasing and maintaining the Owner's usual liability insurance.~~**§ 11.2.1** The Owner shall be responsible for purchasing and maintaining the Owner's usual liability insurance.

...

**§ 11.3.1** Unless otherwise ~~provided, the Owner shall purchase and maintain, in a company or companies lawfully authorized to do business in the jurisdiction in which the Project is located, property insurance written on a builder's risk "all-risk" or equivalent policy form~~ provided in the Contract Documents, the Owner shall be responsible for providing "all-risk" coverage in the amount of the initial ~~Contract Sum, plus~~ GMP, plus the value of subsequent Contract Modifications and the cost of materials supplied or installed ~~by others,~~ by others and owned or to be owned by the Owner, comprising total value for the entire Project at the site on a replacement cost ~~basis without optional deductibles.~~ basis. Such property insurance shall be maintained, unless otherwise provided in the Contract Documents or otherwise agreed in writing by all persons and entities who are beneficiaries of such insurance, until final payment has been made as provided in Section 9.10 or until no person or entity other than the Owner has an insurable interest in the property required by this Section ~~11.3 to be covered,~~ 11.3, whichever is later. This insurance shall include ~~interests of the Owner, the Contractor, Subcontractors and Sub-subcontractors in the Project.~~the interests of the Owner, Contractor, Subcontractors and Sub-subcontractors as loss payees, as their interests may appear. Liability of the Owner (and Owner's insurance) shall not extend to cover any tools, apparatus, machinery, scaffolding, hoists, forms, staging, shoring and other similar items commonly referred to as "construction equipment" that may be on the site and the capital value of which is not included in the Work. The Contractor shall make its own arrangements for any insurance it may require on such construction equipment.

**§ 11.3.1.1** Property insurance shall be on an "all-risk" or equivalent policy form and shall include, without limitation, insurance against the perils of fire (with extended coverage) and physical loss or damage including, without duplication of coverage, theft, vandalism, malicious mischief, collapse, ~~earthquake, flood, windstorm, falsework, testing and startup,~~ earth movement, flood (provided, however, the Owner may elect to not carry earth movement or flood coverage, in which case Owner shall release the Contractor from any damages resulting from earth movement or flood that would have otherwise been covered by such insurance coverage), windstorm, temporary buildings and debris removal including demolition occasioned by enforcement of any applicable ~~legal requirements,~~ Legal

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                                  (944679295)

Requirements, testing, commissioning and start-up and shall cover reasonable compensation for the Owner's, Architect's and Contractor's services and expenses required as a result of such insured loss. Property insurance provided by the Owner shall not cover any tools, apparatus, machinery, scaffolding, hoists, forms, staging, sheeting and other similar items commonly referred to as "construction equipment" that may be on the site and the capital value of which is not included in the Work. The Contractor shall make its own arrangements for any insurance it may require on such construction equipment.

§ 11.3.1.2 If the Owner does not intend to purchase such property insurance required by the Contract and with all of the coverages in the amount described above, the Owner shall so inform the Contractor in writing prior to commencement of the Work. The Contractor may then effect insurance that will protect the interests of the Contractor, Subcontractors and Sub-subcontractors in the Work, and by appropriate Change Order the reasonable cost thereof shall be charged to the Owner. If the Contractor is damaged by the failure or neglect of the Owner to purchase or maintain insurance as described above, without so notifying the Contractor in writing, then the Owner shall bear all reasonable costs properly attributable thereto.

§ 11.3.1.3 If the property insurance requires deductibles, the Owner shall The property insurance provided by the Owner shall have a deductible as set by Owner from time to time, and only for losses under the care and control of the Contractor, the Contractor shall pay costs not covered because of such deductibles.deductibles up to $25,000 per occurrence except to the extent set forth in the applicable Work Order.

§ 11.3.1.4 This property insurance shall cover portions of the Work stored off the site, and also portions of the Work in transit.in transit and stored off the site.

§ 11.3.1.5 Partial occupancy or use in accordance with Section 9.9 shall not commence until the insurance company or companies providing property insurance have consented to such partial occupancy or use by endorsement or otherwise. The Owner and the Contractor shall take reasonable steps to obtain consent of the insurance company or companies and shall, without mutual written consent, take no action with respect to partial occupancy or use that would cause cancellation, lapse or reduction of insurance.[Intentionally omitted].

**PAGE 54**

The Owner shall purchase and maintain boiler and machinery insurance required by the Contract Documents or by law, which shall specifically cover such insured objects during installation and until final acceptance by the Owner; this insurance shall include interests of the Owner, Contractor, Subcontractors and Sub-subcontractors in the Work, and the Owner and Contractor shall be named insureds.[Intentionally omitted].

...

The Owner, at the Owner's option, may purchase and maintain such insurance as will insure the Owner against the Owner's loss of use of the Owner's property due to fire or other hazards, however caused. Such insurance shall exclude the Contractor's loss of use and the Contractor shall have no right to claim loss of use under any such insurance maintained by the Owner. The Owner waives all rights of action against the Contractor for loss of use of the Owner's property, including consequential losses due to fire or other hazards however caused.caused, to the extent covered and paid for by any loss of use insurance carried by the Owner.

§ 11.3.4 If the Contractor requests in writing that insurance for risks other than those described herein or other special causes of loss be included in the property insurance policy, the Owner shall, if possible, include such insurance, and the cost thereof shall be charged to the Contractor by appropriate Change Order.[Intentionally omitted].

§ 11.3.5 If during the Project construction period the Owner insures properties, real or personal or both, at or adjacent to the site by property insurance under policies separate from those insuring the Project, or if after final payment property insurance is to be provided on the completed Project through a policy or policies other than those insuring the Project during the construction period, the Owner shall waive all rights in accordance with the terms of Section 11.3.7 for damages caused by fire or other causes of loss covered by this separate property insurance. All separate policies shall provide this waiver of subrogation by endorsement or otherwise.[Intentionally omitted].

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                (944596295)

**§ 11.3.6** Before an exposure to loss may occur, the Owner shall ~~file with the Contractor a copy of each policy~~ provide the Contractor with a Certificate of Insurance that includes insurance coverages required by this Section ~~11.3. Each policy shall contain all generally applicable conditions, definitions, exclusions and endorsements related to this Project. Each policy~~ 11.3 if requested by the Contractor. Each policy required under this Section 11.3 shall contain a provision that the policy will not be canceled or allowed to expire, and that its limits will not be reduced, until ~~at least 30 days' prior written notice has been given to the Contractor.~~ written notice (10 days' prior written notice for nonpayment of premium) has been given to the Owner. The Owner shall endeavor to provide the Contractor thirty (30) days' prior written notice before any cancellation, material change or lapse of such coverage.

...

~~The Owner and Contractor waive all rights against (1) each other and any of their subcontractors, sub-subcontractors, agents and employees, each of the other, and (2) the Architect, Architect's consultants, separate contractors described in Article 6, if any, and any of their subcontractors, sub-subcontractors, agents and employees, for damages caused by fire or other causes of loss to the extent covered by property insurance obtained pursuant to this Section 11.3 or other property insurance applicable to the Work, except such rights as they have to proceeds of such insurance held by the Owner as fiduciary. The Owner or Contractor, as appropriate, shall require of the Architect, Architect's consultants, separate contractors described in Article 6, if any, and the subcontractors, sub-subcontractors, agents and employees of any of them, by appropriate agreements, written where legally required for validity, similar waivers each in favor of other parties enumerated herein. The policies shall provide such waivers of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damaged.~~ **§ 11.3.7.1** The Owner and Contractor waive all rights against (1) each other and any of their subcontractors, sub-subcontractors, agents and employees, each of the other, and (2) the Architect, Architect's consultants, separate contractors described in Article 6, if any, and any of their subcontractors, sub-subcontractors, agents and employees, for damages caused by fire or other causes of loss occurring prior to Final Completion to the extent (i) covered by property insurance obtained pursuant to this Section 11.3 or other property insurance applicable to the Work, except such rights as they have to proceeds of such insurance held by the Owner pursuant to Section 11.3.8, (ii) covered by any property insurance carried by the Contractor (or any Subcontractor or Sub-subcontractor) or, (iii) with respect to construction equipment, such losses would be covered if the Contractor (or the applicable Subcontractor or Sub-subcontractor) carried property insurance for the full replacement value of such construction equipment. The Owner or Contractor, as appropriate, shall require of the Architect, Architect's consultants, separate contractors described in Article 6, if any, and the subcontractors, sub-subcontractors, agents and employees of any of them, by appropriate written agreements, similar waivers each in favor of other parties enumerated herein. The policies shall provide such waivers of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damaged.

