IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRETA ROUBERT**  **Plaintiff,**  v.  **AMAZON,** *et al*.  **Defendants.** | CIVIL ACTION NO. 21-3091 |

### ORDER

**AND NOW,** this 27th day of February 2024, upon consideration of Budget Maintenance's Motion for Summary Judgment [Doc. No. 153], Gilbane's response, and Budget Maintenance's reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and the claims against Budget Maintenance are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**