IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRETA ROUBERT**<br>　　　　　**Plaintiff,**<br>　　**v.**<br>**AMAZON,** *et al.*<br>　　　　　**Defendants.** | **CIVIL ACTION NO. 21-3091** |

# ORDER

**AND NOW**, this 24th day of February 2025, upon consideration of the Plaintiff's Motion in Limine [Doc. No. 198] and the Joint Motion of Defendants and Third-Party Defendants to Allow a Neurological Examination of Plaintiff [Doc. No. 205], it is hereby **ORDERED** that

1. Plaintiff's Motion in Limine [Doc. No. 198] is **DENIED** for the reasons stated in the accompanying opinion.

2. The Joint Motion of Defendants and Third-Party Defendant to Allow a Neurological Examination of Plaintiff [Doc. No. 205] is **GRANTED IN PART** and **DENIED IN PART** for the reasons stated in the accompanying opinion. The Parties are ordered **within 14 days from the date of this order** to submit to the Court the name of an agreed-upon physician who can complete the neurological examination of Plaintiff. The physician must be within 2 hours from Plaintiff's residence.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**