IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRETA ROUBERT,**<br><br>       **Plaintiff,**<br><br>       v.<br><br>**AMAZON,** *et al.***,**<br><br>       **Defendants.** | CIVIL ACTION NO. 21-3091 |

# ORDER

**AND NOW,** this 3rd day of November 2025, upon consideration of the pending motions and the responses thereto, it is hereby **ORDERED** that:

1. AG-EIP's Motion for Summary Judgement [Doc. No. 146] is **DENIED** for the reasons stated in the accompanying opinion.

2. ALCS's Motion for Partial Summary Judgment [Doc. No. 150] is **DENIED in part and GRANTED in part** for the reasons stated in the accompanying opinion.

3. AG-EIP's Motion to Reform Service Contract [Doc. No. 148] is **DENIED** for the reasons stated in the accompanying opinion.

It is so **ORDERED.**

       BY THE COURT:

       /s/ Cynthia M. Rufe
       _____
       **CYNTHIA M. RUFE, J.**