**§ 11.3.8** A loss insured under the Owner's property insurance shall be adjusted by the Owner as fiduciary and made payable to the Owner to be disbursed as fiduciary for the insureds, as their interests may appear, subject to requirements of any applicable mortgagee clause and of Section 11.3.10. As used in Section 11.3.8, "fiduciary" shall mean the exercise of due care in the handling of all proceeds and all other obligations or duties contained in Section 11.3 and in accordance with the Contract Documents on behalf of the Contractor but shall not be construed to impose the duties of a trustee or to create a trust consisting of the proceeds. The Contractor shall pay Subcontractors their just shares of insurance proceeds received by the Contractor, and by appropriate agreements, written where legally required for validity, shall require Subcontractors to make payments to their Sub-subcontractors in similar manner.

**§ 11.3.9** If required in writing by a party in interest, the Owner as fiduciary shall, upon occurrence of an insured loss, ~~give bond for proper performance of the Owner's duties. The cost of required bonds shall be charged against proceeds received as fiduciary. The Owner shall~~ deposit ~~in a separate account~~ proceeds so received, which the Owner shall distribute in accordance with such agreement as the parties in interest may reach, or as determined in accordance with the method of binding dispute resolution selected in the Agreement between the Owner and Contractor. If after such loss no other special agreement is made and unless the Owner terminates the Contract for

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

convenience, replacement of damaged property shall be performed by the Contractor after notification of a Change in the Work in accordance with Article 7.

**§ 11.3.10** The Owner as fiduciary shall have power to adjust and settle a loss with insurers unless one of the parties in interest shall object in writing within five days after occurrence of loss to the Owner's exercise of this power; if such objection is made, the dispute shall be resolved in the manner selected by the Owner and Contractor as the method of binding dispute resolution in the Agreement. ~~If the Owner and Contractor have selected arbitration as the method of binding dispute resolution, the Owner as fiduciary shall make settlement with insurers or, in the case of a dispute over distribution of insurance proceeds, in accordance with the directions of the arbitrators.~~

## PAGE 55

**§ 11.4.1** The Owner shall have the right to require the Contractor to furnish bonds covering faithful performance of the Contract and payment of obligations arising ~~thereunder as stipulated in bidding requirements or specifically required in the Contract Documents on the date of execution of the Contract.~~ <u>thereunder. The Owner may elect to require the Contractor to bond certain Subcontractors and/or Suppliers. If the Owner so elects, the Owner agrees to increase the GMP for bond costs to the extent not previously included in the GMP.</u>

...

**§ 11.5 PROFESSIONAL LIABILITY INSURANCE – DESIGN-BUILD SUBCONTRACTORS**
**§ 11.5.1** <u>Except as otherwise provided in a Work Order, for the portions of the Work which include design or use of design-build subcontractors, the Contractor shall require and ensure that the Subcontractor shall procure, maintain and pay for Professional Liability Insurance covering damages by reason of any negligent act, error or omission committed or alleged to have been committed by the Subcontractor or anyone for whom Subcontractor is legally liable, including coverage for liability assumed by contract. If the Work relates to a facility leased by the Owner or its affiliates, such Professional Liability Insurance shall include minimum limits as set forth in the Subcontractor and Sub-subcontractor Minimum Insurance Limits attached hereto as Schedule 1. If the Work relates to a facility owned by the Owner or its affiliates, such Professional Liability Insurance shall include minimum limits of $5 million per claim and aggregate for mechanical (including fire protection), electrical and curtain wall enclosure, and $2 million per claim and aggregate for all other design-build sub-trades. Coverage shall be retroactive to the earlier of the date of the Agreement or the commencement of such design-build work. Professional liability coverage shall be provided by annual policy or policies to be renewed for a continuous period of two years following the Final Completion Date of the Project by the Owner or such longer period as the Contract Documents may require. Renewal policies during this period shall maintain the same retroactive date. Should the Subcontractor change insurance carriers during such term, the design-build subcontractor shall provide continuous and uninterrupted coverage as herein provided and shall without demand provide Owner with proof of same.</u>

## PAGE 56

**§ 12.1.1** If a portion of the Work is covered contrary to the Architect's <u>or Owner's</u> request or to requirements specifically expressed in the Contract Documents, it must, if requested in writing by the ~~Architect,~~ <u>Architect or Owner,</u> be uncovered for the Architect's <u>or Owner's</u> examination and be replaced at the Contractor's expense without change in the Contract Time.

**§ 12.1.2** If a portion of the Work has been covered that the Architect <u>or Owner</u> has not specifically requested to examine prior to its being covered, the Architect <u>or Owner</u> may request to see such Work and it shall be uncovered by the Contractor. If such Work is in accordance with the Contract Documents, costs of uncovering and replacement ~~shall, by appropriate Change Order, be at the Owner's expense.~~ <u>shall be at the Owner's expense by a Change Order addressing cost and time, as appropriate.</u> If such Work is not in accordance with the Contract Documents, such costs and the cost of correction shall be at the Contractor's expense unless the condition was caused by the Owner or a separate contractor in which event the Owner shall be responsible for payment of such ~~costs.~~<u>costs, as appropriate.</u>

...

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

The Contractor shall promptly correct Work rejected ~~by the Architect~~ as defective or failing to conform to the Contract Documents by the Architect, Owner or governmental inspections having jurisdiction on Work, or failing to conform to the requirements of the Contract Documents, whether discovered before or after Substantial Completion and whether or not fabricated, installed or completed. Costs of correcting such rejected Work, including labor, materials, additional testing and inspections, the cost of uncovering and replacement, and compensation for the Architect's and Owner's services and expenses made necessary thereby, shall be at the Contractor's expense.

...

**§ 12.2.2.1** In addition to the Contractor's obligations under Section 3.5, if, within one ~~year after the date of Substantial Completion of the Work or designated portion thereof or after the date for commencement of warranties established under Section 9.9.1, or~~ (1) year after Substantial Completion, or by terms of an applicable special warranty required by the Contract Documents, any of the Work is found to be not in accordance with the requirements of the Contract Documents, the Contractor shall correct it promptly after receipt of written notice from the Owner to do so unless the Owner has previously given the Contractor a written acceptance of such condition. The Owner shall give such notice promptly after discovery of the condition. ~~During the one-year period for correction of Work, if the Owner fails to notify the Contractor and give the Contractor an opportunity to make the correction, the Owner waives the rights to require correction by the Contractor and to make a claim for breach of warranty.~~ If the Contractor fails to correct nonconforming Work within a reasonable time during that period after receipt of notice from the Owner or Architect, the Owner may correct it in accordance with Section 2.4. All machinery, equipment and building systems used by the Contractor or any Subcontractors prior to Substantial Completion shall be restored to the same condition, if necessary at no cost to the Owner.

**§ 12.2.2.2** The one-year period for correction of Work shall be extended with respect to portions of Work first performed after Substantial Completion by the period of time between Substantial Completion and the actual completion of that portion of the Work. The obligation under this Section 12.2.2.2 shall survive acceptance of the Work and termination of the Contract.

**§ 12.2.2.3** The one-year period for correction of Work shall not be extended by corrective Work performed by the Contractor pursuant to this Section ~~12.2.~~12.2, provided, however, the warranty provisions of the Contract Documents and the Contractor's obligations under this Section 12.2 shall be extended as to any corrective Work (but only for the specific items corrected) for the time specified in the Contract Documents from the date the corrective Work is completed. Without limitation, manufacturer's warranties on equipment shall supplement warranties specified in the Contract Documents.

**§ 12.2.3** The Contractor shall remove from the site portions of the Work that are defective or not in accordance with the requirements of the Contract Documents and are neither corrected by the Contractor nor accepted by the Owner.

...

**§ 12.2.5** Nothing contained in this Section 12.2 shall be construed to establish a period of limitation with respect to other obligations the Contractor has under the Contract Documents. Establishment of the one-year period for correction of Work as described in Section 12.2.2 relates only to the specific obligation of the Contractor to correct the Work, and has no relationship to the time within which the obligation to comply with the Contract Documents may be sought to be enforced, nor to the time within which proceedings may be commenced to establish the Contractor's liability with respect to the Contractor's obligations other than specifically to correct the Work. The warranties given herein by the Contractor are in addition to any manufacturers' warranties that may be available to the Owner (which manufacturers' warranties the Contractor shall supply to the Owner on or before Substantial Completion).

**§ 12.2.6** If, during the guarantee or warranty period, any material, equipment or system requires corrective work because of defects in materials or workmanship, and if the Contractor remains on the Project site or if the corrective work constitutes an emergency (a threat to human health or safety, or property or the launch-date of business operations), the Contractor shall undertake all required corrective work within 48 hours after receiving the notice and work diligently until the corrective work is completed. In all other situations, if during the guarantee or warranty period, any material, equipment or system requires corrective work because of defects in materials or workmanship, the Contractor shall, within 48 hours after receiving the notice, respond to the Owner with a detailed plan for

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

performing all required corrective work. If the Contractor does not, in accordance with the terms and provisions of the Contract Documents, commence all corrective work within five (5) days after receiving notice or if the Contractor commences such work but does not pursue it in an expeditious manner, the Owner may either notify the bonding company (if any) to have such work and/or obligations performed at no additional cost to the Owner or may perform such work and/or obligations and charge the costs thereof to the Contractor. The Contractor shall correct any defects noted by the Owner and if it is later determined that such defects were the responsibility of others, the Owner will pay the Contractor an amount calculated in accordance with Section 7.3.7 of these General Conditions. The obligations of the Contractor or any Subcontractor under the terms and provisions of the Contract Documents shall not be limited to the payments made by the surety (if any) under the provisions of the Contract. Ten (10) months following Substantial Completion, the Contractor shall accompany the Owner on an inspection of the Project and the Contractor shall promptly correct any defective or non-conforming Work.

**PAGE 57**

~~If the Owner prefers to accept Work that is not in accordance with the requirements of the Contract Documents, the Owner may do so instead of requiring its removal and correction, in which case the Contract Sum will be reduced as appropriate and equitable. Such adjustment shall be effected whether or not final payment has been made.~~ **§ 12.3.1** If the Owner prefers to accept Work that is not in accordance with the requirements of the Contract Documents, the Owner may do so instead of requiring its removal and correction, in which case the GMP will be reduced as appropriate and equitable. Such adjustment shall be effected whether or not final payment has been made.

...

~~The Contract shall be governed by the law of the place where the Project is located except that, if the parties have selected arbitration as the method of binding dispute resolution, the Federal Arbitration Act shall govern Section 15.4.~~ **§ 13.1.1** The Contract shall be governed by the law of the state in which the Project is located.

...

**§ 13.2.1** The Owner and Contractor respectively bind themselves, their partners, successors, assigns and legal representatives to covenants, agreements and obligations contained in the Contract Documents. Except as provided in ~~Section 13.2.2,~~ the Contract Documents, neither party to the Contract shall assign the Contract as a whole without written consent of the other. If either party attempts to make such an assignment without such consent, that party shall nevertheless remain legally responsible for all obligations under the Contract.

**§ 13.2.2** The Owner may, without consent of the Contractor, assign the Contract to ~~a lender providing construction financing for the Project, if the lender assumes~~ (i) a lender providing financing for the Project, (ii) to any of its affiliates, (iii) in connection with any merger, consolidation, reorganization, sale of all or substantially all of its assets or any similar transaction, or (iv) to any person or entity succeeding to the Owner's interest in or to the property on which the Project is located. In such event, the assignee shall assume the Owner's rights and obligations under the Contract Documents. The Contractor shall execute all consents reasonably required to facilitate such assignment.

**§ 13.3 WRITTEN NOTICE AND OWNER'S WRITTEN APPROVALS**
~~Written notice shall be deemed to have been duly served if delivered in person to the individual, to a member of the firm or entity, or to an officer of the corporation for which it was intended; or if delivered at, or sent by registered or certified mail or by courier service providing proof of delivery to, the last business address known to the party giving notice.~~ **§ 13.3.1** All written notices must be delivered by (i) personal delivery, (ii) certified U.S. mail, with postage prepaid and return receipt requested, (iii) overnight courier service, or (iv) e-mail transmission, with a verification copy sent within one (1) business day by any of the methods set forth in clauses (i), (ii) or (iii), to the address for the recipient party set forth in the applicable Work Order. The date of written notice shall be the earlier of the date of personal or courier delivery, or three calendar days after the date of postmark. All written notices to the Owner must be addressed to the attention of the General Counsel. A party may change its notice address at any time by delivery of written notice to the other party.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

**§ 13.3.2** Where the Agreement or these General Conditions require the Owner's written approval, consent or a request by the Owner, such approval, consent or request may be issued only in writing, including by e-mail, by the Owner's Representative or anyone at a director-level or higher.

**PAGE 58**

**§ 13.4.1** ~~Duties~~ Except as expressly limited in the Contract Documents, duties and obligations imposed by the Contract Documents and rights and remedies available thereunder shall be in addition to and not a limitation of duties, obligations, rights and remedies otherwise imposed or available by law.

...

**§ 13.4.3** If for any reason one or more provisions of the Contract are held to be invalid, void, illegal or unenforceable, the other provisions of the Contract shall not be affected and shall continue to maintain their vitality and validity, and the Contract shall be construed as if the invalid, void, illegal or unenforceable provision had never been a part of the Contract.

**§ 13.5.1** Tests, inspections and approvals of portions of the Work shall be made as required by the Contract Documents and by applicable laws, statutes, ordinances, codes, rules and regulations or lawful orders of public authorities. Unless otherwise provided, the Contractor shall make arrangements for such tests, inspections and approvals with an independent testing laboratory ~~or entity acceptable to~~ selected by the Owner, or with the appropriate public ~~authority, and shall bear all related costs of~~ authority. The Owner shall pay the costs of structural tests and inspections by the independent testing laboratory, geotechnical tests, system commissioning, membrane testing, air infiltration testing and curtain wall performance testing. Unless otherwise provided in the Contract Documents, including the applicable Work Order, the Contractor shall pay the costs of the main building permit and the building official inspections covered by that permit, and other tests, inspections and approvals. The Contractor shall give the Architect timely notice of when and where tests and inspections are to be made so that the Architect may be present for such procedures. The Owner shall also bear costs of (1) tests, inspections or approvals that do not become requirements until after bids are received or negotiations concluded, and (2) tests, inspections or approvals where building codes or applicable laws or regulations prohibit the Owner from delegating their cost to the Contractor.

**§ 13.5.2** If the Architect, Owner or public authorities having jurisdiction determine that portions of the Work require additional testing, inspection or approval not included under Section 13.5.1, the Architect will, upon written authorization from the Owner, instruct the Contractor to make arrangements for such additional testing, inspection or approval by an entity acceptable to the Owner, and the Contractor shall give timely notice to the Architect and Owner of when and where tests and inspections are to be made so that the Architect and Owner may be present for such procedures. Such costs, except as provided in Section 13.5.3, shall be at the Owner's expense.

**§ 13.5.3** If such procedures for testing, inspection or approval under Sections 13.5.1 and 13.5.2 reveal failure of the portions of the Work to comply with requirements established by the Contract Documents, all costs made necessary by such failure including but not limited to those of repeated procedures and compensation for the Architect's and Owner's services and expenses shall be at the Contractor's expense.

**§ 13.5.4** Required certificates of testing, inspection or approval shall, unless otherwise required by the Contract Documents, be secured by the Contractor and promptly delivered to the ~~Architect.~~ Architect with a copy to the Owner.

**§ 13.5.5** If the Architect ~~is~~ and Owner are to observe tests, inspections or approvals required by the Contract Documents, the Architect and Owner will do so promptly and, where practicable, at the normal place of testing.

**§ 13.5.6** Tests or inspections conducted pursuant to the Contract Documents shall be made promptly to avoid unreasonable delay in the Work. The Owner's and Architect's observation of tests or inspection of Work shall not relieve the Contractor of any of its obligations under the Contract Documents.

**PAGE 59**

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

DocuSign Envelope ID: 89E1C5QF-7497-4BD6-86B2-0F9665Q8CA6F

~~Payments due and unpaid under the Contract Documents shall bear interest from the date payment is due at such rate as the parties may agree upon in writing or, in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.~~

**§ 13.6.1** Payments due and unpaid under the Contract Documents shall bear interest from the date that is five (5) business days after receipt of notice that such amount is past due in accordance with the terms of the Contract if and only to the extent provided in the Contract.

**§ 13.7** ~~TIME LIMITS ON CLAIMS~~CONSTRUCTION LENDER REQUIREMENTS
**§ 13.7.1** The Contract may be amended in any respect, including, without limitation, procedures for payment, assignment, change orders, lien releases and termination, as may be reasonably required by any construction or permanent lender who may from time to time have a mortgage or deed of trust on the Project or have outstanding a loan commitment on the Project upon agreement by the Contractor, such agreement to not unreasonably be withheld, conditioned or delayed. The Contractor also agrees to timely provide any such lender with any documents and information it reasonably requires within the limits afforded the Owner in the Agreement. The Contractor shall make every reasonable effort to conform its documentation in support of progress payments to the requirements of the lender under the construction loan agreement. If requested by the Owner, Contractor agrees to (a) execute a "Contractor's Letter of Consent of Assignment" or similar document and (b) provide the construction lender such certificates or such other reasonable documents relating to the completion of the Work in compliance with applicable codes, ordinances, rules and regulations, in such form as may be required by the lender.

**§ 13.7.2** Any and all mortgages for the construction of the Project now or hereafter placed upon the property which the Contractor furnishes materials or labor shall be a lien prior to and superior to any lien the Contractor, Subcontractor or Supplier may now have or hereafter acquire by virtue of furnishing labor and materials, and any mechanics or materialmen's liens so acquired shall be subordinate to and is hereby subordinate to any and all such mortgages, to the extent permitted by the law of the state where the Project is located. The Contractor shall furnish, in a form acceptable to lender, verification of said subordination.

**§ 13.8** WORK PRODUCT; WORK FOR HIRE
**§ 13.8.1** The Owner owns all rights, including without limitation, any intellectual property rights in and to everything the Contractor makes, conceives, develops, discovers, reduces to practice or fixes in a tangible medium of expression, alone or with others in the course of the Contractor's engagement by the Owner, including without limitation, all deliverables (but not including the Contractor's means, methods or Contractor's business administration) ("Engagement Work Product"). Any and all Shop Drawings, physical and electronic models, documents, renderings, drawings, schedules and other data specially prepared for the Work by the Contractor or any Subcontractor, Sub-subcontractor, manufacturer, Supplier or distributor (collectively, the "Tangible Work Product" and together with the Engagement Work Product, the "Work Product") is the sole and exclusive property of the Owner. The Owner owns all right, title, and interest (including, but not limited to, all copyrights and any other intellectual property rights) in the Work Product immediately upon creation of any Work Product or any part thereof. The Contractor shall deliver the Work Product or requested parts of the Work Product to the Owner upon Final Completion or earlier request of the Owner. To the maximum extent allowed by law, all Engagement Work Product will be considered "works made for hire" and accordingly, the Owner will be considered the author of Engagement Work Product under the federal copyright laws. The Work Product has been specially ordered and commissioned by the Owner as "work made for hire" for copyright purposes, or, to the extent any Work Product does not so qualify, the Contractor hereby grants, assigns and transfers to the Owner all of the Contractor's right, title, and interest of any kind in and to the Work Product and the copyright thereof, and all renewals and extensions of the copyright that may be secured now or in the future and the Contractor shall require a similar assignment to the Owner from all Subcontractors, Sub-subcontractors, manufacturers, Suppliers and distributors that produce any Work Product. The Contractor grants the Owner a perpetual, world-wide, royalty-free, non-exclusive license under its rights to make, have made, use, sell, offer to sell, distribute, modify, create derivative works of, and sublicense (through multiple tiers of sub licensees) any other intellectual property owned or licensable by the Contractor for the Owner's use and enjoyment of the Work Product, including the right to design and build structures without Contractor based on the Work Product.

**§ 13.9** DAMAGE TO EXISTING STRUCTURES AND PROPERTY
**§ 13.9.1** The Contractor shall conduct the operations so as not to damage adjacent structures, existing structures, any work installed either by the Contractor or by other contractors, or any personal property of the Owner or others. If

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

any such damage is related to its operations, the Contractor shall repair and make good as new the damaged portions at its own expense, and the Contractor shall be liable for the damage caused. The obligations of this Section 13.9.1 shall survive termination of the Contract.

## § 13.10 MANUFACTURERS' REQUIREMENTS

~~The Owner and Contractor shall commence all claims and causes of action, whether in contract, tort, breach of warranty or otherwise, against the other arising out of or related to the Contract in accordance with the requirements of the final dispute resolution method selected in the Agreement within the time period specified by applicable law, but in any case not more than 10 years after the date of Substantial Completion of the Work. The Owner and Contractor waive all claims and causes of action not commenced in accordance with this Section 13.7.~~ **§ 13.10.1** The Contractor warrants that the installation of all materials and equipment shall be in strict accordance with the manufacturers' requirements or specifications, as applicable, and that the materials and equipment shall function as intended by the manufacturer. Prior to Final Completion, the Contractor shall obtain a statement from the manufacturer approving the Contractor's installation of all materials and equipment for which a warranty is required under the Contract Documents. If the Owner seeks to enforce a claim based upon a manufacturer's warranty and such manufacturer fails to honor its warranty based, in whole or in part, on a claim of defective installation, the Owner shall be entitled to enforce any claim for defective installation against the Contractor.

## PAGE 60

§ 14.1.1 The Contractor may terminate the Contract if the Work is stopped for a period of ~~30~~ thirty (30) consecutive days through no act or fault of the Contractor or a Subcontractor, Sub-subcontractor or their agents or employees or any other persons or entities performing portions of the Work under direct or indirect contract with the Contractor, for any of the following ~~reasons:~~reasons only:

...

    .3    Because the Architect has not issued a Certificate for Payment and has not notified the Contractor of the reason for withholding certification as provided in Section 9.4.1, ~~or because the Owner has not made payment on a Certificate for Payment within the time stated in the Contract Documents;~~ 9.4.1; or

    .4    ~~The Owner has failed to furnish to the Contractor promptly, upon the Contractor's request, reasonable evidence as required by Section 2.2.1.~~Because the Owner fails to pay the Contractor as provided in Section 9.7.1.

§ 14.1.2 ~~The Contractor may terminate the Contract if, through no act or fault of the Contractor or a Subcontractor, Sub-subcontractor or their agents or employees or any other persons or entities performing portions of the Work under direct or indirect contract with the Contractor, repeated suspensions, delays or interruptions of the entire Work by the Owner as described in Section 14.3 constitute in the aggregate more than 100 percent of the total number of days scheduled for completion, or 120 days in any 365-day period, whichever is less.~~[Intentionally omitted].

§ 14.1.3 If one of the reasons described in Section 14.1.1 ~~or 14.1.2~~ exists, the Contractor may, upon ~~seven~~ fourteen (14) days' written notice to the Owner and Architect, and provided the cause for termination is not cured or corrected by the Owner or the Architect within such fourteen-day period, terminate the Contract and recover from the Owner payment for Work executed, including ~~reasonable overhead and profit, costs incurred by reason of such termination, and damages.~~ the pro-rata or proportionate part of the Contractor's Fee (as defined in the applicable Work Order) for Work performed. If the Contractor terminates the Contract, it will use commercially reasonable efforts to mitigate its losses and costs.

§ 14.1.4 If the Work is stopped for a period of ~~60~~ sixty (60) consecutive days through no act or fault of the Contractor or a Subcontractor or their agents or employees or any other persons performing portions of the Work under contract with the Contractor because the Owner has repeatedly failed to fulfill the Owner's obligations under the Contract Documents with respect to matters important to the progress of the Work, the Contractor may, upon ~~seven~~ fourteen (14) additional days' written notice to the Owner and the Architect, and provided the cause for termination is not cured or corrected by the Owner or the Architect within such fourteen day period, terminate the Contract and recover from the Owner as provided in Section 14.1.3.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944506295)

...

**§ 14.2.1** The Owner may terminate the Contract if the ~~Contractor~~Contractor:

   **.1**  ~~repeatedly~~ refuses or fails to supply enough properly skilled workers or proper materials;

   **.2**  fails to make payment to Subcontractors or Suppliers for materials or labor in accordance with the respective agreements between the Contractor and the ~~Subcontractors;~~Subcontractors or Suppliers;

   **.3**  ~~repeatedly disregards~~ disregards or does not comply with applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of a public authority;

   **.4**  fails to provide to the Owner a construction schedule, construction schedule updates, weekly progress reports, certificates of insurance or any required payment and performance bond in the form and within the time required under the Contract Documents;

   **.4**  ~~otherwise is guilty of~~**.5**  fails to achieve Substantial Completion or Final Completion on or before the dates specified in the Contract Documents or otherwise fails to adhere to the Project schedule in performing the Work;

   **.6**  has been paid for undisputed amounts and fails to remove Mechanic's Liens, pursuant to Section 9.6.8 or as so notified by the Owner in writing or is otherwise is in substantial breach of a provision of the Contract ~~Documents.~~Documents that impacts the Cost of the Work or extension of Contract Time; or

   **.7**  breaches any of its confidentiality obligations, including, but not limited to those set forth in the NDA.

**§ 14.2.2** When any of the above reasons exist, the ~~Owner, upon certification by the Initial Decision Maker that sufficient cause exists to justify such action,~~ Owner may without prejudice to any other rights or remedies of the Owner and after giving the Contractor and the Contractor's surety, if any, seven (7) days' written notice, terminate employment of the Contractor and may, subject to any prior rights of the surety:

   **.1**  Exclude the Contractor from the site and take possession of all materials, equipment, tools, and construction equipment and machinery thereon owned ~~by the Contractor;~~by the Contractor or leased by the Contractor for the Project;

**PAGE 61**

**§ 14.2.3** When the Owner terminates the Contract for one of the reasons stated in Section 14.2.1, the Contractor shall not be entitled to receive further payment unless and until the Work is finished.

**§ 14.2.4** If the unpaid balance of the ~~Contract Sum~~ GMP for Work performed prior to termination exceeds costs of finishing the Work, including but not limited to compensation for the Owner's and Architect's services and expenses made necessary thereby, and other damages incurred by the Owner and not expressly waived, such excess shall be paid to the ~~Contractor.~~ Contractor for, but only to the extent of, Work properly performed by the Contractor, if applicable, but in no event shall the Contractor be entitled to any payment in excess of the amount that would have been payable to the Contractor if the Owner had terminated the Contract pursuant to Section 14.4. If such costs and damages exceed the unpaid balance, the Contractor shall pay the difference to the Owner. The amount to be paid to the Contractor or Owner, as the case may be, shall be certified by the ~~Initial Decision Maker,~~ Owner, upon application, and this obligation for payment shall survive termination of the Contract.

**§ 14.2.5** When the Owner terminates the Contract for one of the reasons stated in Section 14.2.1, the Owner shall be entitled to recover its damages resulting from such termination, including, but not limited to, all costs in excess of the GMP, including attorney's fees and consulting compensation for the Architect's and the Owner's Representative's services and expenses made necessary thereby and, if Substantial Completion is not achieved by the required date of Substantial Completion (as adjusted pursuant to the Contract Documents), liquidated damages for delay as set forth in the Agreement. All amounts paid pursuant to this Section 14.2.5 shall be certified by the Owner upon application, and the obligations of this Section 14.2.5 shall survive the termination of the Contract.

**§ 14.2.6** It is recognized that if the Contractor is adjudged bankrupt, makes a general assignment for the benefit of creditors, or if a receiver is appointed for the benefit of its creditors on account of the Contractor's insolvency, such circumstance could impair or frustrate the Contractor's performance of the Contract. Accordingly, the parties to the Contract agree that at any time that Owner has reasonable concerns about the financial stability of the Contractor, the Owner shall be entitled to request of the Contractor or its successor in interest, adequate assurance of future

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

performance in accordance with the terms and conditions of the Contract Documents and the Contractor shall have seven (7) business days to provide such assurances. The Contractor's failure to comply with such request shall entitle the Owner to (a) withhold payment until the Contractor provides such reasonable assurances as the Owner shall require, and/or (b) to terminate the Contract immediately and to the accompanying rights thereunder. The Owner shall be entitled to recover its damages resulting from such termination including, but not limited to, all costs incurred by the Owner in excess of the GMP and, if Substantial Completion is not achieved by the required date of Substantial Completion, liquidated damages for delay as set forth in the Agreement.

...

§ 14.3.2 The ~~Contract Sum~~ GMP and Contract Time shall be adjusted for increases and decreases in the cost and time caused by suspension, delay or interruption as described in Section 14.3.1. Adjustment of the ~~Contract Sum shall include profit.~~ GMP shall include applicable adjustments to the Contractor's Fee, as defined in the applicable Work Order. No adjustment shall be made to the extent

**PAGE 62**

§ 14.4.1 The Owner may, at any time, terminate the Contract for the Owner's convenience and without cause. If the Owner terminates for cause and that termination is determined to be improper, then the termination will be deemed a termination for convenience.

...

    .2    take actions necessary, or that the Owner may direct, for the protection and preservation of the Work; ~~and~~

    .3    except for Work directed to be performed prior to the effective date of termination stated in the notice, terminate all existing subcontracts and purchase orders and enter into no further subcontracts and purchase ~~orders.~~orders;

    .4    not place any further orders or enter into any new subcontracts for materials, services or facilities; and

    .5    immediately turn over to the Owner the original (or a copy, equal in quality to the original) of all of the Contractor's records, files, documents, materials, drawings and any other items relating to the Project, whether located on the Project site, at the Contractor's office or elsewhere.

§ 14.4.3 In case of such termination for the Owner's convenience, the Contractor shall be entitled to receive payment for Work executed, and costs incurred by reason of such termination, along with reasonable overhead and profit ~~on the Work not executed.~~in the form of the pro-rata or proportionate part of the Contractor's Fee on the Work performed.

§ 14.5 LIMITATION ON TERMINATION CLAIMS

§ 14.5.1 In connection with any termination of the Contract, whether by the Owner for convenience or cause or by the Contractor for cause, it is agreed and understood that:  (1) no Fee shall be due or payable with respect to unperformed Work; (2) in no event shall the Owner be liable for lost profits or overhead; and (3) in no event shall the Contractor be entitled to a termination payment that would in the aggregate with all prior payments by the Owner to the Contractor exceed the GMP, including any written Change Orders and work authorized by the Owner in writing.

...

A ~~Claim~~ "Claim" is a demand or assertion by ~~one of the parties~~ the Contractor seeking, as a matter of right, adjustment or interpretation of Contract terms, payment of money, extension of time, or other relief with respect to the terms of the Contract. ~~The term "Claim" also includes other disputes and matters in question between the Owner and Contractor arising out of or relating to the Contract.~~ Claims must be initiated by written Notice of Claim. The responsibility to substantiate Claims shall rest with the ~~party making the Claim.~~Contractor.

...

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

~~Claims by either the Owner or Contractor must be initiated by written notice to the other party and to the Initial Decision Maker with a copy sent to the Architect, if the Architect is not serving as the Initial Decision Maker. Claims by either party must be initiated within 21 days after occurrence of the event giving rise to such Claim or within 21 days after the claimant first recognizes the condition giving rise to the Claim, whichever is later.~~ **§ 15.1.2.1** In the event that the Contractor believes it has a Claim against the Owner for additional compensation, additional time or some other remedy arising out of or in connection with the Contract Documents, the Work or the actions or omissions of the Owner (or the parties for whom the Owner is responsible), the Contractor shall give written notice ("Notice of Claim") to the Owner of such Claim within fifteen (15) days of when the Contractor first knew, or reasonably should have known, of the event or condition giving rise to the apparent claim. In the event the Claim is the result of failure to mutually agree on the adjustment of the GMP or Contract Time for changes addressed in Articles 7 and 8, the time period for the Notice of Claim starts at the time the parties agree there is an impasse. No Claim for additional time shall be allowed unless the Notice of Delay procedures described in Section 8.3.1 have been followed. The Notice of Claim shall describe the nature and impact of the Claim in reasonable detail. For purposes of this provision, giving notice to the Owner shall be deemed to mean notice delivered by hand or by mail to the Owner, Owner's Development Manager, and the Architect at the addresses set forth in the Contract Documents or such other person or location as Owner may designate in writing from time to time.

**§ 15.1.2.2** The Contractor shall use commercially reasonable efforts to include the following in a Notice of Claim: (1) the date and description of the event giving rise to the request for an adjustment or interpretation of Contract terms, a payment of money, an extension of time or other relief with respect to the terms of the Contract Documents; (2) a statement of the nature of the impacts to the Contractor and its Subcontractors, if any; (3) a detailed written breakdown and calculation of the adjustment in the GMP sought by the Contractor for itself and for others, if any, together with documents and substantiation for all adjustments; (4) a detailed written analysis and explanation of the amount of any adjustment to the Contract Time, then known and sought by the Contractor, together with an analysis of the construction schedule showing the claimed impact on the Contractor's ability to achieve Substantial Completion by the required date of Substantial Completion; (5) a detailed written analysis and explanation, together with documents and substantiation for any other request relief with respect to the terms of the Contract Documents; and (6) a detailed statement of all provisions of the Contract Documents upon which the Notice of Claim is based. The Contractor shall update any Notice of Claim with each weekly report to the Owner until such time as the foregoing detail has been received by the Owner in the Owner's reasonable discretion.

**§ 15.1.2.3** No course of conduct or dealing between the parties nor express or implied acceptance of alterations or additions to the Work and no claim that the Owner has been unjustly enriched by any alteration or addition to the Work shall form the basis of any Claim for an increase in any amount due under the Contract Documents or a change in the Contract.

**§ 15.1.2.4** All Claims made by the Contractor or by any Subcontractor or Sub-subcontractor through the Contractor shall be accompanied by a certification by an officer of the Contractor having overall responsibility for the Contractor's affairs stating (1) the Claim is made in good faith, (2) the supporting data is accurate and complete to the best of the Contractor's knowledge and belief; and (3) the amount requested accurately reflects the contract adjustment for which the Contractor believes the Owner is liable. For Claims by Subcontractors or Sub-contractors the Contractor may not rely on Subcontractor or Sub-subcontractor certifications but must conduct an independent evaluation sufficient to certify the claim as stated above. False or inaccurate certification of a Claim will entitle the Owner to recover its costs of defending such Claim including but not limited to attorney, accountant and expert fees.

**§ 15.1.2.5** THE CONTRACTOR'S FAILURE TO GIVE NOTICE OF CLAIM WITHIN THE FIFTEEN (15) DAY PERIOD AND IN STRICT COMPLIANCE WITH THE OTHER REQUIREMENTS SET FORTH IN THIS ARTICLE 15 SHALL CONSTITUTE AN ABSOLUTE AND COMPLETE WAIVER, RELEASE AND BAR OF SUCH CLAIM, EXCEPT WHERE SUCH WAIVER, RELEASE OR BAR IS PROHIBITED BY APPLICABLE LAWS.

**PAGE 63**

Pending final resolution of a Claim, except as otherwise agreed in writing or as provided in Section 9.7 and Article 14, the Contractor shall proceed diligently with performance of the Contract and the Owner shall continue to make payments in accordance with the Contract Documents. ~~The Architect will prepare Change Orders and issue Certificates for Payment in accordance with the decisions of the Initial Decision Maker.~~

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

...

If the Contractor wishes to make a Claim for an increase in the ~~Contract Sum,~~ GMP, written notice as provided herein shall be given before proceeding to execute the Work. Prior notice is not required for Claims relating to an emergency endangering life or property arising under Section ~~10.4.~~10.4 or Claims where a Construction Change Directive has authorized the Work.

...

**§ 15.1.5.1** If the Contractor wishes to make a Claim for an increase in the Contract Time, written notice as provided herein shall be given. The Contractor's Claim shall include an estimate of cost and of probable effect of delay on progress of the Work. In the case of a continuing delay, only one Claim is necessary. No Claim for additional time shall be allowed unless the Notice of Delay procedures described in Section 8.3.1 have been followed.

## PAGE 64

~~The~~ Except as otherwise set forth in these General Conditions, the Contractor and Owner waive Claims against each other for consequential damages arising out of or relating to this Contract. ~~This~~ Except as otherwise provided in the Work Order, this mutual waiver includes

...

   **.2**   damages incurred by the Contractor for ~~principal office expenses~~ expenses related to Contractor's principal office or offices other than the Project site office including the compensation of personnel stationed ~~there,~~ at such offices, for losses of financing, business and reputation, and for loss of profit except anticipated profit arising directly from the Work.

This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination in accordance with Article 14. ~~Nothing~~ However, nothing contained in this Section 15.1.6 shall ~~be deemed to preclude~~ (a) preclude an award of liquidated damages, when applicable, in accordance with the requirements ~~of the Contract Documents.~~ of the Contract Documents, (b) if no amount for liquidated damages has been inserted into the relevant Work Order, preclude an award for other damages recoverable by the Owner pursuant to the terms of the Agreement in the event of the Contractor's failure to achieve Substantial Completion on time, (c) waive any damages incurred by the Owner due to a breach of the NDA or of any of the Contractor's confidentiality obligations in the Contract Documents, (d) limit in any way the parties' indemnification obligations set forth in the Contract Documents with respect to third party claims, (e) limit in any way a party's rights and remedies related to the other party's gross negligence or willful misconduct, or (f) waive any damages to the extent covered by insurance or insurance required to be carried under the Contract.

...

**§ 15.2.1** ~~Claims, excluding those arising under Sections 10.3, 10.4, 11.3.9, and 11.3.10, shall be referred to the Initial Decision Maker for initial decision. The Architect will serve as the Initial Decision Maker, unless otherwise indicated in the Agreement. Except for those Claims excluded by this Section 15.2.1, an initial decision shall be required as a condition precedent to mediation of any Claim arising prior to the date final payment is due, unless 30 days have passed after the Claim has been referred to the Initial Decision Maker with no decision having been rendered. Unless the Initial Decision Maker and all affected parties agree, the Initial Decision Maker will not decide disputes between the Contractor and persons or entities other than the Owner.~~[Intentionally omitted].

**§ 15.2.2** ~~The Initial Decision Maker will review Claims and within ten days of the receipt of a Claim take one or more of the following actions: (1) request additional supporting data from the claimant or a response with supporting data from the other party, (2) reject the Claim in whole or in part, (3) approve the Claim, (4) suggest a compromise, or (5) advise the parties that the Initial Decision Maker is unable to resolve the Claim if the Initial Decision Maker lacks sufficient information to evaluate the merits of the Claim or if the Initial Decision Maker concludes that, in the Initial Decision Maker's sole discretion, it would be inappropriate for the Initial Decision Maker to resolve the Claim.~~ [Intentionally omitted].

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

§ 15.2.3 ~~In evaluating Claims, the Initial Decision Maker may, but shall not be obligated to, consult with or seek information from either party or from persons with special knowledge or expertise who may assist the Initial Decision Maker in rendering a decision. The Initial Decision Maker may request the Owner to authorize retention of such persons at the Owner's expense.~~[Intentionally omitted].

§ 15.2.4 ~~If the Initial Decision Maker requests a party to provide a response to a Claim or to furnish additional supporting data, such party shall respond, within ten days after receipt of such request, and shall either (1) provide a response on the requested supporting data, (2) advise the Initial Decision Maker when the response or supporting data will be furnished or (3) advise the Initial Decision Maker that no supporting data will be furnished. Upon receipt of the response or supporting data, if any, the Initial Decision Maker will either reject or approve the Claim in whole or in part.~~[Intentionally omitted].

§ 15.2.5 ~~The Initial Decision Maker will render an initial decision approving or rejecting the Claim, or indicating that the Initial Decision Maker is unable to resolve the Claim. This initial decision shall (1) be in writing; (2) state the reasons therefor; and (3) notify the parties and the Architect, if the Architect is not serving as the Initial Decision Maker, of any change in the Contract Sum or Contract Time or both. The initial decision shall be final and binding on the parties but subject to mediation and, if the parties fail to resolve their dispute through mediation, to binding dispute resolution.~~[Intentionally omitted].

§ 15.2.6 ~~Either party may file for mediation of an initial decision at any time, subject to the terms of Section 15.2.6.1.~~[Intentionally omitted].

§ 15.2.6.1 ~~Either party may, within 30 days from the date of an initial decision, demand in writing that the other party file for mediation within 60 days of the initial decision. If such a demand is made and the party receiving the demand fails to file for mediation within the time required, then both parties waive their rights to mediate or pursue binding dispute resolution proceedings with respect to the initial decision.~~ [Intentionally omitted].

§ 15.2.7 ~~In the event of a Claim against the Contractor, the Owner may, but is not obligated to, notify the surety, if any, of the nature and amount of the Claim. If the Claim relates to a possibility of a Contractor's default, the Owner may, but is not obligated to, notify the surety and request the surety's assistance in resolving the controversy.~~[Intentionally omitted].

§ 15.2.8 ~~If a Claim relates to or is the subject of a mechanic's lien, the party asserting such Claim may proceed in accordance with applicable law to comply with the lien notice or filing deadlines.~~ [Intentionally omitted].

## § 15.3 ~~MEDIATION~~RESOLUTION OF CLAIMS AND DISPUTES
§ 15.3.1 ~~Claims, disputes, or other matters in controversy~~ The Owner and Contractor shall first endeavor to directly negotiate resolution of Claims and disputes arising out of or related to the Contract ~~except those waived as provided for in Sections 9.10.4, 9.10.5, and 15.1.6 shall be subject to mediation as a condition precedent to binding dispute resolution.~~ ("Dispute"). If the Owner and Contractor do not resolve the Dispute through direct negotiation, any and all Disputes shall be decided through arbitration, which unless the parties mutually agree otherwise or unless otherwise required by applicable state law, shall be administered by the American Arbitration Association ("AAA") in accordance with its Construction Industry Arbitration Rules ("Rules") specified below and in effect on the date of this Agreement. A demand for arbitration shall be made to the other party in accordance with Section 15.3.17 and filed with the AAA. The party filing a notice of demand for arbitration must assert in the demand all Disputes then known to that party on which the arbitration is permitted to be demanded. The time, date, and place of the arbitration hearing shall be set in the sole discretion of the arbitrator(s), provided that there shall be at least ten (10) business days prior notice of the hearing.

§ 15.3.2 ~~The parties shall endeavor to resolve their Claims by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. A request for mediation shall be made in writing, delivered to the other party to the Contract, and filed with the person or entity administering the mediation. The request may be made concurrently with the filing of binding dispute resolution proceedings but, in such event, mediation shall proceed in advance of binding dispute resolution proceedings, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the~~

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

parties or court order. If an arbitration is stayed pursuant to this Section 15.3.2, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.Good faith participation in direct negotiation is a condition precedent to the filing of a demand for arbitration. Accordingly, a demand for arbitration shall be made no earlier than the date notification is received from one of the parties stating that efforts at direct negotiation have been unsuccessful, and in no event shall it be made after the date when the institution of legal or equitable proceedings of the Dispute would be barred by the applicable statute of limitations. For statute of limitations purposes, the demand for arbitration to the other party shall constitute the commencement of legal or equitable proceedings of the Dispute.

§ 15.3.3 The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.Owner may join the Contractor as a party to any litigation or arbitration with any other person/entity and to which Owner is a party that may involve adjudication of the alleged fault, responsibility, or breach of contract of the Contractor. The Contractor agrees to waive arbitration and proceed with and submit to litigation in a court of competent jurisdiction if litigation is required to join all parties necessary or beneficial to the full and final resolution of any claim, dispute or controversy, to avoid inefficiencies, or to avoid the risk of inconsistent outcomes.

§ 15.3.4 For all Disputes where the aggregate amount in controversy, including consolidated disputes, is less than $10,000,000, the arbitration proceedings shall be conducted by a single arbitrator, provided that the arbitrator shall be an attorney validly licensed to practice law in a jurisdiction in the United States, with no less than ten (10) years of experience in construction and/or design-related matters, and listed on the AAA's National Construction Panel and/or an equivalent national panel of arbitrators designated for large and complex construction disputes.

§ 15.3.5 For all Disputes where the aggregate amount in controversy, including consolidated disputes, is $10,000,000 or more, the arbitration proceedings shall be conducted by a panel of three arbitrators, provided that at least one arbitrator shall be an attorney validly licensed to practice law in a jurisdiction in the United States, with no less than ten (10) years of experience in construction and/or design-related matters, and all three arbitrators shall be listed on the AAA's National Construction Panel and/or an equivalent national panel of arbitrators designated for large and complex construction disputes.

§ 15.3.6 The AAA Rules for Fast Track Procedures shall apply where the aggregate amount in controversy, including consolidated disputes, is $100,000 or less. The AAA Rules for Regular Track Procedures shall apply where the aggregate amount in controversy, including consolidated disputes is more than $100,000 but less than $10,000,000. The AAA Rules for Procedures for Large, Complex Construction Disputes shall apply where the aggregate amount in controversy, including consolidated disputes, is $10,000,000 or more.

§ 15.3.7 It is the intent of the parties that, barring extraordinary circumstances, any arbitration under the AAA Rules for Regular Track Procedures and Procedures for Large, Complex Construction Disputes shall be concluded within one (1) year of the date the arbitrator(s) are appointed. Unless the parties otherwise agree, the total time of the arbitration hearing (exclusive of any preliminary hearing time) under the AAA Rules for Procedures for Large, Complex Construction Disputes shall not exceed fifteen (15) hearing days, or one hundred (100) hours, whichever is less, with the time to be equitably divided between the parties by order of the arbitrator(s). Unless the parties otherwise agree, the total time of the arbitration hearing (exclusive of any preliminary hearing time) under the AAA Rules for Regular Track Procedures shall not exceed seven (7) hearing days, or fifty (50) hours, whichever is less, with the time to be equitably divided between the parties by order of the arbitrator. The parties may, upon mutual agreement, extend or modify these time limits, or in the absence of mutual agreement the arbitrator(s) may extend or modify these time limits upon a showing of good cause.

§ 15.3.8 The parties and the arbitrator(s) shall treat all aspects of the arbitration and other related proceedings, including, but not limited to, discovery, testimony, evidence, the record of the proceedings, briefs, and the decision or award, as strictly confidential and not subject to disclosure to any third party or entity, other than to the parties, the arbitrator(s) and the AAA. The sole exception is that a final monetary award, without any supporting decision or rationale, may be submitted to a court of competent jurisdiction in order to enter judgment on the award under Section 15.3.16 below. The hearings shall be conducted privately, and in a private setting, with no persons permitted to participate or be present except the parties, their designated counsel and representatives, the arbitrator(s), witnesses, a reporter of the proceedings (if requested and paid for by a party) and representatives of the AAA.

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
User Notes:                                                                                                    (944596295)

**§ 15.3.9** The arbitrator(s) shall issue a written decision that includes a reasoned statement of decision or opinion stating or setting forth the essential facts and legal bases supporting the disposition within ten (10) business days after the close of the arbitration hearing.

**§ 15.3.10** Within fifteen (15) days of receipt of the written decision, either party will have the right to file with the arbitrator(s) and simultaneously serve on the other party a written motion to reconsider. The arbitrator(s) may request the nonmoving or responding party to file a written response within ten (10) days after receipt of that request; no response should be submitted unless so requested by the arbitrator(s), but the arbitrator(s) shall have no authority to consider the motion without making a request for a response. The arbitrator(s) thereupon will reconsider the issues raised by the motion and response (if any) and either confirm or alter their decision, which will then be final, binding and conclusive upon the parties. The costs of such motion for reconsideration and written opinion of the arbitrator(s), including attorneys' fees, shall be awarded solely against the moving party if its motion does not result in a substantive alteration of the arbitrator(s)'s decision.

**§ 15.3.11** The parties expressly intend, agree and acknowledge that the parties knowingly, unequivocally and absolutely waive, and the arbitrators are not empowered to grant, any and all right to bring any demand, claim or action against the other for exemplary, treble (or other multiple) or punitive damages in any form, under any theory of recovery.

**§ 15.3.12** Either party may file, and the arbitrator(s) shall consider and act on, pre-hearing motions. The arbitrator(s) shall hear and determine any preliminary issue of law asserted by any party to be dispositive of any claim or defense, in whole or in part, in the manner that a court would hear and dispose of a motion to dismiss for failure to state a claim, or for summary judgment, pursuant to such terms and procedures as the arbitrator(s) deem appropriate.

**§ 15.3.13** The arbitrator(s) may consolidate an arbitration conducted under this Section 15.3 with any other arbitration to which either party is a party provided that (1) the arbitration agreement governing the other arbitration permits consolidation, (2) the arbitrations to be consolidated substantially involve common questions of law or fact, and (3) the arbitrations employ materially similar procedural rules and methods for selecting arbitrator(s).

**§ 15.3.14** The arbitrator(s) may include by joinder persons or entities substantially involved in a common question of law or fact whose presence is required or beneficial if complete relief is to be accorded in arbitration, provided that the party sought to be joined consents in writing to such joinder. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent. Notwithstanding this Section or Section 15.3.13, in no event shall any arbitration under this Agreement be conducted on a class or representative basis.

**§ 15.3.15** The Owner and Contractor grant to any person or entity made a party to an arbitration conducted under this Section 15.3, whether by joinder or consolidation, the same rights of joinder and consolidation as the Owner and Contractor under this Agreement.

**§ 15.3.16** The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

**§ 15.3.17** All notices under this Section 15.3 may be made by telephone or other electronic communication with later confirmation in writing.

**§ 15.3.18** The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to the Agreement shall be specifically enforceable under applicable law in any court having jurisdiction thereof.

**§ 15.4 ARBITRATION**The Contractor may not demand arbitration against the Owner on any Claim or Dispute under the Contract after the expiration of three hundred sixty-five (365) days from Substantial Completion. This contractual period of limitation takes precedence over any contrary or conflicting statutory provision or rule of law applicable to any Claims or Disputes which the Contractor may seek to bring.
**§ 15.5** The Contractor acknowledges that disputes between the Owner and Landlord (if any) may become subject to arbitration under the provisions of lease between the Owner and Landlord, and if requested by the Owner to do so,

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA®  Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA®  Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

the Contractor shall participate in and become a party to any such arbitration proceeding and agrees to be bound by any final and binding arbitration decision rendered therein. This Section shall apply only to issues and claims directly relating to the Contractor and only so long as the Contractor has the opportunity and rights to fully participate in any arbitration, including, but not limited to, selection of arbitrators.

## ARTICLE 16    CODE OF CONDUCT

**§ 16.1** The Contractor acknowledges the Owner's Code of Business Conduct and Ethics posted at http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-govConduct and Code of Standards and Responsibilities posted at http://www.amazon.com/gp/help/customer/display.html?ie= UTF8&nodeId=200885140 (as either may be modified from time to time, the "Code") prohibits the paying of bribes to anyone for any reason, whether in dealings with governments or the private sector. The Contractor will not violate or knowingly permit anyone to violate the Code's prohibition on bribery or any applicable anti-corruption laws in performing under the Contract Documents. The Owner may immediately terminate or suspend performance under the Contract Documents if the Contractor breaches this Article 16. The Contractor will maintain true, accurate and complete books and records concerning any payments made to any government or semi-government entity by the Contractor under the Contract Documents on behalf of the Owner.

**§ 16.2** The Architect acknowledges Owner's Code of Business Conduct and Ethics posted at http://phx.corporate-ir.net/phoenix.zhtml?c=97664&p=irol-govConduct and Code of Standards and Responsibilities posted at http://www.amazon.com/gp/help/customer/display.html?ie= UTF8&nodeId=200885140 (as either may be modified from time to time, the "Code") prohibits the paying of bribes to anyone for any reason, whether in dealings with governments or the private sector. The Architect will not violate or knowingly permit anyone to violate the Code's prohibition on bribery or any applicable anti-corruption laws in performing under the Contract Documents. The Owner may immediately terminate or suspend performance under the Contract Documents if the Architect breaches this Article 16. The Architect will maintain true, accurate and complete books and records concerning any payments made to any government or semi-government entity by the Architect under the Contract Documents on behalf of the Owner.

## SCHEDULE 1

### Subcontractor and Sub-subcontractor Minimum Insurance Limits

| Trade/Scope of Work | CGL | Auto | Employer's Liability | Workers' Comp |
|---|---|---|---|---|
| Shoring, Earthwork, Demolition and Utilities | $5MM Occurrence $5MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Building/Load Bearing: Framing and Masonry | $5MM Occurrence $5MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Crane (Excluding Loader Cranes) | $5MM Occurrence $5MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| HVAC, Electrical, Plumbing, Mechanical and Life Safety | $2MM Occurrence $4MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Elevator and Escalator | $2MM Occurrence $2MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Roofing, Siding, Flashing and Curtain Wall | $2MM Occurrence $2MM Aggregate | $1MM | $1MM | As Required by Applicable Law |
| Non-Specified | $1MM Occurrence $2MM Aggregate | $1MM | $1MM | As Required by Applicable Law |

Additional Requirements:

- **General Requirements:**   The general insurance requirements for Subcontractors and Sub-subcontractors are contained in the Agreement to which these Subcontractor and Sub-subcontractor Minimum Insurance Limits are attached.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                    (944596295)

- **Limited Work:**   No specified minimum insurance limits shall apply to a Subcontractor or Sub-subcontractor if the work to be performed by such Subcontractor or Sub-subcontractor is (i) less than $25,000 **and** (ii) **not** a trade specifically listed in the chart above.
- **Professional Liability/E&O:**   Design and design/build subcontractors, including Subcontractors or Sub-subcontractors providing professional design or engineering services, are also required to procure and maintain professional liability insurance coverage (including contractual liability insurance) with a minimum limit of $1,000,000, provided, however all architects are required to carry a minimum limit of $2,000,000.
- **Pollution Liability:**   If (i) the work required of the Subcontractor or Sub-subcontractor involves, in whole or in part remediation, abatement, transportation or disposal of hazardous materials/substances or contaminants (as defined by applicable law, statutes, codes, regulations or ordinances), demolition or renovation that may involve materials containing hazardous materials/substances or contaminants, or (ii) the Subcontractor's or Sub-subcontractor's primary business is providing demolition services, or (iii) the Subcontractor or Sub-subcontractor is performing any grading, earthwork, subsurface or related work, then such Subcontractor or Sub-subcontractor shall maintain Contractor's Pollution Liability insurance of not less than $1,000,000 per occurrence and name all parties required to be named herein as additional insures. Such policy must include coverage for disposal at non-owned disposal sites.
- **Umbrella/Excess Limits:**   If the Work relates to a facility leased by the Owner or its affiliates, Subcontractors or Sub-subcontractors may satisfy these Subcontractor and Sub-subcontractor Minimum Insurance Limits by any combination of primary liability and excess liability coverage that results in the same protection to Owner and its affiliates.

**§ 15.4.1** If the parties have selected arbitration as the method for binding dispute resolution in the Agreement, any Claim subject to, but not resolved by, mediation shall be subject to arbitration which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Arbitration Rules in effect on the date of the Agreement. A demand for arbitration shall be made in writing, delivered to the other party to the Contract, and filed with the person or entity administering the arbitration. The party filing a notice of demand for arbitration must assert in the demand all Claims then known to that party on which arbitration is permitted to be demanded.

**§ 15.4.1.1** A demand for arbitration shall be made no earlier than concurrently with the filing of a request for mediation, but in no event shall it be made after the date when the institution of legal or equitable proceedings based on the Claim would be barred by the applicable statute of limitations. For statute of limitations purposes, receipt of a written demand for arbitration by the person or entity administering the arbitration shall constitute the institution of legal or equitable proceedings based on the Claim.

**§ 15.4.2** The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

**§ 15.4.3** The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to the Agreement shall be specifically enforceable under applicable law in any court having jurisdiction thereof.

**§ 15.4.4 CONSOLIDATION OR JOINDER**
**§ 15.4.4.1** Either party, at its sole discretion, may consolidate an arbitration conducted under this Agreement with any other arbitration to which it is a party provided that (1) the arbitration agreement governing the other arbitration permits consolidation, (2) the arbitrations to be consolidated substantially involve common questions of law or fact, and (3) the arbitrations employ materially similar procedural rules and methods for selecting arbitrator(s).

**§ 15.4.4.2** Either party, at its sole discretion, may include by joinder persons or entities substantially involved in a common question of law or fact whose presence is required if complete relief is to be accorded in arbitration, provided that the party sought to be joined consents in writing to such joinder. Consent to arbitration involving an additional person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent.

**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA®  Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA®  Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**
(944596295)

§ ~~15.4.4.3 The Owner and Contractor grant to any person or entity made a party to an arbitration conducted under this Section 15.4, whether by joinder or consolidation, the same rights of joinder and consolidation as the Owner and Contractor under this Agreement.~~



**Additions and Deletions Report for AIA Document A201™ – 2007.** Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**

(944596295)

# *Certification of Document's Authenticity*
## *AIA® Document D401™ – 2003*

I,    , hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 15:28:45 on 07/12/2016 under Order No. 0721800632_1 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document A201™ – 2007, General Conditions of the Contract for Construction, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.


_____
*(Signed)*


_____
*(Title)*


_____
*(Dated)*

**AIA Document D401™ – 2003.** Copyright © 1992 and 2003 by The American Institute of Architects. **All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This document was produced by AIA software at 15:28:45 on 07/12/2016 under Order No.0721800632_1 which expires on 04/20/2017, and is not for resale.
**User Notes:**                                                                                                    (944596295)

1